# EXHIBIT B

Name of exam: __HDS Quiz__

Date: __September 28 2015__

Location: __Olson Auditorium__

| Test taker's Information | Irregular Behavior |
|---|---|
| Name __Julian Endres__<br><br>NEOMED ID# __@00038958__<br><br>Seat # __29__ | ☐ Unauthorized use of books, papers, calculators, PDA<br>☐ Failure to stop working when time is called at the end of the exam<br>☐ Bringing unauthorized electronic devices into the testing room<br>☐ Copying answers<br>☐ Other<br><br>Details*<br><br>Student appeared to be repeatedly looking at the computer of the student in Seat #30. This was recorded on tape and was observed by two proctors. |
| Name _____<br><br>NEOMED ID# _____<br>Seat # _____ | ☐ Unauthorized use of books, papers, calculators, PDA<br>☐ Failure to stop working when time is called at the end of the exam<br>☐ Bringing unauthorized electronic devices into the testing room<br>☐ Copying answers<br>☐ Other<br><br>Details*: |
| Name _____<br><br>NEOMED ID# _____<br>Seat # _____ | ☐ Unauthorized use of books, papers, calculators, PDA<br>☐ Failure to stop working when time is called at the end of the exam<br>☐ Bringing unauthorized electronic devices into the testing room<br>☐ Copying answers<br>☐ Other<br><br>Details:* |

Signature of Proctor __Suzanne Hricko__  Date: __9-28-15__

Signature of Proctor _____  Date: __9-28-15__