# EXHIBIT D

**STUDENT AFFAIRS**

Preparation.Support.Development.Success

[illegible]

[illegible]

www.neomed.edu/studentaffairs
studentaffairs@neomed.edu
@NEOMEDStudents
**330.325.6735**
**NEOMED • 4209 St. Rt. 44 • PO Box 95 • Rootstown, Ohio 44272**

**From:** Suzanne Hricko
**Sent:** Wednesday, September 30, 2015 8:46 AM
**To:** Sandra M. Emerick
**Cc:** Lisa N. Weiss
**Subject:** FW: irregularity report for exam

Hi Sandra,

I just wanted to be sure you got this. I should have sent this also to Dr. Weiss, so I am forwarding it to her now. Thank you.

**From:** Suzanne Hricko
**Sent:** Monday, September 28, 2015 10:36 AM
**To:** Sandra M. Emerick <semerick@neomed.edu>
**Subject:** irregularity report for exam

Hi Sandra,

Attached is an irregularity report for the HDS exam that we gave today in Olson. Please see the link below for further documentation. Perhaps the student is simply nervous, but he needs to be told to keep his eyes on his own computer.

**From:** Patrick S. Grealis
**Sent:** Monday, September 28, 2015 10:14 AM
**To:** Suzanne Hricko <smh@neomed.edu>
**Subject:** Link

Hi Sue,
Here is the link you requested.
Olson Exam - Sept. 28, 2015

Pat

Patrick S. Grealis
Media Support Specialist
Academic Technology Services
Northeast Ohio Medical University (NEOMED)
4209 St. Rt. 44 | PO Box 95 | Rootstown, Ohio 44272

Phone: 330-325-6797

**Jessica Green**

---

**From:** Lisa Morris
**Sent:** Friday, October 02, 2015 9:51 AM
**To:** Sandra M. Emerick
**Subject:** RE: irregularity report for exam
**Attachments:** HDS Quiz Scores Endres and [redacted] xlsx

I added the answer key in the second row. If they got the answer incorrect it displays as lower case.

Thanks,
Lisa

**From:** Sandra M. Emerick
**Sent:** Friday, October 02, 2015 9:49 AM
**To:** Lisa Morris <lmorris@neomed.edu>
**Subject:** RE: irregularity report for exam

Thank you Lisa. Is there any way to have the correct answers as well so that I can see if they both got the same questions wrong?

Please feel free to contact me in my office (B-204), by email at semerick@neomed.edu, or at 330.325.6759 if I can be of any assistance.

Thank you,
Sandra

**Sandra M. Emerick, Ed.D.**
Chief Student Affairs Officer
Office of Student Affairs

Northeast Ohio Medical University
4209 St. Rt. 44 | PO Box 95 | Rootstown, Ohio 44272
v 330.325.6759 | c 216.496.1922 | f 330.325.5956 | e semerick@neomed.edu

Website | Campus Map | Facebook | Twitter

**STUDENT AFFAIRS**

[illegible] Support.Development.Success

[illegible]

[illegible]

**330.325.6735**

**NEOMED • 4209 St. Rt. 44 • PO Box 95 • Rootstown, Ohio 44272**

**From:** Lisa Morris
**Sent:** Friday, October 02, 2015 9:40 AM
**To:** Suzanne Hricko; Sandra M. Emerick; Lisa N. Weiss
**Subject:** RE: irregularity report for exam

The attached Excel file contains the HDS quiz 1 responses for Julian Endres and [redacted]

Thank you,
Lisa M.

**From:** Suzanne Hricko
**Sent:** Friday, October 02, 2015 9:23 AM
**To:** Lisa Morris <lmorris@neomed.edu>
**Subject:** FW: irregularity report for exam

Can respond to this please.

**From:** Sandra M. Emerick
**Sent:** Friday, October 02, 2015 8:32 AM
**To:** Suzanne Hricko <smh@neomed.edu>
**Cc:** Lisa N. Weiss <lnweiss@neomed.edu>
**Subject:** RE: irregularity report for exam

Sue – can you send me the exams of Julian Endres and [redacted] (who sat to Julian's right and whose computer seemed to be where Julian was looking)?
I'd like to compare test answers. Thank you.

Please feel free to contact me in my office (B-204), by email at semerick@neomed.edu, or at 330.325.6759 if I can be of any assistance.

Thank you,
Sandra

**Sandra M. Emerick, Ed.D.**
Chief Student Affairs Officer
Office of Student Affairs

Northeast Ohio Medical University
4209 St. Rt. 44 | PO Box 95 | Rootstown, Ohio 44272
v 330.325.6759 | c 216.496.1922 | f 330.325.5956 | e semerick@neomed.edu

Website | Campus Map | Facebook | Twitter

Ingalls-Brown Professor of Anatomy
Department of Anatomy and Neurobiology
Northeast Ohio Medical University
Rootstown, Ohio 44272, U.S.A.
Phone: ++1 330 3256295
https://www.facebook.com/hansthewissenNEOMED?fref=nf

**From:** Sandra M. Emerick
**Sent:** Friday, October 2, 2015 10:05 AM
**To:** Hans Thewissen; Louis D. Barone
**Cc:** Mary Beth Seith; Heidi Terry; Suzanne Hricko; Elisabeth H. Young
**Subject:** CONFIDENTIAL: CAPP referral recommendation

CAPP Co-Chairs:

I received an exam irregularity report for the recent HDS quiz (attached). The incident is viewable at: Olson Exam - Sept. 28, 2015

Hans – before you review the material below and the attachment, consider whether you want to weigh in on this question because you're also the Course Director.

A student was observed and video taped clearly showing him viewing a peer's computer screen repeatedly during the exam. Their test scores compare as follows:

- **Student A** – Endres (alleged academic misconduct) (test grade 72%)
- **Student B** – [redacted] (computer being viewed; unaware of misconduct) (test grade 64%)
- **84% of the 2 tests were identical**
- Of the 84% identical , 6 questions were answered wrong by both students (24%) and 15 questions were answered correctly by both students (60%)
- 4 questions were answered wrong and differently by both students

I would like your feedback regarding whether you believe this matter should be referred to CAPP as an academic dishonesty allegation.

Please feel free to contact me in my office (B-204), by email at semerick@neomed.edu, or at 330.325.6759 if I can be of any assistance.

Thank you,
Sandra

**Sandra M. Emerick, Ed.D.**
Chief Student Affairs Officer
Office of Student Affairs

Northeast Ohio Medical University
4209 St. Rt. 44 | PO Box 95 | Rootstown, Ohio 44272
v 330.325.6759 | c 216.496.1922 | f 330.325.5956 | e semerick@neomed.edu

Website | Campus Map | Facebook | Twitter

## STUDENT AFFAIRS

Preparation.Support.Development.Success

Academic Support • Advocacy • Career Development • Diversity Affairs
Health and Wellness • Leadership and Service • Student Organizations

www.neomed.edu/studentaffairs
studentaffairs@neomed.edu
@NEOMEDstudents
**330.325.6735**
**NEOMED • 4209 St. Rt. 44 • PO Box 95 • Rootstown, Ohio 44272**

## Jessica Green

**From:** Sandra M. Emerick
**Sent:** Monday, October 05, 2015 4:26 PM
**To:** Jessica Green
**Cc:** Mary Beth Seith
**Subject:** FW: CONFIDENTIAL: CAPP referral recommendation
**Attachments:** HDS Quiz Scores Endres and [redacted].xlsx

**Follow Up Flag:** Follow up
**Flag Status:** Flagged

Please include this email below and the link (Olson Exam - Sept. 28, 2015) in your file information for a CAPP Phase 2 referral, Julian Endres (M1). Also include the attached quiz results. Thank you Jessica.

Please feel free to contact me in my office (B-204), by email at semerick@neomed.edu, or at 330.325.6759 if I can be of any assistance.

Thank you,
Sandra

**Sandra M. Emerick, Ed.D.**
Chief Student Affairs Officer
Office of Student Affairs

Northeast Ohio Medical University
4209 St. Rt. 44 | PO Box 95 | Rootstown, Ohio 44272
v 330.325.6759 | c 216.496.1922 | f 330.325.5956 | e semerick@neomed.edu

Website | Campus Map | Facebook | Twitter

**STUDENT AFFAIRS**

Preparation.Support.Development.Success

Academic Support • Advocacy • Career Development • Diversity Affairs
Health and Wellness • Leadership and Service • Student Organizations

www.neomed.edu/studentaffairs
studentaffairs@neomed.edu
@NEOMEDstudents
**330.325.6735**
**NEOMED • 4209 St. Rt. 44 • PO Box 95 • Rootstown, Ohio 44272**

**From:** Hans Thewissen
**Sent:** Friday, October 02, 2015 7:05 PM
**To:** Sandra M. Emerick; Louis D. Barone
**Cc:** Mary Beth Seith; Heidi Terry; Suzanne Hricko; Elisabeth H. Young
**Subject:** Re: CONFIDENTIAL: CAPP referral recommendation

Yes, refer to CAPP.
J. G. M. 'Hans' Thewissen, Ph. D.