**EXHIBIT E**

## STUDENT PROGRESS REPORT
(Phase 2 Committee on Academic and Professional Progress)

Student Name __Julian Endres__

Class of __2019__ College of Medicine ✓ College of Pharmacy ___

Meeting Date: __10/21/2015__ Time: _____

CAPP members and support staff present:

- ✓ Sandra Emerick, Ed.D.
- ✓ Jessica Green
- ✓ Mary Beth Seith
- ___ Heidi Terry

- ___ Louis Barone, PharmD (Co-C)
- ___ Timothy Barreiro, D.O.
- ___ Samuel Crish, Ph.D.
- ✓ Dale English, PharmD.
- ✓ Susan Fosnight, R.Ph.
- ✓ Andrew Gross (M3)
- ✓ Dawn Hubbard, M.D.

- ✓ Crystal Nguyen (P3)
- ___ Maria Ramundo, M.D.
- ✓ Hans Thewissen, Ph.D. (Co-C) (not voting)
- ✓ Ashton Unger (P4)
- ✓ Lisa Weiss, M.D.
- ___ Steven Wipprecht (M4)

Summary of Student Issue:

Illegal academic misconduct

CAPP Final Vote and Decision:

Preponderance of evidence indicates dishonesty / academic misconduct

Dismiss

Comments:

Completed by __Mary Beth Seith__ Date __10/21/15__

Committee Chair __Thewissen__ Date __Oct 21, 2015__

## STUDENT PROGRESS REPORT
(Executive Review Committee on Academic and Professional Progress)

Student Name __Julian Endres__

Class of __2019__, Meeting Date: __Nov 2, 2015__  Time: __3:00 pm__

CAPP members and resource staff present:

- ✓ Sandra Emerick
- ✓ Mary Beth Seith
- ✓ Heidi Terry
- ~~Jan Divoky~~

- ✓ Louis Barone, Pharm.D. (nonvoting)
- ✓ William Chilian, Ph.D.
- ✓ Diane Chomo, M.D.
- ✓ Christine Crish, Ph.D.
- ✓ Kathleen Donley, R.Ph.

- ✓ Richard Kasmer, Pharm.D.
- ✓ Eugene Mowad, M.D.
- ___ Brett Schofield, Ph.D.
- ✓ Hans Thewissen, Ph.D. (nonvoting)
- ✓ Elisabeth Young, M.D.

Summary of Student Issue:

Appeal of CAPP2 decision for dismissal on 10/21/15

CAPP Final Vote and Decision:

1 - statistics: not new, not compelling

2 - survey of students: not compelling

3 - psych eval: compelling

Remand back to CAPP2 for consideration in context

Comments:

Completed by __Mary Beth Smith__  Date __11/2/15__

Committee Chair __[signature] MD__  Date __11-2-15__

## STUDENT PROGRESS REPORT
(Phase 2 Committee on Academic and Professional Progress)

Student Name __Julian Endres__

Class of __2019__ College of Medicine __✓__ College of Pharmacy ___

Meeting Date: __11/18/15__   Time: __2:30__

CAPP members and support staff present:

- ✓ Sandra Emerick, Ed.D.
- ✓ Jessica Green
- ✓ Mary Beth Seith
- ___ Heidi Terry

- ✓ Louis Barone, PharmD (Co-C)
- ✓ Timothy Barreiro, D.O.
- ✓ Samuel Crish, Ph.D.
- ✓ Dale English, PharmD.
- ✓ Susan Fosnight, R.Ph.
- ___ Andrew Gross (M3)
- ✓ Dawn Hubbard, M.D.

- ✓ Crystal Nguyen (P3)
- ___ Maria Ramundo, M.D.
- ✓ Hans Thewissen, Ph.D. (Co-C)
- ✓ Ashton Unger (P4)
- ✓ Lisa Weiss, M.D.
- ___ Steven Wipprecht (M4)

Summary of Student Issue:

Case remanded back from Executive Review (11/2/15) on basis of new information.

Dr. Andrew Trauben participated via phone for early part of CAPP meeting

CAPP Final Vote and Decision:

Dismiss

Comments:

Completed by __Mary Beth Seith__   Date __11/18/15__

Committee Chair __[signature]__   Date __Nov 18, 2015__