UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

-----------------------------------------------------------------X

**J. ENDRES,**  Case No. 5:17cv-02408

**Plaintiff,**

**JUDGE SARA LIOI**

v.

**NORTHEAST OHIO MEDICAL**
**UNIVERSITY, et. al.,**

**Defendants.**

-----------------------------------------------------------------X

## MOTION FOR ADMISSION
## PRO HAC VICE FOR ANDREW T. MILTENBERG, ESQ.

Now comes plaintiff, J. Endres and hereby moves, pursuant to N. D. Ohio Civ. R. 83.5(h), to have Andrew T. Miltenberg, Esq. admitted *pro hac vice* in connection with the above captioned matter so that he may be permitted to participate in this civil action.

This Motion is being made by local co-counsel for this action, J. Michael Murray who is admitted to practice before this Court and is in good standing.

Andrew T. Miltenberg was admitted to the practice of law in the State of New York in February 1991 and his state court bar registration number is 2399582.  Andrew T. Miltenberg has never been disbarred or suspended from the practice of law before any court, department, bureau or commission of any state or the United States; and has never received any reprimand from any such court, department, bureau or commission pertaining to his conduct or fitness as a member of the bar.

Attached to this motion is the affidavit of Andrew T. Miltenberg attesting to his good standing as a licensed attorney and current good standing in the State of New York.

Respectfully submitted,

/s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DEVAN
55 Public Square, Suite 2200
Cleveland, Ohio 44113
(216) 781-5245
(216) 781-8207 (facsimile)

Andrew T. Miltenberg, Esq.
(subject to admission *pro hac vice*)
Diana R. Warshow, Esq.
(subject to admission *pro hac vice*)
NESENOFF & MILTENBERG, LLP
363 Seventh Avenue, Fifth Floor
New York, NY 10001
212-736-4500
Email: amiltenberg@nmllplaw.com
dwarshow@nmllplaw.com

CERTIFICATE OF SERVICE

    A copy of the foregoing Motion for Admission *Pro Hac Vice* for Andrew T. Miltenberg, Esq. was filed electronically on November 17, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. In addition, copies of the motion were served upon the defendants by U.S. mail.

    /s/ J. Michael Murray_____
    J. MICHAEL MURRAY (0019626)
    jmmurray@bgmdlaw.com
    BERKMAN, GORDON, MURRAY & DEVAN

    One of the Attorneys for Plaintiff