**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jay A. Gershen
6189 Wessington Dr
Hudson OH, 44236

17cv2408

2. Article Number
(Transfer from service label)

7006 2760 0003 5757 6663

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☒ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

[Stamp: HUDSON, OH 44236 NOV 22 2017 USPS]

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, United States District Court
Northern District of Ohio
John F. Seiberling Federal Building and
U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON**

A. Signature

X _W. [signature]_

B. Received by ( Printed Name )

D. Is delivery address different from
   If YES, enter delivery address below.

1. Article Addressed to:

Sandra Emerick
7694 N Mannheim Ct
Hudson, OH 44236

[USPS HUDSON NOV 22 2017 44236 postmark]

17cv2408

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☒ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)    7006 2760 0003 5757 6656

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540



• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, United States District Court
Northern District of Ohio
John F. Seiberling Federal Building and
U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Northeast Ohio Medical University
4209 St. Rt. 44
P. O. Box 95
Rootstown, Ohio 44272

17 cv 2408

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Everett A Bender*  ☒ Agent  ☐ Addressee

B. Received by (Printed Name): Everett A Bender
C. Date of Delivery: 11-21-17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 1640 0002 0165 1103

PS Form 3811, February 2004    Domestic Return Receipt    102595



UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, United States District Court
Northern District of Ohio
John F. Seiberling Federal Building and
U.S. Courthouse
2 South Main Street
Akron, Ohio 44308

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Everett A Bender*  ☒ Agent  ☐ Addressee<br>B. Received by (Printed Name): Everett A Bender<br>C. Date of Delivery: 11-21-17 |
| 1. Article Addressed to:<br><br>Northeast Ohio Medical University<br>Board of Trustees<br>4209 St. Rt. 44<br>P. O. Box 95<br>Rootstown, Ohio 44272<br><br>17 CV 2408 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7012 1640 0002 0165 1141 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Clerk, United States District Court
Northern District of Ohio
John F. Seiberling Federal Building and
U.S. Courthouse
2 South Main Street
Akron, Ohio 44308