IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **J. ENDRES** | : | Case No. 5:17-cv-2408 |
| Plaintiff | : | Judge Lioi |
| v. | : | Magistrate Judge Limbert |
| **NORTHEAST OHIO MEDICAL UNIVERSITY, et al** | : | |
| | : | |
| Defendants | : | |

NOTICE OF APPEARANCE

The undersigned hereby notifies the Court and the parties that he is appearing on behalf of all Defendants.  Please direct all pleadings, orders, notices and other correspondence regarding this case to him at the addresses set forth below.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**
*/s/ Todd R. Marti*
TODD R. MARTI (0019280)
Assistant Attorney General
Office of the Ohio Attorney General
Education Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Phone:  (614) 644-7250
Fax:  (614) 644-7634
Email:  todd.marti@ohioattorneygeneral.gov
*Counsel for Defendants*

**Certificate of Service**

The undersigned hereby certifies that a copy of the forgoing was served upon all counsel of record via the Court's ECF system this 29th day of November, 2017.

                              */s/ Todd R. Marti*
                              TODD R. MARTI (0019280)