# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **J. ENDRES** | : | Case No. 5:17-cv-2408 |
|     Plaintiff | : | Judge Lioi |
| v. | : | Magistrate Judge Limbert |
| **NORTHEAST OHIO MEDICAL UNIVERSITY, et al** | : | |
| | : | |
|     Defendants | : | |

## UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Defendants move the Court for a 28 day enlargement of time, until January 2, 2018, to move or plead in response to Plaintiff's complaint.

                        Respectfully submitted,

                        **MICHAEL DEWINE (0009181)**
                        **Ohio Attorney General**
                        */s/ Todd R. Marti*
                        TODD R. MARTI (0019280)
                        Assistant Attorney General
                        Office of the Ohio Attorney General
                        Education Section
                        30 E. Broad Street, 16th Floor
                        Columbus, OH 43215
                        Phone:  (614) 644-7250
                        Fax:  (614) 644-7634
                        Email:  todd.marti@ohioattorneygeneral.gov
                        *Counsel for Defendants*

## MEMORANDUM IN SUPPORT OF MOTION

Defendants seek a 28 day enlargement of time to move or plead in order to allow their counsel to familiarize himself with the facts underlying this case. The enlargement sought is short, it comes early in this case, and hence will not materially delay proceedings. Further, Plaintiff does not oppose the enlargement. Defendants submit that constitutes good cause for the relief requested.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**
*/s/ Todd R. Marti*
TODD R. MARTI (0019280)
Assistant Attorney General
Office of the Ohio Attorney General
Education Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Phone:  (614) 644-7250
Fax:  (614) 644-7634
Email:  todd.marti@ohioattorneygeneral.gov
*Counsel for Defendants*

## Certificate of Service

The undersigned hereby certifies that a copy of the forgoing was served upon all counsel of record via the Court's ECF system this 29th day of November, 2017.

*/s/ Todd R. Marti*
TODD R. MARTI (0019280)