UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

-----------------------------------------------------------------X

**J. ENDRES,**  Case No. 5:17cv-02408

    **Plaintiff,**

               **JUDGE SARA LIOI**

 v.

**NORTHEAST OHIO MEDICAL
UNIVERSITY, et. al.,**

    **Defendants.**
-----------------------------------------------------------------X

## MOTION FOR ADMISSION
## PRO HAC VICE FOR DIANA R. WARSHOW, ESQ.

 Now comes plaintiff, J. Endres and hereby moves, pursuant to N. D. Ohio Civ. R. 83.5(h), to have Diana R. Warshow, Esq. admitted *pro hac vice* in connection with the above captioned matter so that she may be permitted to participate in this civil action.

 This Motion is being made by local co-counsel for this action, J. Michael Murray who is admitted to practice before this Court and is in good standing.

 Diana R. Warshow was admitted to the practice of law in the State of New York in September 2001 and her state court bar registration number is 4751145.  Diana R. Warshow has never been disbarred or suspended from the practice of law before any court, department, bureau or commission of any state or the United States; and has never received any reprimand from any such court, department, bureau or commission pertaining to his conduct or fitness as a member of the bar.

Attached to this motion is the affidavit of Diana R. Warshow attesting to her good standing as a licensed attorney and current good standing in the State of New York.

        Respectfully submitted,

        /s/ J. Michael Murray
        J. MICHAEL MURRAY (0019626)
        jmmurray@bgmdlaw.com
        BERKMAN, GORDON, MURRAY & DEVAN
        55 Public Square, Suite 2200
        Cleveland, Ohio 44113
        (216) 781-5245
        (216) 781-8207 (facsimile)

        Andrew T. Miltenberg, Esq.
        (admitted *pro hac vice*)
        Diana R. Warshow, Esq.
        (subject to admission *pro hac vice*)
        NESENOFF & MILTENBERG, LLP
        363 Seventh Avenue, Fifth Floor
        New York, NY 10001
        212-736-4500
        Email: amiltenberg@nmllplaw.com
                 dwarshow@nmllplaw.com

CERTIFICATE OF SERVICE

    A copy of the foregoing Motion for Admission *Pro Hac Vice* for Diana R. Warshow, Esq. was filed electronically on December 1, 2017. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    /s/ J. Michael Murray_____
    J. MICHAEL MURRAY (0019626)
    jmmurray@bgmdlaw.com
    BERKMAN, GORDON, MURRAY & DEVAN

    One of the Attorneys for Plaintiff