## AFFIDAVIT OF DIANA R WARSHOW IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

STATE OF NEW YORK    )
                                          )  SS:
COUNTY OF NEW YORK  )

The undersigned, being first duly, deposes as follows in support of the accompanying Motion for Admission *Pro Hac Vice*:

1. I have personal knowledge of the facts set forth in this Affidavit submitted in support my Motion for Admission *Pro Hac Vice* in the referenced civil action.

2. I am a licensed attorney duly admitted to practice of law in the State of New York. I am currently in good standing and authorized to practice law in the State of New York.

3. I was admitted to practice law in the State of New York in September 2009. My state bar registration number is 4751145.

4. I have never been disbarred or suspended from the practice of law before any court, department, bureau or commission of any State or the United States; and have I never received any reprimand from any such court, department, bureau or commission pertaining to my conduct or fitness as a member of the bar.

Further affiant sayeth naught.

IN TESTIMONY WHEREOF, I have executed this instrument this 16th day of November, 2017.

_____
Diana R. Warshow

SWORN TO BEFORE ME, and signed in my presence, this 16th day of November 2017.

_____
Notary Public

GABRIELLE M. VINCI
Notary Public, State of New York
Registration #02VI6333133
Qualified In Nassau County
Commission Expires Nov. 16, 2019