IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES | : | Case No. 5:17-cv-2408 |
| Plaintiff | : | Judge Lioi |
| v. | : | Magistrate Judge Limbert |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al | : | |
| | : | |
| Defendants | : | |

### RESPONSE TO CLERK'S NOTICE

Defendants respond to the Clerk's November 30, 2017, notice regarding the filing of a corporate disclosure statement by stating that N.D. Ohio Local Rule 3.13(B) does not require the Northeast Ohio Medical University to file a corporate disclosure statement. Northeast Ohio Medical University is not a "non-governmental corporate party" for purposes of that rule because it is State institution. *See* Ohio Rev. Code §§ 3305.01(A), 3334.01(K), 3345.32(A)(1), 3345.71(A).

        Respectfully submitted,

        **MICHAEL DEWINE (0009181)**
        **Ohio Attorney General**
        */s/ Todd R. Marti*
        TODD R. MARTI (0019280)
        Assistant Attorney General
        Office of the Ohio Attorney General
        Education Section
        30 E. Broad Street, 16th Floor
        Columbus, OH 43215
        Phone:  (614) 644-7250
        Fax:  (614) 644-7634
        Email:  todd.marti@ohioattorneygeneral.gov
        *Counsel for Defendants*

**Certificate of Service**

The undersigned hereby certifies that a copy of the forgoing was served upon all counsel of record via the Court's ECF system this 8th day of December, 2017.

>	*/s/ Todd R. Marti*
>	TODD R. MARTI (0019280)