**ATTACHMENT 1**
(General - Rev. 12-01-15)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| , ) | CASE NO.  0:00CV0000 |
| ) | |
| PLAINTIFFS, ) | JUDGE SARA LIOI |
| ) | |
| vs. ) | |
| ) | |
| , ) | |
| ) | REPORT OF PARTIES' PLANNING |
| ) | MEETING UNDER FED. R. CIV. P. |
| DEFENDANTS. ) | 26(f) AND LR 16.3(b)(3) |
| ) | |

1. Pursuant to Fed. R. Civ. P. 26(f) and LR 16.3(b)(3), a meeting was held on
   [**DATE**] and was attended by:  [**LIST ALL COUNSEL AND/OR**
   **UNREPRESENTED PARTIES ATTENDING**].

2. Lead counsel for plaintiff(s) is:

   Lead counsel for defendant(s) is:

3. The parties: have not been required to make initial disclosures/have exchanged
   the pre-discovery disclosures required by Fed. R. Civ. P. 26(a)(1) and the Court's
   prior order(s).

4. The parties recommend the following track: (Expedited/Standard/Administrative/
   Complex/Mass Tort).

5. This case is suitable for one or more of the following Alternative Dispute
   Resolution ("ADR") mechanisms:  (Early Neutral Evaluation/Mediation/
   Arbitration/Summary Jury Trial/Summary Bench Trial/Case Not Suitable for

ADR).

6. The parties do/do not consent to the jurisdiction of the United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).

7. Briefly describe the subject of the litigation:

8. Recommended cut-off date for amending the pleadings and/or adding additional parties:

9. Recommended Discovery Plan:

(a) Keeping in mind the proportionality requirements of Fed. R. Civ. P. 26(b)(1), describe the subjects on which discovery is to be sought and the nature and extent of discovery.

(b) Non-Expert discovery cut-off date:

(c) Electronic discovery – The parties (select one):

_____ agree that there will be no discovery of electronically-stored information; or

_____ have agreed to a method for conducting discovery of electronically-stored information, including the form or forms in which it should be produced; or

_____ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to N.D. Ohio Local Rules)

[Note: if the parties cannot agree, then the default standard applies.]

(d) Expert report due date for party with burden of proof:

(e) Rebuttal expert report due date:

(f) Expert discovery cut-off date:

10. Recommended Dispositive Motion Plan:

    (a)    Dispositive motion due date:

    (b)    Opposition to dispositive motion due date:

    (c)    Replies in support of dispositive motion due date:

11. Recommended date for a status hearing:

12. Recommended date for a final pre-trial conference:

13. Recommended trial date:

14. Other matters for the attention of the Court:

[Signature Block for participating attorneys/parties]