IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **J. ENDRES** | : | Case No. 5:17-cv-2408 |
| | : | |
| **Plaintiff** | : | Judge Lioi |
| | : | |
| v. | : | Magistrate Judge Limbert |
| | : | |
| **NORTHEAST OHIO** | : | |
| **MEDICAL UNIVERSITY,** *et al*. | : | |
| | : | |
| **Defendants** | : | |

## NOTICE OF APPEARANCE

The undersigned hereby notifies the Court and the parties that he is appearing as co-counsel on behalf of all Defendants.  Please direct all pleadings, orders, notices and other correspondence regarding this case to him at the addresses set forth below.

Respectfully submitted,

**MICHAEL DEWINE (0009181)**
**Ohio Attorney General**

*s/ Anthony J. Farris*
_____
ANTHONY J. FARRIS (0055695)
Assistant Attorney General
Education Section
20 West Federal Street, 3rd Floor
Youngstown, Ohio 44503
Direct Dial:  330-884-7530
Direct Fax-866-761-0413
Office number:  330-884-7500
Anthony.Farris@ohioattorneygeneral.gov

*Counsel for Defendants*

**Certificate of Service**

The undersigned hereby certifies that a copy of the forgoing was served upon all counsel of record via the Court's ECF system this 25th day of January, 2018.

*/s/ Anthony J. Farris*
**ANTHONY J. FARRIS** (0055695)