IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES | ) ) | CASE NO. 5:17cv2408 |
| | ) ) | JUDGE SARA LIOI |
| v. | ) ) | |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al. | ) ) ) ) ) ) ) | PLAINTIFF'S PRELIMINARY ESTIMATE OF THE AMOUNT OF ANTICIPATED <u>ATTORNEYS FEES AND EXPENSES</u> |

Pursuant to this Court's Case Management Conference Scheduling Order (Doc. 11), Plaintiff's provides the following estimate of anticipated attorney's fees and expenses in the prosecution of Plaintiff's claim against Defendants:

**<u>Attorney Fees</u>**

| | |
|---|---|
| Preliminary Investigations & Initial Pleadings | $35,000.00 |
| Procedural Motions Practice | $15,000.00 |
| Discovery | $25,000.00 |
| Dispositive Motions Practice | $25,000.00 |
| Settlement Negotiations | $10,000.00 |
| Trial (including preparation) | $100,000.00 |
| TOTAL FEES | $210,000.00 |

**Costs**

| | |
|---|---|
| Depositions | $100,000.00 |
| Experts | $20,000.00 |
| Witness Fees | $ minimal |
| Other | $1,000.00 |
| TOTAL COSTS | $121,000.00 |
| TOTAL FEES AND COSTS | $331,000.00 |

NESENOFF & MILTENBERG, LLP

*/s/ Andrew Miltenberg*

_____
Andrew T. Miltenberg, Esq.
Diana R. Warshow, Esq.
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
amiltenberg@nmllplaw.com
dwarshow@nmllplaw.com

-and-

BERKMAN, GORDON, MURRAY & DEVAN

*/s/ J. Michael Murray*

_____
J. Michael Murray, Esq.
55 Public Square, Suite 2200
Cleveland, Ohio 44113
(216) 781-5245
(216) 781-8207 (facsimile)
jmmurray@bgmdlaw.com

*Attorneys for Plaintiff*