# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES, | ) | CASE NO. 5:17-cv-2408 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al., | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is the motion of plaintiff's current counsel for leave to withdraw as counsel for plaintiff and to substitute the law firm of Marshall and Forman of Columbus, Ohio and attorneys John S. Marshall and Edward R. Forman. (Doc. No. 17.)

The motion to withdraw is granted, *provided* new counsel make their formal appearance by no later than seven business days from the date of this order and *further provided* that new counsel agree to comply with all current deadlines set in this case.

Withdrawing counsel shall serve a copy of this order on substituted counsel and shall file a certificate of such service.

**IT IS SO ORDERED**.

Dated: February 15, 2018

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**