# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES, | ) | Case No. 5:17cv-02408 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE SARA LIOI |
| v. | ) | |
| | ) | |
| NORTHEAST OHIO MEDICAL | ) | **CERTIFICATE OF SERVICE** |
| UNIVERSITY, et. al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

A copy of the Court's February 15, 2018 order on the Motion for Leave to Withdraw and Substitute Counsel was served upon John S. Marshall and Edward R. Forman of Marshall and Forman LLC by email and United States first class mail at 250 Civic Center Drive, Suite 480, Columbus, Ohio, 43215, this 15th day of February, 2018.

Respectfully submitted,

 /s/ J. Michael Murray
J. MICHAEL MURRAY (0019626)
jmmurray@bgmdlaw.com
BERKMAN, GORDON, MURRAY & DEVAN
55 Public Square, Suite 2200
Cleveland, Ohio 44113
(216) 781-5245
(216) 781-8207 (facsimile)

Attorney for Plaintiff