# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES | : | Case No. 5:17-cv-2408 |
| | : | |
| Plaintiff | : | Judge Lioi |
| | : | |
| v. | : | |
| | : | Magistrate Judge Limbert |
| NORTHEAST OHIO | : | |
| MEDICAL UNIVERSITY, et al | : | |
| | : | |
| Defendants | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Plaintiff hereby gives notice that undersigned counsel, John S. Marshall, Edward R. Forman, the law firm of Marshall and Forman, LLC, and Louis A. Jacobs, hereby enter their appearance on behalf of Plaintiff in the above-referenced matter.

Respectfully submitted,

By: */s/ John S. Marshall*_____
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Edward R. Forman (0076651)
*(eforman@marshallforman.com)*
MARSHALL AND FORMAN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (510) 250-9007

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing Notice of Appearance was filed with the Court on this 15th day of February 2018, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: ___/s/ John S. Marshall
John S. Marshall (0015160)