# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES | : | Case No. 5:17-cv-2408 |
| Plaintiff | : | Judge Lioi |
| v. | : | Magistrate Judge Limbert |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al | : | |
| | : | |
| Defendants | : | |

## CONSENT TO AMENDED COMPLAINT AND ACCEPTANCE OF SERVICE

Defendants hereby consent, pursuant to Fed. R. Civ. P. 15(a)(2), to the amendments to Plaintiff's complaint made via Doc. No. 21-1.

The undersigned hereby accepts service of process on the new Defendants added by Doc. No. 21-1.

All Defendants expressly retain all claims and defenses available to them and nothing in this filing should be construed as a waiver, limitation, or surrender of any such claim or defense.

    Respectfully submitted,

    **MICHAEL DEWINE (0009181)**
    **Ohio Attorney General**
    */s/ Todd R. Marti*
    TODD R. MARTI (0019280)
    ANTHONY J. FARRIS (0055695)
    Assistant Attorneys General
    Office of the Ohio Attorney General
    Education Section
    30 E. Broad Street, 16th Floor
    Columbus, OH 43215
    Phone:  (614) 644-7250
    Fax:  (614) 644-7634
    Email:  todd.marti@ohioattorneygeneral.gov

**Certificate of Service**

The undersigned hereby certifies that a copy of the forgoing was served upon all counsel of record via the Court's ECF system this 20th day of February, 2018.

                */s/ Todd R. Marti*
                TODD R. MARTI (0019280)