## HDS quiz Video link:

https://drive.google.com/file/d/0B90NHT-9pmVgN1hpcDBGMEUzYzQ/view?usp=sharing

## Recorded Video Field Test/reenactment:

https://drive.google.com/open?id=0B90NHT-9pmVgeVkzb2hubUVwdEU

A field test that takes less than 5 minutes to set up and would instantly prove that it is physically not possible to get any legible information or copy answers in such a way.

**Place**: The field test video was recorded at the exact same classroom as the HDS quiz – Olson Hall

**Testers**: The three testers were M1, M2, and M3 students at the time of testing: 11/2015

    M1 student (currently M3) – Kyle Bertea ,kbertea@neomed.edu

    M2 student (currently M4) – Isabel Buehler ibuehler@neomed.edu

    M3 (graduated) - Salman Khan skhan5@neomed.edu – randomly asked from the library nearby to participate.

**Equipment**: Dell Laptop with 15.6" screen

**Set up**:

- Kyle Bertea who took the exact same HDS quiz as Plaintiff. He also validated that the brightness of the screen and the screen mock-up are near identical to the HDS quiz.

- The brightness is fixed and set at the lower 1/3 of the brightness scale

- The proximity of the laptops and where the students sat are the same as in the video.

- One can use the black line of the desk and the metal leg of the desk as reference points.

- All three testers were reenacting what plaintiff was seeing doing in the video but in a more pronounced way to demonstrate that regardless how frequent to glance over, it is just physically not possible to get any legible information from the laptop at seat 30 by glancing over.

## Recorded Photo Field Test/reenactment:

### Reenactment – Seat 29 Olson Hall

**Question:** Can you see what's displayed on the screen of seat 30? Please take your time
**Charlene Jackson (P1):** No, I couldn't see the computer screen.



### Reenactment – Seat 29, Olson Hall

**Question:** Can you see what's displayed on the screen? Please take your time
**Lauren Mills (P1):** No, I couldn't see the computer screen.



## Reenactment – Olson Hall, Seat 29

**Question:** Can you see what's displayed on the screen? Please take your time
**Sohaib Awan (M1):** No, I couldn't see what's on the computer screen



| name | email | sign | |
|---|---|---|---|
| Charlene Jackson | Cjackson1@neomed | C.Jack | P1 |
| Lauren Mills | lmills2@neomed.edu | JM | P1 |
| Sohaib Awan | sawan1@neomed.edu | SA | M1 |

I cannot see the computer screens but, I can see the Answer sheets  C.Jack

I couldn't see the computer screen, but could see the answer sheet  JM

I couldn't see computer screen  SA