Print | Close window

| | | |
|---|---|---|
| From | : | Mark A. Weiker <mark@awlawohio.com> |
| To | : | <afureyligan@neomed.edu> |
| Cc | : | <jcendrez@gmail.com>,<semerick@neomed.edu> |
| Subject | : | Fwd: CAPP Petition for Appeal - Julian Endrs |
| Date | : | Mon, 02 Nov 2015 12:42:25 -0500 |
| Attachments | : | Petition For Executive Review - CAPP 2.doc, appeal statistics v1.docx, Capp Survey no.pdf, Capp Survey no 2.pdf, Capp Survey yes.pdf, Julian - Psychiatric Review.docx |

Ms. Furey-Ligan,

I am forwarding you a copy of Dr. Emerick's denial to Mr. Endres in regards to his submission of information for the ERC meeting this afternoon. Attached for reference is the information submitted by Mr. Endres, as well as a copy of a letter I delivered to you and Dr. Emerick this morning regarding the use of statistical information to support dismissal.

We are writing to record our objection to denying Mr. Endres' submission. First, Mr. Endres was not informed about the statistics used to dismiss him until after his CAPP hearing. Next, he was not provided with the requested class statistics until less than 24 hours before his appeal deadline. The requested data was delayed for days. There is no way Mr. Endres could have compiled and interpreted the class data in a meaningful way and submitted it before the appeal deadline. The school is well aware of this.

As indicated in my letter, when the CAPP invited statistics into its decision, it required them to analyze the information properly. The failure to do so is improper and constitutes an abuse of discretion by the CAPP and ERC. We again request that the information be considered today. In any case, please note our objections.

Mark A. Weiker
Albeit Weiker, LLP
48 W. Whittier Street
Columbus, Ohio 43206
Direct Dial: (614) 519-6918
www.awlawohio.com

*Business & Employment Law / School Law / Criminal Defense / Civil Litigation*

This e-mail transmission contains information that is confidential and may be privileged. It is intended only for the addressee(s) named above. If you receive this e-mail in error, please do not read, copy or disseminate it in any manner. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. Please reply to the message immediately by informing the sender that the message was misdirected. After replying, please erase it from your computer system. Your assistance in correcting this error is appreciated.

============ Forwarded message ============
From : Julian Endres<jendres@neomed.edu>
To : "Mark A. Weiker" <mark@awlawohio.com>
Date : Mon, 02 Nov 2015 11:50:22 -0500
Subject : Fwd: CAPP Petition for Appeal - Julian Endrs
============ Forwarded message ============

Begin forwarded message:

From: Julian Endres <jendres@neomed.edu>



Capp Docs <cappdocs@gmail.com>

# Fwd: Personal Statement for Second CAPP Meeting

2 messages

**Julian Endres** <jendres@neomed.edu>  Wed, Nov 18, 2015 at 9:18 PM
To: cappdocs@gmail.com

---------- Forwarded message ----------
From: **Julian Endres** <jendres@neomed.edu>
Date: Wed, Nov 18, 2015 at 11:12 AM
Subject: Personal Statement for Second CAPP Meeting
To: Mary Beth Seith <mseith@neomed.edu>

Hi Mary Beth,

Here is my personal statement for my second CAPP meeting. Would you please include it into my student file and make copies for the committee members who will be there.

Sincerely,
Julian Endres

📎 **CAPP second hearing opening statement with statistics.pptx**
48K

**Julian Endres** <jendres@neomed.edu>  Wed, Nov 18, 2015 at 9:18 PM
To: cappdocs@gmail.com

---------- Forwarded message ----------
From: **Mary Beth Seith** <mseith@neomed.edu>
Date: Wed, Nov 18, 2015 at 12:08 PM
Subject: RE: Personal Statement for Second CAPP Meeting
To: Julian Endres <jendres@my.neomed.edu>

Hi Julian,

As previously communicated, we are not permitted to accept additional materials into your student file after Executive Review. You are certainly welcome to use this document as your personal aid while making your opening statement, but the committee will not be receiving copies.

-Mary Beth

**Mary Beth Seith**
Registrar
Office of Enrollment Services