Test had 25 questions, 6 were answered identical and wrongly by both students

| question | A | B | C | D | E | total | yellow-2 | n-2 | probability of same answer |
|---|---|---|---|---|---|---|---|---|---|
| 1 | <u>52</u> | 47 | 13 | 16 | 31 | 159 | 14 | 157 | 0.089 |
| 2 | 29 | <u>35</u> | 4 | 8 | 84 | 160 | 27 | 158 | 0.17 |
| 6 | 14 | 41 | 23 | 13 | <u>69</u> | 160 | 39 | 158 | 0.25 |
| 13 | 6 | 15 | <u>119</u> | 20 | 0 | 160 | 6 | 158 | 0.038 |
| 22 | 11 | 22 | 6 | 53 | <u>68</u> | 160 | 51 | 158 | 0.32 |
| 23 | 125 | <u>16</u> | 12 | 7 | 0 | 160 | 123 | 158 | 0.78 |

underline-correct answer
yellow-marked by both students

Probability for all 6 to be identical and wrong is the product of these
0.000036

Test had 25 multiple choice questions
15 were answered correct by the students
6 were answered wrong and identical by the two students
4 were ansered wrong and different by the two students

This analysis assumes that correct answers were arrived at independently