# MEMO

**DATE:** November 2, 2015

**TO:** Dr. Elisabeth Young, CAPP Executive Review Chair

**FROM:** Dr. Sandra Emerick, Chief Student Affairs Officer

**RE:** Appeal for Julian Endres (M1)

I was asked by Dr. Elisabeth Young, Chair of CAPP Executive Review to query the health care providers from whom information was sent regarding Julian Endres to determine nature, location, date, and length of the interaction/exam in order to clarify their information provided to NEOMED.

### Summary of Phone Conference with Dr. Trauben, Friday, October 30 at 1pm by Sandra Emerick, Chief Student Affairs Officer

I spoke via phone with Dr. Trauben regarding his letter addressed to me regarding Julian Endres.

Dr. Trauben is a practicing Psychiatrist in New York City and is a graduate of NEOMED Class of 1990.

He was visiting his mother in Akron (on vacation) when he was asked by a friend of a friend to see Julian Endres who was having difficulty getting an appointment with a psychiatrist related to his CAPP Phase 2 case. Dr. Trauben met face to face with Julian Endres on Tuesday, October 27th and conducted a full 90 minute psych interview. This was the first time Dr. Trauben met Julian. He understood that he needed a quick turn around on documentation in order to submit a CAPP appeal letter. Dr. Trauben also observed the video of Julian during the test in question.

He stated to me "frankly, I could see how it looks like" cheating. But he believes that the ADHD could equally explain if he was distracted by flashing lights. He explained the nature of children who play video games and learn responses to flashing lights. Perhaps that is why his attention was drawn to his right for that reason.

He believes this might inject enough doubt if it could be from ADHD, however the physician believed we were acting under the "beyond a reasonable doubt" level of evidence. I explained that our level of evidence in these types of hearing is "a preponderance of evidence."

He thinks that a change of medicine should be taken into account. Stratera is not as strong as Ritalin. Perhaps Julian was unaware of his HD behaviors (fidgeting).

\* \* \*

### Summary of Phone Conference with Dr. Caroline Ramos, Thursday, October 29 at 5:20 pm by Sandra Emerick, Chief Student Affairs Officer

Dr. Ramos was a BSMD student from UA and transferred to OSU for medical school. She is an internist in Columbus, Ohio. Dr. Ramos was asked by Julian Endres' mother, a patient of Dr. Ramos, to see Julian and assist him. She never conducted a mini or complete psychological exam.

Dr. Ramos only met with Julian three times in total. She did not meet with him or speak with him before writing the letter submitted to CAPP Phase 2. She simply prepared the letter based upon the materials Julian's parents sent her via jump drive regarding Julian's CAPP case. She was asked to view the video and to offer a letter for CAPP Phase 2.

She last met with Julian on August 27th and provided a prescription for Stratera. She strongly encouraged him to locate a physician closer to school to see in tandem with taking this medication. She did not advise him to switch medications or to go off Stratera. She mentioned that she could see how the constant viewing of the peer's computer to his right might be viewed as cheating. She was surprised that he never registered his ADHD as a disability to seek accommodations.