As you may be aware, I was recently provided with data from the entire class for the course in question. This includes answers from all students on the quiz. This data was provided to me after my CAPP committee meeting. I also recently learned about statistics provided to the CAPP Committee by Dr. Thewissen. I believe this constitutes new, relevant, and substantial evidence that should be considered by the Committee.

The statistics below were provided by Dr. Thewissen to the CAPP Committee. They indicate that the "**probability for all 6 questions to be identical and wrong is the product of these: 0.000036**". (Note: the probability should be 0.000048. I tried to validate this with Dr. Thewissen before the Executive CAPP Committee's hearing, but Dr. Thewissen was not available.)

The 0.000048 probability was a single comparison between myself (seat 29) and the other student (seat 30). Based on the one sample, it could be easily interpreted that it is 99.999952% not possible to have 6 identical wrong unless I was cheating. The comparison could be made to a 99.999952% DNA match, thus leaving absolutely no room for any doubts. Under this type of scrutiny, it felt like everything I provided to the CAPP Committee was believed by the Committee to be excuses and dishonesty.

The new substantial evidence provided below demonstrates that, when more comparisons are done, the 0.000048 figure is in the mid-range of probabilities presented in this document.

Test had 25 questions, 6 were answered identical and wrongly by both students

| question | A | B | C | D | E | total | yellow-2 | n-2 | probability of same answer |
|---|---|---|---|---|---|---|---|---|---|
| 1 | <u>52</u> | 47 | 13 | 16 | 31 | 159 | 14 | 157 | 0.089 |
| 2 | 29 | <u>35</u> | 4 | 8 | 84 | 160 | 27 | 158 | 0.17 |
| 6 | 14 | 41 | 23 | 13 | <u>69</u> | 160 | 39 | 158 | 0.25 |
| 13 | 6 | 15 | <u>119</u> | 20 | 0 | 160 | 6 | 158 | 0.038 |
| 22 | 11 | 22 | 6 | 53 | <u>68</u> | 160 | 51 | 158 | 0.32 |
| 23 | 125 | <u>16</u> | 12 | 7 | 0 | 160 | 123 | 158 | 0.78 |

underline-correct answer
yellow-marked by both students

Probability for all 6 to be identical and wrong is the product of these
0.000036

Test had 25 multiple choice questions
15 were answered correct by the students
6 were answered wrong and identical by the two students
4 were ansered wrong and different by the two students

This analysis assumes that correct answers were arrived at independently

Dr. Thewissen Statistics

|  | Score | Total correct | Total wrong |
|---|---|---|---|
| Seat 29 (Endres) | 72 | 18 | 7 |
| Seat 30 | 64 | 16 | 9 |

**Endres/seat 29 Probability:** $0.1 \times 0.18 \times 0.26 \times 0.04 \times 0.33 \times 0.78 = \mathbf{0.000048}$

1

I took Dr. Thewissen's lead in choosing the statistical approach and broadened his original analysis. All probability cases shown in this document are based on the following conditions:

- Statistical model - the same statistical model that was used by Dr. Thewissen

- Sample pool - the entire HDS class quiz performance report I received on October 27, 2015.

- Samples include the students who have 5, 6, 7, 8, 9, 10, and 11 identical wrongs. (This does not include every possible case, only the ones I could identify by hand in the time I was given).

**Substantial Evidence:**

- **The 84% Similarity (table 1 – table 2):**
  The 84% similarity with 6 identical wrong answers was seen as improbable, and was used as the basis to confirm that I was cheating. By extending the data set from two students to the entire HDS class we can see that it is not improbable. Table 1 shows 40+ cases that have a similarity greater than or equal to 76% with 6 or more identical wrong answers. Table 2 has close to a hundred cases with similarity greater than 80%.

- **The 6 identical wrong answers I have with seat 30 (table 3):**
  When the sample pool is extended from one student to six students, it shows that for each identical wrong I have with seat 30, half of the sample pool also have the same identical wrong.

- **The 0.000048 probability (table 4 – table 11):**
  I found hundreds of cases for students who have 5, 6, 7, 8, 9, 10, and 11 identical wrongs with the probabilities ranging between **0.0000001** and **0.000098**. The 0.000048 probability is neither unique nor the extreme. It falls in the mid-range of probabilities listed in this document for all 6 to be identical and wrong.

**The statistics used to prove my cheating:**

When the above statistics are viewed with a data set expanded from only two students to the entire HDS class, it is clear that my statistics are not abnormal, extreme, or unique in any way.

There are hundreds of examples of probabilities in-between the range of 0.0000001 and 0.000098. If my probability of 0.000048 was seen as improbable, and used as evidence to confirm I was cheating, then is it logical all other students who have a probability in-between the range of 0.0000001 and 0.000098 could be accused of cheating? Saying that there is a 99.99995% chance I was cheating also means that there is a 99.9999x% to 99.99999x chance that all those other students were cheating as well. The only difference between myself and the other students was that my fidgeting and eye-movements caused me to look suspicious.

For multiple-choice questions, each choice has two or three conditions

**No possibility of cheating:**

1. Knowing
2. Guessing

**Possibility of cheating:**

1. Knowing
2. Guessing
3. Copy Answers

Based on the isolated statistic created from only one comparison, the 0.000048 probability was interpreted as a 99.99995% chance that I was cheating. With this kind of scrutiny:

- For questions that I got wrong, if I made any changes and my answer happened to be the same as the student in seat 30, then I must have copied the answers by briefly glancing over.

- The committee never considered the possibility that I was not cheating since there is only a 0.000048% possibility that I was not cheating. Under such light, everything I said sounded dishonest and like an excuses.

- I am also a repeat M1, and thus I would probably resort to cheating in order to pass.

The facts:

- I started strong this semester, as my HDS quiz score was in the top 15%.

- My module 1 test performance was greatly impacted due to the alleged accusation two days before my exam. Under such difficult stress, my final score was 68%, and the class average was 69%.

- I did not ask for accommodations before because there was never any need. The distractions do not bother me or impact my performance. The sole reason I will request accommodation in the future is so that my fidgeting will not be misinterpreted.

Everything I stated in my previous CAPP presentation still stands true.

I have presented solid scientific evidence that the criteria of cheating for the particular test in question should be reviewed. I thank the Executive Review Committee for the opportunity to defend my position and I sincerely hope that due consideration will be given for the evidence presented.

3

## Similarity:

## Similarity greater or equal to 76% with 6 or more identical wrong answers

Table 1 – 76% or greater similarity with 6 or more identical wrongs

| student | compare | Identical correct | Identical wrong | similarity |
|---|---|---|---|---|
| 95 | 133 | 12 | 10 | 88% |
| 75 | 145 | 14 | 8 | 88% |
| 117 | 156 | 13 | 8 | 84% |
| 137 | 145 | 15 | 7 | 88% |
| 72 | 117 | 13 | 7 | 80% |
| 75 | 137 | 13 | 7 | 80% |
| 117 | 72 | 13 | 7 | 80% |
| 137 | 75 | 13 | 7 | 80% |
| 14 | 60 | 12 | 7 | 76% |
| 51 | 137 | 12 | 7 | 76% |
| 60 | 75 | 12 | 7 | 76% |
| 75 | 117 | 12 | 7 | 76% |
| 32 | 113 | 16 | 6 | 88% |
| 20 | 117 | 15 | 6 | 84% |
| 22 | 91 | 15 | 6 | 84% |
| 32 | 145 | 15 | 6 | 84% |
| 14 | 72 | 14 | 6 | 80% |
| 21 | 140 | 14 | 6 | 80% |
| 28 | 72 | 14 | 6 | 80% |
| 32 | 137 | 14 | 6 | 80% |
| 44 | 80 | 14 | 6 | 80% |
| 59 | 89 | 14 | 6 | 80% |
| 73 | 117 | 14 | 6 | 80% |
| 89 | 59 | 14 | 6 | 80% |
| 113 | 145 | 14 | 6 | 80% |
| 117 | 73 | 14 | 6 | 80% |
| 117 | 145 | 14 | 6 | 80% |
| 129 | 156 | 14 | 6 | 80% |
| 137 | 32 | 14 | 6 | 80% |

4

| | | | | |
|---|---|---|---|---|
| 140 | 21 | 14 | 6 | 80% |
| 145 | 113 | 14 | 6 | 80% |
| 145 | 117 | 14 | 6 | 80% |
| 156 | 129 | 14 | 6 | 80% |
| 14 | 112 | 13 | 6 | 76% |
| 14 | 156 | 13 | 6 | 76% |
| 16 | 113 | 13 | 6 | 76% |
| 32 | 44 | 13 | 6 | 76% |
| 44 | 32 | 13 | 6 | 76% |
| 50 | 89 | 13 | 6 | 76% |
| 51 | 145 | 13 | 6 | 76% |
| 55 | 85 | 13 | 6 | 76% |
| 60 | 145 | 13 | 6 | 76% |
| 111 | 137 | 13 | 6 | 76% |
| 112 | 14 | 13 | 6 | 76% |
| 112 | 113 | 13 | 6 | 76% |
| 136 | 139 | 13 | 6 | 76% |
| 144 | 145 | 13 | 6 | 76% |

Table 2 – cases with 80% or higher similarity

| student | compare | similarity |
|---|---|---|
| 29 | 146 | 92% |
| 29 | 130 | 92% |
| 29 | 32 | 88% |
| 29 | 113 | 88% |
| 32 | 113 | 88% |
| 32 | 146 | 88% |
| 33 | 69 | 88% |
| 75 | 145 | 88% |
| 95 | 133 | 88% |
| 113 | 146 | 88% |
| 115 | 146 | 88% |
| 130 | 146 | 88% |
| 137 | 145 | 88% |
| 14 | 92 | 84% |
| 14 | 113 | 84% |

| | | | | | | |
|---|---|---|---|---|---|---|
| 20 | 117 | 84% | | 86 | 122 | 80% |
| 22 | 91 | 84% | | 86 | 100 | 80% |
| 28 | 146 | 84% | | 89 | 59 | 80% |
| 28 | 115 | 84% | | 92 | 113 | 80% |
| 29 | 145 | 84% | | 92 | 86 | 80% |
| 29 | 115 | 84% | | 92 | 100 | 80% |
| 29 | 43 | 84% | | 99 | 129 | 80% |
| 32 | 145 | 84% | | 100 | 92 | 80% |
| 74 | 154 | 84% | | 105 | 86 | 80% |
| 117 | 156 | 84% | | 113 | 145 | 80% |
| 145 | 146 | 84% | | 113 | 31 | 80% |
| 7 | 86 | 80% | | 113 | 73 | 80% |
| 14 | 72 | 80% | | 113 | 92 | 80% |
| 14 | 29 | 80% | | 113 | 115 | 80% |
| 14 | 146 | 80% | | 113 | 43 | 80% |
| 21 | 140 | 80% | | 113 | 130 | 80% |
| 28 | 72 | 80% | | 115 | 32 | 80% |
| 28 | 29 | 80% | | 115 | 113 | 80% |
| 28 | 130 | 80% | | 115 | 130 | 80% |
| 29 | 74 | 80% | | 117 | 72 | 80% |
| 29 | 86 | 80% | | 117 | 73 | 80% |
| 31 | 113 | 80% | | 117 | 145 | 80% |
| 31 | 143 | 80% | | 122 | 86 | 80% |
| 32 | 137 | 80% | | 129 | 156 | 80% |
| 32 | 115 | 80% | | 129 | 145 | 80% |
| 32 | 130 | 80% | | 129 | 99 | 80% |
| 33 | 86 | 80% | | 129 | 140 | 80% |
| 40 | 74 | 80% | | 130 | 28 | 80% |
| 40 | 154 | 80% | | 130 | 32 | 80% |
| 43 | 113 | 80% | | 130 | 113 | 80% |
| 44 | 80 | 80% | | 137 | 75 | 80% |
| 59 | 89 | 80% | | 137 | 32 | 80% |
| 59 | 150 | 80% | | 140 | 21 | 80% |
| 72 | 117 | 80% | | 140 | 129 | 80% |
| 73 | 117 | 80% | | 143 | 31 | 80% |
| 73 | 113 | 80% | | 145 | 113 | 80% |
| 73 | 86 | 80% | | 145 | 117 | 80% |
| 74 | 127 | 80% | | 145 | 129 | 80% |
| 75 | 137 | 80% | | 156 | 129 | 80% |
| 86 | 33 | 80% | | | | |
| 86 | 73 | 80% | | | | |
| 86 | 92 | 80% | | | | |
| 86 | 105 | 80% | | | | |

6

## Statistical Analysis of identical wrongs with Student at seat 30:

These are not all the cases, but just a few listed. In the sample pool of 6 students compared with the student at seat 30.

|  | Q1 0.10 | Q2 0.18 | Q6 0.26 | Q12 0.19 | Q13 0.04 | Q16 0.04 | Q20 0.23 | Q22 0.33 | Q23 0.78 |
|---|---|---|---|---|---|---|---|---|---|
| Seat 30 | d | a | b | b | a | b | d | d | a |
| 106 |  | x | x |  | x | x |  |  | x |
| 118 |  |  | x | x |  | x |  | x | x |
| 87 | x | x |  | x |  |  | x | x | x |
| Seat 29 (Endres) | x | x | x |  | x |  |  | x | x |
| 135 |  | x | x |  |  | x |  |  | x |
| 157 |  |  |  | x |  | x |  | x | x |

Table 3 – Identical wrong answers with student at seat 30

- For question 13 and question 16, there is 4% of the class who chose the same answer. In the small sample pool of six, 5 students have at least one identical wrong of those two questions.

- Student 106 is the only one who has the same identical wrongs for both questions with the lowest number. The probability of student 106 compare to the student (seat 30) is 0.000058.

- When the sample pool is extended to more than one, it clearly shows that for each identical wrong I have with the student at seat 30, at least half of the students from the sample have the same identical wrong.

- Is it rational to use the statistics of student 106 to say that he/she might be cheating by somehow copying the answers from student at seat 30? If not, then how can my probability with seat 30 be used to prove I was cheating? The only additional factor is my fidgeting.

7

**HDS Quiz Probability samples for all 5 to be identical and wrong:**

**Probability range for all 5 identical and wrong: 0.000003 – 0.000068**

| Student | Compare to | Probability | Same wrong Answers |
|---|---|---|---|
| 18 | 49 | 0.000077 | 5 |
| 18 | 108 | 0.000016 | 5 |
| 18 | 141 | 0.000068 | 5 |
| (seat 30) | 340* | 0.000058 | 5 |
| 24 | 65 | 0.000009 | 5 |
| 24 | 67 | 0.000003 | 5 |
| 108 | 82 | 0.000038 | 5 |
| 106 | 22 | 0.000058 | 5 |
| 141 | 18 | 0.000068 | 5 |

Table 4 – Probability with 5 identical wrong answers

**HDS Quiz Probability samples for all 6 to be identical and wrong:**

**Probability range: 0.000001 - 0.000098**

| Student | Compare to | Probability | Same Wrong Answers |
|---|---|---|---|
| 11 | 83 | 0.000033 | 6 |
| 11 | 108 | 0.000016 | 6 |
| 11 | 152 | 0.000048 | 6 |
| 12 | 61 | 0.000088 | 6 |
| 13 | 24 | 0.000011 | 6 |
| 13 | 27 | 0.000007 | 6 |
| 13 | 47 | 0.000001 | 6 |
| 23 | 83 | 0.000031 | 6 |
| 34 | 27 | 0.000035 | 6 |
| 34 | 61 | 0.000092 | 6 |
| 42 | 67 | 0.000037 | 6 |
| 42 | 90 | 0.000069 | 6 |
| 46 | 153 | 0.000060 | 6 |
| 60 | 102 | 0.000070 | 6 |
| 61 | 12 | 0.000088 | 6 |
| 61 | 102 | 0.000016 | 6 |
| 61 | 132 | 0.000056 | 6 |
| 67 | 109 | 0.000079 | 6 |
| 67 | 153 | 0.000065 | 6 |

| | | | |
|---|---|---|---|
| 68 | 13 | 0.000050 | 6 |
| 68 | 132 | 0.000056 | 6 |
| 91(Endres) | 22 (seat 30) | 0.000048 | 6 |
| 96 | 161 | 0.000068 | 6 |
| 103 | 16 | 0.000071 | 6 |
| 108 | 18 | 0.000016 | 5 |
| 108 | 141 | 0.000026 | 6 |
| 132 | 110 | 0.000031 | 6 |
| 135 | 42 | 0.000067 | 6 |
| 149 | 141 | 0.000067 | 6 |
| 153 | 41 | 0.000055 | 6 |
| 153 | 114 | 0.000098 | 6 |
| 155 | 161 | 0.000077 | 6 |
| 161 | 153 | 0.000030 | 6 |
| 69 | 118 | 0.000089 | 6 |
| 31 | 61 | 0.000087 | 6 |
| 104 | 46 | 0.000090 | 6 |
| 70 | 42 | 0.000058 | 6 |
| 104 | 46 | 0.000090 | 6 |
| 111 | 23 | 0.000089 | 6 |
| 90 | 42 | 0.000069 | 6 |
| 94 | 61 | 0.000055 | 6 |
| 139 | 136 | 0.000051 | 6 |

Table 5 – Probability with 6 identical wrongs

**HDS Quiz Probability samples for all 7 to be identical and wrong:**
**Probability range: 0.000004 – 0.000098**

| Student | Compare to | Probability | Same Wrong Answers |
|---|---|---|---|
| 5 | 19 | 0.000073 | 7 |
| 5 | 46 | 0.000067 | 7 |
| 5 | 83 | 0.000004 | 7 |
| 5 | 120 | 0.000088 | 7 |
| 5 | 126 | 0.000078 | 7 |
| 8 | 37 | 0.000025 | 7 |
| 11 | 138 | 0.000052 | 7 |
| 13 | 52 | 0.000082 | 7 |
| 16 | 121 | 0.000047 | 7 |
| 24 | 16 | 0.000009 | 7 |
| 27 | 68 | 0.000004 | 7 |
| 27 | 132 | 0.000010 | 7 |
| 34 | 83 | 0.000003 | 7 |
| 37 | 157 | 0.000069 | 7 |
| 41 | 42 | 0.000071 | 7 |
| 41 | 67 | 0.000033 | 7 |
| 41 | 83 | 0.000024 | 7 |
| 41 | 136 | 0.000044 | 7 |
| 42 | 49 | 0.000005 | 7 |
| 42 | 83 | 0.000019 | 7 |
| 47 | 34 | 0.000014 | 7 |
| 47 | 67 | 0.000005 | 7 |
| 48 | 161 | 0.000005 | 7 |
| 49 | 30 | 0.000040 | 7 |
| 49 | 61 | 0.000011 | 7 |
| 49 | 62 | 0.000020 | 7 |
| 49 | 110 | 0.000026 | 7 |
| 49 | 138 | 0.000076 | 7 |
| 50 | 87 | 0.000077 | 7 |
| 60 | 121 | 0.000049 | 7 |
| 79 | 147 | 0.000098 | 7 |
| 82 | 110 | 0.000010 | 7 |
| 88 | 110 | 0.000004 | 7 |
| 106 | 118 | 0.000022 | 7 |
| 109 | 119 | 0.000059 | 7 |
| 110 | 34 | 0.000012 | 7 |
| 110 | 138 | 0.000097 | 7 |
| 114 | 123 | 0.000031 | 7 |
| 121 | 103 | 0.000080 | 7 |
| 157 | 119 | 0.000010 | 7 |
| 158 | 147 | 0.000083 | 7 |
| 85 | 42 | 0.000017 | 7 |
| 101 | 46 | 0.000071 | 7 |
| 116 | 34 | 0.000043 | 7 |

Table 6 – Probability with 7 identical wrong answers

## HDS Quiz Probability samples for all 8 to be identical and wrong:

**Probability range: 0.0000002 – 0.000096**

| Student | Compare to | Probability | Wrong Answers |
|---:|---:|---:|---:|
| 9 | 37 | 0.000071 | 8 |
| 12 | 120 | 0.000068 | 8 |
| 19 | 46 | 0.000074 | 8 |
| 25 | 49 | 0.000015 | 8 |
| 25 | 78 | 0.000023 | 8 |
| 25 | 82 | 0.000096 | 8 |
| 25 | 158 | 0.000061 | 8 |
| 27 | 47 | 0.0000002 | 8 |
| 34 | 126 | 0.000026 | 8 |
| 34 | 142 | 0.000015 | 8 |
| 36 | 119 | 0.000023 | 8 |
| 37 | 121 | 0.000039 | 8 |
| 41 | 64 | 0.000057 | 8 |
| 41 | 90 | 0.000023 | 8 |
| 42 | 25 | 0.000030 | 8 |
| 46 | 48 | 0.000022 | 8 |
| 46 | 126 | 0.000063 | 8 |
| 48 | 87 | 0.000048 | 8 |
| 48 | 110 | 0.000042 | 8 |
| 48 | 155 | 0.000016 | 8 |
| 50 | 119 | 0.000029 | 8 |
| 50 | 120 | 0.000061 | 8 |
| 57 | 118 | 0.000059 | 8 |
| 57 | 157 | 0.000059 | 8 |
| 61 | 83 | 0.000001 | 8 |
| 78 | 42 | 0.000006 | 8 |
| 87 | 138 | 0.000009 | 8 |
| 88 | 155 | 0.000040 | 8 |
| 110 | 114 | 0.000004 | 8 |
| 110 | 125 | 0.000011 | 8 |
| 110 | 126 | 0.000013 | 8 |
| 118 | 34 | 0.000030 | 8 |
| 118 | 93 | 0.000022 | 8 |
| 118 | 142 | 0.000084 | 8 |
| 118 | 144 | 0.000035 | 8 |
| 120 | 125 | 0.000069 | 8 |

Table 7 – Probability with 8 identical wrong answers

**HDS Quiz Probability samples for all 9 to be identical and wrong:**

**Probability Range: 0.000001 – 0.000092**

| Student | Compare to | Probability | Wrong Answers |
|---|---|---|---|
| 3 | 87 | 0.000005 | 9 |
| 12 | 25 | 0.000034 | 9 |
| 23 | 11 | 0.000001 | 9 |
| 25 | 37 | 0.000017 | 9 |
| 48 | 97 | 0.000092 | 9 |
| 49 | 82 | 0.000001 | 9 |
| 110 | 46 | 0.000002 | 9 |
| 120 | 25 | 0.000030 | 9 |

Table 8 – Probability with 9 identical wrong answers

**HDS Quiz Probability samples for all 10 to be identical and wrong:**

**Probability Range: 0.000001 – 0.000019**

| Student | Compare to | Probability | Wrong Answers |
|---|---|---|---|
| 9 | 25 | 0.000004 | 10 |
| 25 | 118 | 0.000019 | 10 |
| 133 | 95 | 0.000001 | 10 |

Table 9 – Probability with 10 identical wrong answers

**HDS Quiz Probability samples for all 11 to be identical and wrong:**

**Probability Range: 0.0000004**

| Student | Compare to | Probability | Wrong Answers |
|---|---|---|---|
| 157 | 118 | 0.0000004 | 11 |

Table 10 – Probability with 11 identical wrong answers

12

## Timestamps

The timestamps from the laptops and the video cannot be synced up. The video showed the student in seat 30 pass behind me at 29:15, but his timestamps show that he quit the exam at 34:42. There were less than 4% of the timestamps that show we were overlapping. However, the following 20-second timestamp sequence is exactly identical. It does not seem possible because it would require me to predict when he switches questions:

Student in seat 30

| 6  | 4 | Choice | 8:30:33 AM | Navigating | Choice(s): B |
|----|---|--------|------------|------------|--------------|
| 7  | 3 | Choice | 8:30:38 AM | Navigating | Choice(s): D |
| 8  | 3 | Choice | 8:30:42 AM | Navigating | Choice(s): B |
| 9  | 3 | Choice | 8:30:46 AM | Navigating | Choice(s): A |
| 10 | 3 | Choice | 8:30:49 AM | Navigating | Choice(s): B |
| 11 | 3 | Choice | 8:30:53 AM | Navigating | Choice(s): B |

Student in seat 29 (Julian)

| 6  | 5 | Choice | 8:30:33 AM | Navigating | Choice(s): B |
|----|---|--------|------------|------------|--------------|
| 7  | 6 | Choice | 8:30:38 AM | Navigating | Choice(s): D |
| 8  | 6 | Choice | 8:30:42 AM | Navigating | Choice(s): B |
| 9  | 6 | Choice | 8:30:46 AM | Navigating | Choice(s): A |
| 10 | 9 | Choice | 8:30:49 AM | Navigating | Choice(s): B |
| 11 | 9 | Choice | 8:30:53 AM | Navigating | Choice(s): B |

|                               | Student in seat 29 (Endres) | Student in seat 30 |
|-------------------------------|-----------------------------|--------------------|
| **Average revisits per question** | 10                          | 4.5                |

13