IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES | : | Case No. 5:17-cv-2408 |
| | : | |
| Plaintiff | : | Judge Lioi |
| | : | |
| v. | : | |
| | : | Magistrate Judge Limbert |
| NORTHEAST OHIO | : | |
| MEDICAL UNIVERSITY, et al | : | |
| | : | |
| Defendants | : | |

### NOTICE OF FILING CORRECTED EXHIBITS TO PLAINTIFF'S MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION TO DISMISS

Plaintiff hereby gives notice of filing corrected exhibits to their Memorandum in Opposition to Defendant's Motion to Dismiss, which was filed with the Court on March 13, 2018. Although the exhibits were in pdf format, the documents are only viewable as pictures, and any links contained within are not usable. Therefore, Plaintiff is filing the exhibits in a pdf format which will allow the Court to access the necessary links though the document.

Respectfully submitted,

By: */s/ John S. Marshall*
John S. Marshall (0015160)
*(jmarshall@marshallforman.com)*
Edward R. Forman (0076651)
*(eforman@marshallforman.com)*
MARSHALL AND FORMAN LLC
250 Civic Center Dr., Suite 480
Columbus, Ohio 43215-5296
(614) 463-9790
Fax (614) 463-9780

**OF COUNSEL:**
Louis A. Jacobs (002101)
(*LAJOhio@aol.com*)
177 19th St., Apt. 9C
Oakland, CA 94612
(614) 203-1255
Fax (510) 250-9007

## **CERTIFICATE OF SERVICE**

This is to certify that a copy of the foregoing was filed with the Court on this 6th day of April 2018, using the CM/ECF system, which will send notification of such filing to all counsel of record. Parties may access this filing through the court's filing system.

By: ___/s/ John S. Marshall
John S. Marshall (0015160)