# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES, | ) | CASE NO. 5:17-cv-2408 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **JUDGMENT ENTRY** |
| | ) | |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al., | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, this case is dismissed because the claims are time-barred. Case closed, with each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: August 22, 2018

                                                  **HONORABLE SARA LIOI**
                                                  **UNITED STATES DISTRICT JUDGE**