UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 18-3825

J. ENDRES,

    Plaintiff - Appellant,

    v.

NORTHEAST OHIO MEDICAL UNIVERSITY; NORTHEAST OHIO MEDICAL UNIVERSITY BOARD OF TRUSTEES; SANDRA EMERICK; JAY A. GERSHEN,

    Defendants - Appellees.

**FILED**
Aug 30, 2019
DEBORAH S. HUNT, Clerk

Before:  MERRITT, KETHLEDGE, and NALBANDIAN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Akron.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's dismissal of Julian Endres's complaint is REVERSED.  IT IS FURTHER ORDERED that the district court's holding that Sandra Emerick is immune from monetary damages on Endres's § 1983 claim is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

Deborah S. Hunt, Clerk