# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| J. ENDRES, | ) | CASE NO. 5:17-cv-2408 |
| | ) | |
| PLAINTIFF(S), | ) | JUDGE SARA LIOI |
| | ) | MAGISTRATE JUDGE GEORGE J. LIMBERT |
| | ) | |
| | ) | |
| | ) | CASE MANAGEMENT PLAN |
| | ) | |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al. | ) | |
| | ) | |
| DEFENDANT(S). | ) | |

| | |
|---|---|
| Track Assignment: | Regular |
| Deadline to Add Parties or Amend Pleadings: | October 15, 2019 |
| Deadline for Completing Non-Expert Discovery: | April 30, 2020 |

The parties (indicate one):

☐ agree that there will be no discovery of electronically-stored information; or
☐ have agreed to a method for conducting discovery of electronically-stored information; or
☒ have agreed to follow the default standard for discovery of electronically-stored information (Appendix K to N.D. Ohio Local Rules)

| | |
|---|---|
| Deadline for party w/BOP to id experts & reports: | May 29, 2020 |
| Deadline to id rebuttal experts & reports: | June 30, 2020 |
| Deadline for Completing Expert Discovery: | July 31, 2020 |
| Deadline for Filing Dispositive Motions: | August 31, 2020 |
| Deadline for Filing Oppositions to Motions: | September 24, 2020 |
| Deadline for Filing Replies to Responses: | October 15, 2020 |
| Status Conference: | October 29, 2020 |
| Final Pretrial Conference: | November 30, 2020 |
| ☒ Jury Trial ☐ Bench Trial | December 13, 2020 |