# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-3825

_____

Filed: September 25, 2019

J. ENDRES

    Plaintiff - Appellant      5:17cv2408 - SL

v.

NORTHEAST OHIO MEDICAL UNIVERSITY; NORTHEAST OHIO MEDICAL UNIVERSITY BOARD OF TRUSTEES; SANDRA EMERICK, Individually and as Chief Student Affairs Officer of Northeast Ohio Medical University; JAY A. GERSHEN, Individually and as President of Northeast Ohio Medical University

    Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 08/30/2019 the mandate for this case hereby issues today. Reversed in part, and Affirmed in part.

COSTS: None