## APPENDIX B

   An Exhibit List following the format shown below, along with  two (2) copies of all exhibits, must be prepared and submitted by counsel **one (1) business day before** the trial commences.  Specific reference is made here to the terms of the Trial Order that shall be read and applied in conjunction with the format below.


_____     CASE NO.  _____
     PLAINTIFF(S),

   vs.          JUDGE SARA LIOI

_____
     DEFENDANT(S).

| PLAINTIFF/DEFENDANT/JOINT/THIRD-PARTY EXHIBITS | | | | | | |
|---|---|---|---|---|---|---|
| **EXHIBIT I.D.** | **DESCRIPTION OF EXHIBIT** | **I.D.** | **OFFERED** | **OBJ.** | **ADMITTED** | **NOT ADMITTED** |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |