IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **J. ENDRES** | : | |
| | : | |
| *Plaintiff*, | : | Case No. 5:17-cv-2408 |
| | : | |
| v. | : | **JUDGE LIOI** |
| | : | |
| **NORTHEAST OHIO MEDICAL** | : | |
| **UNIVERSITY,** *et al.* | : | |
| | : | |
| *Defendants*. | : | |

## NOTICE OF SUBSTITUTION OF CO-COUNSEL

Pursuant to Local Rule 83.9 of the U.S. District Court for the Northern District of Ohio, please take notice that Assistant Attorney General Rory P. Callahan is substituted for Anthony J. Farris as co-counsel for the defendants in the above-referenced action.  Assistant Attorney General Todd Marti will remain as lead counsel for the defendants. The undersigned hereby notifies the Court and the parties that he is appearing as co-counsel on behalf of all Defendants. Please direct all pleadings, orders, notices and other correspondence regarding this case to him at the addresses set forth below.

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**

*/s/ Rory P. Callahan*
_____
RORY P. CALLAHAN (0072021)
Assistant Attorney General
Office of the Ohio Attorney General
Education Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Telephone:  (614) 644-7250
Facsimile:   (614) 644-7634
rory.callahan@ohioattorneygeneral.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 2, 2019, a copy of the foregoing *Notice of Substitution of Co-Counsel* was electronically filed.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Rory P. Callahan*
_____
RORY P. CALLAHAN (0072021)
Assistant Attorney General

2