**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **J. ENDRES,** ) | **CASE NO. 5:17-CV-2408** |
| ) | |
| Plaintiff, ) | **JUDGE SARA LIOI** |
| ) | |
| vs. ) | |
| ) | |
| **NORTHEAST OHIO MEDICAL** ) | |
| **UNIVERSITY, et al.** ) | |
| ) | |
| Defendants. ) | |

**JOINT STATUS REPORT OF THE PARTIES
PURSUANT TO CASE MANAGEMENT ORDER (DOC. #36)**

Pursuant to the Court's "Case Management Plan" (Doc. #36), filed on September 26, 2019, the parties submit the following joint status report. On October 9, 2019, the Defendants filed an Answer to Plaintiff's Amended Complaint (Doc. #38). Following the issuance of the Court's Case Management Plan, counsel for the parties have had telephone conversations discussing the Sixth Circuit's opinion and a possible settlement of the case. The parties plan to have additional settlement discussions over the course of the next month, and will notify the Court if they require any assistance in the form of a mediation or modification of the case schedule.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAVE YOST (0056290)<br>Ohio Attorney General |
| */s/ John S. Marshall* | */s/ Todd R. Marti* |
| JOHN S. MARSHALL (0015160)<br>MARSHALL & FORMAN LLC<br>250 Civic Center Dr., Suite 480<br>Columbus, Ohio 43215-5296<br>(614) 463-9790 - Telephone<br>(614) 463-9780 - Facsimile<br>Jmarshall@marshallforman.com<br><br>*Counsel for Plaintiff* | TODD R. MARTI (0019280)<br>Principal Assistant Attorney General<br>RORY P. CALLAHAN (0072021)<br>Principal Assistant Attorney General<br>Education Section<br>30 East Broad Street, 16th Floor<br>Columbus, OH 43215<br>(614) 644-7250 - Telephone<br>(614) 644-7634 – Facsimile<br>Todd.marti@ohioattorneygeneral.gov<br>Rory.callahan@ohioattorneygeneral.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The foregoing *Joint Status Report of the Parties* was filed through the Court's Electronic Filing System on the 8th day of November, 2019. All parties will be notified of this filing through the Court's Electronic Filing System.

/s/        Todd Marti
*Attorney for Defendants*