# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **J. ENDRES,** ) | CASE NO. 5:17-cv-2408 |
| ) | |
| **Plaintiff,** ) | **JUDGE SARA LIOI** |
| ) | |
| **v.** ) | |
| ) | |
| **NORTHEAST OHIO MEDICAL** ) | |
| **UNIVERSITY,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

### JOINT MOTION FOR TELEPHONE STATUS CONFERENCE

The parties request a telephone status with the Court to discuss next steps to resolve the case. Plaintiff in this matter recently retained new counsel. On March 20, 2020, Plaintiff's counsel filed leave to withdraw and substitute counsel (Doc. #40), and the Court granted the motion on March 23, 2020. Counsel for the Defendants have engaged in substantial settlement discussions, over a period of months with plaintiff's prior counsel, and believed the parties had an agreement in principle to settle the case. Plaintiff's new attorney seeks to continue those settlement discussions, and is working on some proposed language on the non-economic terms of the case that Plaintiff is seeking. Plaintiff also requested (from defense counsel) an extension of the discovery cut-off to protect her client's interests in the event the parties are not able to reach a final settlement agreement.

|  | Respectfully submitted, |
|---|---|
|  | **DAVE YOST (0056290)**<br>**Ohio Attorney General** |
| */s/ Tracy L. Turner – per email auth.* | */s/ Todd R. Marti* |
| TRACY L. TURNER (0069927)<br>ROSENBERG & BALL LLC<br>Rosenberg & Ball Co., LPA<br>205 South Prospect Street<br>Granville, Ohio 43023<br>614-657-3454 (direct)<br>888-680-6796 (general)<br>866-498-0811 (fax)<br>tracy.rblaw@gmail.com<br><br>*Counsel for Plaintiff* | TODD R. MARTI (0019280)<br>Principal Assistant Attorney General<br>RORY P. CALLAHAN (0072021)<br>Principal Assistant Attorney General<br>Education Section<br>30 East Broad Street, 16th Floor<br>Columbus, OH  43215<br>(614) 644-7250 - Telephone<br>(614) 644-7634 – Facsimile<br>Todd.marti@ohioattorneygeneral.gov<br>Rory.callahan@ohioattorneygeneral.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

  The foregoing *Joint Motion for Telephone Status Conference* was filed through the Court's Electronic Filing System on the 30th day of March, 2020. All parties will be notified of this filing through the Court's Electronic Filing System.

                 */s/  Todd Marti*
                 TODD R. MARTI (0019280)
                 Principal Assistant Attorney General