**IT IS SO ORDERED**.

_____
**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

Date:  May 12, 2020

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **J. ENDRES,** | CASE NO. 5:17-CV-2408 |
| **Plaintiff,** | JUDGE SARA LIOI |
| vs. | |
| **NORTHEAST OHIO MEDICAL UNIVERSITY, et al.** | |
| **Defendants.** | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff JULIAN ENDRES and Defendants NORTHEAST OHIO MEDICAL UNIVERSITY ("NEOMED") and SANDRA EMRICK (collectively, the "Parties") and Parties' respective counsel, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party to bear their own attorneys' fees and costs.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | DAVE YOST (0056290)<br>Ohio Attorney General |
| */s/ Tracy L. Turner – per email auth.* | */s/ Todd R. Marti* |
| TRACY L. TURNER (0069927)<br>ROSENBERG & BALL LLC<br>Rosenberg & Ball Co., LPA<br>205 South Prospect Street<br>Granville, Ohio 43023<br>614-657-3454 (direct)<br>888-680-6796 (general)<br>866-498-0811 (fax)<br>tracy.rblaw@gmail.com<br><br>*Counsel for Plaintiff* | TODD R. MARTI (0019280)<br>Principal Assistant Attorney General<br>RORY P. CALLAHAN (0072021)<br>Principal Assistant Attorney General<br>Education Section<br>30 East Broad Street, 16th Floor<br>Columbus, OH  43215<br>(614) 644-7250 - Telephone<br>(614) 644-7634 – Facsimile<br>Todd.marti@ohioattorneygeneral.gov<br>Rory.callahan@ohioattorneygeneral.gov<br><br>*Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The foregoing *Stipulation of Dismissal with Prejudice* was filed through the Court's Electronic Filing System on the 11th day of May, 2020. All parties will be notified of this filing through the Court's Electronic Filing System.

*/s/      Todd Marti*
*Attorney for Defendants*