# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES, | ) | CASE NO. 5:17-cv-2408 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al., | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is the parties' joint motion to seal certain parts of the record in this case. (Doc. No. 45.) Good cause has been shown to seal these documents. However, for the reason set forth below, the motion is granted only in part.

The Clerk is directed to forthwith place under seal Doc. Nos. 29-1 through 29-8, inclusive.

The parties have also requested sealing of PAGE ID ## 698-755 in Doc. No. 25 (Appendix). But Doc. No. 25 was not filed in a manner that permits sealing of individual pages or documents. Therefore, defendants are directed to refile Doc. No. 25 (Appendix) in compliance with the directives in Section V.A. of the Court's Initial Standing Order. (*See* Doc. No. 4.) Thereafter, the parties may file a motion identifying the pages in the newly-filed Appendix that correspond to their original request for sealing.

**IT IS SO ORDERED**.

Dated: June 26, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**