# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **J. ENDRES** | : | Case No. 5:17-cv-2408 |
| Plaintiff | : | Judge Lioi |
| v. | : | Magistrate Judge Limbert |
| **NORTHEAST OHIO MEDICAL UNIVERSITY, et al** | : | |
| | : | |
| Defendants | : | |

## APPENDIX TO MOTION TO DISMISS

**DAVE YOST (0056290)**
**Ohio Attorney General**
TODD R. MARTI (0019280)
RORY P. CALLAHAN (0072021)
Assistant Attorneys General
Office of the Ohio Attorney General
Education Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Phone:  (614) 644-7250
Fax:  (614) 644-7634
Email:
todd.marti@ohioattorneygeneral.gov
rory.callahan@ohioattorneygeneral.gov
*Counsel for Defendants*

**1**

TABLE OF CONTENTS

2015-2016 Student Handbook ……………………………………………………………………4

Expectations of Student Conduct and Professional Commitment
Signed Aug. 31, 2015……………………………………………………………………...190

Link to Video of Examination……………………………………………………………………193

Email Chain dated Oct. 2, 2015—to Dr. Emerick……………………………………………...194

Email Chain dated Oct. 2, 2015—to Dr. Thewissen………………………………………………197

Letter dated Oct. 8, 2015…………………………………………………………………………..199

Email Chain dated Oct. 12, 2015—to Dr. Emerick……………………………………………….201

CAPP Student Interview Form
Dated Oct. 15, 2015……………………………………………………………………….205

Letter re CAPP Hearing Result
Dated Oct. 22, 2015……………………………………………………………………….225

Petition For CAPP Executive Result
Dated Oct. 27, 2015……………………………………………………………………….226

Additional Materials Submitted on Remand…………………………………………………….238

Affidavit of Sandra Emerick……………………………………………………………………….250

Affidavit of Heidi Terry…...……………………………………………………………………….252

Respectfully submitted,

**DAVE YOST (0056290)**
**Ohio Attorney General**
*/s/ Todd R. Marti*
TODD R. MARTI (0019280)
RORY P. CALLAHAN (0072021)
Assistant Attorneys General
Office of the Ohio Attorney General
Education Section
30 E. Broad Street, 16th Floor
Columbus, OH 43215
Phone: (614) 644-7250
Fax: (614) 644-7634
Email:
todd.marti@ohioattorneygeneral.gov
rory.callahan@ohioattorneygeneral.gov

### Certificate of Service

The undersigned hereby certifies that a copy of the forgoing was served upon all counsel of record via the Court's ECF system this 2nd day of July, 2020.

*/s/ Todd R. Marti*
TODD R. MARTI (0019280)

**3**