

# Northeast Ohio
## MEDICAL UNIVERSITY

**2015-2016**





**STUDENT HANDBOOK**

**4**

## 2015-16 NEOMED Student Handbook

## TABLE OF CONTENTS

### Section 1: Introduction to NEOMED

Welcome ...................................................................................................................... 5
Affirmative Action Statement .................................................................................... 5
Our Mission, Vision and Values ................................................................................. 5
Student Handbook Disclaimer ................................................................................... 5
Educational Objectives (College of Medicine and College of Pharmacy) ...................... 6

### Section 2: Policies and Procedures

#### Enrollment Requirements

Criminal Background Check ........................................................................... 9
Essential Functions Requirements (Medicine and Pharmacy).......................... 10
Insurance
    Medical, Dental, Vision, Life and Disability.......................................... 13
    Malpractice Liability Insurance............................................................ 14
Ohio Residency Policy ................................................................................... 16
Registration Policy ......................................................................................... 18
Student Health and Immunization Requirements .......................................... 19
Student Responsibilities for Participating in Learning and Patient Care Activities ........... 20
Technology Requirements .............................................................................. 21

#### Academic Standards and Policies

Academic Good Standing ............................................................................... 22
Academic Intervention ................................................................................... 22
Attendance Requirements .............................................................................. 22
Audit Guidelines (College of Graduate Studies) .............................................. 23
Class Standing ............................................................................................... 23
Conferral of Degree ....................................................................................... 24
Examination Guidelines & Procedures ........................................................... 25
Full Time Student – Definition ....................................................................... 28
Grades (Definitions, Symbols and Policies) ..................................................... 28
Interruptions of Education ............................................................................. 31
    Academic Suspension ........................................................................... 31
    Conduct Suspension ............................................................................. 31
    Dismissal .............................................................................................. 31
    Leave of Absence .................................................................................. 32
    Withdrawal ........................................................................................... 34
Length of Study ............................................................................................. 35
Longitudinal Clinical Skills Assessment ......................................................... 35
National Board of Medical Examiners (NBME) Subject Examinations (Medicine)........... 35
Official Academic Documents ......................................................................... 35
Proctoring ..................................................................................................... 39
Remediation and Repeating Coursework ........................................................ 39
Residence Requirements (Medicine) ............................................................... 40

Standards for Promotion, Continued Enrollment and Graduation...................................................40

**Financial Responsibilities**
Consumer Information for Financial Aid Applicants...................................................41
Exit Interview...................................................43
Financial Aid Application Process...................................................43
Financial Aid References...................................................49
Overpayment Policy...................................................49
Refund Policy...................................................50
Satisfactory Academic Progress Policy...................................................52
Student Budgets...................................................54
Student Expenses and Financial Aid...................................................54
Tuition and Fees Payment...................................................56

**Conduct and Student Policies**
Alcohol and Substance Abuse...................................................57
Alcohol Use Policy for Student Events...................................................57
Campus Access Policy...................................................59
Committee on Academic and Professional Progress (CAPP)...................................................60
CAPP Standards (Medicine)...................................................66
CAPP Standards (Pharmacy)...................................................67
Computing and Network Resources Policy...................................................68
Disabilities and Accommodations...................................................73
Exposure to Blood-Borne Pathogens and Infectious Disease Policy...................................................76
Faculty-Student Relationships...................................................81
Harassment and Unlawful Discrimination Policy...................................................82
Harassment and Unlawful Discrimination Procedure...................................................86
Hardships...................................................92
Missing Person Policy...................................................89
Parking Regulations...................................................91
Preventing and Responding to Sexual Offenses...................................................93
Proper NEOMED Attire...................................................94
Room Regulations for Student Use...................................................96
Safety and Security Procedures...................................................97
Student Conduct...................................................99
Administration of Student Conduct...................................................99
Expectations of Student Conduct and Professional Commitment...................................................105
Employees and Students Arrested for Offenses of Violence – H.B. 1219 Policy...................................................108
Student Conduct Council...................................................113
Student Information for News Releases...................................................114
Tobacco-Free Campus...................................................114
Toxicology Screening Policy...................................................115

**Section 3: Resources & Support Services**
Academic Holidays...................................................118
Alumni Relations...................................................118
Emergency Services and Student Support...................................................118
Emergencies and Illness...................................................121
Enrollment Services...................................................121

6

ImmunU immunization tracking system ...............................................................
Lockers ........................................................................................................ 122
Oliver Ocasek Regional Medical Information Center ................................................ 122
Ombuds, Office of ........................................................................................
Safety Intervention Team ............................................................................... 126
Student Affairs ............................................................................................ 127
Student Health ........................................................................................... 130
Summer Research Fellowships ......................................................................... 130
Technology ................................................................................................. 131
    Academic Technology ............................................................................ 131
    Information Technology .......................................................................... 131
Wasson Center for Clinical Skills Training, Assessment and Scholarship ..................... 132

## APPENDIX

College of Medicine - Absences for Clinical Experiences .................................... I
College of Pharmacy – Absence Policy (P1-P3 students) and Time Off (P4 students) ..... II
College of Pharmacy – ACPE Standards and Pharmacy Student Complaints.............. III
College of Pharmacy – Remediation Information .......................................... IV
Longitudinal Skills Assessment for Medicine and Pharmacy ............................... V
Drug Free Schools Act .......................................................................... VI
Federal Rights and Privacy Act (FERPA)....................................................... VII
International Travel Policy ....................................................................... VIII
NEOMED Student Council Constitution and Student Organization Policies .............. IX
Leave of Absence – Additional Information .................................................. X
CAPP Procedures – Additional Information................................................... XI
TB Skin Test Policy/Procedures ................................................................ XII
Influenza Policy ................................................................................... XIII

# <u>Section 1</u>: Introduction to NEOMED
## Welcome to the Northeast Ohio Medical University

As a NEOMED student you are joining a community of learners committed to the pursuit of higher learning and quality service in the medical and pharmacy professions. You have been entrusted with the rights, privileges and responsibilities associated with NEOMED including awareness of and compliance with the policies and procedures contained within this Student Handbook.

We wish you great success in this important educational, professional and personal journey that you are undertaking at an institution that is rich in opportunities and unique in its health professional experiences.



## AFFIRMATIVE ACTION STATEMENT

The Colleges shall not discriminate against any U.S. citizen or permanent resident on the basis of age, race, gender, religion, sexual orientation or national origin.  The Colleges shall also comply with all laws and regulations concerning persons with disabilities and veteran status.

## OUR MISSION, VISION AND VALUES

**Mission**
The Northeast Ohio Medical University improves the health, economy, and quality of life in northeast Ohio through the medical, pharmacy and health sciences education of students and practitioners at all levels; the development of new knowledge through research in the biomedical, community health and behavioral sciences; and the provision of community service and health education throughout the northeast Ohio region.

**Vision**
To be the premier community-based inter-professional health sciences university in the United States.

**Values**
Our values are reflected in the Six Cs of our educational, research and work environment: Competence, Communication, Caring, Character, Community and Curiosity.

## STUDENT HANDBOOK DISCLAIMER
Use the Student Handbook as a resource and guide to questions regarding admission, academic and professional expectations, and support services here at NEOMED. Because the University is constantly working to improve and clarify its policies and procedures, these policies and procedures are subject to

change during an academic year. It is the responsibility of the student to seek out clarification of policies, and the most up-to-date information about these policies that may be found online at www.neomed.edu.

## Overall Educational Objectives - College of Medicine

The goal of the educational program at the College of Medicine is to graduate qualified physicians oriented to the practice of medicine at the community level, with an emphasis on primary care. Graduates must demonstrate the biomedical, psychosocial, and cultural knowledge, skills, and values needed to practice successfully and to fulfill their responsibilities to their patients and their communities. These overall objectives of the educational programs cover the broad outcomes we expect of all students before their graduation. Goals and objectives at the level of courses, clerkships, and preceptorship give full meaning to these overall expectations.

| Patient Care | *Each student must demonstrate knowledge of:* <br> • Physical, functional, mental and psychological determinants of health, including relationships with caregivers <br> • Relief of pain and amelioration of suffering in patients <br> • Important psychosocial determinants of illness <br><br> *Each student must demonstrate the ability to:* <br> • Obtain a complete and accurate patient history <br> • Perform both a complete and organ-specific physical and mental status examination <br> • Perform routine clinical procedures as specified by the clinical departments |
|---|---|
| Interpersonal & Communication Skills | *Each student must demonstrate the ability to:* <br> • Express oneself effectively (verbally, non-verbally and in writing) with patients' families, colleagues and other members of the health care team <br> • Clarify and understand the communication offered by all patients, their families and all members of the health care team |
| Professionalism | *Each student must demonstrate knowledge of:* <br> • Definitions of health and individual perspectives on the meaning of health and illness <br> • Theories, principles and major dilemmas of medical ethics <br> • Elements of medical professionalism and their implications, including the history of professionalism and its contemporary obligations <br> *Each student must demonstrate the ability to:* <br> • Develop a plan consistent with the patient's individual culture and values <br> • Commit to individual, lifelong responsibility to recognize and accept personal limitations in knowledge and skill, and to seek assistance and new knowledge when appropriate <br> • Maintain a balance between one's personal and professional life <br> • Demonstrate and convey empathy and a respectful regard for others <br> *Each student must demonstrate respect for:* <br> • The fundamental requirement for compassionate treatment of all patients <br> • The patient's privacy, dignity and quality of life regardless of individual characteristics <br> • A personal commitment to advocate at all times the patient's interests over one's |

| | |
|---|---|
| | own interests<br>• The critical importance of honesty and integrity in all interactions<br>• The importance of confidentiality as a core component of patient care |
| Medical Knowledge | ***Each student must demonstrate knowledge of:***<br>• Normal structure and function of the human body and its organ systems across the life span and the developmental stages<br>• Systemic, biochemical, genomic and cellular mechanisms important to homeostasis<br>• Genetic, developmental, metabolic, toxic, microbiologic, autoimmune, neoplastic, degenerative and traumatic causes of illness and disease, and the pathogenesis of such maladies<br>• Altered structure and function of the body and its organ systems underlying various diseases and conditions<br>• Most frequent clinical, laboratory, roentgenologic and pathologic manifestations of common maladies across the life span<br>• Basic complications that compound identified clinical problems<br>• Changes in the pattern of disease, illness and injury across the life span<br>• Biological basis for treatment of disorders, infections and diseases<br><br>***Each student must demonstrate the ability to:***<br>• Propose appropriate tests and diagnostic procedures<br>• Interpret the results of common diagnostic procedures<br>• Construct an appropriate differential diagnosis and management plan<br>• Recognize and outline an initial course of management for seriously ill patients with full appreciation of life-threatening conditions<br>• Construct appropriate management strategies for patients with common conditions<br>• Describe other routine procedures as specified by the clinical departments without necessarily possessing the applicable skill |
| Practice-Based Learning & Improvement (PBLI) | ***Each student must demonstrate knowledge of:***<br>• Major factors influencing health from population and community perspectives<br>• Epidemiology of common maladies within defined populations, and the systematic approaches useful in reducing the incidence and prevalence of those maladies<br>• Importance and limitations of the scientific method in understanding disease and treatment<br>• Principles and practice of using evidence to improve the quality of care<br>***Each student must demonstrate the ability to:***<br>• Retrieve, manage, critique and utilize appropriate information and literature for solving problems and making decisions relevant to improving the care of individuals and populations, and for practicing evidence-based medicine |
| Systems-Based Practice (SBP) | ***Each student must demonstrate knowledge of:***<br>• How to optimize health and quality of life under conditions of chronic and life threatening illness<br>• Changes in the meaning of health across the life span<br>• Differences in the scientific principles and competencies developed in training of other health care professionals with whom physicians collaborate |

| | |
|---|---|
| | • Influence of family, social and cultural environment and the availability and competency of other health care professionals on well-being of patients and ability to obtain appropriate health care<br>• Organization, financing and delivery of health care<br>• Factors that place individuals at risk for disease and injury, and how to utilize the full health care professional team in minimizing those risk factors.<br>• The roles of other health care professionals, showing a commitment to collaborate and recognizing their valuable perspective for patient care<br><br>***Each student must demonstrate respect for:***<br>• The importance of care for all patients, including those with limited resources or inability to pay, and a personal commitment to health care for all<br>• The challenges to professionalism which exist in medical practice, through understanding of roles of all health care professionals when developing an approach to alleviate such challenges. |

## Overall Educational Objectives - College of Pharmacy

The mission of the College of Pharmacy is to prepare highly skilled pharmacists who play an indispensable role in a team-oriented approach to patient care and medication management services. The College's unique curriculum intermeshes with that of the College of Medicine to set new standards for interprofessional education, collaboration, community involvement, diversity and lifelong learning.   The Doctor of Pharmacy (Pharm.D.) curriculum at NEOMED is designed to prepare students to be entry level generalist pharmacists. Further, it is designed to prepare graduating pharmacy students who proactively integrate into the health care team to collaboratively advance and deliver optimal patient care.  This serves as the differential advantage of the College of Pharmacy and as an underlying theme for all of the college's educational outcomes.

The faculty of the College of Pharmacy has developed and approved overall educational objectives in the form of ability based outcomes (ABO) statements.  These ABO statements represent what graduates are expected to be able to do as entry-level pharmacists as a result of their education in the NEOMED Doctor of Pharmacy program.  They reflect the integration of knowledge, skills and attitudes learned in the curriculum in order to attain the outcome. They are acquired across the length and breadth of the curriculum and not necessarily at a discrete time point in the curriculum.  The ABO statements also serve as a blueprint for curriculum development, assessment and improvement.

There are 111 ABO statements covering three broad areas:

**OUTCOME AREA 1:** Graduates work effectively as part of an interprofessional team to provide population-based and patient-specific pharmaceutical care, thereby helping patients achieve optimal clinical and patient-centered outcomes.

**OUTCOME AREA 2:** Graduates manage medication use systems and use health care resources to promote optimal health.

**OUTCOME AREA 3:** Graduates promote health improvement, wellness and disease prevention in cooperation with patients, communities, at-risk populations and other key stakeholders.
*The complete set of educational objectives is available by clicking here:*

**11**

# <u>Section 2</u>: Policies and Procedures
## ENROLLMENT REQUIREMENTS:

### Criminal Background Check (CBC)

(A)     All M1, P1, M3 and P4 students are required to undergo criminal background checks to matriculate and/or continue enrollment.  The Colleges reserve the right to revoke an offer of acceptance/promotion or to terminate participation in any and all curriculum activities after information obtained in the course of the background check is considered.  In addition, students are required to self-disclose to the Colleges immediately if the student has been convicted of, pled guilty to or pled no contest to any criminal offense including misdemeanors, felonies and traffic offenses other than minor offenses that may occur after a CBC is completed.

(B)     Criminal background checks are performed on students to enhance the safety and well-being of patients; bolster the public's continuing trust in the health professions; ascertain the ability of accepted applicants and enrolled students to complete specific curricular requirements that will lead to graduation and licensure; and minimize the liability of the Colleges and its affiliated clinical facilities.

(C)     The Colleges only accept and retain students who meet the respective College's Essential Standards for Admissions, Continuation and Graduation (Essential Standards). Beginning in Academic Year 2008-09, the Colleges of Medicine and Pharmacy require that a criminal background check be performed on all applicants who have been accepted for admission, as a condition of admission and matriculation; and on all enrolled students at specified intervals, as a condition of continued matriculation.

(D)     A student who is enrolled may be dismissed if he/she has a history of an offense which renders him/her unable to meet the respective College's Essential Standards requirements for issuance of licensure. Similarly, an applicant may have his/her acceptance revoked and thus not be permitted to matriculate. Failure to consent to the background check or failure to self-disclose an offense that would render the individual unable to meet the respective College's Essential Standards is also grounds for revocation of acceptance or dismissal.  The determination of the inability to meet the Essential Standards will be made by the Colleges' Division of Academic Affairs.

(E)     Procedures defining: the extent of the criminal background check; assurance that checks are timely, reliable and valid; identification of specific offenses that would require revocation of acceptance or dismissal; and, appropriate due process protections will be developed through the Colleges' Division of Academic Affairs after consultation with the General Counsel.  This Policy and the attendant procedures will be implemented through the Colleges' Division of Academic Affairs.

(F)     To facilitate the background screening process, students are required to complete Consent Forms.  These authorize the Colleges to seek a review of records that will disclose past misdemeanors, felonies and/or presence of the student's name on a registry that would indicate a past incident of child, dependent adult or sex abuse.  Background information is obtained through the use of the student's social security number and birth date, and is done with the assistance of a reputable outside company.  Background information is shared only to

**12**

the extent necessary to make decisions about promotion, admission, matriculation and continuation in the program.

(G)     The types of criminal background checks to be completed may vary year to year.  Students will be notified of the vendor and procedures, and must incur the cost of the check.  The background check will be done with the assistance of an outside company. Reports will be sent to NEOMED and students will be able to review and contest their individual reports.  The cost of this background check is covered by a student fee that will be noted on the student's first bill from the respective College.  Financial aid awards will cover this fee if the student has been approved for financial aid.

(H)     Reports are read and maintained by Enrollment Services.  If there is a questionable item on a report, the student will be contacted and asked to provide additional documentation and explain the circumstances.  Based on the severity and frequency of an item, the report may be reviewed and discussed by deans of the Colleges and the student could be required to meet with the Committee on Academic and Professional Progress to discuss the report and incident(s).  A student can see his or her CBC by scheduling an appointment with the Executive Director of Enrollment Services.  NEOMED reserves the right to revoke an offer of acceptance/promotion or to terminate participation in any and all curricular activities after it considers information obtained in the course of the background check.

(I)     If a student is aware of something that may appear on a CBC report, the student should immediately contact the Chief Student Affairs Officer to discuss the situation.  Students are encouraged to do this prior to conducting the CBC.

(J)     In addition, all students are required to self-disclose to the Colleges if the student has been charged with, convicted of, pled guilty to or pled no contest to any criminal offense including misdemeanors and felonies and traffic offenses other than minor offenses  that may occur after a CBC is completed.

(K)     A document outlining student rights under the Fair Credit Reporting Act is sent to all rising M1, P1, M3, and P4 students by Enrollment Services.  The background checks that the Colleges conduct do not include a check of students' credit but the Colleges are obligated by law to give students this disclosure document.

## Essential Functions Requirements for Admission, Continuation and Graduation - College of Medicine:

(A)     The primary mission of the College of Medicine is to provide all students with the training to become qualified physicians oriented to the practice of medicine at the community level.  As such, faculty is responsible for developing and implementing standards of the practice of medicine.

(B)     Preparation and training to become a physician requires each student to understand and meet the Essential Functions Required for Admission, Continuation and Graduation identified below. The faculty has developed the course requirements and activities to provide critical elements of physician training. It is expected that students will participate in all course activities (including but not limited to lectures, seminars, laboratories, clinics, physical examinations, patient procedures) and adhere to individual hospital rules and regulations as well as College of

**13**

Medicine policies regarding these activities. Learning is based on active student participation rather than simple observation and/or note taking.

(C)     A candidate for the M.D. degree must be able to demonstrate intellectual-conceptual, integrative and quantitative abilities; skills in observation, communication, motor functions; and mature behavioral and social attributes. Technological compensation can be made for some handicaps in certain of these areas, but a candidate should be able to perform in a reasonably independent manner without a trained intermediary. The use of a trained intermediary means that a candidate's judgment must be mediated by someone else's power of selection and observation.

(D)     Observation abilities:
    (1)     The candidate must be able to observe demonstrations and experiments in the basic sciences, including but not limited to physiologic and pharmacologic demonstrations in animals, microbiologic cultures, and microscopic studies of microorganisms and tissues in normal and pathologic states. A candidate must be able to observe a patient accurately at a distance and close at hand. Observations necessitate the functional use of the sense of vision and somatic sensation. It is enhanced by the functional use of the sense of smell.

(E)     Communication abilities:
    (1)     A candidate should be able to speak, to hear and to observe patients in order to elicit information, describe changes in mood, activity, and posture, and perceive nonverbal communications. A candidate must be able to communicate effectively and sensitively with patients. Communication includes not only speech but also reading and writing. The candidate must be able to communicate effectively in oral and written form with all members of the healthcare team.

(F)     Motor abilities:
    (1)     Candidates should have sufficient motor function to elicit information from patients by palpation, auscultation, percussion and other diagnostic maneuvers. A candidate should be able to execute motor activities reasonably required to provide general care, to perform diagnostic procedures and to provide emergency treatment to patients. Examples of emergency treatment reasonably required of physicians are cardiopulmonary resuscitation (CPR), the administration of intravenous medication and the application of pressure to stop bleeding. Such actions require coordination of both gross and fine muscular movements, equilibrium, and functional use of the senses of touch and vision.

(G)     Intellectual-Conceptual, Integrative and Quantitative Abilities:
    (1)     These abilities include measurement, calculation, reasoning, analysis and synthesis. Problem solving, the critical skill demanded of physicians, requires all of these intellectual abilities. In addition, the candidate should be able to comprehend three-dimensional relationships and understand the spatial relationships of structures.

(H)     Behavioral and Social Attributes:
    (1)     A candidate must possess the emotional health required for full utilization of intellectual abilities, the exercise of good judgment, the punctual completion of all responsibilities attendant to the diagnosis and care of patients, and the development

**14**

of mature, sensitive and effective relationships with patients. Candidates must be able to tolerate physically and psychologically taxing workloads and to function effectively under stress. They must be able to adapt to changing environments, to display flexibility, and to learn to function in the face of uncertainties inherent in the clinical problems of many patients. Commitment to excellence, service orientation, goal-setting skills, academic ability, self-awareness, integrity and interpersonal skills are all personal qualities that are assessed during the admission and education process. Because the nature of medical education is based on a mentoring process, candidates are expected to be able to accept constructive criticism positively and respond by appropriate modification of behavior.

(I)     Handicapped individuals are encouraged to apply. Applicants whose responses indicate that they cannot meet the expectations will be further reviewed by the Admissions Committee to assess the extent of difficulty and the potential for compensating for such difficulty.

## Essential Functions Requirements for Admission, Continuation and Graduation - College of Pharmacy:

(A)     The mission of the College of Pharmacy is to prepare highly skilled pharmacists who play an indispensable role in a team-oriented approach to patient care and medication management services. As such, the faculty is responsible for development and implementation of a pharmacy curriculum designed to educate competent, caring pharmacists with strong communication skills, character, commitment to the community, and dedication to lifelong learning.

(B)     Preparation and training to become a pharmacist requires each student to understand and meet the Essential Functions Required for Admission, Continuation and Graduation identified below. The faculty has developed the course requirements and activities to provide critical elements of training. It is expected that students will participate in all course activities and must not be subject to any legal condition that would bar participation (including but not limited to lectures, seminars, laboratories, clinics, physical examinations, patient procedures) and adhere to individual clinical site rules and regulations as well as College of Pharmacy policies regarding these activities.

(C)     A candidate for the pharmacy degree must be able to demonstrate intellectual-conceptual, integrative and quantitative abilities; skills in observation, communication and motor functions; and mature behavioral and social attributes. Technological compensation can be made for handicaps in some of these areas, but a candidate should be able to perform in a reasonably independent manner without a trained intermediary.  A trained intermediary is an individual who might or does mediate a candidate's judgment through his/her power of selection and observation.

(D)     Observation:

(1)     Candidates must be able to read information on a computer screen and observe demonstrations and experiments in the basic sciences, including but not limited to: physiologic and pharmacologic demonstrations, microbiologic cultures, and microscopic studies of microorganisms and tissues in normal and pathologic states. Candidates must be able to observe a patient accurately at a distance and close at hand. Observation necessitates the functional use of the sense of vision and somatic

sensation and is enhanced by the functional use of the sense of smell. Candidates must remain fully alert and attentive at all times in clinical settings and be able to evaluate patient signs and symptoms for the purpose of triaging patient complaints and monitoring drug therapy.

(E)     Communication:

    (1)     Candidates must be able to speak, listen, read and write in the English language in order to effectively communicate with instructors and peers.  They must be able to communicate effectively and sensitively with patients and caregivers, including the ability to elicit information, describe changes in mood, activity and posture, and perceive nonverbal communication.  Candidates must be able to instruct patients on the use of drug administration devices (e.g., inhalers) or use of home diagnostic kits. A candidate must be able to communicate effectively with other healthcare practitioners as related to verbal and written recommendations for drug therapy orders.

(F)     Motor:

    (1)     Candidates should have sufficient motor function to:  execute all aspects of processing of drug orders and compounding of medications; engage in safe and aseptic handling of sterile preparations; and safely and effectively operate appropriate equipment (e.g., microscope, computer keyboard, glucose monitors, peak flow meters). Candidates must be able to perform cardiopulmonary resuscitation and engage in basic physical assessment activities including palpation, auscultation, percussion, and other diagnostic maneuvers.  Such actions require coordination of both gross and fine muscular movements, equilibrium and functional use of the sense of touch and vision.

(G)     Intellectual-Conceptual, Integrative and Quantitative Abilities:

    (1)     Candidates should be able to comprehend three-dimensional relationships and understand the spatial relationships of structures. They must be able to solve problems in a multi-task setting that involve measurement, calculation, reasoning, analysis, synthesis and evaluation.  Candidates should be able to synthesize knowledge and integrate the relevant aspects of a patient's history, physical findings and monitoring studies in order to develop a drug therapy and monitoring plan in a reasonable amount of time.

(H)     Behavioral and Social Attributes:

    (1)     Candidates must possess the emotional health required for full utilization of their intellectual abilities, the exercise of good judgment, the punctual and safe completion of all responsibilities.  They must be able to accept appropriate suggestions and criticism and, if necessary, respond by modification.  Candidates must be able to adapt to changing environments, display flexibility, and learn to function in the face of uncertainties and in situations of physical and emotional stress.  Candidates must demonstrate ethical behavior and exercise good judgment in the completion of patient care responsibilities.  They must possess interpersonal skills that promote mature, sensitive and effective relationships with patients, including compassion, integrity, motivation, empathy and concern for others.

## Insurance - Medical Dental, Vision, Life and Disability

(A)   All students are required to carry medical, life and disability insurance and coverage may be purchased through the NEOMED carriers during the open enrollment period. However, students who have insurance through their own carrier will need to provide proof of their medical insurance coverage by submitting the Online Waiver Form and uploading a copy of the insurance card (front and back) into ImmunU. Students who provide proof will be excused from enrolling in the University's medical coverage.  Students who do not have dental and vision coverage through their insurance carrier, may elect to voluntarily enroll in the University's dental or vision insurance program. Medical, dental, vision, life and disability insurance information is available through the Office of Student Affairs website.

(1)   Leave of Absence (LOA)
   (a)  All students enrolled in the NEOMED Student Insurance plan who have been granted a leave of absence and have been actively enrolled during the first 30 days of the period for which coverage is purchased, will remain covered under the policy for the full period for which the premium has been paid.  Refunds are not permitted.  Students on LOA have the option of continuing insurance coverage as follows:
      i.   For LOAs after 30 days of enrollment but before the end of the fall semester, students are eligible for coverage through the end of the fall term and may request a continuation of coverage until June 30th. For questions about or to request a continuation of medical coverage, contact the Coordinator of Student Health Records.
      ii.  For LOAs during the spring semester, students are eligible for coverage through June 30th.
   (b)   Any student taking a Leave of Absence from NEOMED with less than 30 days of active enrollment during the period for which coverage is purchased is not covered under the policy and may not request coverage for that academic year.  If a student is enrolled in the insurance plan and the premium has been paid, a pro-rated refund of the premium will be made to the student.

(2)   Graduating Students
   (a)  Students graduating on-track (in May) are eligible for insurance coverage through the end of the insurance period, June 30 of that year, if the premium is paid in full.
   (b)  Students graduating off-track (after the May graduation date) are eligible for continued insurance coverage only if students actively attend classes during the first 30 days after the date for which coverage is purchased**.**
      i.   Students graduating off-track, but before December 31st are eligible for coverage through December 31st.
      ii.  Students graduating off-track, but after January 1st and before June 30th, are eligible for coverage through June 30th.

(3)   Withdrawals
   (a)  Students who withdraw from NEOMED after 30 days of enrollment will remain covered under the policy for the full period for which the premium has been paid.
      i.   Students have the option to continue coverage into the next semester, and may do so by contacting the Coordinator of Student Health Records and will need to

**17**

pay the cost of continuation in full **within 15 days of the date of their withdrawal**.

    ii.  Students have the option to end coverage and must request a refund of the pro-rated premium in writing to the Coordinator of Student Health Records if the premium is paid.

  (b)  Students who withdraw from NEOMED during the first 30 days of the period for which coverage is purchased are not covered under the policy and a full refund of the premium will be made.

    i.  Any claims submitted within the first 30 days of the coverage period are the financial responsibility of the student.

  (4)  Dismissals

  (a)  Students who are dismissed after actively being enrolled during the first 30 days of the period for which coverage is purchased will remain covered only through the end of that enrollment period (either December 31st or June 30th, whichever comes first). No refund of the premium will be refunded.

    i.  Students who are dismissed do not have the option to continue coverage after the end of that enrollment period in which they were dismissed and may request reimbursement of the pro-rated premium in writing within 15 days of the date of dismissal to the Coordinator of Student Health Records.

  (b)  Students who are dismissed from NEOMED during the first 30 days of the period for which coverage is purchased are not covered under the policy.

    i.  Any claims submitted within the first 30 days of the coverage period are the financial responsibility of the student.

(B)  Expiration of Medical Insurance

  (1)  If a student is on another medical insurance plan and that plan expires while the student is enrolled, the student is required to complete either the online waiver form which provides information about the new medical insurance plan, or complete the online enrollment form in the medical insurance plan offered by NEOMED.  If a student opts to enroll in the University's insurance plan, then the student must complete the online enrollment within 30 days of termination of the student's current policy. If a student does not enroll within that 30 day time period, pre-existing conditions may not apply.

  (2)  Insurance Representatives: Information regarding insurance can be found at http://www.neomed.edu/students/es/health/insurance

(C)  Payment of Student Medical Insurance

  (1)  Students will be billed one-half of the insurance premium at the beginning of the fall and spring semesters.  This is to be paid in full by the due date given at that time.  Students who enroll mid-year will be charged on their student account for the pro-rated amount and given a due date for the premium amount.

(D)  Coverage periods for the Medical Insurance Program

  (1)  The coverage period for first year students is from August 31 through June 30.

  (2)  The coverage period for continuing students is from July 1 through June 30.

(E)  Insurance Premiums

    (1)     Information regarding insurance premiums can be found at
http://www.neomed.edu/students/es/health/insurance

(F)    Filing an Insurance Claim
    (1)     Information regarding filing an insurance claim can be found at
http://www.neomed.edu/students/es/health/insurance

## Malpractice Liability Insurance

All students are required to carry malpractice insurance coverage. This coverage is provided by the University at the lowest possible cost, through a third party insurance company. Malpractice insurance premiums are assessed and included in the University's student fees.  Malpractice insurance covers only enrolled students for those activities officially sanctioned by the Colleges as part of the curriculum in which a grade is assessed.  Students enrolled in the College of Medicine may, with prior permission of the Associate Dean for Clinical Affairs, participate in non-graded clinical experiences that are not in conflict with required, graded courses, and are intended to enhance and/or supplement their education.

## Ohio Residency Policy

(A)    Residency Status Change for Tuition Purposes

    (1)    The registrar may classify a student as a bona fide resident or non-resident at the time of registration for each semester.  A student may submit to the Office of Enrollment Services an Application for Resident Tuition Status form at which time the registrar shall determine if the student has been classified correctly.  In general, a student must demonstrate that he/she meets all of the following criteria to establish Ohio residency for tuition purposes:

        (a)    The student lived in Ohio for a full, 12 consecutive months immediately preceding the semester for which he/she is applying for residency. The expectation is that the student was not absent from the state any longer than Winter Break, Spring Break and three weeks during the summer.

        (b)    The student should demonstrate his/her intent to become an Ohio resident by transferring any items of registration to Ohio, such as a driver's license, automobile registration, and voter registration at the beginning of the 12-month period immediately preceding the semester for which reclassification is desired.

        (c)    The student must demonstrate that during the 12-month period while establishing residency, he/she has had sufficient income to meet all expenses without the need of money from outside the State of Ohio. Documentation of income sources used during the 12-month period is required.

    (2)    For purposes of residency determination, enrollment of nine (9) credits or more will be considered full time.

(3) New students applying for resident status at the time of their admission should apply for residency at the Office of Enrollment Services. Current students wishing to apply for a change in residency status for tuition purposes must file an Application for Resident Tuition Status, along with supporting documentation to the Office of Enrollment Services.  Because requests for residency must be approved prior to the first day of classes of the semester the student desires reclassification, application materials and all appropriate documentation must be submitted by the published deadlines for each semester.

(4) Students are expected to make full payment (including nonresident fees) by their appropriate payment due date. Payment deadlines cannot be waived or extended while a student's residency is being reviewed. Retroactive residency determinations cannot be made for tuition surcharge purposes.

(5) Applications to request a change in resident status for tuition purposes must be submitted prior to the beginning of the term reclassification is desired.

    (a) Fall: Apply by August 1
    (b) Spring: Apply by December 1
    (c) Summer: Apply by March 1
    (d) No applications will be accepted after the deadlines listed above.

(6) If the student disagrees with the classification assigned by the registrar after evaluation of the Application for Resident Tuition Status, he/she may appeal the decision by submitting a letter of appeal to the registrar.

(7) The registrar may transmit this letter to the Residency Appeals Panel that shall conduct a hearing on the merits of the previously submitted Application for Resident Tuition Status form. The Residency Appeals Panel is comprised of certifying residency officers from the University of Akron, Kent State University, Youngstown State University and the Colleges.   The student may request in this letter to appear personally before the committee. The decision of the committee shall be final.

(8) A student has the burden of persuasion by clear and convincing proof that she/he qualifies as a bona fide resident. The Residency Appeals Panel may require the student to submit evidence in support of the statements made on his Application for Resident Tuition Status. The committee shall not be bound by the usual common law or statutory rules of evidence or by any technical or formal rules of procedure. The committee may admit any relevant evidence in support of the student's claim or in opposition to it, and may exclude evidence that is irrelevant, cumulative, or is lacking in substantial probative effect. The Residency Appeals Panel may make rules of procedure consistent with this regulation.

(9) A student who knowingly submits a false claim or knowingly gives false evidence in support of a claim commits an offense against the Colleges and may be subject to disciplinary procedures.

## Registration Policy

(A)   Each student must register by completing the Registration Certification Form (Colleges of Medicine and Pharmacy only). A signature must be on file in order for the student to be considered officially enrolled.

(B)   In order to be considered enrolled, students must complete the entire registration process within established time lines. This process includes but is not limited to:

  (1)   Submission of the registration form;

  (2)   Payment of tuition and fees;

  (3)   Submission of health insurance forms and related documentation;

  (4)   Completion of immunization process and submission of required health records;

  (5)   Completion of photo release form; and

  (6)   Registration for classes.

(C)   **Students failing to complete the registration process within established time lines will not be considered enrolled, will not be permitted to attend class and will be removed from any further courses, laboratory sessions, clerkships or electives; they will not be permitted to participate in any student activities.** The registrar determines enrollment status.

(D)   Registration Requirements

  (1)   Registration Certification Form

    (a)   By signing the Registration Form a student attests to the following:

      (i)   Release of Information – Grants permission for their academic record to be reviewed by duly authorized officers of the Colleges or organizations for consideration for any award or elected honorary societies for which he/she may be eligible.

      (ii)   Essential Functions – Certifies that he/she has read and understands the list of Essential Functions Required for Admission, Continuation and Graduation, and that he/she is capable of meeting these essential functions with or without accommodations.

      (iii)   Registration Requirements – Verifies that he/she understands the conditions of registration.

      (iv)   Changes in Information – Certifies that he/she has verified contact information, including permanent and local address, phone numbers and emergency contact information.

## Student Health and Immunization Requirements

NEOMED, through the Student Health and Immunization Committee, establishes immunization requirements for all students.  These **pre-matriculation** requirements are based on the recommendations of the Centers for Disease Control (CDC), the Association of American Medical Colleges (AAMC) and our consortium hospitals.  **No student will be admitted or permitted to continue in the curriculum without meeting these requirements prior to matriculation.** Each student is responsible for payment for all of the required immunizations and titers. The required immunizations are listed below:

**Chicken Pox** – proof of immunity is a positive varicella antibody titer documented with the lab report results **(copy of lab report required).** If the results of your varicella titer are negative/equivocal, then you are required to receive two doses of Varivax vaccine given within two months of each other.

**Hepatitis B vaccine** – proof of immunity is a positive antibody (quantitative) titer (hepatitis B surface antibody – anti-HBs) documented with a **copy of the lab report results**. Students are required to obtain the three dose hepatitis B series as well as provide documentation of a positive hepatitis B surface antibody (anti-HBs) before matriculation.  If students are receiving the hepatitis B series for the first time prior to matriculation it is recommended that you receive the first dose immediately, the second dose one month after the first dose, and the third dose four months after the second dose. One month after the third dose a Hepatitis B titer must be drawn to provide proof of immunity. If the results of your initial hepatitis B antibody titer are negative/equivocal, then you would be required to receive additional dose(s) of hepatitis B vaccine and be re-titered one month after the last repeat dose.

**MMR** (Measles/Mumps/Rubella) – proof of immunity can be documented by three (3) positive antibody titers against Measles virus, Mumps virus, and Rubella virus. These must be documented with the lab report results (copy of lab report required).  If any one of the three antibody titers are negative/equivocal (Measles, Mumps, or Rubella), then an MMR booster must be administered to the student.

**Tdap** (Tetanus, Diphtheria, & Pertussis) or TD (Tetanus & Diphtheria) **vaccine** – required for all students within five years prior to matriculation.

**Tuberculin Skin Test (TST)** – is required on an annual basis for all students.  A TST within 3 months (after June 1) is required prior to matriculation for first year students.  According to University policy when a student tests positive he/she is referred to our designated infectious disease specialist for follow-up and retesting.  If the student tested positive prior to matriculation and has consulted a physician, the results of that consultation must be presented to the infectious disease specialist as soon as possible. The student must comply with the management decision and is responsible for payment of services associated with the follow-up care.  Annual TST clinics for second through fourth year students will be provided at the University. If a TST is not indicated, it may be replaced with a chest X ray or TB Quanti FERON test.  **Refer to Appendix XI.**

**Influenza vaccine** - Students are required to receive an influenza vaccine on an annual basis.  Each year the Office of Student Affairs provides influenza vaccine clinics where students have the opportunity to receive the influenza vaccine.  The clinics are generally held during late September through mid-October depending upon accessibility of the influenza vaccine. **Refer to Appendix XII.**

**Meningococcal vaccine** – highly recommended for students in campus housing.

Evidence of compliance with these immunization policy requirements will be determined by review of the student file within ImmunU (immunization tracking system). Students are responsible for uploading all

required documentation of these immunization requirements. Failure to upload appropriate documentation of compliance may result in removal from the curriculum.

## Student Responsibilities for Participating in Learning and Patient Care Activities

(A)   Requesting exemption from participating in certain educational and/or patient care activities for religious/ethical reasons.

   (1)   Purpose

      (a)   To allow students under certain circumstances, to exercise their rights not to participate in certain aspects of care or treatment of patients while still continuing to meet their academic requirements. This exclusion from participation does not excuse the student from responsibility for understanding the basic science, clinical methods, the rationale for or the counseling related to these procedures.

   (2)   Policy

      (a)   All patients, without regard to diagnosis, disability, race, color, religion, and creed, gender or gender orientation are entitled to comprehensive and individualized quality care.

      (b)   The Colleges will allow students to decline to participate in certain aspects of patient care which are in conflict with their ethical or religious beliefs if the conditions outlined herein are met.

      (c)   A student may not refuse to participate in the care or treatment of a patient based solely on the patient's diagnosis (e.g., HIV/AIDS or other sexually transmitted diseases, tuberculosis or other contagious diseases) or behavior.  Such a refusal may constitute a violation of the "Expectations for Student Conduct and Professional Commitment."  Such violation may result in adverse academic action including dismissal.  An exception may be made when a student has been directed, in writing, by a personal physician to avoid patients with certain diagnoses because of danger to an existing health condition of the student.

   (3)   Procedure

      (a)   The student must initiate a request for permission to decline participation in certain aspects of clinical skills training. The student must state the reason for the request and the date(s) missed. The student must complete a separate absence request for each course that will be missed.

      The College of Medicine Absence Request form is an online form, and is available here.  Absence requests in the College of Medicine will be forwarded electronically to the course/clerkship director or preceptor for approval and signature, but medical students should still communicate with their course/clerkship/elective director about their absence.

The College of Pharmacy Absence Request Form is a PDF; it is available here. Pharmacy request forms must be brought in person by the student to the course director or preceptor.

Students who are ill or experience an emergency when an examination is scheduled must contact the course director in advance of missing the examination or as soon as possible.

(b)  College of Medicine students must contact the course/clerkship director/preceptor to discuss remediation plans.  After doing this they must complete an online absence notification form to document the absence dates and details of the remediation plan. College of Pharmacy students must complete a paper absence report form, have it signed by their course director, and then bring the signed form to Academic Services. This documentation is maintained in the student's educational record.

(c)  If the student is in an unexpected situation and is thus unable to request to permission to decline participation prior, the student can opt out of the experience and is required to discuss the circumstances, situation and the student's rationale with the course/clerkship director/preceptor immediately following.  This should be documented on the Absence Request Form and must include the course/clerkship/preceptor director signature, a notation if the absence is excused or unexcused, and forwarded to Academic Services.  This documentation is maintained in the student's educational record.

## Technology Requirements

All medical and pharmacy students are required to have a charged laptop computer.  Minimum requirements are outlined on the Tech Help tab in DOCS and are available by contacting Information Technology.

| Laptop/Tablet |
| --- |
| **A Windows XP, Vista, or Win7 PC that includes at least**: |

- Pentium Processor 1.8 GHz or higher
- 1 GB RAM of system memory
- 64 MB of graphics memory (minimum)

**or**

- IEEE 802.11 b/g wireless card
- 80 GB of hard drive capacity
- Screen resolution of 1024x768

**Apple MacBooks must have dual-boot capability and have Windows loaded on them.**
*The digital microscopy program will not run under the Macintosh OS.*

| PDA/SmartPhone |
| --- |
| **PDA/Smartphone's are not required.** |

Students have access to purchase from the NEOMED discount Dell program:
To inquire about products and pricing, please go to: **www.dell.com/eppbuy;** Member ID: KS2515835

# ACADEMIC STANDARDS AND POLICIES

## Academic Good Standing

A student who is allowed continued enrollment at NEOMED is considered to be in good academic standing. This definition applies only to enrolled students currently attending courses for credit, and the definition is only to be applied for verification of enrollment and insurance purposes. Students on an academic leave of absence, who have withdrawn, or who have been dismissed or suspended from NEOMED are not in good standing. This definition should not be confused with the standards of Satisfactory Academic Progress policy for maintaining financial aid eligibility.

## Academic Intervention

(A)   To promote student success at NEOMED, all students who meet the criteria associated with academic risk are encouraged to participate in the academic intervention process. This process is tailored to the individual learner and may include, but is not limited to, meetings with an academic support advisor, tutor and/or faculty.  Participation in academic intervention will be recorded and can be accessed by the University's Committee on Academic and Professional Progress (CAPP).

(B)   Identification of Academic Risk:
   (1)   While a course is ongoing, students at academic risk are identified by the course director, in consultation with the Office of Academic Support, based on exam and/or course scores.
   (2)   Following completion of a course, students at academic risk are those who have failed the course or passed within 3% of the lowest passing score.
   (3)   Regarding clinical skills, academic risk is identified by marginal or failing performance in standardized patient activities and/or clinical faculty assessment.

## Attendance Requirements
### (College-specific absence policies are located in the Appendix I and II)

(A)   Absences

   (1)   Attendance requirements vary for different components and sessions of the curriculum. Attendance is at the discretion of each course director and attendance policies for each specific course will be included in the syllabus materials. In some course activities, participation may be a factor in determining the grade.  Respect for faculty, as shown in part by punctuality and attendance, is considered to be an important component of student conduct and professional commitment.

   (2)   Students unable to attend a mandatory class or session due to illness or an emergency are to contact the course director and complete an Absence Request Form. Failure to notify the course director may affect the course grade.  In cases where a student is unable to attend a scheduled session of a course, the student is responsible for all material covered during his/her absence.

   (3)   Concerns about attendance or tardiness may be a student conduct issue, in which case students will be directed to meet with the course director and/or with the Chief

Student Affairs Officer. Concerns regarding professional commitment or aggregate conduct may be referred to the Committee on Academic and Professional Progress.

(4)     Students who are ill or experience an emergency when an examination is scheduled must contact the course director in advance of missing the examination or as soon as possible.  The course director will then determine if the absence will be excused and will work with Academic Services to determine when the examination must be rescheduled.  The student will be assessed for any additional cost involved in rescheduling an examination.

(B)     Religious Observation Requests:

(1)     Annually, students are provided the opportunity to submit requests to observe religious holidays with approval from their respective associate dean.

(2)     Time off will be granted for the official religious observance, as defined by the calendar year and continent.  Additional time off will not be granted.  Sundown will be defined as 4 p.m. EST.

(3)     Students are responsible for all missed curricular content.

(4)     Students are responsible for making up any mandatory work.  Mandatory makeup work time and place will be determined by the course director.  Students will be notified, by email, of their makeup requirements.

(5)     Missed examinations may be scheduled prior to the time off period. Students will be notified, by email, of their alternate exam date, time and location.

(6)     Missed clinical work may result in a grade of Incomplete for the experience.  Students are responsible for checking with course/clerkship/preceptor/elective directors regarding specific mandatory content.

(7)     Failure to comply with the aforementioned responsibilities will be considered a student conduct concern.

## Audit Guidelines (College of Graduate Studies only)

Audit (AU) is assigned if a student has been granted permission by the program and the course directors and dean to enroll in a course without receiving a grade or credit. This permanent grade is not sufficient to satisfy a graduation requirement.

## Class Standing

(A)     The Colleges do not calculate an official class standing. For the purpose of the Medical Student Performance Evaluation (MSPE) and pharmacy residency recommendation letters only, the top 25% of medical and pharmacy students are identified based on their academic performance through the end of the third year.  Students in the top 10% of the class receive a numerical class standing, e.g., 4th out of 120.  Students who are not in the top quartile will have no mention of class standing in their MSPE or recommendation letters.  The following conditions apply to the calculations:

(1)     Only grades from courses taken at the Colleges are used in the calculations;

(2)      If a student remediates any course or clerkship/rotation, the original grade is used, not the remediated grade; and

(3)      If a student repeats some segment of the curriculum (year, clerkship/rotation, etc.), both the original and repeated grades are used in the calculations.

## Conferral of Degree

(A)   Degrees are awarded by the Board of Trustees of the Northeast Ohio Medical University upon approval by the deans of the respective colleges.

(B)   Students completing degree requirements after December 31, and prior to commencement, will be conferred the degree during commencement in May.

(C)   All students intending to graduate in a given academic year must complete an application for graduation by December 31 of the academic year in which they expect to graduate.

(D)   Students expecting to complete all requirements of the degree after commencement, but by August 31 of a given calendar year, will participate in commencement activities in the same calendar year. The diploma will be issued to the student at the time that all degree requirements have been met and certified. The date of degree conferral will be the date the degree requirements were completed.

(E)   Students completing the degree requirements after August 31 will be conferred the degree oath at the next commencement ceremony.

(F)   Under special circumstances, students completing degree requirements between September 1 and December 31 may petition to graduate earlier if an early award of the degree is needed. The petition must indicate the reason(s) for the early award. The diploma will be issued to the student no earlier than the time of certification that all degree requirements have been met. The degree completion date will be listed on the diploma and all licensure and verification applications as the actual date of completion, rather than the date of the commencement ceremony.

## Examination Guidelines & Procedures

(A)   Examinations

(1)     Examination schedules are published in the day-by-day course schedules, which are available on AIMS course management system. They are also available in the course syllabi. Examinations may include, but are not limited to, written, oral, practical or laboratory evaluations, quizzes and medical students' NBME subject examinations.

(2)     When entering the testing room, students must show a photo ID to the proctor.  Students must leave their cell phones and personal belongings in their locker or car during all examinations.  No personal belongings are permitted in the testing room.  NEOMED is not responsible for belongings left unattended during an examination.  Unless specified by the

27

course director, students are not permitted to use written notes or calculators during an examination.  Watches with communication or computer memory capability, electronic paging devices, recording, filming, or communication devices, radios, cellular telephones and other mechanical or electronic devices are prohibited in the testing room.  If a student brought these or other materials to his/her seat, he/she must hand them to a proctor until they finish the examination. Failure to abide by proper testing procedures will result in referral to the Committee on Academic and Professional Progress.

(B)   Missing Examinations

(1)   Students are required to take examinations on the scheduled day and time. For critical emergencies (e.g., family emergencies or serious personal illness) the student is to notify the affected course director of the reason for the absence prior to the absence or as soon as possible.

(2)   An Absence Request Form must be completed, signed and submitted to Academic Services. If the circumstance involves illness, documentation from the student's treating physician will be required. If circumstances involve an emergency other than illness, other appropriate documentation will be requested.

(3)   Within the attendance guidelines of the Northeast Ohio Medical University, the course director and associate dean of the respective College will determine whether or not the absence shall be approved and excused. The course director will then notify Academic Services if the student request for permission to miss the scheduled examination is approved.

(4)   Rescheduled examinations will be administered at 7:00 a.m. on the first day of the student's return after the illness or emergency. Permitting an alternate date or time is at the course director's discretion for extenuating circumstances and must take into account the availability of Academic Services staff in administering the examination.

(5)   Any student who does not request permission in advance to be absent from a scheduled quiz or examination, or who does not provide the required documentation of the illness or emergency after the fact, will be denied the opportunity to make up the missed examination.

(6)   The student may be assessed for any additional cost involved in rescheduling an examination.

(C)   Online and Written Examinations Guidelines

(1)   As described to students at Orientation, all students have subscribed to the guidelines of the *Expectations of Student Conduct and Professional Commitment* and should maintain the highest level of academic integrity, including during examinations.

(2)   Examinations will start and end at the specified times. Sign-in will begin 10-15 minutes before the posted time of the examination. For online examinations, students should arrive in ample time to get set up. Students who arrive late for any examination, online or otherwise, will not be given extra testing time for the time lost during their absence.

(3)   All examinations are scored and all grades are determined with student anonymity. An identification number is required for online and computer-scored examinations. Each student

**28**

is randomly assigned a three-digit exam code number that will be used on hand-scored parts of examinations and on the colored sheet (see item 19). It is the student's responsibility to know his/her three-digit exam code number and online exam identification number(s). The key to the three-digit code number assigned to each student is known only by Academic Services.

(4)  Seats will be assigned randomly for all examinations.

(5)  To ensure the integrity of examinations and the validity of the reported scores, all written and on-line examinations administered on the Rootstown campus are proctored.     When entering the test room, students must show a photo ID to the proctor.

(6)  Talking in the examination room is prohibited.

(7)  Students are not permitted to make any notations on their colored sheet, other than their exam code number, before the exam starts.

(8)  No food or drink is permitted in the multidisciplinary labs (MDL). Students with a health issue who are impacted by this policy must contact the Disabilities and Accommodations Committee and receive approval for accommodations prior to the examination.

(9)  No books or papers will be permitted in the examination room, except those materials specified by the course director prior to the examination. Students carrying books and coats and other unauthorized materials to the test sites will be instructed to place them in another proximate room or teaching lab. The materials may not be retrieved until the examination has been turned in. Because these rooms will not be secure, students are urged to lock their belongings in their lockers.

(10)  Unless requested by the course director, calculators or cell phones are not permitted during test administration. Watches with communication or computer memory capability, electronic paging devices, recording, filming or communication devices, radios, cellular telephones and other mechanical or electronic devices are prohibited in the testing room. If a student brings these or other materials to his/her seat, they must hand them to a proctor until they finish the examination.

(11)  All online examinations will be taken on NEOMED computers. Internet cords will be provided.

(12)  Students who must leave the testing room during the examination will be escorted one at a time for the full duration of their absence. No extra testing time will be allowed for the time lost during the absence.

(13)  For paper/pencil exams, legible writing and correct spelling are expected. Illegible writing may result in failure to receive credit for an answer. Answers to essay questions should be written in ink, and other answers must be written with #2 pencils for computer scoring. Students are expected to bring their own supplies to the examination.

(14)  When a paper and pencil examination is given, it is the student's responsibility to record answers carefully and correctly on the computer answer sheet. This includes making heavy black marks that fill the circle completely, erasing clearly any answer that is to be changed, making no stray marks on the answer sheet, and answering each numbered item in the

corresponding numbered answer space. Examination scores are based on the recorded answers on the computer answer sheet.

(15)   For online examinations, scores are based on the recorded answers in the online examination.

(16)   For online examinations, students are responsible for verifying that they have answered all of the questions.

(17)   For online examinations, students are expected to remain in the room until it has been verified that they have exited the examination.

(18)   No examination materials are to be taken from the examination room unless clearly specified on the examination booklet.

(19)   A colored page will be provided for each examination. This sheet is provided to allow students to record their responses to test items and then to check these answers at the end of the examination in the room where the examinations is posted. The colored page will be collected when the examination is turned in. Students must then identify themselves by code number in order to gain entrance into the posting room.

(20)   No one is permitted to make any written notes on the scratch paper or the colored sheet, other than the three-digit code number, before the examination starts.

(21)   If students have questions about specific test items, they should note the item number and their concern on the back of the colored sheet.

(22)   Shortly after the end of an examination, questions and answers may be posted. Short answer and essay items will have model responses provided. The questions and answers will be posted for a limited time in a designated room. The time(s) and room(s) will be announced.

(23)   Students will need to identify themselves by their three-digit number in order to receive their colored sheet and gain entrance to the posting room. No books or papers (with the exception of the colored sheet), watches with communication or computer memory capability, electronic paging devices, recording, filming or communication devices, radios, cellular telephones and other mechanical or electronic devices may be brought into the room where examinations are posted. Colored sheets will be collected at the time the students leave the posting room. Any violation of this policy will be considered an infringement of your subscription to the honor code and treated accordingly.

(24)   Unless otherwise noted, a keyed copy of each examination is available for review during normal business hours in Academic Services (A-40).

(25)   Students may challenge the correctness of the key or model response in an appropriate and constructive fashion. Students may communicate questions or comments about the key orally or in writing to the course director. Forms for this purpose will be provided in the room where examinations are posted. Student questions on these forms are forwarded to the appropriate course director to help in analyzing test data. Comments should be constructive and appropriate. Each course is responsible for making decisions about key changes.

(26)   Individual examination results and/or student grades will be made available to students as quickly as possible. Students will be notified by email when scores/grades will be available. Academic advisors will have access to all scores and grades. A student will be notified if he or she is required to meet with the Committee on Academic and Professional Progress (CAPP).

(27)   If students feel their examination was scored incorrectly, they should discuss their concerns with the course director.

(28)   Incidents of irregular behavior will be documented by proctors and reports will be submitted to Academic Services.  Examples of irregular behavior include, but are not limited to:
    (a)   Unauthorized use of books, papers, calculators, cell phones;
    (b)   Failure to stop working when time is called at the end of the examination;
    (c)   Bringing unauthorized electronic devices into the testing room;
    (d)   Copying answers;
    (e)   Making written notes before the start of an examination;
    (f)   Looking at a peer's examination

## FERPA and Access to Student Records (Appendix VII)
### *Family Educational Rights and Privacy Act of 1974 and Access to Student Educational Records*

## Full Time Student – Definition

A full-time student is one enrolled in the equivalent of nine (9) credit hours or more per semester. Enrollment status is determined by the registrar.

## Grades (Definitions, Symbols and Policies) – Colleges of Medicine and Pharmacy

(A)   Permanent Grades

(1)   Honors (H) denotes clear mastery of the cognitive, behavioral and attitudinal objectives of a given course, clerkship or rotation.

(2)   Pass (P) denotes satisfactory achievement of the course objectives.

(3)   Withdrawal (W) denotes that the student has left the curriculum or course. If a student withdraws without permission, a failing grade will be assigned.

(4)   Credit (T) is assigned if a student has demonstrated ability and knowledge in a particular subject area and, with authorization from the respective course director and executive director of enrollment services receives credit for a course without being enrolled in it.

(5)   Fail (F) denotes a failure to achieve course objectives. A student receiving a Fail grade may be referred to the Committee on Academic and Professional Progress (CAPP).   Whether or not a Fail grade was successfully remediated or repeated, all Fail grades will be displayed on the official academic transcript.  No student will be promoted to the next level or certified for graduation with a grade of F.

(6)    Audit (AU) is only available to College of Graduate Studies students and assigned if a student has been granted permission by the course director(s) or the Dean of Graduate Studies to enroll in a course without receiving a grade or credit.  This permanent grade is not sufficient to satisfy a graduation requirement.

(B)    Temporary Grades

(1)    In Progress (IP) is used when the selected course grade is cumulative over the course of several semesters.  Once a final grade is assigned for the course, only the final grade appears for the course.

(2)    Incomplete (I) is assigned by the course/rotation/preceptor when a student is unable to complete a course or rotation in the normal time period. At the time an "I" is assigned, the course/ rotation/preceptor for shall inform the students in writing of the requirements and the deadline for completion. A student who fails to complete the course in the scheduled time period will receive a grade of F.

(C)    Grade Assignment

(1)    The assignment of a specific course or rotation grade is the responsibility of the course director, clerkship director, clinical curriculum director, or preceptor in accordance with the guidelines of the respective department.

(2)    Multiple assessments are given in order to provide students with frequent feedback on their academic performance. The criteria for final grade assignments vary by course. Course syllabi outline the plan for student assessment/evaluation and include the weights assigned to each examination or curricular assignment as a component of the final grade.

(3)    Grades are assigned at the end of each course. The final grades are based on composite scores that incorporate the scores on examinations and any other assessments which may include both written and practical/laboratory parts.  Attendance may also be considered in determining the grade.  (See specific Attendance Requirements in each course syllabus.)

(4)    Written examinations are submitted by the course directors for a technical review to Academic Services. The examinations are coded and graded anonymously.  Students can view, from a secure site, individual score reports on DOCS Banner Self-Service for all computer-scored examinations. Course directors determine the final grades in their courses based on the final composite scores from all assessments.

(5)    Faculty reserve the right to determine a student's ability to continue in the academic program and provide a warning to students who are not making satisfactory progress.

(D)    Grade Distribution

(1)    Final grades are posted on DOCS.  Students can review examination scores, course summaries and evaluation forms on Banner Self Service. Grades will not be disclosed over the telephone or via email.

    (2)    Evaluations and grades of student performance on rotations may be the result of input from a number of individuals at the discretion of the course director.  The grading process for clinical experiences, therefore, often takes four to six weeks to complete.

(E)    Grade Dispute Policy – **College of Medicine**

    (1)    The assignment of a final grade to an educational experience is the responsibility of the course director.

    (2)    M1-M2 Courses:

        (a)    If a student disputes his or her grade, the student must discuss the matter with the faculty member assigning the grade within two weeks of grade assignment.  If the faculty member disagrees with the student's case for changing the grade, the student may bring forward the grade dispute issue to the course director.  A decision by the director will be made within three weeks.  If the course director supports the student's request for a change of grade, the student and the course director supporting the appeal will submit a Grade Change Form to the Associate Dean of Curriculum.  The decision of the course director is the final, binding resolution.

    (3)    M3-M4 Courses:

        (a)    If a student disputes his or her grade for one of the six third-year clinical clerkships, the student must discuss the matter with the clerkship site director assigning the grade. This must be done within two weeks of posting of the Final Grade Report Form. If the clerkship site director disagrees with the student's case for changing the grade, the student may bring forward, in writing, the grade dispute issue to the clinical curriculum director for that discipline. A decision by the clinical curriculum director will be made, in writing, within three weeks of the student petition for grade change. If the clinical curriculum director supports the student's request for a change of grade, the clinical curriculum director will submit a Grade Change Form to the Associate Dean of Curriculum and notify the clerkship site director and the student. The decision of the clinical curriculum director is the final, binding decision. In the event that the clinical curriculum director is also the clerkship site director who assigned the original grade, an alternate clinical curriculum director will evaluate the grade dispute. In this case, the decision of that clinical curriculum director is the final, binding decision.

        (b)    For M4 courses, if a student disputes his or her grade for an M4 elective experience, the student must discuss the matter with the elect faculty director assigning the grade. This must be done within two (2) weeks of posting the Final Grade Report Form (FGRF). If the elective director disagrees with the student's case for changing the grade, the student may bring the grade dispute issue forward to the M4 course director in writing. A decision by the course director will be made within three (3) weeks. If the M4 course director supports the student's request for a grade change, the student and the M4 course director supporting the appeal will submit a Grade Change Form to the Associate Dean of Curriculum. The decision of the M4 course director is the final, binding decision.

(F)    Grade Dispute Policy -  **College of Pharmacy**

**33**

(1) The assignment of a final grade to an educational experience is the responsibility of the course director or pharmacy advanced pharmacy practice experience (APPE) preceptor in accordance with the guidelines approved by the College of Pharmacy Executive Curriculum Committee. The experiential director reviews the grade submissions from the preceptors to assure consistency.  The APPE preceptor submits the grade.

(2) If a student disputes his or her graded assignment, examinations, or final course grade, the student must discuss the matter with the faculty member assigning the grade within two weeks of grade assignment.  For APPEs, this is the preceptor.  If the faculty member disagrees with the student's case for changing the grade, the student may bring forward the grade dispute issue to the course or experiential director.  A decision by the director will be made within three weeks.  If the director supports the student's request for a change of grade, the student and the person supporting the appeal must submit a Grade Change form to the Associate Dean of Pharmacy.  The decision of the director is the final, binding resolution.

(3) In the event that the course or experiential director was the person assigning the original grade for a pharmacy student, the Associate Dean of Pharmacy will evaluate the dispute from the student regarding the assignment of the grade.  In this case, the decision of the Associate Dean of Pharmacy is the final, binding resolution.

(4) If the experiential director assigned the original grade (e.g. for an introductory pharmacy practice experience, IPPE), any dispute would be evaluated by the vice chair of Pharmacy Practice in consultation with the Associate Dean of Pharmacy.  In this case, the decision is the final, binding resolution.

## Interruptions of Education

(A) All enrollment actions are handled on a case-by-case basis, and each student is reviewed individually based on the student's circumstances. The Colleges retain the authority to make decisions regarding enrollment/withdrawal on this basis.

(B) Curricular Interruption

(1) A curriculum interruption is a temporary absence from school for extenuating personal, medical or mandated reasons. All curricular interruptions must be reviewed and approved by the Vice Dean of the respective college, the Chief Student Affairs Officer, and/or the Committee on Academic and Professional Progress. Review Appendices for college-specific absence policies and time limits.

(2) Academic Suspension

(a) Academic suspension is removal from the academic program by CAPP or appropriate dean. All rights of due process will be afforded the student. An academic suspension is permanently recorded as part of the student's file and transcript. Refer to the CAPP Standards for information regarding academic suspension.

(3) Conduct Suspension

(a)   Conduct suspension is removal from the academic program by the Student Conduct Officer or CAPP for violations of criminal or behavioral conduct. All rights of due process will be afforded the student. Refer to the Student Conduct policies for information regarding Conduct Suspensions.

(4)   Dismissal

(a)   All students who have been dismissed by CAPP are considered enrolled up to the date of the dismissal decision. If the student appeals this decision, and the appeal is granted, the student is considered enrolled up to the date of the final CAPP decision. If a dismissal decision is upheld, the student is responsible for all tuition and fees incurred up to the date of the final CAPP decision and subject to NEOMED's refund policies.  A dismissed student will have the opportunity to withdraw from the University, (unless the CAPP decision does not allow the option to withdraw), and must submit a letter of withdrawal within four working days of the date of the dismissal letter (this includes the date on the letter) to Enrollment Services. Accordingly, the student's official status indicated on the academic transcript would be denoted as a withdrawal. A dismissed student is required to follow the steps on the Student Withdrawal Checklist available in the Office of Enrollment Services.

(b)   If a student appeals a dismissal decision and the CAPP Executive Review Committee denies an appeal, the opportunity to withdraw is revoked.

(c)   Should the student appeal a dismissal decision, the CAPP Executive Review Committee grants the appeal, and the dismissal decision is overturned in the final CAPP Phase 2 committee, the student will be permitted to continue in the curriculum. The student will be considered enrolled full-time and must pay all tuition and fees incurred.

(d)   Refer to the Student Conduct Policy and the Employees and Students Arrested for Offenses of Violence Policy for information regarding conduct-related dismissals.

(5)   Leave of Absence

(a)   A leave of absence (LOA) may be requested for academic, medical, enrichment or personal hardship reasons and may also be mandated by CAPP.  The granting of a leave is at the discretion of the University and decided by CAPP Phase 2.  Any student considering a leave of absence should meet with the Chief Student Affairs Officer to discuss reasons, objectives, activities, timing and conditions of the leave and return to the curriculum.  Students must complete the Leave of Absence Request Form and provide appropriate documentation. Within five working days, the Executive Director of Enrollment Services or designee shall prepare a written statement of the CAPP decision and send it to the student via mail or electronic mail.

(b)   Leaves are categorized as:

(i)   *Academic Enrichment* – Requested by the student to request time away from the curriculum to pursue professional growth opportunity (e.g., field outside of current program).

    *(a)  Process to Request:*  Students requesting an enrichment leave of absence must submit the petition and supporting documentation that outlines the activities and rationale as to how the experience(s) will improve the student's professional outlook.  If the student is in good academic standing, the CAPP chair may make a determination of the student's request, and the student will be notified in advance that the request will be discussed at the upcoming CAPP meeting.  The petition and supporting documentation will be forwarded to CAPP, along with his/her entire academic record.  Information about students requesting a leave from one college to pursue a degree in another college (NEOMED Dual Degree students) will be required to follow the process to request a leave for an enrichment experience as outlined above. If the student is not in good academic standing, the request will not be brought forward for review by the CAPP chair or the CAPP committee.

    *(b)  Deadline to Request:*  Petitions must be submitted by February 1 to be considered.  Enrichment leaves can only start at the beginning of the academic year, and are granted in increments of one year unless otherwise approved by CAPP.  Leaves beyond one year require re-petitioning by February 1.

(ii)    ***CAPP Mandated*** – If a student has been invited to appear before CAPP for academic or professional reasons, CAPP may mandate the removal of a student from the curriculum and place the student on a CAPP-mandated leave of absence.  CAPP will determine the effective dates of the leave.  Typically, CAPP-mandated leaves require the student to return to the curriculum at the beginning of an academic year.

    *(a)*  Outcomes of a CAPP Review for Leave of Absence Request include:

        *1.*    Granting of a Leave – The granting of a leave of absence will be subject to conditions, including, but not limited to, timing and duration (leaves are granted for a specific period of time).  Granting of a leave will result in an outline of activities decided by CAPP and communicated in the CAPP letter that may be educational, professional or health-related that must be completed while the student is on leave.

        *2.*    Denial of the Leave

(iii)    ***Personal Hardship*** – Requested by student who experiences an unexpected crisis (including a crisis of a family member) that impacts a student's ability to participate in the curriculum.

    *(a)  Process to Request:*  Students requesting an immediate personal hardship leave due to extenuating circumstances should consult with the Chief Student Affairs Officer and then complete and submit the Leave of Absence Request form to the Executive Director of Enrollment Services. Typically, these requests are for students requesting a leave in excess of two weeks (one week for College of Medicine clinical years; **see Appendix II** for

**36**

College of Pharmacy Time Off During P4).  A petition, supporting documentation (e.g., letter from healthcare professional, excluding a family member or the student's NEOMED advisor), along with student's entire academic file, will be forwarded to the chair of the Phase 2 CAPP for determination. This leave may be granted by the CAPP co-chair of the respective college if the student's circumstances warrant immediate attention.  On behalf of CAPP, the chair may make a determination of the student's request, and the student will be notified in advance that the request will be discussed at the upcoming CAPP meeting.  If the chair is unable to determine the appropriateness of the leave or if the student disagrees with the decision, the student will be invited to attend the upcoming Phase 2 CAPP meeting to provide an explanation of his/her request.

*(b) Deadline to Request:*  Petitions are submitted as the hardship arises.

(iv)    ***Medical Emergency –*** Requested by student who experiences an unexpected crisis related to a personal medical emergency or condition that impacts a student's ability to participate in the curriculum.

*(a) Process to Request:*  Students experiencing a medical emergency should utilize the same process described above for Personal Hardship leaves of absence. In addition, complete documentation must be provided by a treating health care professional delineating the nature of the medical issue and the impact on the student's ability to perform within the curriculum.

*(b) Deadline to Request:*  Petitions are submitted as the emergency arises.

(c)    Returning to the Curriculum: If a leave is granted, the student must petition to return to the curriculum by February 1 of the next academic year unless otherwise noted by CAPP. Students must have satisfied the terms and conditions outlined for return.  All petitions requesting to return will be reviewed by CAPP.

(d)    Enrollment, Financial Aid and Health Insurance

(a)    All students who have been granted a leave of absence will be considered enrolled up to the date granted by the Associate Dean of that college. When a student has been advised by CAPP to take a leave of absence and has been granted a time period to choose to either continue in the curriculum or to take a leave of absence, the student will be considered enrolled up to the date the student's decision is made. The student is not eligible to receive financial aid during this decision period.  If the student chooses to take the recommended leave, the student will be charged for tuition and fees up to the last date of attendance and subject to the Colleges' refund policies.  If the student continues in the curriculum, the student will be charged full tuition and fees. The student's financial aid eligibility will be based on the Colleges' standards of satisfactory progress to maintain financial aid eligibility.  During a leave of absence, students are not eligible to receive financial aid.

(b)     All students who have been granted a leave of absence and are enrolled in the Colleges' Student Medical Insurance policy will remain covered under the policy for the full period for which the premium has been paid (i.e., fall semester) and no refund will be allowed.  If the student wishes to continue coverage into the next semester, the student may do so and will be billed for coverage.  Questions regarding financial aid and insurances should be directed to the Executive Director for Enrollment Services.

**See APPENDIX X for additional information regarding Leave of Absence**

(6)  Withdrawal

(a)     When voluntarily withdrawing from the Colleges, the student must submit a letter of withdrawal to the Executive Director of Enrollment Services and is considered withdrawn as of the date the student's letter of notification is received. Tuition refunds will be made to any student officially withdrawing from all classes, in conformity with the University Refund Policy as stated in the Financial Aid section of the Student Handbook. Students withdrawing from NEOMED are required to follow the steps on the *Student Withdrawal Checklist* available in the Office of Enrollment Services.  A student who withdraws and who later seeks re-entry, must reapply via standard admission procedures through the Office of Enrollment Services. Re-admission is not guaranteed, and information from the student file in the registrar's office may be considered in the admissions process.

## Length of Study

Students are expected to complete their professional school education in four years from the time of initial matriculation. Enrollment in a single professional school, including approved leaves of absence, may not exceed six (6) academic years from initial matriculation in order to remain in good standing with the Colleges of Medicine and Pharmacy. Students who exceed the allowable length of study limits are referred to the Committee on Academic and Professional Progress (CAPP). Students enrolled in the College of Graduate Studies Ph.D. program may not exceed seven (7) years from the initial date of enrollment to complete all college requirements.

## Longitudinal Skills Assessment for Medicine and Pharmacy **(See Appendix V)**

## National Board of Medical Examiners (NBME) Subject Examinations – College of Medicine

(A)  As part of their assessment in some preclinical courses, medical students take NBME subject examinations produced and graded by NBME. Scores for these examinations are combined with the class performance to produce a final grade and weighting of these examinations is at the discretion of the course director.

(B)  Medical students take an NBME subject examination on the final day of each of the six clinical clerkships during the M3 year. Passing this test is required to pass the clerkship. The results of the tests are returned by the NBME to the Office of Enrollment Services approximately ten days to two weeks

after the test date. Results of the subject examinations are posted on DOCS as well as on the clerkship final grade report form. Failure of NBME subject examinations may result in referral to CAPP. See CAPP Standards Section.

(C)   In the event of a failed subject examination in accordance with CAPP guidelines, and upon receipt of a signed remediation plan, the student will be scheduled to retake the NBME subject examination on a predetermined date. Remediation examinations will be scheduled on the final day of the end of the third year on a predetermined date in July or August. They are not permitted to be taken during another clerkship. NBME policy requires that all subject examinations be administered on the scheduled test date. If a student is not able to take the NBME subject examination at the scheduled time due to illness or critical emergency, the National Board requires a 30-day notice before a new test date can be set. The student will be held accountable for any additional cost involved in the request for a new examination.

(D)   Students cannot beginM4 electives until they have successfully completed all course requirements of the M3 year.

## Official Academic Documents

(A)   Transcripts

   (1)   The academic transcript is a certified document intended for use by parties outside the educational institution and is an unabridged summary of the student's academic history at the Colleges.  It is distinguished from the larger body of information that may be contained in the student's educational or academic record. The educational or academic record is an internal document that also reflects the student's unabridged academic history at the Colleges, but which may contain additional data that is useful internally.

   (2)   A transcript is deemed official when it bears the facsimile or original signature of the registrar and the raised seal of the Institution. If the transcript is issued to the student, the message "Issued to Student" appears below the signature of the registrar.

   (3)   Students may obtain transcripts of their complete academic record either by request via DOCS, by completing a Transcript Request Form, or by writing, emailing or faxing the Office of Enrollment Services. Transcript requests are not accepted by telephone. There is no charge for transcripts.

(B)   Diplomas

   (1)   A replacement diploma may be ordered from the Office of Enrollment Services in the event that the original diploma has been lost or destroyed. The graduate requesting the new diploma must submit an original notarized statement explaining the reason for the request. The new diploma will be stamped "official replacement." If a replacement diploma is required due to the condition of the original diploma, the original must be surrendered to the Office of Enrollment Services prior to a replacement being ordered.

   (2)   There is a $50.00 fee for the replacement diploma. Graduates may pay by check, money order or by credit card via the Accounting Office during normal business hours. Replacement diplomas are sent by U.S. certified mail in approximately 30 days.

(3)     Many states require official diploma copies for licensing purposes. The Office of Enrollment Services maintains copies of all diplomas. An official diploma copy must be requested in writing via the Office of Enrollment Services. There is no charge for this service.

(C)     Release of Information and Change of Name, Address or Status

(1)     To ensure that the Colleges maintain accurate records, students who change their personal status (name, permanent or local address, permanent or local telephone number) must notify the Office of Enrollment Services of this change in writing.

(2)     One form of official documentation is needed (two may be requested) to make a name change to a student record. Acceptable documentation includes an original social security card, marriage license or court document.

(3)     A change of name on academic records can be done only if a student is currently enrolled. Students who have graduated or are no longer enrolled cannot make a change of name to their academic records. These records bear the name of the student at the time he/she separated from the Colleges.

(D)     Release of Enrollment Information

(1)     The Office of Enrollment Services completes certification of enrollment, academic status and insurance. A written authorization must accompany all requests for release of non-directory information. Requests for written verification of enrollment can be made by mail, fax and email, or in person. There is no cost to the student for this service.

(2)     Requests for enrollment verification are usually for one of the following reasons:
(a)     Deferment from undergraduate school loans;
(b)     Scholarship application;
(c)     Health insurance;
(d)     Auto insurance "Good Student" discounts;
(e)     Military or veteran requirements; and
(f)     Purchasing property or automobiles

(3)     Original written requests to allow the release of information must contain the following information:
(a)     Name of student;
(b)     Student ID number;
(c)     Anticipated year of graduation;
(d)     To whom the letter should be addressed, street address, fax and phone number;
(e)     Specific information to be included in the letter (e.g., enrollment status, academic standing, enrollment dates); and
(f)     Forms to be released

(E)     Withholding of Academic and Enrollment Information, and Restricting Enrollment

The University maintains the right to withhold the release of academic and enrollment information, and also restrict enrollment for cause. Academic and enrollment information includes grade reports,

transcripts, diplomas, certifications or other information about a given student. Enrollment restrictions include cancelling a student's existing course registration and/or preventing future registrations. Cause includes, but is not limited to, unmet financial obligations to the University, Colleges, loan default and violations of non-academic regulations.

(1)  Accounts Receivable Hold

   (a)  An accounts receivable hold is placed on a student's account if there is a balance due with the bursar's office for any of the following items:
     (i)  Tuition;
     (ii)  Fees;
     (iii)  Health, dental/vision, life or disability insurance;
     (iv)  Parking fines;
     (v)  Library fines; and
     (vi)  Other fees assessed by departments. This includes costs for items owned by a department which are loaned to a student and not returned.

   (b)  An accounts receivable hold may be placed on a student's account if the student's College loans have gone into repayment (i.e., student went on a leave of absence and in the meantime the loan went into repayment) and the student was delinquent or defaulted on the loans.

   (c)  The bursar issues the account receivable hold and all questions about the hold should be referred to the Accounting Office.

   (d)  When an accounts receivable hold is placed on a student's account, the registrar staff will hold the following items until the hold is removed:

     (i)  Enrollment verifications;
     (ii)  Transcripts; and
     (iii)  Grades, unless the student receives a less-than-satisfactory grade, which requires CAPP interaction.

   (e)  No student may be registered for courses in a future term or graduate from the University with an outstanding accounts receivable hold on his/her record.

(2)  Financial Aid Hold

   (a)  This hold is placed on the account of a former student, including alumni and individuals who have withdrawn or been dismissed from the Colleges, when the Office of Enrollment Services is notified that the individual has defaulted on a student loan borrowed for attendance at the Colleges.

   (b)  The Office of Enrollment Services issues a Financial Aid Hold and all questions about this hold should be referred to the Associate Director of Financial Aid within the Office of Enrollment Services.

   (c)  When a Financial Aid Hold is placed on an individual's account, the registrar staff will hold the following items until the hold is removed:

        (i)     Enrollment verification; and

        (ii)    Transcripts.

(3)    Registrar's Hold

    (a)    This hold is placed on a student's account when a student fails to comply with the following matriculation or registration requirements:

        (i)     Completion of registration materials including the registration form, malpractice insurance form or selective service forms;

        (ii)    Receipt of official transcripts from previous universities;

        (iii)   Carrying personal health insurance and disability insurance coverage;

        (iv)   Compliance with the immunization policy; or

        (v)    Receipt of Criminal Background Check results

    (b)    The registrar issues a Registrar Hold and all questions about this hold should be referred to the registrar within the Office of Enrollment Services.

    (c)    When a Registrar Hold is placed on a student's account the registrar will hold the following items until the hold is removed:

        (i)     Enrollment verifications;

        (ii)    Transcripts; and

        (iii)   Grades unless the student receives a less-than-satisfactory grade, which requires CAPP interaction.

    (d)    No student may be registered for courses in a future term or graduate with an outstanding Registrar Hold on his or her record.

## Proctoring

(A)    To ensure the integrity of the examinations and the validity of the reported scores, all written examinations administered on the Rootstown campus are proctored.  Proctors are also present during NBME subject exams. Proctors will actively monitor the students at all times during examinations. Proctors will observe the examinees to ensure that:

(1)    Examinees do not talk with one another once they enter the testing room.

(2)    Examinees do not make any notations on their colored sheet, other than their exam code number, before the exam starts.

(3)    Examinees have nothing on their desks or laps but test books, answer sheets, erasers and pencils.  Calculators are permitted only at the discretion of the course director.

(4)    No one is making written notes of the contents of a test or removing pages from a test book.

(5)    Examinees are recording their answers on the answer sheet.

(6)     No one is using any kind of written or electronic materials.

(7)     Examinees do not communicate with one another in any way.

(8)     Examinees are not looking at other students' examinations papers or computers.

(9)     All examinees stop recording test answers at the end of the test session. Examinees are not to be given extra time to transfer answers to the answer sheet after time is called.

## Remediation and Repeating Coursework

(A)     Students who achieve less-than-passing grades are required to perform remediation to assure that their level of mastery of the skills or knowledge covered by a given course meets a standard set by the director.

(B)     Permission to remediate a less-than-passing grade is granted by the course director.

(C)     Professionalism, behavioral conduct or aggregate performance concerns may result in CAPP referral rather than remediation.

(D)     Remediation is designed by the course director and approved by the appropriate college curriculum committee.

(E)     Students will be allowed only one attempt to remediate a less-than-passing performance for any course, unless granted an exception by the Committee on Academic and Professional Progress (CAPP).

(F)     The highest grade that can be earned via remediation is passing. If the remediation is successful, a passing grade is placed next to the failing grade on the transcript.

(G)     Repeat Year, Course, Clerkship or Elective

(1)     All students who are repeating any curricular year, clerkship or elective are considered to be full-time students. They are required to be enrolled in and participate in all courses for that curricular year and adhere to all the requirements of the course. Grades for both the original and repeated courses will appear on the transcript with repeat courses being noted as such.

## Resident Study Requirements – College of Medicine

(A)     For the medical degree, a minimum of at least two years of consecutive full-time study must be completed at Northeast Ohio Medical University and must include the junior (M3) year. Students admitted to the program by clinical advanced standing admissions, for example, particularly those admitted into the junior medical year, should be especially aware of this requirement. Transfer during the senior year cannot be permitted for clinical advanced standing students.

## Standards for Promotion, Continued Enrollment and Graduation

(A)     All students are required to achieve at least a passing grade in all courses required by the faculty, and successfully complete all other requirements for the Doctor of Medicine or Doctor of Pharmacy degree

including passage of the Clinical Skills Assessment (II & IV) and receipt of ACLS certification for medical students, and successful completion of the yearly comprehensive examination for pharmacy students. Additional College of Medicine requirements are noted below.

(B)   The granting of degrees by the Board of Trustees is contingent upon the recommendation of the college deans and the Board of Trustees. All students are expected to participate in the commencement ceremony for conferral of their degree.

(C)   College of Medicine Requirements for Promotion

    (1)   To be promoted from year to year and, thus, ultimately to graduate from the College of Medicine, each student must be deemed qualified by the appropriate faculty on the basis of the College's essential functions for admission, continuation and graduation. A student must have no less-than-passing grades in all courses in order to be promoted to the next year in the curriculum.

    (2)   United States Medical Licensing Examination - Step 1

        (a)   A passing score on Step 1 of the USMLE is a requirement for promotion to the third year, but may not be taken until all courses have been passed in the M1-M2 years in the medical school curriculum. Students must take the examination by the last Friday in June of the second year. Any requests for postponement of the examination must be approved by CAPP. If Step 1 results have not been received before the start of the prerequisite to clinical skills course, students will not be permitted to begin their scheduled course or clerkship.

        (b)   Students receive notice of their Step 1 score directly from the NBME via email approximately four weeks after their test date. The Office of Enrollment Services receives official reports from the National Board of Medical Examiners (NBME) each Wednesday on a secure Web site approximately four weeks after the test date. These test results are posted on the Banner Self-Service site as soon as they are received Students should access their Step 1 scores in the same manner they access course grades. Personnel will not release test results to students either in person or by telephone. Students who have not received test results by the expected date are advised to contact the NBME to verify contact information and, if necessary, to request a new score report. The NBME will not release test results over the telephone.

        (c)   Students who have failed Step 1 will be reviewed by CAPP. Decisions regarding the opportunity to retake Step 1 will be decided by CAPP.  All CAPP academic standards, conditions of leave of absence and return to the curriculum described in this handbook apply.

        (d)   The Colleges offer a range of counseling and support services to assist students in preparing for the USMLE examinations. Students are strongly encouraged to seek consultation early by contacting the Director of Academic Support in the Office of Student Affairs.

    (3)   United States Medical Licensing Examination — Step 2 Clinical Knowledge (CK) Examination

(a)     Passage of Step 2 CK is a graduation requirement for NEOMED medicine students. Students must take the USMLE Step 2 examination after successfully passing all requirements of the clerkship year, and by <mark>October 1</mark> of their M4 year.  All students are required to pass the USMLE Step 2 Clinical Knowledge (CK) Examination in order to graduate.  Students applying to a specialty with an early application deadline (before September 15th) must take and pass Step 2 CK by <mark>January 1</mark> of their M4 year. Any requests for postponement of the examination must be approved by CAPP.

(4)     United States Medical Licensing Examination – Step 2 Clinical Skills (CS) Examination

(a)     All students must take Step 2 Clinical Skills Exam (CS) by <mark>December 1</mark> of M4 year, and all students must pass CS as a graduation requirement. Students must take CSA-IV before taking the Step 2 CS exam. For students who have acquired three or more "Needs Development" (ND) ratings in M3 Clinical Skill Assessments (CSA-3), it is strongly recommended that Step 2 CS be scheduled for a date in the months of October or November, which would allow time for students to receive a CSA-IV passing grade before taking the Step 2 CS exam.

(b)     Students participating in early application within the residency match must take the Step 2 CS by January 1 of their M4 year. However, it should be noted that some residency programs will not rank a student for the residency match process without receipt of an applicant's passing scores on all components of Steps 1 and 2.

(5)     United States Medical Licensing Examination – Clinical Skills Assessment (CSA 4)

**Refer to the Appendix V for Longitudinal Skills Assessment**

# FINANCIAL RESPONSIBILITIES:

## Consumer Information for Financial Aid Applicants

*Students may locate additional information and assistance through the Office of Enrollment Services and the Financial Aid staff.*

(A)     Student Rights

    (1)     Adapted from The Student Guide:  Financial Aid from the U.S. Department of Education, 1989-90. You have the right to ask the University:

        (a)     The names of its accrediting organizations and about its programs, its facilities and its faculty;

        (b)     What the cost of attending is, and what its policies are on refunds to students who leave;

        (c)     What financial assistance is available, including information on all federal, state, local, private and institutional financial aid programs;

        (d)     What the procedures and deadlines are for submitting applications for each available financial aid program;

        (e)     What criteria it uses to select financial aid recipients;

        (f)     How it determines your financial need - this includes how costs for tuition and fees, room and board, transportation, books and supplies, personal and miscellaneous expenses are considered in your student budget. It also includes which resources (such as parental contribution, other financial aid, your assets, etc.)  are considered in the calculation of your need;

        (g)     How much of your financial need, as determined by the institution, has been met;

        (h)     How and when you will be paid;

        (i)     To explain each type and amount of assistance in your financial aid package;

        (j)     If you have a loan, you have the right to know what the interest rate is, the total amount that must be repaid, the length of time you have to repay your loan, when you must start paying it back, and any cancellation and deferment provisions that apply;

        (k)     To reconsider your aid package if you believe a mistake has been made;

        (l)     How the school determines whether you are making satisfactory progress, and what happens if you are not; and

        (m)     What special facilities and services are available to individuals with a disability.

(B)     Student Responsibilities

    (1)     It is a student's responsibility to:

        (a)     Review and consider all information about a school's program before enrolling;

        (b)     Complete all application forms accurately and submit them on time to the right place. Errors can delay or prevent your receiving financial aid;

        (c)     Notify the University of any information that has changed since applications were submitted;

        (d)     Attend an exit interview if loans were accepted;

        (e)     Provide correct information. In most instances, misreporting information on financial aid application forms is a violation of the law and may be considered a criminal offense, which could result in indictment under the U.S. Criminal Code;

    (f)    Provide all additional documentation, verification, corrections, and/or new information requested by either the financial aid office or the agency to which you submitted your application;

    (g)    Read and understand all forms that you are asked to sign and keep copies of them;

    (h)    Accept responsibility for the promissory note and all other agreements that you sign;

    (i)    If a student has a loan, notify the lender of changes in your name, address, or school status

    (j)    Know and comply with the deadlines for application or reapplication for aid, and

    (k)    Know and comply with the University's refund procedures.

(C)    Points to Determine When Signing a Loan Application or Promissory Note

    (1)    Before students sign applications for loans or promissory notes, they should read them carefully, ask questions and complete the following steps:

        (a)    Determine the maximum amount that may be borrowed per academic year as well as the maximum total amount;

        (b)    Determine the interest rate;

        (c)    Determine whether the interest is deferred until after graduation, subsidized or payable while the student is in school;

        (d)    Determine whether the interest, if not deferred, is payable monthly, quarterly or annually.

        (e)    Determine whether the loan may be repaid at any time without penalty;

        (f)    Determine if repayment of the principal can be deferred through internship/residency training;

        (g)    Determine the maturity date; the date which is upon which the promissory note becomes due and payable;

        (h)    Determine the grace period;

        (i)    Determine the number of years allowed for repayment of the loan;

        (j)    Determine whether the loan can be forgiven for practice in a physician shortage area;

        (k)    Determine what the minimum monthly payment will be during the repayment of the loan; and

        (l)    Ensure that you are given a copy of the Disclosure Statement signed by the appropriate authority at the lending institution.

(D)    When students are negotiating for educational loans, they are entitled to exact copies of any agreements they sign.  A Disclosure Statement is a legal document and a record of the loan.  All contracts between lenders and borrowers for loans are recorded locally or federally as standing legal obligations until terminated through repayment.

## Exit Interview

Students who have been awarded any type of student educational loans must attend an exit interview session prior to graduation, withdrawal, or leave of absence. At this time repayment options will be explained and final repayment papers signed, and strategies for debt management reviewed.

## Financial Aid Application Process

(A)    All students wishing to receive financial aid must complete the following forms:

(1)   The Free Application for Federal Student Aid (FAFSA) is the form used to determine financial aid eligibility. All students wishing to receive any type of financial aid must complete the FAFSA and include the school  code,  G24544 on  the  Web  at http://www.fafsa.ed.gov.  FAFSA filing deadline is March 15.

(2)   Campus-Based Aid Application: Those students who wish to be considered for campus based aid programs must provide parent information on the FAFSA form. In addition, they must complete the Campus-Based Application. This form collects additional information not found on the FAFSA. Campus-Based Aid Application forms are posted with the FAFSA in January prior to the start of the award year on DOCS and the financial aid website. Along with the application, tax forms must be submitted to the Office of Enrollment Services for the student and his/her parents.  The application deadline for Campus- Based Aid is March 15.

(a)   Campus-Based Aid is a broad term used to describe aid programs administered via the University.  The University receives limited allocations from these programs via either the federal government or the University's Foundation. Because these programs must be awarded to the neediest students, all those wishing to be considered for assistance from these programs must provide FAFSA parent information on both the FAFSA form and the Campus- Based Aid application. For all students, parents are viewed as a resource and the use of parental data is one way the University identify these needy students. Because most students are unable to work while attending school and therefore may appear equal when looking at student income and assets, the University looks at the next available resource a student may have his or her parents. Parental information is used to make a distinction between those students whose parents have the ability to provide financial assistance and those students whose parents are unable to help. As in all other financial aid considerations ability to pay, rather than willingness, is key.

(b)   The campus-based aid programs for which the federal government requires parental data to be reported (regardless of independent status) include:

(i)     Federal Perkins Loan Program;
(ii)    Loans for Disadvantaged Students (medical students only); and
(iii)   Primary Care Loan (medical students only)

(c)    The campus-based aid programs for which parental data must be reported include:

(i)     Foundation Grants;
(ii)    Foundation Scholarships;
(iii)   Foundation Loans (medical students only); and
(iv)   Diversity Scholarships.

(B)   Verification Process

(1)   Verification is the process that an institution uses to check the accuracy of the information that a student has given when applying for financial aid. If students do not provide accurate information, they may receive more, or less, money than they should.

(2)   Verification covers all campus-based financial aid programs offered, and the Stafford Loan Program.  Verification is performed on every campus-based aid application.

(3)   Any delays in completing verification or in submitting required information will result in delays in the awarding of any financial aid. In order to validate the FAFSA data, the University requires that copies of the previous year's Federal income tax forms, of the student/spouse and parents be submitted to the Office of Enrollment Services.  It is the students' responsibility to check their application status on DOCS to ensure that they have sufficiently completed the process.

(4)   The verification process and the awarding of aid are determined on an individual basis. Although the same policies and procedures are used uniformly, there are so many factors considered in the awarding of a student's financial aid that no two students' applications result in the same aid.

(5)   The University's deadline for receipt of all of the above forms is March 15 prior to the beginning of the academic year of matriculation. Once students' files are complete, they are advised via DOCS of the most appropriate financial aid program(s) for their needs.

(6)   Individual financial aid awards are generally posted to DOCS by the end of June.  It is the student's responsibility to view their online award and complete the necessary promissory notes to finalize the award.

(C)   Entrance Interviews

(1)   All "new loan borrowers," which includes new matriculates to the University and returning students borrowing a student loan for the first time, are required to attend an entrance interview. The following information is reviewed during an entrance interview:

    (a)   Costs;
    (b)   FAFSA analysis, family contribution and need figures;
    (c)   Sample financial aid package and procedures Student loan terms and application procedures Debt information and projections; and
    (d)   Student rights and responsibilities

(2)   Entrance interview sessions are conducted over the summer on the Rootstown campus.

(D)   Determination of Financial Need

(1)   Students apply for financial aid because they believe they are in financial need.  However, need for purposes of awarding certain financial aid is determined according to formulas approved by the United States Congress. After students submit their Free Application for Federal Student Aid (FAFSA) form to the central processor, the central processor sends to the University the application data via tele-transmission and shows the expected parental (if applicable) and student financial contributions for expenses.  The Office of Enrollment Services then carefully reviews the data and deducts the expected contributions from the published student budget.  The difference between the student budget and the expected family contribution is the financial need of the student for financial aid award purposes.

**49**

(E)     Payment of Tuition and Fees

(1)     All students are required to pay, or make approved arrangements for the payment of, all applicable tuition and fees of the University within the noted billing period. If payment or arrangement for late payment has not been made 10 days after the due date, the student will be assessed a non-refundable $50.00 late fee and a hold will be placed on the issuance of transcripts.  Failure to make payment will result in non-processing of a student's registration and the withdrawal of permission to attend classes. No student will be allowed to graduate unless all outstanding tuition, fees, and loan obligations to the University are met.

(F)     Disbursement of Aid

(1)     Prior to the actual disbursement of campus-based loan funds, students will be required by the Accounting office to complete a Promissory Note, Truth-in-Lending Statement, Statement of Rights and Responsibilities, Self-Certification Form, Final Disclosure and an Information Sheet. Students aid is applied directly to tuition and fees and paying the difference each semester.

(2)     Awards are divided into equal installments. Financial aid funds are disclosed at the beginning of each semester two times per year (third year medical students receive three disbursements).  All Stafford loan funds are sent directly to the University and cannot be disbursed to the student earlier than 10 days prior to the first day of classes. If there is a balance due the school, this amount will be deducted and any remaining balance will be issued to the student within seven days.

(G)     Types of Financial Aid Available

(1)     Detailed information about all student loan programs is available from the Office of Enrollment Services.

(2)     Need-Based Aid

(a)     Need-based means the student must demonstrate financial need from a FAFSA analysis and through government approved formula. The aid programs listed below are institutional and government need-based aid programs.

(b)     Foundation Grants

(c)     Private individuals have donated funds to the Foundation to provide need-based grants, mainly to students from specific Ohio localities or certain backgrounds.

(d)     Foundation Loans

(i)     Third and fourth-year College of Medicine students who demonstrate financial need are eligible to be awarded money from this loan fund at 5 percent interest. Deferment of principal and interest is delayed during enrollment.  A grace period of three months after graduation or leaving school is permitted before payments of a minimum of $40/month begin. The maximum repayment period is 10 years.

(e)     Federal Perkins Loan

**50**

(i)     A student may receive a total aggregate of $60,000 from this Federal program over his/her entire school career. The 5 percent interest rate is subsidized during enrollment. Grace periods of nine months in length are also permitted. There is a maximum repayment period of 10 years. Award amounts are based on financial need and availability of funds.

(f)     Primary Care Loan (PCL)

(i)     Funds are provided from the U.S. Department of Health and Human Services to the College of Medicine students. Individual awards are based on availability of funds and financial need.  Primary care loan borrowers must also commit to career as generalist physician. There are repayment penalties applied to the borrower who fails to fulfill this commitment.  The 5 percent interest rate is subsidized during enrollment and residency training (no limit on the number of years) with a one-year grace period. The maximum repayment period is 10 years.

(g)     Loans for Disadvantaged Students (LDS)

(i)     The LDS program provides federal funding from the U.S. Department of Health and Human Services to eligible schools for the purpose of providing long-term, low-interest loans to eligible individuals. Funds are awarded to eligible schools and the schools are responsible for selecting recipients, making reasonable determinations of need and providing loans, based on eligibility criteria. Funding allocations vary yearly for students in the college of medicine.

(3)     Non-Need Based Aid

(a)     The following loan programs are available to all students whether or not they have financial need.  However, because of their higher interest rates and their likelihood of leading to higher debts, they are recommended to students only after all other options for financial aid are exhausted.

(b)     Federal Unsubsidized Stafford Loan

(i)     This program provides additional non-need based loans to students. Unsubsidized means the federal government does not pay the interest on the loan at any time, and interest accrues.  The combination unsubsidized and subsidized Federal Stafford Loan amounts cannot exceed the annual and aggregate limits under the Stafford program of $224,000 for Medicine, Pharmacy and Masters in Public Health. All other graduate programs have an aggregate limit of $138,500. The interest rate is fixed at 5.41 percent.

(c)     GradPLUS Loan

(i)     This program provides additional non-need based loans to students.  A student can borrow on an annual basis the lesser of the amount of the student budget minus all aid received year-to-date. The in-school interest rate on these loans is

fixed at 6.41 percent. No principal payments are due while the student is in school at least half time.

(4)     Service Commitment Programs

    (a)     National Health Service Corps (NHSC)

        (i)     NHSC is a program established to bring health care to areas of the country that has critical health manpower shortages. The NHSC pays tuition, fees and a monthly stipend. In return the recipients agree to serve one year of full-time clinical practice as salaried federal employees of the National Health Service Corps in a federally-designated Health Manpower Shortage area for each year of scholarship support. The minimum commitment is two years. Deferments for residency training are permitted for up to three years.

    (b)     Armed Forces Health Professions Scholarship Program

        (i)     This program provides contracts for financial assistance to students in exchange for active duty service in the Armed Forces (Air Force, Army, and Navy). For each year of support, the student must serve one year with a minimum obligation of three years. A military residency match is held both the first and second year after graduation. A student is obligated to accept a military residency if offered. Military residencies do not reduce the number of years of obligation. The benefits the students receive are full tuition and fee payment, payment of books and equipment/supplies, and a stipend.  Further information on who to contact concerning this program is available in the Office of Enrollment Services.

    (c)     Summer Research Fellowship Program

        (i)     The fellowship projects provide summer experiences for NEOMED medical and pharmacy students in a variety of disciplines.  This program is a mentored research program, designed to provide intensive training in research procedures and principles on projects in basic and clinical disciplines; to enhance students' research horizons; and develop scientific presentation and writing skills.  Research fellows are paid a $2500 stipend.  Hours and other conditions of the fellowship are flexible, being worked out between the research fellow and the project investigator.  Research fellows are expected to participate in a poster session at the end of the summer.  A catalog of available projects and application information for this program will be made available by the Office of Research and Sponsored Programs (ORSP) during the last week of March.

(5)     Emergency Loans

    (a)     The Tschantz, Rienerth-Neuman, Class of 1982 and Women's Faculty Club funds have been set aside to provide emergency loans for students on a walk-in basis. These loans are distributed in increments of $600 (maximum $1200), have a 1 percent service charge, and must be repaid within 3 months.  Students interested in obtaining

an emergency loan should go to the Accounting office. These funds are disbursed once a week on Friday.

(6)    Other Sources of Aid

(a)    Many students receive financial aid from programs beyond those offered by the University and the Federal government. Students may also review outside scholarship information on the financial aid website. Students are urged to investigate opportunities in their home towns and counties by contacting clubs, organizations, foundations, labor unions, companies, churches and synagogues, county medical societies, sororities and fraternities, etc., to determine if they offer scholarships or loans to students.

(b)    Family/Friends

(i)    Many students no longer wish to be dependent upon their parents or family for financial aid while in school.  While such independence is admirable, it may well have the unfortunate aspect of limiting students' options for practice in the future, because the debt with which a student might graduate could be very high. Another option students may wish to consider is the formal borrowing of funds from parents. This compromise step allows students to feel some degree of independence while not hindering opportunities for the future.

(c)    Veterans

(i)    Students who are veterans of the U.S. armed forces and who plan to seek authorization for training at the University should make an appointment with a member of the Office of Enrollment Services to review proper procedures to follow and contact the U.S. Veterans Affairs Office.

## Financial Aid References

(A)    View the following Web sites for financial aid information.

(1)    https://www.aamc.org/services/first/ - Monetary decisions for medical doctors
(2)    http://www.finaid.org - Provides loan calculators
(3)    http://www.fafsa.ed.gov - Complete the FAFSA on the Web
(4)    http://www.fastweb.com - Look for scholarships
(5)    http://www.pin.ed.gov   - Get a PIN to complete Renewal FAFSA on the Web
(6)    http://www.nslds.ed.gov - Look at student loan history
(7)    http://www.irs.gov  - Everything you need to know about taxes
(8)    http://www.myfico.com - Credit report and credit score
(9)    http://www.motleyfools.com - Financial planning

## Overpayment Policy

(A)    When a Title IV recipient who has received a cash disbursement for non-University costs ceases attendance, the accounting office will determine whether the student was entitled to all of the cash

he or she received. If not, the accounting office will determine what portion of the cash disbursement the student is entitled to keep, or what amount the student may receive in the case of a late disbursement or from the resolution of a credit balance.

(B)     If a student received Title IV funds other than Federal Direct Stafford, for that period, and if the student officially withdraws, drops out, or is expelled from school on or after his or her first day of class for the period of enrollment for which he or she was charged, the accounting office will determine and document in the student's file whether he or she received an overpayment for non-institutional costs for that period.  (668.22(f) (1)(I) and (ii)).

(C)     The overpayment will be calculated using the following steps:

(1)     STEP 1:

(a)     The Accounting office will determine what portion of the period of enrollment for which the student was charged that the student actually attended, and then determine the reasonable expenses associated with non-institutional costs for that portion of the enrollment period.

(2)     STEP 2:

(a)     The Accounting office will determine the composition of any cash disbursement to the student.

(3)     STEP 3:

(a)     The reasonable expenses as determined in Step 1 are subtracted from the cash disbursed for the enrollment period. If the cash disbursed was greater than the incurred non-University expenses, the student must repay the excess amount.

(D)     Repayments must be allocated back to the student aid programs according to statutory and regulatory requirements in the following order (668.22(h)(2)):

(1)     Federal Perkins Loan Program;

(2)     Any other non-loan Title IV programs; and

(3)     Other state, private or institutional student financial assistance programs.

(E)     The University will apply this repayment allocation policy consistently to all students who have received Title IV assistance.

## Refund Policy

(A)     Regulations

(1)     Registration does not automatically carry with it the right of a refund or reduction of indebtedness in cases of failure or inability to attend class or in cases or withdrawal.

(2)     The term refund used in this section refers to the amount of tuition credited to the student account, not the portion of a payment that will be returned to the student.

(B)     Fees Subject to Refund

(1)     Instructional and nonresident surcharge.

(C)     Amount of Refund

(1)     Amount of refund is to be determined in accordance with the following registrations and subject to requirements contained in the University's withdrawal policy:

(a)     In Full:
(i)      If the University cancel the course;
(ii)     If the University does not permit the student to enroll or continue except for disciplinary reasons; and
(iii)    Administrative Withdrawal and CAPP Decisions

*(a)*   If a student begins a semester and is then required by the Committee on Academic and Professional Progress (CAPP) to withdraw from the curriculum (via a leave of absence or dismissal) based on performance in the prior semester, the student will be administratively withdrawn from the current semester and issued a 100 percent refund of instructional fees, regardless of the date of the action. No refund will be granted to a student dismissed or suspended for disciplinary reasons.

(b)     Partial Refunds:

(i)      Instructional fees shall be refunded to a student who withdrawals or otherwise does not complete the course or curriculum in which the student is registered based on the percentage of attendance by the student. Refunds will be calculated as follows:

*(a)*   Withdrawal within 60 percent of the enrollment period:

*(i)*    Refund is based on percentage of attendance of the semester calculated by dividing the total number of weeks comprising the period of enrollment into the number of weeks remaining in the period as the last recorded day of attendance.

*(b)*   Withdrawal beyond 60 percent of the enrollment period:

*(i)*    No refunds will be issued to students who withdraw after completing 60 percent of the enrollment period.

(ii)     The refund formula measures the actual number of weeks enrolled during the semester. It is determined by dividing the number of week enrolled by the number of weeks in the semester including weekends and holidays and excluding scheduled breaks of five or more days. For example, if there are 16

weeks in a semester and a student withdraws during the fourth week, charges and financial aid will be pro-rated to reflect that the student has been enrolled for 25 percent of the semester (4 divided by 16).

(D)    Students on Financial Aid

    (1)    This policy is used to determine the amount of federal student aid that must be returned to the appropriate aid programs and should not be confused with the published university refund policy.

    (2)    When a student withdraws from all classes on/or after the first day of classes and the student has received financial aid, the following refund policy will apply:

        (a)    The refund/payment policy is a pro-ration of earned versus unearned financial aid. The earned financial aid percentage is determined by taking days attended in the period by total days in the period. (Example: student withdraws the fifth day of the semester which has 110 days in its period. 5/110=5 percent earned). Subtracting earned aid from aid that was awarded and disbursed equals the amount of unearned aid that must be returned. The responsibility to repay unearned aid is shared by the institution and the student in proportion to the aid each is assumed to possess. The federal formula is applicable to all students who received Title IV federal aid and withdraws on or before the 60 percent point in the semester.

    (3)    Under the refund/repayment policy, the programs are reimbursed in the following order: Unsubsidized Direct Loan, Federal Perkins Loan, and Federal Grad PLUS Loan.

(E)    **Please inquire in Enrollment Services for more information on our refund policy or if you would like to review examples.**

## Satisfactory Academic Progress Policy

(A)    Section 484 of the Higher Education Act (HEA) requires that a student makes satisfactory progress in his/her course of study in order to receive financial aid.  This policy will be amended whenever applicable federal and state law or regulations are changed.

(B)    Determination of Satisfactory Academic progress

    (1)   Upon completion of the spring semester, the determination of whether or not a student is considered to be making satisfactory progress will be identified by the financial aid counselor based on criteria found below.  Only the Office of Enrollment Services determines a student's eligibility for financial aid as directed by the Department of Education.

    (2)   A student failing to meet any of these requirements will be placed on financial aid suspension beginning with the summer term. A student who is placed on financial aid suspension is ineligible to receive any federal student aid as well as many other types of aid such as state or institutional.

(C)    These standards pertain to financial aid only and should not be confused with academic standards.

(D)    Standards for Graduate Students:

Standard One:
A graduate student must achieve and maintain a 3.0 cumulative grade-point average. The cumulative GPA is based on course work in the College of Graduate Studies at the Northeast Ohio Medical University.

Standard Two:
A graduate student is not eligible for further financial aid when the cumulative number of credit hours attempted is equal to or greater than 150% of the minimum credits required for graduation. For example, your program requires 42 credit hours for completion, your eligibility for financial aid ends after you attempt 63 total hours.

(E)    Standards for Medical Students

Standard One
The pace at which a medical student must progress is to pass 67% of attempted courses.  This is based on course work in the College of Medicine at the Northeast Ohio Medical University.

Standard Two
A medical student is not eligible for further financial aid when the cumulative number of academic years enrolled is greater than six (150% of the normal time frame for completion of required M.D. coursework; a student may be granted a leave of absence for a variety of reasons. The period of time for which the student has been granted approved leave shall be excluded).

Standard Three:
Prior to matriculating to their third year of medical school, medical students are required to pass USMLE Step 1.  If a student is permitted to participate in the pre-clinical course offered prior to the M3 clerkships without receipt of a passing USMLE Step 1 score, they will not be eligible for federal financial aid until a passing USMLE Step 1 score is received and the student begins his/her first clerkship.

(F)    Standards for Pharmacy Students

Standard One:
The pace at which a pharmacy student must progress is to pass 67% of attempted courses.  This is based on course work in the College of Pharmacy at the Northeast Ohio Medical University.

Standard Two:
A pharmacy student is not eligible for further financial aid when the cumulative number of academic years enrolled is greater than six (150% of the normal time frame for completion of required Pharm.D. coursework; a student may be granted a leave of absence for a variety of reasons. The period of time for which the student has been granted approved leave shall be excluded).

(G)    Course grades
(1)    A grade of 'I' (incomplete) companied by a letter grade will be considered when evaluating a student's completion ratio, and will influence the pace of course completion. All attempted and earned credits are considered in maximum eligibility determination.

(2)     A grade of 'W' (withdrawal) does not earn credits, but will be considered when evaluating maximum eligibility. Students may retake courses from which they withdraw and those credits will count toward determining  students' enrollment status and completion ratio, provided they have not earned credit for the same course.

(H)  Repeat Coursework
    (1)     The credits earned from repeated courses will count toward determining maximum eligibility.
    (2)     Students may receive federal aid for a previously passed course only once as long as it appears on their transcript as a repeated course.
    (3)     Students who repeat failed coursework may receive aid for multiple attempts unless it was previously passed at some point.

(I)  Transfer Students
    (1)     Students who are accepted for transfer from other schools will be assumed to be making satisfactory academic progress at the time of enrollment, and a determination will be made as to remaining years of financial aid eligibility.

(J)  Appeal Process
    (1)     A student who fails to maintain satisfactory academic progress may submit a Satisfactory Academic Progress Appeal to the Office of Enrollment Services and should cite any special or mitigating circumstances he/she believes should be considered.
    (2)     The Satisfactory Academic Progress Appeal will be reviewed by the Associate Director of Financial Aid and Registrar.
    (3)     If the Satisfactory Academic Progress Appeal is successful, then the student is placed on financial aid probation and allowed to receive federal student aid for one semester. A successful Satisfactory Academic Progress Appeal will include academic requirements that must be met to receive aid beyond the probation semester. A student who is denied aid for failure to meet these satisfactory academic progress requirements may reestablish eligibility once she/he meets the requirements.  Students cannot receive financial aid retroactively for the academic period in which they were re-establishing satisfactory academic progress.
    (4)     A student who has been denied probation can request an in-person hearing to petition for reinstatement.

(K)  Financial Aid Eligibility when Enrollment Status Changes
    (1)     At Time of Exit from the University – If a student leaves or is asked to leave the Northeast Ohio Medical University for any reason and the student is on financial aid suspension, the student still will be on financial suspension when he/she returns.
    (2)     Financial aid eligibility and awards will be reviewed and adjusted if enrollment in courses changes.

## Student Budgets:
Please log onto http://www.neomed.edu/students/es/finaid/budget for an up-to-date student budget for the current academic year.

## Student Expenses and Financial Aid

(A)     Standard Student Budget

**58**

(1)     The University is required by federal regulation to develop standard budgets that include typical student expenses to detail the cost of attendance. These include the direct educational expenses for tuition, fees, books and supplies, and averages for living expenses. The items included under living expenses are those allowable by federal regulation. It is also important to note that the maximum amount of aid a student may receive each year from all sources is the total amount of the student budget for direct educational expenses plus the University's averages for living expenses.

(2)     Student Budgets serve three major purposes:

  (a)     To support students and their families in financial planning and budgeting;
  (b)     To assist with the equitable distribution of student financial aid dollars; and
  (c)     To assure educational access and choice.

(3)     This budget is figured yearly based on student surveys, the inflation rate, and information from the U.S. Bureau of Labor Statistics. Although students may differ on how much they actually spend for books and supplies, room and board, personal expenses, and transportation, the Student Budget contains the figures used by the University when determining financial aid awards.

(B)     Student Budget Adjustment Policy

(1)     The standard budget is based on the student's year at the University, length of academic year, and place of residence (with or without parents) and will coincide with the University's previously established budget figures. The standard budget is determined at the end of May when the Board of Trustees determines tuition costs for the next year.

(2)     Expenses incurred due to extenuating circumstances may be added to a student budget provided the student submits supporting documentation. Adjustments to items already included in the standard student budget will be made only if the student provides documentation that they have spent more for that particular item than what was allowed in the standard budget.

(3)     Adjustments for **transportation** will be made only if the student provides documentation that they have spent more for transportation expenses than what was allotted in the standard budget. A written request from the student, along with documentation (insurance statement, car maintenance, gasoline receipts), must be submitted to the Office of Enrollment Services. All requests will be reviewed by the Associate Director of Financial Aid.

(4)     Adjustments for **medical/dental** will be made only if the student provides documentation that they have spent more for medical/dental expenses in excess of the single coverage plus deductible, as allotted in the standard budget. A written request from the student, along with documentation (statement, letter from provider describing type of service and date of service), must be submitted to the Office of Enrollment Services. All requests will be reviewed by the Associate Director of Financial Aid.

(5)     Adjustments for **non-deferrable educational debt** will be made only if the student provides documentation that repayment is necessary and not deferrable. A written request from the student, along with documentation (statement, letter from lender of loan status), must be

**59**

submitted to the Office of Enrollment Services. All requests will be reviewed by the Associate Director of Financial Aid.

(6)     A budget adjustment may be made for single students with children or students with a working spouse for a **dependent care allowance**. Students must make a written request for the Dependent Care Allowance and provide a projected family income for the aid year. Dependent Care Allowance adjustments are determined by the Associate Director of Financial Aid by comparing the family income to the Federal Methodology Income Protection Allowance Tables using the Dependent Care Worksheet.  Once approved, adjustments may be made to the student's budget.  Dependent Care Allowance adjustments will only be made for single students with children or students with a working spouse whose earnings are below the standard maintenance allowance for the student's family size and number in college. Students who receive a budget adjustment for dependent care allowance based on the spouse's inability to work are not eligible to also receive a budget adjustment for child care expenses. Students who are single parents or have a working spouse may request an adjustment for child care expenses incurred during a period of enrollment in the University.  A Budget Increase form, along with documentation (receipts, letter from caregiver stating amounts), must be submitted to the Office of Enrollment Services.  All requests will be reviewed by the Associate Director of Financial Aid.

(7)     **Away electives**; A budget adjustment may be made for required books and fees incurred during away electives. A Budget Increase Request form, along with documentation (receipts), must be submitted to the Office of Enrollment Services. All requests will be reviewed by the Associate Director of Financial Aid.

(8)     **Residency Interview Expenses**; The Department of Education allows for reasonable budget increase to reflect the costs associated with the residency interview process for M4 and P4 students only. A Budget Increase Request form, along with documentation of the residency interview and receipts incurred for traveling to the interview site are required. Students are permitted to submit receipts up to a yearly cap, which is determined by a residency interview expense survey conducted by the financial aid office each spring. A Budget Increase Request form, along with documentation (receipts), must be submitted to the Office of Enrollment Services. All requests will be reviewed by the Associate Director of Financial Aid.

## Tuition and Fees Payment

All students are required to pay all applicable tuition and fees of the University within the noted billing period. If payment or arrangement for late payment has not been made 10 days after the due date, the student will be assessed a non-refundable $50.00 late fee and a hold will be placed on the issuance of transcripts.  Failure to make payment will result in non-processing of a student's registration and the withdrawal of permission to attend classes. No student will be allowed to graduate unless all outstanding tuition, fees, and loan obligations to the University are met.

**60**

# CONDUCT AND STUDENT POLICIES

## Alcohol and Substance Abuse

(A)     NEOMED condemns the abuse of alcoholic beverages. All members of the NEOMED community are responsible for making decisions about their actions within the context of Ohio law, the University regulations and the highest standards of professional conduct. In addition, awareness of the rights of others within our community who may choose not to use alcoholic beverages must be honored.

(B)     The University has defined guidelines that will ensure that any use of alcohol is responsible and consistent with the laws and regulations of the State of Ohio.

(C)     All NEOMED students are expected to be familiar with and to respect the laws of the State and Federal government with regard to the use of intoxicating and other mood- or consciousness-altering substances. Possession or use of many of these substances is illegal. A felony conviction of a student may preclude licensure to practice and could subject a student to dismissal from NEOMED and referral for prosecution if appropriate.

(D)     Both for reasons of personal well-being and because of the nature of their profession, students are expected to show restraint and responsibility in their use of consciousness altering substances. In cases where the University becomes aware that a student has developed a problem relating to alcohol or other substance abuse, the student will be required to appear before the Student Conduct Officer to determine if it is necessary for the student to leave studies and enroll in an appropriate rehabilitation program. The normal due process and appeal procedures will apply to such a student. Failure on the part of the student to successfully complete a mandated rehabilitation program will lead to dismissal from NEOMED. The University's first concern in these matters is to aid the student in overcoming problems with regard to substance abuse. The nature of the profession, however, requires that students who fail to overcome such problems not be allowed to continue preparation for the practice of medicine or pharmacy.

## Alcohol Use Policy for Student Events

(A)     Preamble

   (1)     As a health professions institution, NEOMED is committed to educating and encouraging the members of its community to make healthy decisions regarding their behavior.  NEOMED neither encourages nor discourages the use of alcoholic beverages; however, the University condemns the abuse of alcoholic beverages.  The approved use of alcohol at NEOMED student events is a privilege, not a right.  Abuse of this privilege may result in alcohol not being allowed at student events.

   (2)     The main intent of this policy is to discourage irresponsible use of alcoholic beverages by members of the NEOMED community and to ensure that any use of alcohol is consistent with the laws and regulations of the State of Ohio.  The liability incurred with serving alcohol at any event is immense.  It is the responsibility of the entire University community to assist in the implementation of this policy.

(B)     Scope

**61**

    (1)    This policy is applicable to all student-sponsored events or events sponsored by NEOMED student organizations.

(C)    Guidelines

    (1)    Alcohol is not permitted at on-campus student-sponsored events.

    (2)    The following steps and guidelines must be followed in order to gain permission to serve alcohol at an off-campus event.  Failure to follow the procedures will not cancel the event, but will cancel the privilege of using alcohol at the event.

        (a)    Person(s) planning the event will read the Alcohol Use Policy thoroughly.

        (b)    Person(s) planning the event will fill out the "Request to Serve Alcohol at an Off-Campus Event" form at least 14 days prior to the event.  Filling out this form completely requires meeting with and obtaining the signatures of the following individuals, so event planners must plan sufficient time to complete the form.  No extensions or exceptions will be made.

            (i)    Assistant Director, Student Development and Leadership
            (ii)    Sponsoring Organization(s) President(s)/Chairperson(s)
            (iii)    Faculty Advisor
            (iv)    Chief Student Affairs Officer

        (c)    Non-alcoholic beverages will be in constant supply and easily accessible throughout the event.

        (d)    A variety of foods will be made available, including at least one high protein item (e.g.,: cheese, meat, etc.), which slows the absorption of alcohol.

        (e)    Alcohol will not be mentioned in any advertisements for the event.

        (f)    The event will have a theme or focus that does not include alcohol.

        (g)    Attendees must bring a valid photo identification card, with date of birth, to gain entry to the event.

        (h)    The person(s) planning the meeting must obtain a list of students of legal drinking age from the Office of Student Affairs.

        (i)    The person(s) planning the event will ensure that provisions are made for checking identification at the entrance of the event.  Those of legal drinking age will be given an identification bracelet.  One alcoholic beverage at a time will be served to those with bracelets.

        (j)    The person(s) and organization planning the event are primarily responsible for monitoring the behavior of attendees, including confronting inappropriate behavior (e.g., underage drinking, obtaining alcohol for underage drinkers, obvious intoxication,

**62**

etc.).  Failure to do so will lead to the loss of privileges for hosting an event with alcohol, in addition to other possible sanctions.

(k)     Anyone in attendance at an event with alcohol has the obligation to confront inappropriate behavior, either directly or by contacting Security for assistance.

(l)     All events will include a starting and ending time.  Alcohol will cease to be served one hour prior to the ending time of the event.  Non-alcoholic beverages, food and entertainment will be available until the end of the event.

(m)     The person(s) and/or organization planning the event will assume all extra costs that may be incurred by hiring additional security personnel, cleaning personnel, or for any damages that are beyond the usual expected wear and tear from an event.

(n)     Alcoholic beverages may be consumed only in the areas designated for the event.

(o)     Consistent with Ohio state law, no person will consume or have an open container of alcohol in a motor vehicle (moving or parked) while on the premises of the event.

(p)     No person will bring his/her own alcohol to the event for any reason.

(q)     Alcohol will not be served to individuals who appear to be intoxicated.

(r)     The person(s) planning the event will provide designated drivers.  Designated drivers:

(i)     Agree to not consume any alcohol during the event,
(ii)    Are publicly identified as designated drivers,
(iii)   Will be present for the entire event, and
(iv)    Agree to drive anyone who appears to be intoxicated to the nearest appropriate location.
(v)     Two designated drivers will be provided per every 75 expected attendees (minimum of two designated drivers).
(vi)    If a student organization sponsored event, the Faculty Advisor to the organization (or his or her designee) <u>must</u> be present for the entire event.

(D)     Violations

(1)     Students violating this policy may be referred to the Student Conduct Council for appropriate disciplinary action and/or I.N. Council for appropriate intervention.

(2)     Student organizations violating this policy may lose the privilege of sponsoring an event, and/or funding approval from the NEOMED Student Council. The NEOMED Student Council may refer organization violations to the Student Conduct Officer.

(3)     Security personnel may request disorderly individuals to leave the event.

(4)     The appropriate County Sheriff's office and the Ohio State Patrol office will be contacted if their assistance is needed.

## Campus Access Policy

(A)   Access to Campus Facilities

   (1)   Access to the campus is restricted to NEOMED identification card holders.  Generally, all exterior doors to the campus are locked and alarmed, with the exception of the NEW Center main entrance.  Several exterior doors have key card access allowing personnel and student's convenient access to their work and study areas.  All campus visitors must report to the NEOMED Reception Desk located in the NEW Center to sign in and obtain a guest ID.  For complete access guidelines, visit the Administration and Finance tab on D.O.C.S., click on Forms, Policies, and Procedures, and then click on the Public Safety and Security link.  From there choose the Campus Access Guidelines link.

(B)   ID badges should be worn at all times for a number of practical reasons. An easy-to-read name and department ID badge greatly aids faculty, staff and students in getting to know each other. A visible ID badge also helps in identifying authorized versus unauthorized personnel on the premises.

(C)   Children on the Rootstown Campus

   (1)   Children are permitted in all areas of the Colleges except in laboratories, unless prior written approval has been granted.  Children may be permitted in non-laboratory areas of the Colleges so long as they are directly supervised and their presence is not disruptive to routine activities.  "Children" refers to any person under age 16. Minors 16-18 years old, may work or visit in laboratory areas providing their parent(s) or legal guardian(s) sign a Volunteer Waiver Form.

   (2)   Laboratory areas are specifically defined as follows:  the Multi-Disciplinary Teaching Laboratories and Gross Anatomy laboratory areas of B building; all Basic Medical Sciences laboratories in C, D, E and F buildings; the RGE research building, and all restricted access areas in the Comparative Medicine Unit (CMU).

   (3)   Children may be permitted in these areas under special circumstances with the prior written approval of the Office of Legal Counsel.  Activities in the CMU will require the additional approval of the director, CMU.

   (4)   The NEW Center, Sequoia Fitness, the Information Center, and the bookstore are open to the public.

## Committee on Academic and Professional Progress (CAPP) – for College of Medicine and College of Pharmacy students only

(A)   **Committee on Academic and Professional Progress**

   (1)   Purpose

      (a)   The Phase 2 Committee on Academic and Professional Progress (CAPP) evaluates the records of students on the basis of CAPP Academic Guidelines in order to:

**64**

(i)    Evaluate academic performance and assess intellectual readiness

(ii)   Review unprofessional behavior concerns

(iii)  Evaluate requests for Leave of Absences

(b)    CAPP enforces specific guidelines for academic advancement, while at the same time providing due process and an individual review of each student's particular situation based on CAPP Academic Guidelines. All CAPP meetings are private, and all material presented and discussed is confidential.  Students may be required to attend CAPP meetings. Each student is considered individually, on a case-by-case basis and the student's entire record is evaluated. A strong student support system is the underlying foundation of CAPP. Student Affairs and Enrollment Services staff strives to work with students in a proactive and sensitive manner to provide early intervention, enabling the student to make necessary changes and increase his/her chances of success in the curriculum.

(c)    All committee deliberations and decisions will consider maintaining the quality of health education and the safety of the community.

(2)   Jurisdiction

(a)    Referrals to CAPP for academic action can be made to any of the following NEOMED constituents:

(i)    Chief Student Affairs Officer

(ii)   Vice Deans

(iii)  Executive Director of Enrollment Services

(b)    Conditions for Referral: Students may be referred to CAPP for review of their records for any of the following reasons:

(i)    Academic performance

(ii)   Professional behavior

(iii)  Exceeding the maximum length of study (six years within a single college including leaves of absences)

(3)   Membership/Voting Status

(a)    9 Faculty (two of whom serve as co-chairs representing the College of Medicine and the College of Pharmacy)

(b)    1 Medical (M3) student (non-voting)

(c)    1 Pharmacy (P3) student (non-voting)

(d)    1 Medical (M4) student

(e)    1 Pharmacy (P4) student

(f)    Chief Student Affairs Officer (non-voting)

(g)    Executive Director, Enrollment Services (non-voting)

(4)   Quorum

(a)    A majority of the voting membership shall constitute a quorum.  The committee may meet by any electronic means necessary in order to establish a quorum and/or facilitate the meeting.

(5)   Persons Attending Meeting

(a)      Students may be required to appear in person at a meeting of CAPP and may be accompanied by a member of their choosing from the faculty, staff or student body of the Colleges.

(b)      Because this is an academic hearing, not a legal hearing, the student may not bring an attorney.

(c)      The student <u>may not</u> bring a relative.

(d)      Staff support person will be provided by Enrollment Services.

(e)      Other persons may be invited by the chair to provide information that may augment or clarify information presented.

(f)      Individuals found to have a conflict of interest may be recused from the meeting and/or the vote by the CAPP chair.

(g)      No alternate or substitutes may sit in for a voting member who is unable to attend.

(6)   Procedures for Hearing

(a)      Students are notified in writing by Enrollment Services that they will be discussed or required to attend a CAPP meeting in person.

(b)      The CAPP Interview Form, which accompanies the communication sent to students required to attend the meeting, must be completed and returned to the CAPP administrative secretary no less than two days before the meeting.

(c)      At the meeting, students will be given the opportunity to speak to the unsatisfactory performance issue and may be questioned by the CAPP members.

(d)      CAPP members will discuss and vote on the case in closed session with a majority vote required for action.

(7)   Information That May Be Considered

(a)      The CAPP Interview Form;

(b)      All information that is part of the student file;

(c)      All information the student presents at the CAPP meeting;

(d)      All public information concerning the student; and

(e)      All other relevant information.

(8)   The Decision

(a)      The Committee will consider each case on an individual and comprehensive basis, within the context of the existing rules and legal authority of the University.

(b)      The Committee will decide on the course of action that is in the best interest of the student, the University and the community.

(c)      Decisions of CAPP are considered a recommendation to the Dean of Pharmacy for College of Pharmacy students and notifications to the Dean of Medicine for the College of Medicine students.

(d)      The Executive Director of Enrollment Services, the Chief Student Affairs Officer, or designees will provide the student with a written statement of the decision within five working days.

(9)   Confidentiality of Information

(a)      All information presented is confidential. The information presented at the meeting is for the sole purpose of aiding the committee in its deliberations and must not be discussed outside the meeting except as necessary to meet an educational or professional development purpose.

       (b)     Students are prohibited from using an electronic or other device to make or disseminate an audio or video recording of the CAPP meeting.

(B)    **CAPP Executive Review**

    (1)    Purpose

        (a)     The purpose of the CAPP Executive Review Committee is to review appeal petitions from students dismissed by CAPP Phase 2 and to decide whether appeals are granted or not granted.

    (2)    Formal review may only be heard by the CAPP Executive Review if:

        (a)     The student has been dismissed by CAPP Phase 2 and,
        (b)     The request for review includes significant and compelling new information that was not available for presentation to CAPP Phase 2.  If the information the student seeks to introduce through the Executive Review process was available to or known by the student at the time of the CAPP Phase 2 meeting, and was not presented at that time, it cannot serve as the basis for further review; or
        (c)     The request for review includes evidence of a defect or irregularity in the CAPP Phase 2 proceeding. The request for review must state the substantive or procedural defect alleged to have occurred when the Phase 2 CAPP decision was made.

    (3)    Conditions

        (a)     Disagreement with the CAPP Phase 2 decision shall not constitute the sole reason for executive review.
        (b)     If a petition for executive review is submitted, the executive review will be scheduled within ten working days of receipt of the petition.

    (4)    Membership

        (a)     Vice Dean, College of Medicine (chair for cases involving medical students)
        (b)     Vice Dean, College of Pharmacy (chair for cases involving pharmacy students)
        (c)     Chair of Phase 1 CAPP
        (d)     Chair of Phase 2 CAPP (non-voting for Phase 2 cases)
        (e)     5 Faculty
        (f)     Chief Student Affairs Officer (non-voting)
        (g)     Executive Director of Enrollment Services (non-voting)

    (5)    Quorum

        (a)     A majority of the voting members shall constitute a quorum.  The committee may meet by any electronic means necessary in order to establish a quorum and/or facilitate the meeting.

    (6)    Other Persons Who May Attend

        (a)     Student submitting the appeal petition.

    (b)    Students who appear at a meeting of the CAPP Executive Review Committee may be accompanied by a member, of their choosing, from the faculty, staff or student body of the Colleges' consortium who is not a blood relative or an attorney as this process is an academic, not a legal hearing.

    (c)    Staff support will be provided by Enrollment Services.

    (d)    Other persons may be invited by the CAPP chair to provide information which may augment or clarify information presented. Individuals found to have a conflict of interest may be recused from the meeting and/or the vote.

    (e)    No alternate or substitutes may sit in for a voting member who is unable to attend.

(7)    Process for Executive Review

    (a)    A student who has been dismissed as a result of a CAPP Phase 2 decision and who desires to initiate an appeal of a decision of CAPP must submit a Petition for Executive Review form `and all associated documentation` to the CAPP Executive Review chairs. Forms are available from the Office of the Enrollment Services.

    (b)    All Petitions for Executive Review forms and all associated documentation must be submitted in writing by noon on the fourth working day from the date on the CAPP Phase 2 decision letter to the office indicated on the form. Failure to submit a form and any associated documentation within this time will be considered a waiver of the right to appeal.

    (c)    The Executive Review Committee will meet to hear the appeal within ten working days of receipt. Failure to attend the Executive Review Committee meeting will not precipitate a rescheduling of the meeting, but rather the matter will be heard in spite of the student's forfeiture of attendance.

    (d)    If a student is dismissed by CAPP Phase 2, and the student decides to submit an appeal petition, the student will continue in the curriculum, be considered enrolled full-time, and pay all tuition fees incurred until the Executive Review Committee decision is made.

    (e)    The Executive Review Committee will address the petition for appeal based on the conditions stated above. If the Executive Review Committee grants the appeal, the matter is remanded back to the original CAPP Committee Phase 2 for a decision regarding the action/sanction.

    (f)    CAPP Phase 2 will then reconsider their action/sanction with the additional new information or procedural error information in mind.

(8)    Information That May Be Considered

    (a)    The Petition for Executive Review form and associated documentation submitted by the appeal deadline date;

    (b)    Review of the original CAPP  Phase 2 decision;

    (c)    All information that is a part of the student file;

    (d)    All other relevant information.

(9)    Outcome

    (a)    The Committee will consider each case on an individual basis, within the context of the existing rules, policies and legal authority of the University.

**68**

(b)    The Committee will decide by majority vote whether to grant or not grant the petition to appeal.

    1.    If the petition to appeal is not granted, the action/decision of CAPP Phase 2 stands and is final, a dismissal will appear on the official transcript and the student is not permitted to withdraw. There is no further recourse or alternative appeal process following a CAPP Executive Review decision.

    2.    If the petition to appeal is granted, the petition to appeal is referred back to the original CAPP Phase 2 for review and decision.

(c)    The Executive Director of Enrollment Services, the Chief Student Affairs Officer, or designees will provide the student with a written statement of the CAPP Executive Review decision within seven working days.

(10)    Confidentiality of Information

(a)    All information presented is confidential. The information presented at the meeting is for the sole purpose of aiding the committee in its deliberations and must not be discussed outside the meeting except as necessary to meet an educational or professional development purpose.

(b)    Students are prohibited from using an electronic or other device to make or disseminate an audio or video recording of the CAPP meeting.

**(C) CAPP Standards for Unsatisfactory Performance and Academic Action**

(1)    Unsatisfactory Performance

(a)    Students may be referred to CAPP for review as a result of unsatisfactory performance including:

    1.    Course failure
        a.    Single year performance
        b.    Aggregate performance
            i.    Course requirements
            ii.    Graduation requirements
            iii.    Matriculation requirements

    2.    Failed remediation
        a.    Option for repeating remediation may only be granted by CAPP.
        b.    Decisions regarding repeating remediation will be based on students' overall aggregate performance up to that point.

    3.    Failed repeat
        a.    Course
        b.    Year

    4.    Failed matriculation or graduation requirement including but not limited to:
        a.    Matriculation Requirements
            i.    USMLE Step 1 (Medicine)
            ii.    CSA 2 (Medicine)

      b.  Graduation Requirements
        i.  USMLE Step 2 Clinical Knowledge (Medicine)
        ii.  CSA 4 (Medicine)
        iii.  USMLE Step 2 Clinical Skills (Medicine)
    c.  Exceeding the maximum length of study (six years within a single college including leaves of absences;  this may include an identified inability to complete the degree within six-years before the six year period has elapsed)

    5.  Unprofessional behavioral misconduct
    6.  Failure to comply with CAPP academic actions and requirements

(2)   Academic Action

   (a)   CAPP may impose any of the following academic actions for unsatisfactory performance as defined above.

    1.  Remediation – Remediation may be imposed by the course director due to single course failure and will be approved by the Associate Dean of the college and coordinated by Academic Services. However, aggregate issues will result in referral to CAPP.
    2.  Leave of Absence (refer to "Leave of Absence" in the Student Handbook)
      a.  Academic
        i.  Enrichment
        ii.  CAPP mandated
      b.  Personal hardship
      c.  Medical
    3.  Repeat year
    4.  Repeat course
    5.  Dismissal
    6.  Additional academic actions that may be related to the unsatisfactory academic performance or unprofessional behavior and intended to support the student's academic success.

**(D)**   **Rubric Identifying Referrals to CAPP and Possible Action:**

(1)   **College of Medicine**

|  | **Referral to Course Director for Remediation Action** | **Referral to Committee on Academic and Professional Progress (CAPP) for Action** |
| --- | --- | --- |

|  | Referral to Course Director for Remediation Action | Referral to Committee on Academic and Professional Progress (CAPP) for Action |
|---|---|---|
| **M4** | • Failure of first attempt USMLE step 2 CK and/or CS<br><br>Note: *Professional/behavioral misconduct or aggregate performance concerns may result in CAPP referral rather than remediation* | • Failure of any course or elective<br>• Failure in core competency "professionalism" in any elective or course<br>• Professional and/or aggregate performance concerns<br>• Failure of any subsequent attempt of USMLE Step 2 CK and/or CS after first attempt<br>• Failure of any remediation<br>• Failed repeat course and/or failure of any course in repeat year<br>• Exceeding the maximum length of study<br>• Any Leave of Absence (LOA) request |
| **M3** | • Failure of a single course or clerkship<br><br>Note: *Professional/behavioral misconduct or aggregate performance concerns may result in CAPP referral rather than remediation* | • Failure of any two courses/clerkships<br>• Failure of any remediation<br>• Failed repeat clerkship and/or failure of any course in repeat year<br>• Failure in core competency "professionalism" in any course and/or clerkship<br>• "ND" overall performance ratings for CSA 3 ≥6 cumulatively<br>• Professional and/or aggregate performance concerns<br>• Exceeding the maximum length of study<br>• Any Leave of Absence (LOA) request |
| **M2** | • Failure of first attempt USMLE Step 1<br>• Failure of single course<br><br>Note: *Professional/behavioral misconduct or aggregate performance concerns may result in CAPP referral rather than remediation* | • Failure of two or more courses in a single academic year<br>• Failure of USMLE Step 1 retake<br>• Failure of any remediation<br>• Failed repeat course and/or failure of any course in repeat year<br>• Professional and/or aggregate performance concerns<br>• Exceeding the maximum length of study<br>• Any Leave of Absence (LOA) request |

| | Referral to Course Director for Remediation Action | Referral to Committee on Academic and Professional Progress (CAPP) for Action |
|---|---|---|
| **M1** | • Failure of first attempt CSA 1<br>• Failure of a single course<br><br>Note: *Professional/behavioral misconduct or aggregate performance concerns may result in CAPP referral rather than remediation* | • Failure of two or more courses in a single academic year<br>• Failure of any remediation<br>• Failed repeat course and/or failure of any course in repeat year<br>• Professional and/or aggregate performance concerns<br>• Exceeding the maximum length of study<br>• Any Leave of Absence (LOA) request |

**(2)** **College of Pharmacy**

| | Referral to Course Director for Remediation Action | Referral to Committee on Academic and Professional Progress (CAPP) for Action |
|---|---|---|
| **P4** | • Failure of any APPE rotation<br><br>Note: *Professionalism/behavioral misconduct or aggregate performance concerns may result in CAPP referral rather than remediation* | • Failure of any two APPE rotations<br>• Failure of any remediation<br>• Professionalism and/or aggregate performance concerns<br>• Exceeding the maximum length of study<br>• Any Leave of Absence (LOA) request |
| **P3 P2 P1** | • Failure of a single course<br><br>Note: *Professionalism/behavioral misconduct or aggregate performance concerns may result in CAPP referral rather than remediation* | • Failure of two or more courses in a single academic year<br>• Failure of any remediation<br>• Failed repeat course and/or failure of any course in repeat year<br>• Professionalism and/or aggregate performance concerns<br>• Exceeding the maximum length of study<br>• Any Leave of Absence (LOA) request |

(3) **Remediation Action**: As defined by the course director and/or course syllabus. This includes the expectations necessary to remediate. Academic Services in coordination with the course director determines the date(s) and time(s) of the remediation.

(4) **CAPP Action – potential outcomes**
   a. Dismissal

      b.   Repeat entire year
      c.   Repeat course or courses
      d.   Monitor professionalism and/or performance concerns
      e.   Grant LOA with monitoring
      f.   Other

(5)   When a "repeat" opportunity is recommended, the student is expected to complete the course(s) in its entirety, including completing all assignments with all of the expectations of the current coursework for that course, block, or academic year. This includes any new coursework, modules, testing, and/or evaluations.

(6)   Aggregate student performance and comprehensive review of the student's file will be taken into consideration in the formation of CAPP decisions for individual students. CAPP decisions are based upon each student's individual and unique circumstances.

(E)   Remediation Definitions

(1)   <u>Remediation</u> is a series of planned educational interventions focused on the student who has not developed an appropriate baseline understanding and/or application of material taught in a course or module with the intent to raise that student's abilities to an acceptable level as determined by a separate assessment.

(2)   <u>Course</u> is a continuous, structured series of instruction. Completion of a course will result in a passing or failing grade being reported to the registrar. A course may be made up of a series of modules, each having a distinct subunit of knowledge. Course expectations for determining a course grade are described in each course syllabus.

(3)   <u>Module</u> is a specialized body of knowledge that is a component of a course. Individual module grades do not appear on the student transcript as modules but are part of a larger course.

      a.   College of Pharmacy: The grade of a modular course comprised of two or more modules will be reported as a pass upon successful completion of all modules or as a failure if any component module is not successfully completed. A module will be completed upon passing the series of assessments contained within the module, or alternatively, through passing a remediation of the module.)

**Additional College of Pharmacy Remediation Information is available in APPENDIX  IV**

## Computing and Network Resources Policy

(A)   Electronic Mail

(1)   NEOMED provides electronic mail resources in support of its instruction, research and service activities.  Because electronic mail (email) is the official method for communicating to students, an email address is issued to all students upon acceptance. It is the student's responsibility to check his or her email regularly for distribution of official communications. Failure to read email messages does not alter a student's responsibility to be informed about NEOMED events, announcements and policy changes.  Therefore, it is recommended that email be checked once

per day when practicable.  Students are discouraged from distributing mass emails; please post all announcements on DOCS.

(2)     NEOMED is not responsible for lost, rejected or delayed email forwarded from a student's official email address to an off-campus or unsupported email service or provider. Such lost, rejected or delayed email does not absolve the student from any responsibilities associated with an official communication sent to the student's official NEOMED email address. If there is a change in a student's email address to which the official address is redirected, it is the student's responsibility to make the changes in the email registering system.

(B)   Information Technology Policy Orientation for Students

(1)     NEOMED's computer systems and networks are shared resources used by many individuals to carry on the University's mission of teaching, research and service.  Use of these resources must be ethical, respect academic honesty, respect the rights of other users, demonstrate respect for intellectual property and ownership of data, respect system security mechanisms, and promote an environment free from intimidation and harassment.

(2)     NEOMED has specific policies governing the use of information technology resources.  These apply to all faculty, staff and students.

(3)     It is each user's responsibility to keep fully aware of all policies and understand them or seek clarification from appropriate authorities in case of doubt or ambiguity.  The full text of the policies is posted at: Administrative Policies link on the Resources page of the Information Technology Website.  Administrative Policies channel on the DOCS Tech Help tab.

(4)     It is the responsibility of every student to know these policies and to conduct his/her activities accordingly.

(C)    Acceptable Use of Computing Resources by Students

(1)     Students should comply with ALL of NEOMED's policies and procedures. Students should protect their IDs and passwords and keep them confidential. Students are responsible for all activities that originate from their computer accounts or systems.
(2)     Students should respect licensing and copyright laws. Information protected by copyright is not to be copied from, into, or by using NEOMED's computer and network sources.
(3)     Student should use systems and networks responsibly, ethically and legally.
(4)     All devices that are connected to the NEOMED network and the Internet, whether owned by the student or the University, shall execute real-time virus-scanning software with a current virus definition file.

(D)    Unacceptable Use of Computing Resources by Students

(1)     Do NOT harass or intimidate using any system, network, email, etc.
(2)     Do NOT attempt to gain unauthorized access to any resource.
(3)     Do NOT engage in any activity that infringes on the ability of others to use the network or other resources, such as uploading or downloading music or movies.
(4)     Do NOT use software that could be harmful to the network or other resources.
(5)     Do NOT install any unauthorized equipment on the network.

74

(6)     Do NOT use accounts or network access to conduct a personal business, to promote or advertise a personal business and/or for personal financial benefit.

(7)     Do NOT transmit or make accessible offensive, obscene, or harassing materials, or chain letters.

(8)     Do NOT disrupt network communications or conduct or attempt to conduct a breach of security against NEOMED's systems.

(E)     Peer-To-Peer Software

(1)     Uploading and downloading music and movie files is illegal and is a violation of NEOMED's File Sharing Policy.  Students' Internet privileges will be taken away if found in violation of these laws and may be subject to fines of up to $100,000 per song by the music industry.

(2)     P2P software such as Gnutella, E-Donkey, Kazaa, or BitTorrent may seem to be a convenient means of downloading multimedia, but this convenience is a double-edged sword.  Your ease in finding files is equally matched by the ease with which the copyright enforcement agency can find you.  These agencies can rapidly identify computers that are sharing files in violation of copyright – sometimes in as little as five minutes after the computer connects to the network.

(3)     Sharing files without permission of the copyright owner puts you at risk of a criminal and/or civil lawsuit.  In addition, unauthorized distribution of copyright material is a violation of the university's Acceptable Use Policy and is subject to further action by Student Affairs.

(4)     Aside from the legal ramifications, however, P2P applications have some serious security issues. NEOMED discourages students from installing them on personal computers:

(a)     P2P applications can come with suspect third-party software.  P2P software often comes bundled with other applications that may interfere with students' use of their computer.

(b)     P2P applications can be a vector for viruses.  Many of the highly successful viruses in circulation today use P2P programs running on an infected computer as an additional mechanism for propagation.

(c)     P2P applications can make students liable for distribution of material.  Some P2P file sharing licenses allow the company to use the student system as a distribution point for pirated software, videos or audio files, a practice for which students are liable.

(F)     File Sharing

(1)     Supported types of internal file sharing:

(a)     DOCS Groups Files - DOCS Groups provides secure file sharing capabilities for authorized members of the group.  Membership is maintained by the designated group leader.

(b)     Internet Downloads - Files that are not protected by copyright may be downloaded from the Internet for legitimate University purposes.

(c)     Email - Files that contain any information considered sensitive or vulnerable shall be encrypted before sending it outbound electronically or on magnetic media.   Use encryption of information in compliance with NEOMED's Acceptable Encryption Policy.

(d)    PDAs - The PDA is a small, portable device, with significant risk of accidental loss or theft. Because of this, the PDA is not considered a secure computing device.  PDAs used within the consortium must comply with applicable policies governing each consortium site.  In cases where there is a justifiable business need or requirement for confidential information, such as patient information, confidential student information, grades, etc., to be stored or transferred to a PDA, appropriate security measures must be implemented as listed below:

    (i)    The PDA must be password protected using the security feature provided on the PDA, and there should be no sharing of the password.  A strong password must be established in accordance with the Password Policy.

    (ii)    If there is a need to store confidential information, it must be encrypted.

    (iii)    When there is no longer a job- or education-related need to access or store this confidential information, it must be deleted.

(e)    Removable media such as memory cards must not be used to store confidential information.

(f)    A desktop PC that is used for synching must require user log on and shall execute real-time virus-scanning software with a current virus definition file.

(2)    Downloading or distributing copyrighted material (e.g., documents, music, movies, videos, text, etc.) without permission from the rightful owner violates the United States Copyright Act and several of the University's policies.

(G)    Wireless Communications

(1)    All NEOMED policies concerning the campus wired network also apply to wireless connections.

(2)    Access to the wireless network is restricted to members of the campus community who have a valid user ID and password.

(3)    Students are responsible for purchasing wireless clients/cards for devices connected to the campus wireless network.

(4)    Unauthorized Access Points/Base Stations that are discovered on the network will be disconnected, and disciplinary action may be taken against the device's owner/operator.

(H)    Passwords

(1)    Students should never share their password with anyone.  Once the passwords are shared, control of how students' accounts are used will be lost. Students will still be responsible for anything done in their name.  Sharing passwords is a violation of NEOMED's Password Policy.

(2)    Passwords must contain at least seven alphanumeric characters, including:

(a)    Both upper and lower case characters (e.g., a-z, A-Z); and

     (b)    Digits (e.g., 0-9) and punctuation characters (including only the following:  ! * + _ - = ? , /).

(3)    Passwords must NOT be:

     (a)    A word in any language, slang, dialect, jargon, etc.

     (b)    Based on personal information, such as names of family, phone numbers, or birth dates.

(4)    A Few Simple Rules To Create A Strong Password

     (a)    An effective password is one that is difficult for an intruder to guess.  The more characters used in the password, the better.  The number of possible combinations increases exponentially with each additional character.

     (b)    Substitute numbers and special characters for letters or words (0 for O, 3 for E, 1 for I, 2 for to, too).

     (c)    Use punctuation, including mathematical operations with words.

     (d)    Choose a line or two from a song, a poem, a movie title, and use the first letter of each word.

     (e)    Passwords should be easy to remember, so they do not have to be written down.  Using phrases will make remembering the password easier.

     (f)    Use short phrases and intentionally misspell words.

     (g)    Never reuse an old password.  Always create a fresh and new password to avoid the possibility of an old password having been compromised in the past.

(I)    Rootstown Campus Help Desk

(1)    The Help Desk is the initial point of contact for the Information Technology Department. Students who suspect their password or any other sensitive data has been compromised or the PC being used becomes infected, contact the Help Desk using the following methods:

     (a)    Email the Help Desk at: [help@NEOMED.edu](mailto:help@NEOMED.edu)

     (b)    Phone the Help Desk at: 330. 325.6911

(2)    The Help Desk is open Monday through Friday from 8:00am to 5:00pm on normal business days.

(J)    Sanctions

(1)    Users who violate these policies may be denied access to NEOMED's computing resources and may be subject to other penalties and disciplinary action, both within and outside of the University. Violations will normally be handled through the NEOMED disciplinary procedures

**77**

applicable to the relevant user. The University may temporarily suspend or block access to an account, prior to the initiation or completion of such procedures, when it reasonably appears necessary to do so in order to protect the integrity, security, or functionality of the Colleges or other computing resources or to protect the University from liability. The University may also refer suspected violations of applicable law to appropriate law enforcement agencies.

(K)     Reporting Violations

(1)     Any user who believes that a violation of this policy has occurred should report the matter as soon as possible to the Director, Information Technology. The Director, Information Technology may confer with the NEOMED General Counsel in determining the appropriate course of action. In addition, any user who feels it necessary for their health or safety may also report the incident to University security or where appropriate local or federal law enforcement.

## Disabilities and Accommodations

(A)     It is the policy of the University to comply with the Americans with Disabilities Act, Section 504 of the Rehabilitation Act, and state and local requirements regarding persons with disabilities.  Under these laws, no otherwise qualified individual with a disability shall be denied access to participation in services, programs or activities of the University solely by reason of his or her disability. Federal law applies to individuals with substantial impairments affecting one or more major life activities (e.g., walking, seeing, speaking, breathing, learning, working or performing manual tasks), those with records of such impairments and those who are regarded as having such impairments. As the University is enriched by persons with disabilities in its student body and among the faculty and staff, it is important also to understand and support the needs and rights of these individuals.

(B)     All individuals will be held to the same standards and must be able to carry out the essential functions of their positions or programs with or without reasonable accommodation. Upon request of persons with disabilities, the University will make efforts to provide reasonable accommodations, however, the University is unable to make accommodations which impose an undue burden, present a direct threat to the health or safety of others, or fundamentally alter the nature or its programs, services or activities.

(C)     Qualified students are encouraged to disclose known disabilities and to request reasonable accommodation as early as possible utilizing the Disabilities and Accommodations Form. Students who do not disclose disabilities and delay requesting accommodation until they have encountered academic difficulty may be jeopardizing their chances of successfully completing the program.  The University must also have adequate time allotted to address the disability and requested accommodations for committee review, and decision to provide the accommodations if approved.

(D)     Students needing more information regarding the Americans with Disabilities Act policy or procedures should contact the Chief Student Affairs Officer.

(E)     Disability Procedures

(1)     What constitutes a disabling condition?

(a)     Section 504 of the Rehabilitation Act of 1973 states that "…No otherwise qualified individual with a disability in the Unites States…Shall, solely by reason of his or her disability, be excluded from the participation in, be denied the benefits of, or be subjected to discrimination under any program or activity receiving Federal financial assistance." Title II of The Americans with Disabilities Act states "…Subject to the provisions of this title, no qualified individual with a disability shall, by reason of such disability, be excluded from participation in or be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by such entity."  It is Title II of the ADA that covers medical/pharmacy students in medical or pharmacy school.

(b)     A disability is a disorder that impedes the medical/pharmacy student relative to the average person in a major life activity.  This might be difficulties with reading or a medical condition.  A person is not considered disabled if the condition only degrades one's performance relative to other medical/pharmacy students.  For example, a student who has a very superior IQ but reads as quickly as the average person may be considered disordered, but may be not considered disabled.  This is because the student is able to function as well as the average person in terms of reading fluency.

(2)    Essential Functions Required for Admission, Continuation and Graduation

(a)     In order to become a qualified physician or pharmacist, students must possess the ability to carry out essential functions.  These functions are described elsewhere in the Student Handbook.

(3)    Submitting Current Documentation of a Disability

(a)     It is the student's responsibility to disclose a disability, to provide adequate documentation of the disability and any requested accommodations with a rationale of how the accommodation addresses the disability.

(b)     The first step in requesting disability related services is to provide current documentation of the disability by an appropriate diagnosing professional (a treating, licensed, clinical professional familiar with the history and functional implications of the impairments).  Forms for helping students do this are available from the Office of Student Affairs.  What is considered "current" varies, and can mean many years such as with a chronic medical condition, to a few months with some psychological disorders.  Send completed materials to the Office of Student Affairs.  Students will receive an acknowledgment of the receipt of materials.  After students have received the acknowledgment that the University has received the materials, students must make an appointment with the Assistant Director of Academic Support to discuss your documentation and needs.

(c)     Through a collaborative process with students, the Assistant Director of Academic Support will determine when the need for disability accommodations is adequately documented.  The Assistant Director of Academic Support may choose to consult with professionals about the disability.   Documentation with be discussed with the Disability and Accommodations Committee (DAC) for further consideration.  The DAC meets on an as-needed basis.  The committee will review materials and decide if students will be granted disability status and if so, what will be offered as reasonable accommodations.  Because it will take time for each committee member to review materials, students must have

**79**

completed submission of acceptable materials to the chair of the DAC no later than one week before the committee meets.  It is suggested that students have your materials submitted well before this date.

(d)    All disability determinations are made by the Disability and Accommodations Committee. Students may be invited to attend this meeting and it will be to their advantage to do so. Because this is not a legal hearing, students may not bring legal counsel representation into the meeting.  This Committee may require further examination and/or testing by a professional approved by the University. Any costs incurred in obtaining additional documentation are incurred by the student. The Committee may grant limited accommodations or no accommodations until further assessment is completed.  The DAC meetings are confidential, and the committee is authorized to review all individual student information available to them in reviewing a student's disability claim and request documentation.

(e)    After the committee meets, students will receive a communication indicating the committee's response to the request(s).  If students are entitled to accommodations, the chair of the DAC will prepare a letter regarding the accommodations for the student to provide faculty, staff or other administrators who have a legitimate educational interest in the nature of your accommodation needs. Mechanism of site notification will be part of the discussion.

(4)    Disability Records

(a)    Records submitted by students are kept securely in the Office of Student Affairs and are not part of the student's academic record.  Release of these records to anyone at the University outside of the Office of Student Affairs is based on persons having a legitimate educational interest.  Release to anyone outside of the University will require students' written authorization.

(5)    What are reasonable accommodations?

(a)    Accommodations are adjustments within the medical/pharmacy program that decrease barriers to persons with disabilities.  An accommodation must meet four criteria:

(i)    It must not fundamentally alter the course or program;
(ii)   It must not compromise the essential requirements of a course or activity. For example, if an essential component of a pharmacy education is speed compounding of medication in an emergency, then there may be no "extra time" accommodation for such a requirement.  Likewise, there may be no "extra time" allowed in a medical rotation in an emergency room;
(iii)  It must not compromise safety to you or others;
(iv)   It must not cause an undue administrative or financial hardship for the University.

(6)    Requesting accommodations each academic year

80

(a)   Any request to use accommodations must be made at least two weeks (preferably one month) before the need for the accommodations and <u>must be requested at the start of the academic year</u> and renewed annually by the DAC.  For example, if a student would like to use an accommodation of extra time for testing or a distraction reduced testing space, the student must inform the Assistant Director of Academic Support of this at least one week before the test so that special arrangements may be made.  If a student requests accommodations after this time, the University cannot guarantee the accommodation(s).  More extensive accommodations may require additional time to implement.  The University cannot make or authorize accommodations for examinations administered at the University, but that are property of an outside organization (e.g., National Board of Medical Examiners examinations).

(7)   Temporary medical conditions

(a)   Temporary medical conditions are not disabilities under ADA Title II.  However, in the case of a temporary medical condition that is verified by a diagnosing professional, we will make attempts to support students.  Since this is not a disability issue, there may be no need to submit documentation to the Disability and Accommodations Committee, but adjustments will require the review and approval of the Chief Student Affairs Officer, who is authorized to consult with faculty and/or other professionals.

(8)   Dispute resolution for determination of disability status or reasonable accommodations

(a)   If a student wishes to appeal a decision regarding the determination of disability status or reasonable accommodations, the student should make an appointment to meet with the Chief Student Affairs Officer to discuss the situation (if new information were provided).  The Assistant Director of Academic Support will schedule a meeting of the Disabilities Appeals Committee.  This Committee will review all documentation related to the request and meet with the student.  The resulting decision is final.

(b)   Accommodations may be denied for any of the following reasons:

(i)   Outdated documentation
(ii)  Insufficient information
(iii) Documentation provider possesses a conflict of interest (i.e., relative of the student)
(iv)  Inappropriate professional making the diagnosis (i.e., credentials must include licensure associated with that of a qualified expert in the disability or condition)
(v)   No diagnosis provided within the documentation
(vi)  Documentation or application are not signed

## Exposure to Blood-Borne Pathogens and Infectious Disease Policy

(A)   Exposure to Blood-Borne Pathogens Purpose and Definition

(1)   The purpose of this policy is to delineate the management of incidents of exposure to blood-borne pathogens that occur to students while they are in the educational setting.

(2)     An exposure to blood-borne pathogens is defined as a percutaneous injury (e.g., a needlestick or cut with a sharp object), contact with mucous membranes or contact with skin (especially when the exposed skin is chapped, abraded or afflicted with dermatitis, or the contact is prolonged or involving an extensive area) with blood, tissues or other bodily fluids to which universal precautions apply, and which occurs in the educational setting.

(B)     Prevention

(1)     All students will receive information about universal precautions, blood-borne pathogens and the student directives portion of this policy.  This information will be appropriate to the student's level of training and area of training.  This training will be provided via the Office of Student Affairs and the specific educational site personnel.

(C)     Protocol for Managing Educational Exposure to Blood-Borne Pathogens

(1)     General

(a)     Effective management of educational exposure to blood borne pathogens requires coordination among multiple units of the University, consortium hospitals, hospitals outside the consortium and pharmacies. It requires training in the prevention of injury and in the management of injuries when they occur.

(b)     All students with an exposure will be directed to perform and seek basic first aid immediately.  These first aid directives will be the same as those provided to employees with occupational injuries and will be developed by each consortium hospital or pharmacy site. Generally you should:
(i)     Clean the wound, skin, or mucous membranes immediately with soap and running water. Allow blood to flow from the wound but do not attempt to squeeze or "milk" blood from the wound.
(ii)    If exposure is to the eyes, flush eyes with water or normal saline solution for several minutes.

(c)     All students are expected to identify the location and protocol for reporting exposures to blood borne pathogens during their orientation to each educational facility. Generally, students should utilize the following procedures.

(i)     If an incident occurs on the Rootstown campus, first notify the course director responsible for the educational experience.
(ii)    If the incident occurs on a clinical campus, first notify the clinical director or preceptor and then report to the Employee Health Clinic or designated medical department or facility for that institution for treatment and evaluation. If the incident occurs after normal business hours the student will be directed to report to the hospital emergency room.
(iii)   All students on an educational rotation outside the consortium will be directed to report to the emergency room at that institution in the event of an educational exposure.
(iv)    The cost of treatment will be billed to the student's health insurance.

**82**

(d)    After making initial contact with the site under their identified protocol, students should contact the Coordinator of Student Health Records in the Office of Student Affairs to report the incident within 24 hours of the exposure, regardless of the site where the exposure occurred.

(e)    Students should provide if at all possible and available, the source patient information for their discussion with the Office of Student Affairs and hospital Medical Education office or Pharmacy site personnel.  This HIPAA compliant information will include:
   - (i)    When:  Approximate time of exposure
   - (ii)    Where:  Location of exposure (e.g., hospital, office, etc.);
   - (iii)    What:  Source of the exposure (e.g., blood, contaminated instrument, etc.);
   - (iv)    How & How Long: Skin, mucous membrane, percutaneous; and how long (e.g., seconds/minutes/hours) exposure time;
   - (v)    Status of the patient:  Negative, Positive or Unknown HIV Status; and
   - (vi)    Whether or not patient is at risk for HIV infection because of:
     1. Multiple Blood Transfusions 1978-1985;
     2. IV Drug User;
     3. Multiple sexual partners, homosexual activity;
     4. Known HIV positive and/or have symptoms of AIDS; and
     5. Significant blood or bodily fluid exposure has occurred.

(f)    If the site physician believes that prophylactic medication is indicated, he/she will prescribe it. The prophylactic medications that will be prescribed will be determined by the consortium hospital, and will generally be the same medication prescribed for employees with exposure to blood borne pathogens.  The student will be responsible for obtaining the prescribed medication. The cost for these medications will be billed to the student's health insurance.

(g)    In all situations of educational exposure to blood borne pathogens (whether or not the exposure is considered high-risk), all students will report to the hospital or pharmacy associated medical education department for follow-up testing, counseling, and continued prescription of medication (if appropriate).

(D)    Responsibilities

(1)    The Office of Student Affairs, with assistance from the Student Health and Insurance Committee, is responsible for:

(a)    Participating in the regular review of appropriate policy for the management of educational exposure to blood borne pathogens;

(b)    Informing students about this policy and working with the medical education office on each clinical campus to ensure their understanding of the policy; and

(c)    Ensuring that students have 24 hour/day access to advice about the nature of an educational exposure and the need for prophylactic medication.

(2)    Consortium hospital Offices of Medical Education are responsible for:

(a)    Informing students about this policy and provide training in universal precautions suitable to the training and level of the student;

**83**

(b)    Working with the clinical dean to inform faculty about the policy; and

(c)    Working with the Student Health and Insurance Committee to address any student-specific issues, and to review this policy on a regular basis.

(3)    Students are responsible for:

(a)    Completing the annual blood-borne pathogens training required by NEOMED;

(b)    Reading the student information sheet and following the guidelines;

(c)    Identifying the appropriate contacts at the Rootstown campus, the consortium hospitals, rotations outside of the consortium, and pharmacies;

(d)    Communicating with the Coordinator of Student Health Records if an exposure occurs and within 24 hours of the exposure.

(e)    Maintaining health insurance coverage to pay for the cost of treatment and medication.

(A)    Infectious Diseases Policy

(1)    Infectious disease includes any disease that can be transmitted, whether by direct physical contact or by common handling of any material (including blood, blood products or other body fluids) that has become contaminated by infectious microorganisms.

(2)    The University is committed to educational programs and institutional policies which will respond appropriately and effectively to infectious diseases, especially human immunodeficiency virus (HIV) and hepatitis B (HBV). These programs and policies shall be guided by the Colleges' regard for both public health interests and individual rights, and by the recommendations and regulations of the Occupational Safety and Health Administration (OSHA), U.S. Public Health Service, the Centers for Disease Control (CDC), the Association of American Medical Colleges (AAMC), the American College Health Association (ACHA) and various other professional associations.

(3)    All students are required to be knowledgeable of and practice universal infection control precautions.  Students are required to fulfill the Immunization Requirements as detailed in the Student Handbook. Non-compliance with immunization requirements may result in exclusion from rotations at assigned clinical sites.

(4)    Policy Regarding Infectious Disease or Conditions

(a)    General Considerations

(i)    Purpose

(a)    It is established to address issues that might arise when a faculty member, employee or student is a carrier of, or has, an infection that poses a risk to patients, colleagues, or to the individual's well-being.

(ii)    Goals

(a)    The goals of this policy are to:

(i)    Ensure the provision of expert and safe patient care;

(ii)    Protect the personal rights of the individual, including the right to freedom from unwarranted discrimination;

**84**

        *(iii)*     Provide the information, education and counseling that promotes the personal and professional well-being of faculty, employees and students;

        *(iv)*     Provide a safe work environment for faculty, employees and students; and

        *(v)*     Reaffirm the responsibility of the medical community to care for persons who are seriously ill.

    (iii)   Definitions

        *(a)*    <u>Admission</u> - The process of allowing entry into the Colleges' academic program.

        *(b)*    <u>AIDS</u> - A label for a group of diseases, which result from destruction of the body's immune system by a virus now commonly referred to as HIV.

        *(c)*    <u>Carrier</u> - A person who harbors the microorganisms causing a particular disease without experiencing signs or symptoms of infection but who can transmit the disease to others.

        *(d)*    <u>Hepatitis</u> - Inflammation of the liver caused by infectious or toxic agents, characterized by jaundice, enlargement of the liver, fever and other systemic manifestations.  Hepatitis is transmitted via the oral-fecal mode and bodily fluids. Current hepatitis classifications include A, B, C, D, and E.

        *(e)*    <u>HBV</u> - The hepatitis B virus

        *(f)*    <u>HIV</u> - A virus which attacks the immune system and may cause AIDS. The virus is transmitted through sexual contact, exposure to infected body fluids and perinatally from mother to baby.

        *(g)*    <u>Infectious Disease</u> - Any disease that can be transmitted, whether via body fluids, direct physical contact or common handling of an object that has been contaminated by infective micro-organisms, through a disease carrier, or by infected droplets, coughed or exhaled into the air.

        *(h)*    <u>Matriculate</u> - To register (enroll) in an academic program.

(b)   Students

    (i)    Admissions

    (ii)   Students will not be denied admission to the Colleges solely because they are carriers of, or have, an infectious disease.

    (iii)  Students with injuries or illnesses which make it unlikely that they will be able to complete the four years of medical or pharmacy school or engage in the active practice of medicine or pharmacy, are encouraged to examine their motives for entering such professional education.

(c)   Matriculation

    (i)    The University may remove a student from active participation in the program, or defer matriculation if he/she is, or becomes, a carrier of, or has, an illness which would pose a danger to himself/herself or others until the time of danger has passed.

**85**

(ii)    A student who is continually or severely ill or incapacitated while enrolled at the Colleges will be counseled as to the difficulty of the curriculum and may be placed on a leave of absence until the student's illness is no longer an impediment to his/her studies.

(5)    Policy Administration

    (a)    Students

        (i)    Procedures for implementing sections of this policy applicable to students shall be established from time to time consistent with state and federal law. The Student Disability and Accommodations Committee will make specific case-by-case recommendations.

(6)    HIV and HBV Procedure

(7)    The Colleges intend to comply with the spirit and intent of all infectious disease regulations passed by the Ohio State Medical Board (OSMB). Such voluntary compliance is consistent with the education and needs of our students in their future careers, and therefore adopts the following procedures to minimize the risk of HIV and HBV transmission from students to the public. HBV, for purposes of reporting, is defined as hepatitis B virus with hepatitis B-antigen positive status.  These procedures are:

    (a)    A student who believes or has reason to believe that he/she is infected with HIV or HBV should report that belief to the Chief Student Affairs Officer. If such student fails to self-report, another student or faculty member with knowledge is encouraged to report to the Chief Student Affairs Officer.

    (b)    A faculty member or another student who believes or has reason to believe that a student who is infected with HIV or HBV and might have had high risk contact with patients that may result in disease transmission, should counsel that student to contact the Chief Student Affairs Officer.

    (c)    A student who learns he/she is infected and who has high risk contact with patients is required to submit to assessment and monitoring by the Colleges' review panel (Disability and Accommodations Committee). Any restrictions established by the panel should be observed to minimize risk to patients.

(8)    Students who meet the criteria for self-reporting will be referred on a case-by-case basis to the Chair of the Disabilities and Accommodations Committee, the Colleges' review panel for these matters. Confidentiality will be insured. This information will be discussed by the committee to determine whether reasonable accommodations can be made. Any infected student in non- compliance with this procedure may be referred to the Student Affairs for appropriate action and counseling. Disciplinary action up to and including dismissal may result from such behavior.

## Faculty-Student Relationships

(A)    Prohibition of Supervision

    (1)      A faculty member is prohibited from having supervisory responsibility during a graded experience over a student who is the faculty member's relative. The Colleges must avoid a conflict of interest in securing objective assessment of performance outcomes.

        (a)     Faculty is defined as instructional faculty, clinical faculty, research faculty, postdoctoral fellows, graduate student instructors and graduate student research assistants.

        (b)     Supervisory responsibility includes, but is not limited to, teaching, research, advising, grading or awards.  This supervision can occur on or off campus, in curricular, co-curricular or extra-curricular activities.

        (c)     Graded experience is defined as a course, clerkship, or elective.

        (d)     Relative is defined as child, stepchild, grandparent, grandchild, brother, stepbrother, sister, stepsister, mother, stepmother, father, stepfather, spouse/partner, uncle, aunt, cousin or in-laws, and other close personal relationships.

(B)    Faculty-Student Relationships Requiring Disclosure

    (1)    Disclosure Requirement: If a student is related to a faculty member, the student must disclose the relationship to Enrollment Services and follow the disclosure policy.  Disclosure must be prior to the start of a graded experience.  Should the student fail to disclose the relationship until the grading experience has begun and it is discovered, the student will be removed from the educational pursuit and placed under other supervision if possible. (Removal may result in failure to meet graduation requirements on-time.)  Students failing to disclose the relationship prior to the start of a graded experience demonstrate a concern regarding professionalism and are subject to meeting with CAPP.

(C)    Counseling of Students by Providers Involved in Academic Assessment or Promotion Decisions

    (1)    Students may not receive or be referred to psychiatric/psychological counseling or care for other sensitive health services from any health service provider involved in the academic assessment or promotion of the NEOMED student receiving those services.

    (2)    Students assigned to a clinical site where a treating psychiatrist /psychologist, with whom the student has an existing or previous relationship, will be required to report this relationship to Enrollment Services and will be required to change to another site.

    (3)    Students assigned to a clinical site where a treating physician who has or is delivering care for a sensitive health issue will be required to report this relationship to Enrollment Services and may request a change to their site assignment or they may have their site assignment changed.

## Harassment and Unlawful Discrimination Policy

(A)    Preamble

(1)     The University is committed to maintaining a professional and collegial work and learning environment in which all individuals are treated with respect and dignity. Each individual has the right to work and learn in a professional atmosphere.

(2)     The University seeks to promote an environment in which all students, faculty and staff interact on the basis of individual strengths and characteristics, without having such interactions shaped by generalizations or stereotypes based on age, race, gender, religion, sexual orientation, national origin, disability or veteran status; and to encourage constructive thoughtful and sensitive behavior.

(3)     Harassment and unlawful discrimination are serious offenses that may be cause for disciplinary action including, where appropriate, dismissal or expulsion. The University will not tolerate harassment or unlawful discrimination on the Rootstown campus, in any affiliated institution, program or agency.

(4)     The University will commit resources to educational and training programs designed to make members of its community aware of their responsibilities with respect to this objective.

(B)     Principles

(1)     All members of the University have a responsibility for ensuring that our working and learning environment is free from harassment or unlawful discrimination. Supervisory personnel bear the primary responsibility for maintaining a working and learning environment free from harassment or unlawful discrimination. They should act on this responsibility whenever necessary, whether or not they are in receipt of complaints.

(2)     This policy will not be interpreted, administered or applied to infringe upon the academic freedom of any member of the community. The frank discussion of controversial ideas, the pursuit and publication of controversial research, and the study and teaching of material with controversial content do not constitute harassment, provided these activities are conducted in an atmosphere of respect.

(3)     All members of the University will be treated equitably under this policy. All matters arising under this policy will be dealt with in a fair, unbiased and timely manner.

    (a)     All parties will be advised of the provisions of this policy and of the procedures available to them.

    (b)     Any complainant who petitions the University to assist in the resolution of a complaint must be prepared to be identified to the respondent.

    (c)     All parties must be given the opportunity to present evidence in support of their positions and to defend themselves against allegations of harassment or unlawful discrimination.

    (d)     Efforts at informal resolution (as defined in the Procedures) will be used before any formal steps are taken unless the egregiousness of the offense requires immediate formal action.

(e)   Those responsible for interpreting, administering and applying this Policy will use a Reasonable Person Standard.

(f)   This policy is not to be interpreted, administered or applied in such a way as to detract from the rights and obligations of those in supervisory roles to manage and discipline employees and students, subject to the University 's policies and procedures.

(g)   This policy is not intended to interfere with social or personal relationships among members of the university.

(h)   Members of the University have an obligation to participate in the procedures under this policy.

(i)   Either party may object to the participation of a person in the investigation or resolution of a complaint on the grounds of a conflict of interest or reasonable apprehension of bias.

(C)   Scope of the Policy

(1)   A Complaint of harassment or unlawful discrimination may be made by any member of the University against any other member of the university so long as it pertains to related activities of the Colleges.

(2)   A Complaint of harassment or unlawful discrimination regarding a member of the  University made by a person who is not a member of the University should be made to the supervisor of the University member whose behavior is the subject of the Complaint.

(3)   When a faculty member is charged with harassment or unlawful discrimination, this policy and the procedures promulgated hereunder will be employed in lieu of the procedures outlined in Faculty Bylaws procedures for sanctions of faculty including censure and dismissal for just cause.

(4)   Unless the  Complaint  alleges  harassment or unlawful discrimination,  student complaints about  course instructors, teaching methods, evaluations or course related matters are to be handled in accordance with the University's  policies regarding such matters.

(5)   A student may not use this policy to review the decisions or recommendations of the Committee on Academic and Professional Progress.  These decisions may only be reviewed in accordance with the university policy on CAPP.

(6)   When a student is charged with harassment or unlawful discrimination, this policy and the procedures promulgated hereunder will be employed in lieu of the procedures outlined in the Committee on Academic and Professional Progress.

(D)   Definitions

(1)   <u>Abuse, Physical</u> – Unwanted, unauthorized or offensive physical contact with another.

89

(2)  <u>Complainant</u> – Any person who seeks recourse pursuant to this policy because he/she has reasonable cause to believe he/she has experienced harassment or unlawful discrimination.

(3)  <u>Complaint</u> – A statement by a complainant seeking recourse pursuant to this policy for the redress of harassment or unlawful discrimination.  A formal complaint is a written official complaint alleging harassment, abuse or unlawful discrimination.

(4)  <u>Harassment Based on a Prohibited Ground of Discrimination</u> – Behavior toward another person or persons that is abusive, offensive or demeaning. Such behavior would be viewed by a reasonable person experiencing the behavior as an interference with his/her participation in University-related activity including discrimination on the basis of age, race, gender, religion, sexual orientation, national origin, disability or veteran status.

(5)  <u>Harassment, Personal</u> – Words, gestures or actions that tend to alarm, intimidate or demean another.

(6)  <u>Harassment, Sexual</u> – For purposes of this policy, sexual harassment may be defined as unwanted sexual advances, request for sexual favors and other verbal, non-verbal or physical conduct of a sexual nature when:

   (a)  Submission of such conduct is made either explicitly or implicitly a term or condition of an individual's academic success;

   (b)  Submission of or rejection of such conduct by an individual is used as a basis for academic decisions affecting such an individual; or

   (c)  Such conduct is sufficiently severe, persistent or pervasive to limit a person's ability to participate in or benefit from the education program, or to create a hostile or abusive educational environment.

(7)  <u>Investigation Committee</u> – The Investigation Committee will consist of three (3) or four (4) members who will investigate formal Complaints to determine whether harassment or unlawful discrimination has occurred and, if so, to what extent and make a recommendation regarding sanctions, if appropriate.  In each case of alleged harassment or unlawful discrimination, the Investigation Committee will be chosen by the Responsible Officer from the available pool of faculty, staff and students. The Investigation Committee will not consist of any members from the department of the Complainant or Respondent.

(8)  <u>Reasonable Person Standard</u> – Whether or not a reasonable person in roughly the same position as the Complainant would judge harassment or unlawful discrimination to have occurred as a result of a behavior or pattern of behavior.

(9)  <u>Respondent</u> – A person or persons against whom an allegation of harassment or unlawful discrimination has been made pursuant to this Policy.

(10)  <u>Responsible Officer</u> – University official who decides whether the Policy has been violated and makes decisions regarding sanctions, if appropriate.  The vice dean of the respective college has been designated the Responsible Officer. If the Responsible Officer is charged with harassment or unlawful discrimination, the matter shall come under the jurisdiction of the

**90**

President. If the President is charged with harassment or unlawful discrimination, the matter shall come under the jurisdiction of the Board of Trustees.

(11)   University Community – All faculty, staff and students of the university, student assistants, and any researcher, instructor or student matriculated elsewhere but engaging in programs at the University, on any campus or any clinical setting.

(12)   University-Related Activity – All activities operated under the auspices of the University on the Rootstown campus or in any affiliated institution, program or agency.

(13)   Sanctions – A penalty imposed for violation of this Policy. Sanctions include but are not limited to:

   (a)   Faculty Sanctions – in order of severity, are reprimand, censure, censure with reduction of salary, suspension with loss of salary and dismissal.

   (b)   Staff Sanctions – in order of severity, are verbal reprimand, written reprimand, suspension for a number of days without pay,  demotion and dismissal.

   (c)   Student Sanctions – in order of severity, are informal reprimand, formal reprimand, probation, suspension and expulsion.

   (d)   The Responsible Officer may impose a sanction upon faculty and staff of up to, but no more than, a three (3) day suspension without pay, without consulting with the president.  The Responsible Officer may impose a sanction upon students of involuntary probation without consulting with the dean of the respective College.

(E)   Use of Information

   (1)   Allegations of harassment and unlawful discrimination often involve the collection, use and disclosure of sensitive personal information. All reasonable measures will be taken to maintain confidentiality. Information concerning a Complaint may be provided to appropriate officials of the university on a need-to-know basis. Any person knowingly, willfully or negligently breaching confidentiality may be subject to sanctions or other appropriate action.

   (2)   Subject to any limitations or disclosure requirements imposed by law, any and all information, whether oral, written or electronic, created, gathered, received or compiled through the course of a Complaint is to be considered confidential by both the Complainant and Respondent, their representatives and advocates, witnesses and other officials designated by this Policy.

   (3)   All information will be treated as "supplied in confidence for investigatory purposes." All closed investigatory files will be retained by or destroyed by the general counsel in accordance with the University Record Retention policy.

   (4)   The Complainant and Respondent will be informed of the final decision.

## Harassment and Unlawful Discrimination Procedure

(A)     Informal Procedures

    (1)     All members of the NEOMED community are encouraged to resolve complaints informally.

    (2)     Students

        (a)     Students who feel they have been harassed or discriminated against should discuss the matter with their faculty advisor, the Director of Student Wellness and Counseling, or the Chief Student Affairs Officer.  These individuals will:

            (i)     Provide students a confidential forum for expressing concerns and exploring options for addressing them;

            (ii)    Advise students on both informal and formal procedures for addressing their concerns; and

            (iii)   Discuss the student's concerns, with the permission of the student, with the person about whom the student has an issue (e.g., faculty member, resident, etc.).

        (b)     If one of the individuals identified above believes that a significantly inappropriate action has occurred, the individual has the responsibility to discuss the issue with his/her respective vice dean, even if the student does not wish to file a Formal Complaint.

    (3)     Students may confidentially discuss an informal Complaint with the Responsible Officer.

        (a)     After receiving a detailed statement of the Complaint, the Responsible Officer may, with the permission of the Complainant, discuss the Complaint with the Respondent in order to seek a mutually acceptable resolution.  If no resolution is reached, the Responsible Officer will explain that the Complainant may file a Formal Complaint.

    (4)     Unless a Formal Complaint is filed, no further action will be taken by the Colleges except as authorized by the Responsible Officer.

(B)     Formal Procedures

    (1)     Formal Complaint

        (a)     A Complaint becomes formal when a Complainant completes the Formal Harassment and Unlawful Discrimination Complaint Form and delivers it to one of the members of the NEOMED community designated to receive such Complaints.  Upon receipt, all Formal Complaints are forwarded to the Responsible Officer. The Responsible Officer investigates and adjudicates the matter or convenes an Investigation Committee, if necessary.

        (b)     Students must file a Formal Complaint in accordance with the above procedure within forty-five (45) calendar days of the last alleged incident of harassment or unlawful discrimination.

**92**

(c)  Copies of the Formal Harassment and Unlawful Discrimination Complaint Form shall be included in the Student Handbook, Faculty Handbook, Employee Handbook and on the NEOMED website.

(2)  Procedures

  (a)  Investigation Process

    (i)  The Investigation shall be conducted by the Responsible Officer or an Investigation Committee appointed by the Responsible Officer, if necessary. The Responsible Officer will consult the General Counsel on all matters of evidence, policy interpretation and/or procedures.
    (ii)  The Responsible Officer may, for good cause shown, exercise discretion in delaying the investigatory phase of a Formal Complaint.
    (iii)  The investigation process will include one or more of the following steps as appropriate:

      *(a)* Confirm name and position of the Complainant.
      *(b)* Identify the Respondent.
      *(c)* Develop a thorough understanding of the professional relationship, degree of control and amount of interaction between the Complainant and Respondent.
      *(d)* Determine the frequency/type of alleged harassment or unlawful discrimination and, if possible, the dates and locations where the alleged harassment or unlawful discrimination occurred.
      *(e)* Thoroughly ascertain all facts in connection with the alleged incident, beginning by interviewing the Complainant and the Respondent.  During the first interview with the Respondent, remind the Respondent that NEOMED will not tolerate any retaliation against the Complainant for making a Formal Complaint.  Questions of all parties shall be asked in a nonjudgmental manner.
      *(f)* Determine whether the Complainant informed or consulted with any other parties about the alleged harassment or unlawful discrimination and what responses, if any, the Complainant received from these individuals.
      *(g)* Identify any witness(es) who may have observed  the alleged harassment or unlawful discrimination. If the Complainant and the Respondent present conflicting versions of the facts, witnesses may be interviewed to obtain observations regarding how the Complainant responded to the alleged harassment or unlawful discrimination and determine what efforts, if any, at informal resolution of the matter were made between the Complainant and Respondent.
      *(h)* Determine whether the Complainant knows of or suspects that there are other individuals who have been harassed or mistreated by the Respondent.
      *(i)* The Investigation Committee shall send any prepared reports to the Responsible Officer for review.  The Responsible Officer may impose sanctions as described in Section IV(M) of the Policy.
      *(j)* The Responsible Officer shall use a preponderance of the evidence standard of proof in reaching a decision.

(k) In making disciplinary decisions and recommendations, the Responsible Officer will take the following matters into consideration:

(i)     The severity of the offense;
(ii)    Whether the offense was intentional or unintentional;
(iii)   Whether the offense is an isolated incident or involves repeated acts;
(iv)    Mitigating or aggravating circumstances affecting either party; and
(v)     Whether there was an imbalance in power between the parties.

(C)     Administrative Leave

(1)     It may be necessary to place a faculty member, staff member or student on administrative leave during the investigation and resolution of a Complaint. Such administrative leave shall not be viewed as a disciplinary action.  If the administrative leave involves a faculty member or staff member, the administrative leave will be with pay unless otherwise authorized by law.

(D)     Discipline and Sanctions

(1)     Disciplinary sanctions may include, but are not limited to, censure, reprimand, suspension, expulsion, termination or dismissal.  In addition, the Respondent may be required to participate in a special education or counseling experience.

(2)     When criminal conduct is suspected or has occurred, the general counsel will consult with legal authorities and refer the matter, as appropriate.

(3)     If the Responsible Officer finds the allegation was frivolous, vexatious or malicious, the Responsible Officer may recommend sanctions against the Complainant.

(4)     Each party will be informed of the final decision. The final decision and the report of the Responsible Officer will be placed in the appropriate personnel file or student file if the Respondent is found to have violated the Policy.

(E)     Documentation of Student Complaints

(1)     NEOMED is required by The Higher Learning Commission of the North Central Association of Colleges and Schools (NCA) to track all student Formal Complaints. The registrar will maintain these Formal Complaints, along with the stated outcome of such complaints as set forth below. Students should understand the Colleges are required to share information about complaints with each Colleges' accreditation agencies. Every effort shall be made to maintain the confidentiality of individual identities regarding such Complaints.

(2)     The vice dean will forward documentation of Formal Complaints to the registrar. The registrar will maintain a database on Formal Complaints including:

(a)     The date the Formal Complaint was submitted to the Responsible Officer;
(b)     The nature of the Complaint;

**94**

      (c)    The steps taken by the University to resolve the Complaint;

      (d)    The University's final disposition of the Complaint; and

      (e)    Any other external actions initiated by the student to resolve the Complaint, if known to the University.

(F)    Confidentiality

    (1)    To the extent permitted by law, all allegations of harassment or unlawful discrimination, the investigation and its outcome are considered confidential.  Individuals shall be made aware of the allegations, investigations and outcome on a need to know basis.  These persons may include, but are not limited to, the Complainant, the Respondent, any witnesses and persons involved in the management or investigation of the Complaint.

    (2)    Confidentiality will be maintained throughout the investigatory process to the extent practical and appropriate under the circumstances.

(G)    Role of the General Counsel

    (1)    The General Counsel:

      (a)    Will represent the University;

      (b)    Will not represent the Complainant or the Respondent;

      (c)    Will assist the University in the management, investigation and resolution of all complaints;

      (d)    Will be consulted on all matters of evidence, policy interpretation and procedure;

      (e)    Will contact legal or licensing authorities outside of the University if necessary and appropriate; and

      (f)    Will maintain a copy of all records relating to the investigation and resolution of Complaints in accordance with the University's Records Retention Schedule.

## Hardships Affecting Site Assignments

(A)    Students requesting accommodation (such as special consideration in clinical assignments or to leave a specific pathway program) based upon a hardship must petition the Hardship Review Committee by completing the Hardship Request Form.

(B)    A hardship constitutes a set of extenuating circumstances beyond a student's control, and beyond those inherent to professional-level education, that negatively and substantially impact a student's successful progress within the curriculum.  The decision to enter a curriculum of study or a particular pathway in the curriculum should not be taken lightly. However NEOMED recognizes that hardships may exist that substantially alter a student's circumstances.

(C)    The Hardship Form, supporting documentation/ evidence of the hardship, and the student's entire academic record will be reviewed by the Hardship Review Committee. The form and documentation should be submitted to the Chief Student Affairs Officer at semerick@neomed.edu in B-204, Student Affairs office to initiate the process of review.

(D)    After committee review, the student may be asked to appear before the committee to clarify questions before a final decision is rendered. Decisions are final and binding.

(E)   **Documentation:**
Documentation includes any evidence that supports and substantiates the hardship. Documentation should be provided at the time that the Hardship Request Form is submitted and will be included in the review of this request.

(F)   Although hardships are never planned, the best opportunity to accommodate them is immediately after they are recognized.  Students are encouraged to submit this form as early as possible after a hardship is encountered to allow careful consideration.

## International Travel Policy (Refer to the Appendix VIII)

## Missing Person Policy (July 30, 2013)

(A)   Purpose: to establish a policy related to locating a Northeast Ohio Medical University (NEOMED or University) student who is living in on-campus housing and who, based on the information available at the time, is believed to be missing.

(B)   Scope: This policy applies to all NEOMED students who are living in on-campus housing.

(C)   Student Contact Information

All NEOMED students who execute a Resident Agreement for on-campus housing will be asked to register a contact person who would be contacted no later than 24 hours after the time the student is determined to be missing. A student can register a confidential contact for this situation, in addition to the emergency contact information on file with the University. A missing student's confidential contact information will be accessible by NEOMED campus officials and may be shared with law enforcement during the course of the missing person investigation. If the student is under 18 years of age, NEOMED is required to notify a custodial parent or legal guardian not later than 24 hours after the student is determined to be missing.

(D)   Notification

Any person who has reason to believe that a NEOMED student who is living on campus is missing should contact the Office of Public Safety and Security immediately at 330-325-6489 to make a report.

(E)   Investigation

The NEOMED Office of Public Safety and Security will conduct an initial inquiry in response to any report that it receives regarding NEOMED students living on campus who may be missing. The inquiry will seek to determine if the student is actually missing and cannot be located through reasonable efforts. The inquiry may include, but is not limited to, the following activities:

(1)   Calling or visiting the student's residence;

(2)   Contacting neighbors, fellow students, and/or friends of the resident to determine the circumstances of the student's disappearance;

**96**

(3)     Conducting a campus search of public locations to locate the student (library, cafeteria, lecture halls, etc.);

(4)     Access key card and FOB usage records to determine the student's last use of either means of access;

(5)     Access the student's email or other network login records to determine the student's last use of the NEOMED network;

(6)     Retrieve the student's cell phone number and work with the corresponding cell phone carrier to determine the student's last use of the phone and its location;

(7)     Obtaining and circulating a photograph of the student to assist in identifying and locating the student;

(8)     Contacting the Chief Student Affairs Officer, the Dean of the college in which the student is enrolled, relevant faculty members or the on campus housing management company for information related to the student; and

(9)     Contacting local law enforcement.


(F)     Determination that the student is missing

If the Office of Public Safety and Security or local law enforcement, after conducting an investigation of the report, determine that a student has been missing for more than 24 hours, the University will contact the individual registered as a contact by the student when the student entered on-campus housing. In the event the student did not register a contact when executing his/her Resident Agreement for on-campus housing, the University will contact the emergency contacts on file for the student in Enrollment Services.

(G)     Board Authorization

The Board of Trustees authorized the administration to establish and implement any and all policies to ensure compliance with the Jeanne Clery Disclosure of Campus Security Policy and Campus Crime Statistics Act 20 USC §1092 (f) and to modify those policies without further ratification action required by the Board of Trustees.

## Parking Regulations

(A)     Student Parking

(1)     Students pay a parking fee through their general fees and should obtain one parking permit each.

(B)     Obtaining a Parking Permit

(1)     All students must obtain and display a valid parking permit to park on the Rootstown Campus. Students must register their vehicle on the Banner Self-Service Personal Information link

**97**

found on DOCS.  Once the vehicle is registered, students may stop by the Security Office to pick up their permit between the hours of 8am and 4pm, Monday through Friday.

(C)   Transferring a Parking Permit

   (1)   If a different vehicle is purchased, the parking permit must be transferred to the new vehicle and vehicle information updated in the Banner Self-Service.

(D)   Parking on the Rootstown Campus

   (1)   Parking lots are available for faculty, staff and students. Handicapped parking spaces are authorized only for individuals with physical disabilities. Temporary use of a handicapped space for certain injuries can be arranged through the Security Office at 330.325.6489.

   (2)   "Visitor Parking Only" spaces are designated in certain parking lots.  Employees and students are not permitted to park in visitor spots, as these are designated for guests of the NEOMED community.

(E)   Overnight Parking

   (1)   If it is necessary to leave a vehicle on campus overnight, the Security Office must be notified. Failure to notify the Security Office may result in a citation and/or towing of the vehicle at the owner's expense.

(F)   Parking at Consortium Universities

   (1)   Please visit the Public Safety tab on DOCS for guidelines pertaining to parking at consortium universities.

(G)   Traffic and Parking Violations

| | |
|---|---|
| Parking in a fire lane | $50.00 + towed vehicle |
| Parking in handicap space | $50.00 + towed vehicle |
| Parking in prohibited areas | $25.00 + towed vehicle |
| Parking on roadway | $25.00 + towed vehicle |
| Restricted area | $25.00 |
| Parking outside marked space | $25.00 |
| Taking up more than one space | $25.00 |

*There will be a $5 late fee charged for all tickets not paid within seven (7) business days.

* *Once a late fee is charged, the individual will have seven (7) business days to pay the fine.  If the fine goes unpaid after the second seven days, the individual will receive a reminder email from public safety.  If the fine remains unpaid after the reminder email, the vehicle may be towed, at the owner's expense.

Contact Information: For questions regarding parking, contact the Public Safety Officer at 330.325.6519 or rneal@neomed.edu.

**98**

(1)     THE MAXIMUM SPEED LIMIT ON CAMPUS ROADS IS 20 MILES PER HOUR.  Reduced speed is required in all parking lot areas. Inclement weather also warrants a reduction in speed and extra caution in driving.

(2)     All members of the NEOMED community are required to operate their vehicle with due regard for the safety of persons and property. Reckless operation of a motor vehicle on this campus is a violation of the traffic policy of the University. It is also reportable as a criminal misdemeanor to either the Portage County  Sheriff or Ohio State Highway Patrol.

(3)     Other traffic and parking violations include, but are not limited to:

(a)     Parking in a designated  handicap space without a  handicap permit;
(b)     Using more than one parking space per vehicle;
(c)     Parking in the designated  visitors parking lots during normal business hours;
(d)     Parking in a space other than a designated parking area;
(e)     Parking a vehicle on campus without  a valid parking permit, or temporary parking card (all hospital and consortium university stickers are honored on the Rootstown campus);
(f)     Parking an oversized or recreational vehicle, boat or trailer on campus  without permission from the security office;
(g)     Failure to obey security officers directing traffic;
(h)     Failure to fully stop at stop signs;
(i)     Leaving a vehicle on campus overnight without notifying the security office; and
(j)     Parking in a fire lane.

(H)     Parking Fines and Referrals

(1)     Fines must be paid to the cashier in the Accounting Office. Outstanding student fines will result in a hold being placed on transcripts or diplomas until the fines are paid.
(2)     Students involved in repetitive abuse of parking regulations will be referred for professionalism concerns to the Office of Student Affairs.

(I)     Emergency Vehicle Assistance:

(1)     Grounds personnel are available to assist with jump starts from 7:00 a.m.-3:00 p.m. weekdays, time permitting.  Prior to receiving assistance, a waiver must be signed releasing NEOMED from responsibility for potential damage to the vehicle.  Should emergency vehicle assistance be needed at other times, notify Security at 330-325-6489.  The Security Office has a limited list of service providers phone numbers (e.g., AAA, other towing services, etc).

## Preventing and Responding to Sexual Offenses (9/3/09)

All University personnel including faculty, staff, students, volunteers and visitors.

(A)     **DEFINITIONS**

(1)     "Campus Security Authorities" include campus security; individuals who have responsibility for campus security including those who are designated as persons to whom an offense

**99**

should be reported and any individual who has significant responsibility for student and campus affairs.

(2)     "Knowledge" is an awareness or understanding firsthand observation or experience.  It is a state of mind in which the person has no substantial doubt about the existence of a fact.

(3)     "Sex Offense" under this policy includes any sexual act directed against another person, forcibly and/or against that person's will or under circumstances where the victim is incapable of giving consent.  Sexual offenses are defined in Chapter 2907 of the Ohio Revised Code.

(4)     "Sexual Assault" occurs when a person is forced or coerced physically, verbally or by deception, into any type of sexual conduct or contact with another person whether the assailant is a friend, acquaintance or stranger.

(B)     **BODY OF THE POLICY**

(1)     University employees (with the exclusion of licensed counselors and unlicensed counselor trainees) are required to report to the Portage County Sheriff's Offices information brought to their attention concerning occurrences of sexual assault on campus.  University personnel should consult the Director of Public Safety and Security about all other reports.

(2)     In the case of sexual assault, University personnel will encourage victims to go to the nearest emergency room or hospital for evaluation, treatment and counseling, in addition to advising them of the specialized service offered at the St. Thomas Hospital in Akron, Ohio, for victims of sexual assault.

(3)     All first-year students are required to attend an educational program which promotes the awareness of sexual assault, particularly rape and acquaintance rape.  This program will address who a student should contact on campus and in local law enforcement in the event a sexual assault occurs.  The program will emphasize the importance of reporting such offenses to the police and preserving evidence of the assault for prosecution of the offense.  NEOMED staff will also encourage the victim to report the incident to police in a timely manner.

(4)     To report a sexual assault on campus, contact security personnel at 330-325-5911 (24 hours a day, 7 days a week); the Supervisor of Public Safety and Security at 330-325-6492 (weekdays); the Public Safety Officer at 330-325-6519 (weekdays) or other designated campus security authorities.

(5)     Victims of sexual assault have the option to notify law enforcement authorities about the offense.  For sexual assaults occurring on campus or off campus but reported to NEOMED campus security authorities, NEOMED will comply with the victim's request to assist him/her in contacting the appropriate law enforcement agency to  file a police report in a timely manner.  Filing a police report near in time to the offense will:

(a)     Ensure the victim receives the necessary medical treatment and tests at no expense to the victim;

(b)     Provide an opportunity for collection of evidence helpful in the prosecution, which is time-sensitive; and

(c)    Assure the victim has access to free confidential counseling from counselors specifically trained in the area of sexual assault crisis intervention.

(6)    The University will, upon written request, disclose to the alleged victim of a crime of violence (as that term is defined in section 16 of title 18 of the United States Code) or a non-forcible sex offense, a report of the results of the disciplinary proceeding conducted by the University against a student who is the alleged perpetrator of the offense.  Should the alleged victim be deceased at the time of the proceeding, the victim's next of kin shall retain the right to such a report.

(7)    For on-campus services, sexual assault victims can contact the Director of Student Health at 330-325-6736.  For assistance off-campus, victims can contact Townhall II's 24 hour crisis line at 330-678-HELP (4357).

(8)    NEOMED is obligated to comply with a student's request for a modification to an academic situation following an alleged sex offense if a modification is reasonably available.

(9)    The Safety Intervention Team is a multidisciplinary team that meets as needed to address concerns related to campus safety and potential threats to the security of the University's campus and constituents.  One of the team's goals is to identify, assess, manage and reduce the risk of interpersonal violence on campus.


## Proper NEOMED Attire

(A)    Students are expected to dress appropriately and professionally in all school situations.  Students should always check with course directors and/or clerkship directors/preceptors in the clinical settings for specific requirements regarding appearance, since courses, clerkships/rotations, consortium hospitals and pharmacies may have different requirements.

(B)    Whenever students interact with the public, high standards of professional dress are expected.  Students should keep in mind that they represent the NEOMED student body to speakers, faculty, staff, visitors, hospital and pharmacy staff and patients, and strive to dress in a manner that reflects positively on themselves and the University.

(C)    On the Rootstown Campus

(1)    Students may dress casually.  Although casual attire is permitted on the Rootstown campus, students should be mindful of their dress.
(2)    For safety reasons in laboratory activities, students must wear closed-toed shoes and remove or conceal unusual or excessive body piercings.  Additionally, shoes and boots with heels over 2" are inappropriate in laboratory activities for safety reasons.
(3)    Provocative (tight, distracting, revealing) clothing is not appropriate.
(4)    Strongly scented fragrances and heavy cosmetics are unacceptable out of consideration to others who may be allergic or otherwise sensitive to them.
(5)    Students are expected to maintain basic standards of personal hygiene including neatness of hair, well-groomed facial hair, etc.
(6)    Whenever students interact with patients in any way, the guidelines for attire in clinical settings should be followed.

101

(D)　　In Clinical Settings

    (1)　Students must dress professionally at all times in the clinical settings. Students must wear their white coats, patches and ID badges.  Professional attire is also expected.  This includes shirt and tie, slacks, dresses/skirts (knee length and longer), hosiery and appropriate shoes. Unprofessional, and therefore unacceptable, attire includes provocative clothing, short skirts and dresses, jeans, midriff shirts and tennis shoes.

    (2)　Shoes and boots with heels over 2", as well as open-toed shoes, are inappropriate for safety reasons.  Scrub suits are to be worn only in appropriate areas as deemed by individual hospitals and not beyond the hospital setting.

    (3)　Students should avoid excessive jewelry (dangling earrings, noisy jewelry) as it could interfere with patient care and procedures.  Unusual or excessive body piercings and/or tattoos should be removed or concealed.

    (4)　Strongly scented fragrances and heavy cosmetics are unacceptable out of consideration to patients and others who may be allergic or otherwise sensitive to them.

    (5)　Students are expected to maintain basic standards of personal hygiene including neatness of hair, well-groomed facial hair, etc.  Hair longer than shoulder-length should be properly maintained (i.e., pulled back) so as not to be distracting and for safety reasons.

    (6)　Fingernails should be properly maintained and any nail polish should be a neutral shade (e.g., not black, blue, green, etc).

(E)　Failure to maintain the standards for attire outlined above will be dealt with in a manner similar to other issues regarding inappropriate behavior.


## Room Regulations for Student Use

(A)　Students Use of Seminar Rooms for Studying

    (1)　Unscheduled seminar rooms on the Rootstown campus are available for use by students on weekdays after regular business hours (after 5 p.m.).  Students may schedule a room on the day the room is needed between 8:00 a.m. and 4:30 p.m.  Students may schedule a room for weekend use on Thursday prior to the weekend it is needed. Room requests can be made through the Office of Enrollment Services via phone (ext. 6476) or in person.  Student organizations may also reserve rooms for organization meetings via the Office of Student Affairs. Students are permitted to use only rooms they have reserved and may not access attached phones, kitchens or supplies in any room. Students are NOT PERMITTED to schedule rooms for other students.

    (2)　The University maintains the right to refuse room reservation requests to students who do not meet their responsibilities in room usage listed below or who repeatedly display a lack of fairness and understanding of fellow students in the use of rooms. Students must keep in mind that the University has a limited number of rooms available and potentially more than 700 students who may need a room. Therefore, actions such as student competition over scheduling a room scheduling rooms for other students or a student scheduling a room, on a daily basis, thus preventing others from using the room, will not be tolerated.  Students are encouraged to study with multiple classmates in the same study room, respecting each by studying quietly without disrupting one another. All students studying in an individual room

will be responsible for listing their names on the Room Scheduling Calendar in the Office of Enrollment Services.

(B)    Student Responsibilities and Procedures

(1)    The student reserving the room will be responsible for any activity in the room even if the responsible student was not present for the activity.

(2)    Students must clean the room prior to vacating it. This includes discarding trash and wiping tables of crumbs and other debris.

(3)    Students must vacate the room upon request of the night cleaning crew. The cleaning crew has a schedule to maintain and will not return to clean a room at the convenience of the occupant. Cleaning can generally be accomplished in 15-20 minutes.

(4)    The room must remain unlocked during use. Students must notify Security when they are finished and ready to vacate the room and secure the door when they leave. Students who intend to vacate a room for an extended period of time (i.e., for a dinner break) should lock the room and ask security to re-open the room upon their return.

(5)    The University is not responsible for valuables left in an unlocked, unoccupied room.

(6)    The room must be restored to its original condition. For example, if the room is set up with the tables in a square, they should be returned to this position, even if this is not the standard set-up for the room.  This is particularly important as Conference Services frequently sets up for early morning meetings the night before the meeting. Any required cleaning, rearrangement, etc., WILL BE CHARGED TO THE RESPONSIBLE STUDENT at the Colleges' rate, which is subject to change. *Estimated* rates are listed below:

(a)    Cleaning – $18.00 per hour;
(b)    Shampoo rug – Charged by contractor depending on size of room;
(c)    Move furniture – $13.00 per hour;
(d)    Locate missing furniture – $13.00 per hour;
(e)    Repair damage – $33.00 per hour plus materials; and
(f)    Replace furniture – Replacement cost of new furniture.

(7)    Security will not be permitted to open any rooms that have not been reserved according to the established guidelines.

(8)    Priority room scheduling privileges will be in effect during examination periods. Priority dates and times will be e-mailed.

(9)    The cafeteria, library, Olson Auditorium, Meshel Lecture Hall, and Liebelt Lecture Halls are designated as group study areas and need not to be reserved.

(10)    A student may only reserve a room for the block of time for which he/she will actually be using the room.  For example, a room should not be reserved from 5 p.m. to midnight if the student is only planning on studying in the room from 6 p.m. to 10 p.m.

## Safety and Security Procedures

(A)    To assure the health, safety and security of all personnel entering the campus, safety and security offices have been established.  For all safety or security related issues, you may contact the following:

    (1)    Security Office, Room A-90, 330.325.6489 or 330.325.5911, a minimum of two security officers are on duty at all times.

    (2)    NEOMED Police Department, Room M112, 330.325.5911

    (3)    Public Safety and Security, Room P-6 Physical Plant, Director of Public Safety/Chief of Police, Room M112-B, 330.325.6492

    (4)    Public Safety Officer, Room M-121, Police Sergeant, Room M112-A, 330.325.6519

    (5)    Manager, Environmental and Occupational Health and Safety, Room P-3, 330.325.6494

    (6)    Specialist, Environmental and Occupational Health and Safety, Room P7 F-240, 330.325.6496

    (7)    The telephone extensions listed are for normal, non-emergency business.

(B)    Reporting Criminal Incidents and Other Emergencies

    (1)    All students, employees and visitors should promptly call 911 to report criminal incidents, accidents and other emergencies.  When reporting an emergency from a campus desk phone, dial 9-911.  Dialing '9' first obtains an outside line.  After a call is made to (9) 911, students, employees and visitors should notify campus security at 330.325.5911 to inform them of the emergency.  Doing so allows officers security to assist first responders.  For non-emergency public safety related matters, contact campus security at 330.325.6489. , or the public safety officer at 330.325.6519.

    (2)    The red "emergency" button on the exterior emergency telephones is programmed to dial 911 directly.  The key pad may continue to be used to dial any on-campus extension, including Security at ext. 6489.  Campus security personnel can direct the responding agencies to the scene if they are provided the information.

(A)    Courtesy Phones (Red)

    (1)    Courtesy phones are located near the main exits of the facility.  These stations will automatically ring Security when they are taken off the hook.  Courtesy phones will function to report emergencies and for general building information. The locations of the courtesy stations currently in service are listed below.

        (a)    Near the South exit to "B" building;

        (b)    Near the Southeast exit of "C" building;

        (c)    At the South exit to "D" building (between "C" and "D" building);

        (d)    Near the Northeast exit to "E" building;

        (e)    Near the North entrance to Lower "E" building;

        (f)    Near the Northeast exit of the "R" building;

        (g)    Near the north main entrance to "F" building; and

        (h)    South main entrance to Ralph Regula Conference Center.

(B)    Emergency Blue Light Phones

**104**

(1)     These phones allow individuals in need of assistance to either call Security, or call 911 directly.  The emergency blue light phones are located in parking lots B, C and D.

(C)     Fire Alarm Procedures

(1)     When the fire alarm sounds ALL faculty, staff, students and visitors shall:

    (a)     LEAVE THE BUILDING IMMEDIATELY by the nearest exit;
    (b)     Close any open windows or doors in the area as you exit the building, if time permits;
    (c)     Stay far enough from the building to permit easy entrance by fire department personnel and equipment;
    (d)     When the building alarm is silenced DO NOT ENTER THE BUILDING.  When it is safe to enter, an "all clear" will be given;

(2)     All personnel, except designated response personnel, are required to leave the building immediately regardless of activities in progress.  No classes, meetings, research or surgical activities justify endangering human life from fire or toxic gases.

(3)     Time should be taken to deactivate miscellaneous electrical and mechanical equipment ONLY if they cannot safely continue running unattended.

(4)     All campus personnel and students must follow any emergency instructions given by emergency response personnel during an emergency situation.

(D)     Emergency Notifications

(1)     NEOMED's Office of Public Safety and Security works closely with other offices and departments on campus, as well as outside agencies to assess threat levels.  If a determination is made that an emergency or dangerous situation exists that poses an immediate threat to the health or safety of members of the University community, the Office of Public Safety and Security in conjunction with input from the Offices of the President, Administration and Finance, and Public Relations will determine the content of the notification.  Some or all of the systems described below will be used to communicate the threat to the community, or to a particular building or segment of the community.

(2)     NEOMED will, without delay, and taking into account the safety of the community, determine the content of the notification and initiate the notification system, unless issuing a notification will, in the professional judgment of responsible authorities, compromise efforts to assist a victim or to contain, respond to or otherwise mitigate the emergency.

(3)     Certain University officials are authorized to send emergency notification messages to students, faculty and staff.  The emergency notification system is capable of sending messages via email, text messages to cell phones, and voicemail to cell, home and office phones.  NEOMED will immediately notify the campus community upon confirmation of a significant emergency or dangerous situation involving an immediate threat to the health or safety of students or employees occurring on the campus, unless issuing a notification will compromise efforts to contain the emergency.  Emergency messages will include information

**105**

on what has occurred and directions to the campus on what to do next.  Additional methods by which notifications may be received include:

    (a)   Outdoor warning sirens
    (b)   Public address system
    (c)   NEOMED's intranet, D.O.C.S.
    (d)   NEOMED's website, www.NEOMED.edu
    (e)   Telephone system
    (f)   Print and broadcast media

(4)    The emergency notification system is tested on an annual basis.  It is absolutely necessary that every student and employee keep his/her contact information current in the emergency notification system.  To view and/or update personal contact information, please visit the public safety tab on D.O.C.S.

## STUDENT CONDUCT:

### Administration of Student Conduct

(A)    DEFINITIONS:

    (1)    "Expectations for Student Conduct and Professional Commitment" refers to the University's requirement that each student demonstrate behavior which, by its nature and interpretation, is considered to be appropriate for a career in the student's chosen field of study.  Adherence to the Student Conduct Code and Expectations of Professional Behavior is required of all students enrolled at the University.  Students are expected to read, understand, sign and abide by these Expectations while enrolled and involved in NEOMED, its partner institutions and hospitals, and NEOMED-sponsored activities.  A student's signature on the document constitutes an agreement to support the conduct code and the professionalism principles embodied therein.

    (2)    "Complaint" includes a written document or verbal report setting forth the facts and reasons that a party or parties believe are sufficient to support a claim against a student or students for a violation of the Expectations for Student Conduct and Professional Behavior.  All Complaints of this nature shall be directed to the Chief Student Affairs Officer.

    (3)    "Conduct Officer" is the University official or designee who reviews a wide range of reported misconduct, may resolve misconduct cases, or may refer them to another University official for adjudication.

    (4)    "Safety Officer" is the University's Supervisor of Public Safety and Security or his/her designee.

(B)    BODY OF THE POLICY:

    (1)    By law, the University is responsible for regulating the use of the grounds, buildings, equipment and facilities of the University so that the University may achieve its mission.

(2)     To meet these responsibilities, the University hereby adopts standards of conduct for the students and provides for suspension of students from classes, expulsion from the University and/or physical removal from University property.

(3)     The University hereby authorizes University officials to enforce University policy in order to maintain law and order on the campus.

(4)     The President of the University has the ultimate responsibility and authority for the discipline of all students.  The authority to impose the formal sanctions specified in this rule may be delegated to a Conduct Officer by the President.  Disciplinary action under this rule may be taken against a person who has been admitted as a student to the University, whether or not the individual is registered for classes.  Disciplinary action may also be taken against student organizations.  The President, on his/her own initiative, may review any case that comes within the purview of this rule.

(5)     As the recipient of all Complaints alleging student misconduct, the Chief Student Affairs Officer will work in collaboration with the Director of Enrollment Services and Registrar, and, if necessary, the associate dean for Academic Affairs of the student's college to make the initial determination as to whether the matters alleged in the Complaint are best resolved through the formal disciplinary process contained in this policy or by way of a referral to the Committee on Academic and Professional Progress (CAPP) or some other mechanism such as counseling or mediation.

(6)     Immediate Administrative Suspension.  At the time the Complaint is reported, if the Chief Student Affairs Officer, in consultation with the General Counsel for the University, determines that the conduct alleged is inconsistent with maintaining the good order and discipline of the University and its campus, the Chief Student Affairs Officer has the discretionary authority to impose an Immediate Administrative Suspension upon the student.  Imposition of an Immediate Administrative Suspension will only occur after there has been: an in-person meeting between the student, the Chief Student Affairs Officer, and the Safety Officer to discuss the allegations set forth in the Complaint or a good faith effort upon the University to hold an in-person meeting.  Where the circumstances of the student's misconduct prevent such a meeting from occurring, an Immediate Administrative Suspension may still be imposed.  If an Immediate Administrative Suspension is issued following the in-person meeting, the student must surrender his/her University identification badge and will be escorted off the University property by the Safety Officer.

(7)     A student against whom a Complaint has been made under this policy is entitled to a hearing on the Complaint.  The student will be notified in writing at least seventy-two (72) hours in advance, excluding weekends and holidays, of the Complaint and the time, date, and location of the hearing.

(8)     Hearing Procedures.  The University will appoint a Conduct Officer to hold the hearing to determine whether further disciplinary measures will be imposed upon the student.  The hearing shall be held at the University on the time and date specified in the Hearing Notice.

(a)     The Conduct Officer may invoke whatever means necessary to  manage the hearing effectively and preserve the order and decorum of the proceedings over which he/she presides.

**107**

(b)     The hearing shall be adversarial in nature and shall be conducted fairly and impartially, but the technical rules of evidence applicable to civil and criminal cases shall not apply.

(9)     Severance of Proceedings.  In proceedings involving more than one accused student, severance, if requested in writing before or at the hearing, shall be granted by the Conduct Officer.  Also, upon reasonable request submitted in writing by the student, the Conduct Officer or University Official may grant a continuance of the originally scheduled hearing.  In all cases, the proceedings may be delayed no more than two times, each for a period of no longer than five business days.

(10)    Student's Rights at the Hearing.

(a)     The student against whom a Complaint has been made is entitled to know the nature and the source of the evidence used to support the Complaint; to cross-examine witnesses against the student; to testify; and to present the testimony of witnesses and other evidence in the student's behalf.  In the absence of a waiver of the right against compulsory self-incrimination, the testimony of a student whose suspension is being considered, given at the hearing, shall not subsequently be used in any criminal proceeding against the person.   The Conduct Officer may require the separation of witnesses and may bar from the proceedings any person whose presence is not essential to the proceedings.  No counter-charges regarding the same incident shall be permitted to be filed pending final disposition of the original charge.

(b)     The student against whom a Complaint has been made shall be offered the opportunity to appear at the hearing alone or with another person, who may serve only in an advisory capacity.  A person serving in an advisory capacity may not participate directly in the hearing or address the Conduct Officer on behalf of the student unless a communication difficulty exits that is sufficiently severe so as to prevent a fair hearing.

(c)     All hearings shall be closed to protect the student's rights of confidentiality.  A request for an open hearing, however, may be made to the Conduct Officer by the student charged and may be granted if warranted by the circumstances.

(11)    Credibility Determination.  The Conduct Officer shall evaluate the points of view presented by the parties in conflict and shall determine if the preponderance of the evidence supports the conclusion that  the student committed the misconduct alleged in the Complaint.

(12)    A copy of the Conduct Officer's findings, including the procedures for appeal before the CAPP Executive Review Committee, shall be given to the student in writing within five business days from the conclusion of the hearing.

(13)    Offenses

(a)     Behavior in violation of University policies or procedures, including the behavior outlined in the Expectations for Student Conduct and Professional Behavior and

incorporated by reference into this policy.  Such policies shall be published in a manner reasonably designed to come to the attention of students.

(b)  Behavior in violation of the terms of Sanctions previously imposed under this Policy.

(c)  Behavior deemed detrimental or disruptive to the University community and/or prohibited by local, state or federal laws, including any act that is a violation of the Campus Disruption Act or results in the student's arrest, but excluding any conduct considered an Offence of Violence pursuant to section 3345.22 and 3345.23 of the Ohio Revised Code and addressed under University Policy No. 3349-10-74.

(d)  Offenses where another student is the victim.

(14)  Sanctions

(a)  Immediate Administrative Suspension.  As stated, the Chief Student Affairs Officer, in consultation with the Executive Director of Enrollment Services and the Vice Dean for the college in which the student is enrolled,  may impose an Immediate Administrative Suspension upon receipt of a Complaint based on the nature of the allegations and the in-person meeting with the student.

(b)  Strict Disciplinary Probation.  Based on the Conduct Officer's findings, the student may be placed on strict disciplinary probation, whereby placing the student in serious jeopardy with the University.  This Sanction is invoked for a specified period of time, not to exceed twelve (12) months from the date it is originally imposed. Notification of Sanctions will be made to appropriate University offices, including the student's academic College.  Students on disciplinary probation:

(i)  May not be permitted to participate in an official non-curricular capacity such as an officer of a student organization.

(ii)  May be restricted from entering or remaining in selected campus buildings or in specified university facilities.

(iii)  May be subject to additional stipulations as outlined by the Conduct Officer.

(iv)  May be subject to automatic Dismissal or Immediate Administrative Suspension if allegations of further misconduct arise, including any violation of the terms of the disciplinary probation originally imposed.

(c)  Disciplinary Suspension.  This sanction is one of involuntary separation of the student from the University for a period not to exceed twelve (12) months from the date of sanction.  Notification of sanctions will be made to appropriate University offices, including the student's academic College.  Students suspended:

(i)  Shall be assigned grades or marks which would be appropriate if they were withdrawing voluntarily.

**109**

(ii)    May be required to leave the campus and/or premises of the University effective the date of Suspension.  Permission may only be granted by the General Counsel for entrance to University premises for a specified purpose and time.

(iii)    Shall receive any refund of money in accordance with the refund schedule in effect at the time of suspension if the suspension exceeds four weeks in duration.

(iv)    Are permitted to return to the University and re-enter their College's curriculum at the conclusion of their suspension pursuant to the terms established by the Conduct Officer and set forth in the Conduct Officer's written conclusion following the hearing.

(d)    Disciplinary Dismissal.  This sanction is one of involuntary separation of the student from the University.  Such separation shall be for not less than twelve (12) months following the date of Sanction.  Notification of Sanctions will be made to appropriate University offices, including the student's academic college.  Students dismissed:

(i)    Shall be assigned grades or marks which would be appropriate if they were withdrawing voluntarily.

(ii)    May be required to leave the land and/or premises of the University effective the date of Dismissal.  Permission to re-enter the University premises for a specified purpose and time may only be granted by the General Counsel.

(iii)    Shall receive any refund of money in accordance with the refund schedule in effect at the time of dismissal.

(iv)    Shall be reinstated only by the joint decision of the Vice Dean of the College and the Chief Student Affairs Officer, who shall establish criteria for readmission.

(15)    Additional Stipulations to Sanctions.  Additional stipulations are the prerogative of the Conduct Officer.  They may be mandated as part of the sanctions listed above.  The options may be considered are as follows:

(a)    Counseling;
(b)    Restitution for damages; or
(c)    Education/Rehabilitation program referral;

(16)    Appeals from the decision of the Conduct Officer.

(a)    Within five business days of the Conduct Officer's decision, a student may submit a written appeal of the decision to the CAPP Executive Review Committee.  No additional appeal will be heard.

(b)    Appeals are limited to the following reasons:

**110**

(i)     The decision was reached through a procedure not in accordance with this policy.

(ii)    Presentation of new information that was not available at the time of the hearing and may suggest modification of the decision is necessary.

(c)     The CAPP Executive Review Committee will not provide for a rehearing of the underlying matter.  Instead, it will focus solely on whether a substantive or procedural defect occurred in the underlying matter or whether the new information presented to the Committee bears reconsideration of the Conduct Officer's decision. The CAPP Executive Review Committee has the ability to uphold, modify or reverse the Conduct Officer's decision in any manner it deems appropriate based on information brought forth by the student on appeal.

(17)    Imposition of Sanctions Without a Hearing

(a)     A student may admit the facts contained in the Complaint.  The admission shall be in writing and shall be given to the University Official designated in the written notice.

(b)     A student may waive the required appearance before a Conduct Officer by requesting, in writing, that a University Official be permitted to impose any sanction, stipulation, cost or penalty as provided for in this policy.  If the student does not choose to have a University Official impose sanctions, the student shall be advised in writing of the hearing time and place to appear for the receipt of any sanctions from the Conduct Officer.

(c)     A student who does not submit a written admission or waiver according to this policy, but fails to appear at the hearing, shall be subject to any sanction imposed by the Conduct Officer.

(d)     In any of the foregoing situations, the decision of the Conduct Officer or University Official is not subject to appeal.

## Expectations of Student Conduct and Professional Commitment (Student Honor Code)

Northeast Ohio Medical University (NEOMED) students are expected to read, understand, sign and abide by the "Expectations of Student Conduct and Professional Commitment" while enrolled and involved in NEOMED, its partner institutions and hospitals, and NEOMED-sponsored activities. Failure to do so may result in referral and review by either the Committee on Academic and Professional Progress (CAPP) or Student Conduct procedures.  Student conduct or professional behavior concerns should be reported by faculty, staff or students using the "Conduct Concern Notes" available through the Office of Student Affairs.

(A)     **STUDENT CONDUCT CODE**
        The Student Conduct Code definitions apply to all students enrolled at NEOMED for behavior on, or affecting, the campus. All students are responsible for knowing, understanding and abiding by all University rules and regulations outlined within the Student Conduct Code and its definitions listed here. Violations of the Student Conduct Code may result in disciplinary action and subsequent sanctions which may include, but are not limited to probation, suspension, dismissal or other

**111**

sanctions addressing the behavioral issue. The current Student Conduct Code is available in this NEOMED Student Handbook.

(B)     Definitions of Student Misconduct:

(1) **Academic misconduct,** including, but not limited to:

    (a)     Cheating (use of unauthorized assistance, submitting substantially the same work that has been submitted for another course, use of a prohibited source, inappropriate acquisition or distribution of academic materials or engaging in any behavior specifically prohibited by a faculty member).

    (b)     Plagiarism (intentional or unintentional representation of ideas or works of another author as a student's own without properly citing the source or the use of materials prepared by another person; violations of copyright laws).

    (c)     Falsifying or manufacturing scientific or educational data.

    (d)     Misrepresentation of oneself or of another in an academic setting including, but not limited to, the use or possession of another's clicker, sharing of a computer password, or taking examinations for another student.

(2) **Behavioral misconduct,** including, but not limited to:

    (a)     Willful failure to comply with directions of University officials, faculty members, law enforcement officers or emergency personnel.

    (b)     Behavior that disrupts or obstructs teaching, research, administration, living environments, disciplinary proceedings or other University activities.

    (c)     Willfully, recklessly or knowingly engaging in conduct that violates any University policy, rules or regulation (for more information go to the NEOMED Student Handbook online).

    (d)     Failure to report immediately any and all infractions of the law to the University, including traffic citations, criminal charges and the like.  Failure to comply with University policies on Criminal Background Checks. (Utilize the Violations Reporting Form to report any violations).

    (e)     Failure to report violations of the Student Conduct Code.

    (f)     Knowingly furnishing false or misleading information to University officials including but not limited to forgery, alteration, or misuse of any University document, record or I.D.

    (g)     Abuse of computer facilities and resources including but not limited to unauthorized entry into a file, unauthorized transfer of a file, use of another individual's identification or password, use of computing facilities and resources to interfere with the work of another student, faculty member or University official, to send obscene or abusive messages or to interfere with normal operation of the University computing system.

    (h)     Unauthorized use of an electronic or other device to make or disseminate an audio or video recording of any person without his or her prior knowledge or consent.

    (i)     The use of personal electronic devices during academic sessions for purposes other than current content learning. All electronic devices are to be silenced during educational sessions.

    (j)     Disclosure of confidential or private patient information in an unethical or inappropriate manner.

    (k)     Photography or video recording of any human donor specimens is strictly prohibited.

    (l)     Improper use of social media including derogatory bullying toward another or the posting of indecent or derogatory photographs, links or comments directed toward another, particularly using the University email system.

**112**

     (m)    Failure to notify appropriate individuals of tardiness or absence in the case of an emergency. Absences must be cleared by the course director, site director or preceptor and do not relieve students of their responsibilities for materials covered or assignments or time missed from clinical experiences.

     (n)    Failure to wear appropriate business professional attire in academic and clinical settings.

     (o)    Failure to exemplify those professional commitments to which students should aspire.

(3)  **Criminal misconduct,** including the attempt or completion of any of the following offense, irrespective of whether the matter is prosecuted:

     (a)    Engaging in or threatening physical abuse, verbal abuse, threats, intimidation, harassment, coercion and/or other conduct that intentionally or recklessly threatens or endangers the health, welfare or safety of any person.

     (b)    Sexual harassment, sexual assault, imposition or sexual misconduct including but not limited to any physical act of a sexual nature perpetrated against an individual without consent or when an individual is unable to freely give consent or unwelcome sexual advances, requests for sexual favors or other verbal or physical conduct of a sexual nature.

     (c)    Disorderly, disruptive, lewd or indecent conduct.

     (d)    Theft or attempted theft, or willfully, recklessly or negligently destroying damaging, injuring or using property of NEOMED or another person without the consent of the owner.

     (e)    Use, possession, manufacture, cultivation, distribution, or facilitating the distribution of marijuana or any narcotic, hallucinogenic or other controlled substances. This includes, but is not limited to, the failure to comply with the NEOMED mandated toxicology screen and the receipt of a positive screening result.

     (f)    Use, possession, manufacture or distribution of alcoholic beverages, or public intoxication in a manner prohibited by law.

     (g)    Unlawful or unauthorized possession of firearms, fireworks, explosives, other weapons, or dangerous chemicals or using any such item, even if lawfully possessed, in a manner that harms, threatens or causes fear to others.

     (h)    Commission of any felony or misdemeanor under applicable federal, state or municipal law.

(C)    **PROFESSIONAL COMMITMENTS TO WHICH STUDENTS SHOULD ASPIRE**

NEOMED students are expected to abide by the Professional Commitments during their tenure including their undergraduate experiences at partner universities and in clinical settings.

Professionalism in the health professions requires that health care professionals serve the interests of the patient above their own. This highest level of professional behavior compels students at the Northeast Ohio Medical University to aspire to altruism, accountability, excellence, duty, service, honor, integrity, and respect for others throughout their studies, their clinical experiences, and their professional careers. Within each of the following professional expectations are examples of behaviors by which NEOMED students are expected to aspire during their professional training in the academic and clinical settings.

(1)  **Altruism:** the essence of professionalism that maintains that the best interest of patients, not self-interest is the rule.

     (a)    Demonstrate humility. Each student is the sum of not only his or her own work, but also the teaching, lessons, encouragement and giving of others.

     (b)    Assist other medical, pharmacy and health professional students in need.

     (c)    Contribute a positive image of the health professions.

     (d)      Relate to others in a caring, empathic manner and strive to prevent and relieve human suffering.

(2) **Accountability:** required at all levels including accountability to the individual patient for fulfilling the implied contract governing the health care professionals/patient relationship; to society for addressing public health needs; and to the profession for adhering to the highest level of ethical precepts.

     (a)      Read, understand and abide by the Student Handbook, particularly as it relates to expectations of student conduct, academic performance, and professional expectations.

     (b)      Participate in and assume an appropriate and equitable share of responsibilities among peers and colleagues including group work duties.

     (c)      Be present, punctual and prepared in all mandatory activities at the University and at clinical sites.

(3) **Excellence:** to reach excellence requires a conscientious effort to exceed ordinary expectations and to make a commitment to life-long learning.

     (a)      Demonstrate the principles of NEOMED's Six C's: Competence, Communication, Caring, Curiosity, Character and Community.

     (b)      Present oneself in a professional manner with respect to dress, hygiene, body language, composure and gesture.

     (c)      Self-assess personal challenges and developmental needs and seek support and assistance to improve future performance.

(4) **Duty:** every health care professional in training or in the field accepts a commitment to service as a personal and professional goal. This requires availability and responsiveness, accepting inconvenience to meet the needs of the patient, sometimes enduring unavoidable risk to oneself when a patient's welfare is at stake, advocating for the best possible care regardless of ability to pay and the willingness to accept active roles in professional associations, and to volunteer one's skills and expertise for the welfare of the community.

     (a)      Participate in and contribute to improving public health care within the local and global community.

     (b)      Champion the needs and health issues of those who may be unable to speak on their own behalf to improve social sustainability.

     (c)      Assume leadership opportunities within out-of-classroom organizations, professional groups and informal groups devoted toward addressing health care.

(5) **Honor and Integrity:** to regard the highest standard of behavior and to refuse to violate the personal and professional codes of the profession require honor and integrity that imply fairness, truthfulness, keeping one's word, meeting commitments and being straightforward. Recognizing any conflicts of interest and avoiding situations that make personal gain more important than the best interest of the patient is the goal.

     (a)      Safeguard patient confidences and privacy whether through written, verbal, electronic or social media sharing.

     (b)      Deal with confidential information with discretion and appropriateness.

(6) **Respect for Others:** respect for others including patients, their families, faculty and staff, and other health care professionals is the essence of humanism and is central to valuing others. Respecting others means valuing the diversity of backgrounds, opinions and talents that individuals contribute to the community and is a fundamental requirement for valuing others.

**114**

(a)    Act appropriately and respectfully in all verbal and nonverbal interactions with patients, standardized patients, residents, peers, hospital personnel, faculty and staff.

(b)    Respect and promote diversity and convey a sense of belonging, respect and value for all persons.

(c)    Nurture and allow free and open discourse, listen to new ideas, and value diverse perspectives and talents.

Signature of the "Expectations of Student Conduct and Professional Commitment" constitutes an understanding of these expectations and an agreement to abide by the expectations herein. Signed documents are requested annually and maintained within official student records.

*American Board of Internal Medicine's six definitions of professionalism as developed in the Project Professionalism document which has been expanded to include all health professions and various examples of professional expectations at the Northeast Ohio Medical University.

## Employees and Students Arrested for Offenses of Violence – H.B. 1219 Policy

(A)    The purpose of this policy is to outline the procedures the immediate suspension and possible termination of employees arrested for Offenses of Violence. This policy will also be used for the suspension and dismissal of matriculated students arrested for offenses of Violence.

(B)    The scope of this policy is inclusive of all employees and matriculated students of the University.

(C)    DEFINITIONS

    (1)    "Force" means any violence, compulsion or constraint physically exerted by any means upon or against a person or thing.

    (2)    "Deadly force" means any force that carries a substantial risk that it will proximately result in the death of any person.

    (3)    "Hearing Officer" refers to the person who will preside over the hearing initiated when a student or employee is arrested for an Offense of Violence.  The Hearing Officer shall be an attorney admitted to the practice of law in Ohio, but the Hearing Officer shall not be attorney for or an employee of the University.

    (4)    "Matriculated" means enrolled or admitted to any course of study in any one of the Colleges of the University.

    (5)    "Offenses of Violence" are those offenses set forth in sections 3345.22 and  3345.23 of the Ohio Revised Code, or any substantially equivalent offenses under a municipal ordinance. These offenses include, but are not limited to, the following offenses:

    Aggravated Murder, Murder, Voluntary Manslaughter, Involuntary Manslaughter, Felonious Assault, Aggravated Assault, Assault, Permitting Child Abuse, Aggravated Menacing, Menacing by Stalking, Menacing, Kidnapping, Abduction, Extortion, Gross Sexual Imposition, Arson, Aggravated Robbery, Rape, Sexual Battery, Aggravated Arson, Arson, Disrupting Public Services, Terrorism, Robbery, Aggravated Burglary, Burglary, Inciting to Violence, Aggravated

**115**

Riot, Riot, Inducing Panic, Domestic Violence, Intimidation, Intimidation of Attorney, Victim or Witness in Criminal Case, Escape, Aiding Escape or Resistance to Lawful Authority, Having Weapons While Under Disability, and Improperly Discharging Firearm at or into a Habitation, in a School Safety Zone or with Intent to Cause Harm or Panic to Persons in a School Building or at a School Function.

(6)    "Physical Harm to Persons" means any injury, illness or other physiological impairment, regardless of its gravity or duration.

(7)    "Physical Harm to Property" means any tangible or intangible damage to property that, in any degree, results in loss to its value or interferes with its use or enjoyment. "Physical Harm to Property" does not include wear and tear occasioned by normal use.

(D)    PROCEDURES

(1)    Duty to Report. While the arresting authority is required to notify the President of the University immediately of the arrest of an employee or student for an Offense of Violence, the employee or student who has been arrested is also under an obligation to so report. A student's failure to report will be deemed a violation of the Student Academic Integrity and Conduct Code. An employee's failure to report will be deemed as grounds for discipline or termination.

(2)    Immediate Administrative Suspension Pending Hearing. Upon receipt of the information that an employee or student of the University has been arrested for an Offense of Violence, the President or his/her designee may impose an Immediate Administrative Suspension upon the student or employee until a hearing is held on the matter. The Chief Student Affairs Officer has the discretionary authority to impose an Immediate Administrative Suspension upon a student, and the Department of Human Resources has the same discretionary authority to issue such a suspension to an employee. Imposition of an Immediate Administrative Suspension will only occur after there has been an in-person meeting to discuss the alleged conduct, or a good faith effort upon the University to hold an in-person meeting. An Immediate Administrative Suspension may still be imposed where the circumstances of the person's arrest prevent such a meeting from occurring or if the person fails to acknowledge the University's request for such a meeting. For students, the meeting will be held with the Chief Student Affairs Officer, while employees will meet with the Director of Human Resources. The Safety Officer shall be present for the meeting. If an Immediate Administrative Suspension is issued following the in-person meeting, the student or employee must surrender his/her University identification badge and will be escorted off the University property by the Safety Officer.

(3)    Hearing to Determine Further Action. Irrespective of whether a student or employee is placed on Immediate Administrative Suspension, a subsequent hearing will be held to determine if further action is necessary based on the person's Offense of Violence.

(a)    Hearing Notice. An employee or student of the University arrested for any Offense of Violence shall be afforded a hearing on the facts of the case. The University will issue a notice of hearing within two business days of learning that a student or employee has been arrested for an Offense of Violence. The hearing notice will identify the time, date and location of the hearing.

**116**

(b)     Hearing Timeframe.  The hearing shall be held within not more than five business days after the person's arrest, subject to reasonable continuances for good cause shown, which continuances shall not exceed a total of ten business days.

(c)     Hearing.  The University will appoint a Hearing Officer to hold the hearing to determine whether further disciplinary measures will be imposed upon the employee or student.  The hearing shall be held at the University or other location in Portage County on the time and date specified in the Hearing Notice.

(i)     The Hearing Officer may administer oaths, issue subpoenas to compel the attendance of witnesses and the production of evidence, and enforce the subpoenas, as well as preserve the order and decorum of the proceedings over which the Hearing Officer presides, by means of contempt proceedings in the court of common pleas as provided by law.

(ii)    The hearing shall be adversarial in nature and shall be conducted fairly and impartially, but the technical rules of evidence applicable to civil and criminal cases shall not apply. A person whose suspension is being considered has the right to be accompanied by counsel, but counsel will not be furnished for the person. The person also has the right to cross-examine witnesses against the person, to testify, and to present the testimony of witnesses and other evidence in the person's behalf. In the absence of a waiver of the right against compulsory self-incrimination, the testimony of a person whose suspension is being considered, given at the hearing, shall not subsequently be used in any criminal proceeding against the person. The Hearing Officer may require the separation of witnesses and may bar from the proceedings any person whose presence is not essential to the proceedings.

(iii)   The person subject to the hearing may appear with another person, who may serve only in an advisory capacity during the hearing.  If serving as an advisor to the student/employee, that person may not participate directly in the hearing or address the Hearing Officer on behalf of the student/employee unless a communication difficulty exists that is sufficiently severe so as to prevent a fair hearing.

(4)   Sanctions. Upon hearing, if the Hearing Officer finds by a preponderance of the evidence that the person whose suspension is being considered committed any Offense of Violence, the Hearing Officer may:

(a)     Order a University Suspension, whereby the person suspended from further employment or matriculation; or

(b)     After consulting with University officials and making a determination that the good order and discipline of the University will not be prejudiced or compromised by the person's continued presence, permit the person to return to the University on terms of strict disciplinary probation. Subsequent violation of the terms of the probation automatically affects a suspension.

**117**

(d) Failure to Appear.  A person afforded a hearing pursuant to this section who does not appear at the hearing will be issued a University Suspension by the Hearing Officer.

(e) Waiver.  A person afforded a hearing pursuant to this section may waive the right to the hearing by responding in writing to the University official designated in the hearing notice. Waiver of the hearing will result in the automatic imposition of a University Suspension.

(f) Campus access.  Campus security shall escort the person subject to a University Suspension from the premises following the imposition of such a sanction and the suspended person must surrender his/her University identification badge.  That name of the suspended person will be provided to campus security and that person shall be denied access to any University property until the sanctions ordered under this policy have been lifted.

(g) Duration of the Suspension.  A University Suspension under this section is in effect until the person is acquitted or convicted of the crime, or a crime related to the same facts for which the person was arrested.  If the person is convicted of the crime or a crime related to the same facts, the University Suspension will remain in effect for the duration of any criminal sentence imposed by the court. Should the person plead guilty to or be convicted of a lesser charge related to the same facts, the University Suspension will remain in effect under the terms originally imposed by the University.

(h) If the person is acquitted or there is a final judicial determination that does not result in a conviction related to the charges for which a person is suspended pursuant to this policy, the University Suspension will automatically terminate, and the person suspended shall be reinstated.  The record of the suspension shall be expunged from the person's personnel or academic record held by the University.

(5)  Appeals.  A person ordered to a University Suspension under this policy may appeal from the order of a Hearing Officer on questions of law and fact to the court of common pleas in Portage County, within twenty (20) calendar days after the date of the order. If the court to which an appeal is taken determines that the good order and discipline of the University will not be prejudiced thereby, it may permit the person suspended to return to the University on terms of strict disciplinary probation.

(6)  Petitions for Reinstatement after a Suspension.  Upon completion of the criminal sentence imposed, the person may petition the University, in writing, for re-entry into the curriculum or return to employment.  Students petitioning to re-enter their curriculum must submit their petition to the Committee on Academic and Professional Progress (CAPP).  The petition will then be reviewed by a standing subcommittee appointed by Phase 2 CAPP.  Employees petitioning to be reinstated to their position of employment must submit their petition to the Director of Human Resources for review by the President and/or the Board of Trustees.  Decisions on reinstatement to the University will be based on a review of the following considerations:

(a)  The nature of the student's profession or employee's position;
(b)  The person's present and past disciplinary record;

**118**

(c)     The nature of the offense;

(d)     The severity of any damage, injury or harm resulting from the person's conduct;

(e)     The continued threat posed to campus personnel or property should the person return;

(f)     The risk of harm to the health and safety of the University and its students and employees.

Students or employees petitioning for reinstatement may appear accompanied by another person.  That person cannot, however, be a relative or an attorney.

Students or employees reinstated following a suspension may be placed on strict disciplinary probation for a period of at least one year and may face restrictions, including but not limited to, limitations on facility use.

(7)     Student Appeals from the denial of a Petition for Reinstatement.  A student who has petitioned for reinstatement may appeal the decision of the Phase 2 CAPP subcommittee on the following grounds:

(a)     The student sets forth significant new information, which was not available at the time the subcommittee reviewed the Petition; or

(b)     The student identifies a procedural error that occurred when the subcommittee was reviewing his/her Petition.

Any such appeal shall be directed to the Executive Director of Enrollment Services or designee within five business days of the Phase 2 CAPP decision.  The Executive Director of Enrollment Services or designee will make a determination as to whether the matter will be further reviewed by the CAPP Executive Review Committee.  Should the CAPP Executive Review Committee determine that the new information brought forth or procedural error alleged had a substantive effect on the decision of the Phase 2 CAPP subcommittee, the matter will be resubmitted to the subcommittee for further consideration and the same process, including the right to an appeal of that decision, will ensue.

(8)     Dismissal of employees or students upon conviction of certain offenses.

(a)     If convicted, the person is dismissed from the University pursuant to Section 3345.23 of the Ohio Revised Code.

(b)     A tenured faculty member dismissed pursuant to this section is not entitled to the protections set forth in Appendix D of the Bylaws of the Faculty.

(c)     Upon conviction of a University employee or student for any Offense of Violence, the court shall immediately notify the President of the University of such conviction. The University Registrar or the Human Resources Department shall immediately notify such person of the person's dismissal and provide a copy of the dismissal letter to the University General Counsel. The notice shall be in writing and shall be mailed by certified mail to the person's address as shown in both the court and the University records. If such person has been suspended pursuant to this policy, and not

**119**

permitted to return to the University, the period of the person's dismissal shall run from the initial date of the University Suspension.

(d)     No degrees or honors shall be conferred upon, no instructional credit or grades shall be given to, and no student assistance, scholarship funds, salaries, or wages shall be paid or credited to any employee or student, during the period such person is properly dismissed pursuant to this section or under a University Suspension pursuant to this policy.

(e)     A dismissed person may later seek readmission or re-employment pursuant to division (A) of section 3345.23 of the Ohio Revised Code.

(f)     Without limiting the grounds for dismissal, suspension or other disciplinary action against a student or employee of the University, the commission of an Offense of Violence or a substantially equivalent offense under a local, state or federal law, which offense is committed on or affects persons or property of the University, or which offense is committed in the immediate vicinity of the University with respect to which an emergency has been declared and is in effect pursuant to section 3345.26 of the Ohio Revised Code, is cause for dismissal pursuant to this policy.

(g)     If a final judicial determination results in an acquittal, or if the conviction is reversed on appeal, the student or employee shall be reinstated and the University shall expunge the record of the student's or employee's dismissal from the student's or employee's University records, and the dismissal shall be deemed never to have occurred.

(E)     ADDITIONAL AUTHORITY OF THE UNIVERSITY

(1)     Sections 3345.22 and 3345.23 of the Ohio Revised Code and all other sections provided for in this policy shall be applied and followed, notwithstanding any rule, regulation or procedure of the University, but such sections shall not be construed to limit any duty or authority of the University to take appropriate disciplinary action, through such procedures as may be provided the Policies and Bylaws of the University.

(2)     Sections 3345.22 and 3345.23 of the Ohio Revised Code and all other sections provided for in this policy shall not be construed as modifying or limiting the duty or authority of the University to summarily suspend a student or employee, when necessary to preserve the good order and discipline of the University under other existing policies.

(3)     To the extent that sections 3345.22 and 3345.23 of the Ohio Revised Code and all other sections provided for in this policy conflict with civil service requirements and procedures, persons otherwise subject to disciplinary action pursuant to such sections, but who are employees in the classified civil service, shall be disciplined according to civil service requirements and procedures.

(4)     Dismissed or suspended person are not to enter University premises. No employee or student under dismissal or suspension from the University pursuant to section 3345.22 or 3345.23 of the Ohio Revised Code or this policy, shall enter or remain upon the land or

premises of the University from which he or she was suspended or dismissed, without the express permission of the University.

(5) Pursuant to the Jeanne Clery Disclosure of Campus Security Policy and Crime Statistics Act, 20 U.S.C. § 1092(f), upon receipt of a written request from an alleged victim of an Offence of Violence (as that term is defined in this policy and in Section 16 of Title 18, U.S.C.) or that victim's next of kin, the University will issue a report of the result of the disciplinary proceeding instituted against the alleged perpetrator of the act.

## Student Conduct Council

The Student Conduct Council exists to: educate the student body in the development of ethical professional values and about the NEOMED honor code; assist the student body in monitoring its own conduct and professional commitment; provide student representation on the Committees for Academic and Professional Progress; and to review and update as necessary the "Expectations for Student Conduct and Professional Behavior."

## Student Information for News Releases

The Office of Public Relations and Marketing asks students for authorization to use basic student record information in news releases for various student activities and accomplishments. Data typically includes student name, course of study and year at NEOMED, high school, undergraduate institution (if applicable), and hometown city and state. Granting this authorization is strictly voluntary on the part of the student, but without it, the Office of Public Relations and Marketing is unable to issue the news releases to students' local and hometown news outlets.

## Tobacco-Free Campus

(A) The purpose of this policy is to implement a campus wide tobacco-free policy consistent with the provisions set forth in O.R.C. 3794 and the Ohio Board of Regents Resolution Promoting Tobacco Free Ohio Campuses, issued on July 23, 2012.

(B) This policy applies to all individuals who are present on the NEOMED campus, including but not limited to employees, students and visitors who may be located inside or outside of any buildings, residences or parking lots located on the NEOMED campus.

(C) DEFINITIONS

(1) "Smoking" refers to means inhaling, exhaling, burning, or carrying any lighted cigar, cigarette, pipe, or other lighted smoking device for burning tobacco or any other plant. "Smoking" does not include the burning of incense in religious ceremony.

(D) POLICY

(1)     Restrictions. To protect the health and safety of our faculty, staff, students and visitors, all property on the NEOMED campus is designed as a non-smoking, tobacco-free area.  Smoking or the use of other tobacco products is prohibited anywhere in the NEOMED campus.  The campus-wide tobacco ban includes the inside and outside of all buildings, any parking areas, all vehicles on campus and any personal residence.

Consistent with this policy, University groups or members of the public that schedule indoor or outdoor spaces for approved functions on the NEOMED campus are prohibited from allowing smoking or using tobacco at their function.

(2)     Enforcement.  People who violate the tobacco-free environment established by this policy will be referred to the following reporting authorities for further action:

(a)     Students will be reported to the Chief Student Affairs Officer for handling in accordance with the Student Handbook.

(b)     Faculty will be reported to the Office of the Faculty Member's Dean for handling in accordance with the University Faculty Code of Professional Conduct found in Appendix C of the Faculty Bylaws.

(c)     Employees will be reported to Human Resources for handling in accordance with the Employee Handbook.

(d)     Visitors and guests will be reported to University Security where they will be escorted off of campus property should they continue to use tobacco on the NEOMED campus in violation of this policy.

## NEOMED Toxicology Screening Policy

(A)     **Rationale:**

(1)     NEOMED is committed to providing the highest level of educational activity and professional conduct throughout our programs and has an equal responsibility to ensure that students are functioning free from the influence of illicit or illegal substances. We are committed to safe and drug-free environments wherever educational experiences and patient care are being delivered.

(2)     Because of NEOMED's desire to support students' successful placement and ultimately as licensed physicians and pharmacists and our goal of meeting the requirements of our affiliated health care partners, NEOMED conducts criminal background checks and toxicology screenings for the illegal use of controlled substances. To provide students with the best opportunity for future success, we encourage self-disclosure in advance of our periodic screenings.

(3)     Any criminal convictions or guilty pleas related to substance use may be reviewed by NEOMED. Although such records may not always result in denial of admission, they may require further assessment and clarification. In addition, subject to state jurisdictions, licensing boards, and the Ohio Board of Pharmacy, these records may prevent a student from securing a license to practice unless proof of rehabilitation, ongoing aftercare and continued abstinence can be provided. Concerns in this area can best be addressed and ameliorated when a student with potential addiction concerns voluntarily comes forward for treatment,

**122**

support and care which can be provided either through the NEOMED Director of Student Wellness and Counseling Services or referral to an external addiction specialist.

(B)   **Screening Process:**

The toxicology screening is conducted by a third party agency and is required for all students as they enter into M1,  M3 and P4 year and any NEOMED student assigned to a clinical or practice site requiring screening through urine testing prior to being permitted to interact in that setting.

(1)   All testing will be coordinated through CERTIPHI and the Office of Student Affairs.

(2)   The substances listed below will be included in the 10-panel urine toxicology screening.

    (a)   Amphetamines/Methamphetamines

    (b)   Cocaine and Metabolites

    (c)   Cannabinoids (Marijuana)

    (d)   Opiates (Morphine and Codeine)

    (e)   PCP

    (f)   Barbiturates

    (g)   Methadone

    (h)   Propoxyphene

    (i)   Ecstasy

    (j)   Benzodiazepines

(3)   M1 student toxicology screenings will be conducted at the start of the fall classes and must be completed before entering the clinical setting.

(4)   M3 student toxicology screenings will be conducted in the summer before the start of M3 rotations.

(5)   P1, P2, P3 toxicology screenings will occur prior to starting a rotation at a practice site which requires screening as part of their affiliation agreement with NEOMED. For these required screenings of P1, P2 and P3s, students are independently responsible for arranging and paying for these screenings.

(6)   P4 student toxicology screenings will occur in the spring before starting the P4 rotations.

(7)   Student information including name, birthdate, email address, and last four digits of the social security number will be securely sent to CERTIPHI by NEOMED.

(8)   CERTIPHI will email each student individually with instructions to sign-in to *Application Station* to create an account.

(9)   A follow-up email to students from CERTIPHI will provide instructions for visiting a collection site in close proximity to NEOMED students. CERTIPHI has enlisted LabCorp Clinics to conduct the collections. Multiple LabCorp sites have been identified that are conveniently located in the northeast Ohio region and CERTIPHI can assist students with identifying additional sites outside the region if necessary.

(10)   Students must take to the testing site identification (driver's license, passport or birth certificate), the letter from CERTIPHI and the student-specific account number that has been assigned by CERTIPHI.)

(11)   Students must complete the urine testing at an approved LabCorp site by the identified deadline date.

(12)   If a Pharmacy student is assigned to an IPPE site that requires a drug screen, the student is required to complete the testing. Requests to change a site assignment to avoid the testing will not be considered.

(B)   **Test Results:**

(1)   Results of toxicology screening will be maintained confidentially and managed through the Office of Student Affairs and the Coordinator of Student Health Records in a manner that

**123**

complies with applicable state and federal requirements.

(2)     If an initial positive result is obtained for any of the substances within the 10-panel screening, a confirmation screening will be conducted. CERTIPHI will have a medical representative contact any student with a positive screen to request proof of prescriptions before a final positive result is reported to NEOMED.

(3)     Negative screening results will be noted as such in the Student Immunization Certificate, which can be printed through the IMMUN-U system in Banner. Students can share this information with clinical sites as requested.

(4)     Final results will be stored in a confidential manner and separate from the student's academic file unless the matter is referred to and heard by the Committee on Academic and Professional Progress (CAPP).

(5)     Students who refuse to complete toxicology screening testing or receive a positive result of their screen will not be permitted to participate in any patient care activity, and will be referred to the Committee on Academic and Professional Progress for appropriate action such as the imposition of a mandatory leave of absence, substance abuse treatment requirements or even dismissal from the University.  Other possible ramifications include an additional assessment by a physician addiction specialist, and subsequent monitoring and treatment requirements based upon recommendations.  For Pharmacy students, notification to the Ohio State Board of Pharmacy is required.  The student will be guided and encouraged to self-report to the Board.  If the student does not do so, the College of Pharmacy will report as required. Evidence of rehabilitation and ongoing sobriety through monitoring in formal aftercare may be required before a student may be permitted to return to the curriculum with CAPP approval.

# Section 3: Resources & Support Services

## Academic Holidays

(A)   NEOMED recognizes various holidays within the academic calendar during which the Rootstown campus is either closed and/or classes are cancelled. Refer to the annual academic calendar online for the exact date each holiday will be recognized.  These holidays include:

   a.  Memorial Day
   b.  Independence Day
   c.  Labor Day
   d.  Veterans Day Observance
   e.  Thanksgiving Day
   f.  Columbus Day (first floater; used at a different time in the academic calendar)
   g.  Presidents Day (second floater; used at a different time in the academic calendar)
   h.  Christmas Day
   i.  New Year's Day
   j.  Martin Luther King, Jr., Day
   k.  Memorial Day

(B)   Students wishing to request observation for religious holidays should refer to the Religious Observation Request section of the Student Handbook.

## Alumni Relations

(A)   Alumni are committed to helping students find success in their chosen fields. Our graduates have completed residencies in a wide array of specialties and subspecialties in residency programs across the country and are available to speak with students at any step along the way. More than 300 alumni serve as clinical faculty members, and in excess of 1,100 live and practice in northeast Ohio and are pleased to be a resource for students.

(B)   The Alumni Association sponsors a variety of programs for students throughout the year including events to help students meet and network with physicians in various specialties and activities that provide support and encouragement.

## Emergency Services and Student Support

(A)   Personal Advising Services Policy

   (1)   Students enrolled in NEOMED are eligible to receive no-cost, confidential personal advising on campus and receive any necessary referrals to counseling and psychiatric services.  Personal advising and referral services are provided by the Director of Student Wellness and Counseling in the Office of Student Affairs. Referral lists for mental health care providers are also available on the NEOMED website and in the Office of Student Affairs.

   (2)   Personal advising, learning skills and referral services are free of charge and confidential. Personal advising records follow HIPAA guidelines and are kept separate from student academic records.  Students are informed of personal advising, learning skills and referral services at orientation to medical and pharmacy school and are encouraged to seek

**125**

assistance whenever they think it is indicated to address issues for personal growth and development.  Students seek personal advising, learning skills and referral services for a wide variety of reasons.  Issues that commonly are seen include:  academic concerns, stress, career questions, lack of motivation and time management.

(3)     Students who require counseling will be referred to a licensed therapist not affiliated with the Colleges.   Students may choose a clinician who has agreed to accept medical and pharmacy students for mental health treatment.  A roster of clinicians is available to students through the Office of Student Affairs on campus (B-206), online at the Student Affairs website, or on the Health and Wellness channel of DOCS.

(4)     If a personal issue has affected the student's health, the student will be referred to his/her primary care physician or the Portage County Health Clinic for medical treatment.

(B)     Psychiatric Services

(1)     Student mental health issues are not uncommon given the stress students experience while in professional school.  Mental health issues may develop while the student is in professional school, or they may be issues that a student starts professional school already aware of and for which treatment has already begun.

(2)     When a mental health issue becomes apparent, the Director of Health and Wellness may discuss a referral to a psychiatrist with the student.  The benefits of a psychiatric consultation along with any student concern about such a consultation will be thoroughly discussed until an agreement is reached.  If indicated and with the student's written permission, the director of health and wellness can coordinate a psychiatric referral for the student, checking with the student's health insurance coverage.

(3)     The clinical roster mentioned above for student referrals includes psychiatrists in northeastern Ohio. Referrals for psychiatric services will include those psychiatrists who are on the clinical roster whenever possible as these are physicians who have agreed to see NEOMED students.

(4)     Students may not receive or be referred to psychiatric/psychological counseling from any health service provider involved in the academic assessment or promotion of the NEOMED student receiving those services. Students assigned to a clinical site where a treating psychiatrist /psychologist, with whom the student has an existing or previous relationship, may request a change to their site assignment through Enrollment Services.

(C)     Emergency Counseling Referrals

(1)     Students who require emergency counseling services during business hours should be directed to the Office of Student Affairs.  The Director of Student Wellness and Counseling and/or Chief Student Affairs Officer will refer students to counseling services via the "Mental Health Referral List," a roster of clinicians that is also available on the Student Affairs website if their concerns require immediate attention.  If the Director of Student Wellness and Counseling and/or Chief Student Affairs Officer are not available, emergency counseling situations will be referred to any individual listed on the Mental Health Referral List or confidential hotlines.

**126**

(2)     Situations that require immediate attention include those where the student is:

    (a)     Severely depressed (may talk about suicide or attempting to harm self or others, says life is not worth living, feels hopeless and/or helpless);

    (b)     Experiencing panic attacks (extreme feelings of anxiety, has trouble breathing or has shortness of breath, tightness in the chest and/or head, thinks that he/she is going to die);

    (c)     A victim of sexual abuse, assault or rape;

    (d)     Actively abusing substances such as alcohol or drugs.

(3)     Students and faculty, staff, classmates and family members of students are encouraged to contact the Director of Student Wellness and Counseling and/or the Chief Student Affairs Officer in the Office of Student Affairs if they become aware of a student in need of emergency counseling services.

(4)     Once contacted, the Director of Student Wellness and Counseling or the Chief Student Affairs Officer will speak with the student as quickly as possible and contact additional services as necessary. The Director of Student Wellness and Counseling and/or Chief Student Affairs Officer will inform the Vice Dean of the respective college and/or public safety officer of any emergency student situation and will discuss options for dealing with the emergency such as appropriate transportation to a community mental health center, hospital emergency room or psychiatrist's office, as well as communication with parents and other logistics.

(D)     Emergency Psychiatric Services

    (1)     **Hotlines and Local Resources**
    Help Hotline Crisis Center: 330-747-2696
    Support Hotline Portage Path: 330-434-9144
    National Suicide Prevention Lifeline: 1-800-273-TALK (8255)
    Suicide and Crisis Hotline: 800-999-9999

    (2)     **Sexual Assault**
    Sexual Assault Hotline: 800-656-4673
    TownHall II: 330-678-3006/ 800-449-8518
    Rape and Sexual Abuse National Network: 800-656-4673

    (3)     **Drugs and Alcohol/Substance Abuse**
    Coleman Professional Services: 330-673-1347
    Ohio Alcoholics Anonymous:  330-253-6375
    Narcotics Anonymous Helpline:  800-866-1462
    National Drug Abuse Hotline:  800-662-HELP (4357)
    Portage County Alcoholism Services/Horizon House: 330-346-0233
    Substance Abuse Treatment: 800-662-4357

    (4)     **Domestic Violence**

127

            The Ohio Domestic Violence Network:  800-934-9840
            Summit County Center for Traumatic Stress Counseling:  330-379-5094
            National Domestic Violence Hotline:  800-799-7233

(5) **Immediate Crisis**
On campus: 6489
Off campus: 911

(6) If you need immediate medical assistance, the nearest emergency room to NEOMED Campus is Robinson Memorial Hospital, 6847 North Chestnut Street,  Ravenna Oh  44266
Robinson Memorial Hospital Emergency Department: 330-297-8250

## Emergencies or Illness

(A) At Rootstown

    (1) Emergencies:
        (a) If an emergency situation develops, dial 9-911.  The paramedics will provide emergency care and transportation. Notify Security at 325-6489 to direct the paramedics to the location of the emergency.

    (2) Chronic or episodic illness:
        (a) The Portage County Community Health Center 330- 673-1016 is available for enrolled students for chronic or episodic illnesses.

(B) On a Clinical Campus

    (1) Emergencies:

        (a) Notify the preceptor or chief of service of the department in which you are currently located, and/or go to the emergency room of the hospital where you are located. The Chief Student Affairs Officer, Executive Director of Enrollment, associate clinical dean for the hospital and the clerkship director/experiential director should be notified as soon as conditions permit.

(C) Chronic or episodic illness:

    (1) NEOMED does not wish to limit any student in his or her choice of physician. However, we recognize that a conflict of interest may exist when a treating physician is involved in teaching and/or evaluating a student who is also their patient.  Therefore NEOMED suggests that students select their physicians from those not likely to be directly involved in their teaching and evaluation.

## Enrollment Services

(A) Enrollment Services is the first point of contact for many issues related to services for current and former students. The mission of the office is to provide leadership and uncompromising service to all of its constituents.  These support services enhance the campus environment and contribute to the

**128**

development of the total student.  The staff members are responsible for student financial aid and financial planning;  student grades, records and transcripts; graduation certification and degree audits; student addresses; off-campus housing referral service; enrollment verifications; Ohio residency determinations; veterans affairs; malpractice insurance; student lockers; and alumni certification. The office also assists with coordination of the Medical Student Performance Evaluation (MSPE) and all issues and meetings of the Committee on Academic and Professional Progress (CAPP).

For a complete list of services available, students should visit the Enrollment Services website at: http://www.neomed.edu/students/es, or visit the office in person.

(B)     Additionally, Enrollment Services coordinates the outreach and selection of students for admission to the Colleges.  Through outreach programs, Enrollment Services not only seeks to inform students, parents, guidance counselors and others about the various way to be admitted to the Colleges, but also to publicize the Colleges and their programs.

(1)     Student Ambassadors

(a)     Students are encouraged to participate in the admissions outreach program. Typically, one of the most helpful sources of information for prospective students is currently enrolled students and graduates of a medical or pharmacy school. Therefore, the admissions staff selects and trains students to represent the Colleges as volunteer student ambassadors. The major responsibility of the student ambassadors is to give guided campus tours to prospective students. Students chosen for these programs are enthusiastic, personable, well-spoken and willing to devote a few hours each semester to giving tours and answering prospective students' questions. The student ambassadors also may be asked to attend a college fair, speak at an admissions open house, or visit a high school or college with a member of the admissions staff. When coordinating the student ambassadors' schedule, Enrollment Services takes into account the academic demand on the students. Interview notices for student ambassador selection are emailed to students in early September.

(2)     Prospective Student Identification

(a)     All students may assist Enrollment Services staff identify prospective students by passing along names and addresses of people who may have an interest in attending the Colleges. Enrollment Services offers individualized informational appointments and tours to prospective students and parents on an almost daily basis. Therefore, current students may encourage prospective students and parents to contact the Colleges' Enrollment Services office to set up campus visits.

## ImmunU Immunization Tracking System

(A)     ImmunU:
(1)     ImmunU is a NEOMED-created immunization tracking system, developed to address NEOMED's requirements for student compliance regarding immunizations. ImmunU exists within DOCS and was created within the BANNER system by expert IT staff, tested by NEOMED students, and maintained by the Coordinator of Student Health Records in the Office of Student Affairs.

(2)    This self-service system provides a complete record of your immunization history. Upload all your immunization records into ImmunU and the Coordinator of Student Health Records will review and verify immunization results.  Once verified you will receive confirmation via email that your records have been approved (see Approval Definitions). You'll also receive notification if criteria for approval have not been met and additional action is required.

(B)    NEW Students
(1)    If you are a new student who has not yet matriculated, NEOMED requires that students possess and record updated immunizations. To access the list of required immunizations, please review the Immunization Requirement Policy . Be sure to complete all immunizations, other than the Influenza vaccine, PRIOR to the start of your fall courses.  Access the Immunization Record, provide the form to your medical provider for completion, and retain the completed form for your records.  This form may be used as proof of required immunizations.  Once you have proof of your immunizations record form completed, you may upload your document(s) to ImmunU, our online immunization program.  Prior to accessing IMMUNU, view the IMMUNU tutorial video.  The ImmunU documentation process will also be reviewed during your Professional Foundations course during the first week of fall courses, to further assist you with instructions if you have questions about the process. Although immunization verification is required, NEOMED will not impede matriculation of students with incomplete records. However, students must actively make progress toward completing immunization requirements.

(C)    Current Students
(1)    All current student's will utilize the ImmunU immunization documentation system throughout their program as a tool to record your up-to-date immunizations as additional vaccinations or labs are required. Yearly requirements include an updated Influenza vaccination by October 15 and Tuberculin testing. See the  Immunization Requirement Policy  for further details.

(D)    Why use ImmunU?
(1)    Self-Serve; Self-Maintained System
(2)    Immunization Certificates are Accessible 24/7 and Updated in Real-time
(3)    Easy Access to your Immunization Records
(4)    Effective Use of Your Time
(5)    Privacy of Your Records

(E)    How to Use ImmunU?
(1)    Follow the online instructions in ImmunU as you go. Before starting you must have your proof of immunization documents or lab reports in hand.
(2)    Scan each immunization document separately and store in your computer files for easy access.
(3)    Follow the clear instructions once you access ImmunU, including the steps to upload "Silverlight" software to assist you with uploading and reading your immunization records.
(4)    Log in to DOCS
(5)    Log in to Banner Self –Service
(6)    Select Student Information
(7)    Select Student Records
(8)    Select ImmunU *(your  immunization categories will appear on your screen)*
(9)    Choose the appropriate immunization category
(10)    Fill in these data fields if they apply:

**130**

        (a)      DATE (MM, DD, YYYY)

        (b)      RESULTS (for labs and titers only)

(11)    Upload your immunization documentation pertaining to that immunization category.  If the immunization is a series of vaccinations, you must enter all dates of the series.  However, you only need to upload the document for the most recent immunization if that document includes the dates for all series associated with that immunization category. (Example: MMR series usually includes two vaccines. Enter the two dates into ImmunU but only upload the document of proof after entering the most recent date, not after each date entry).

        (a)      Click "Upload"

        (b)      Click "New" icon in tool bar and wait till Page 1 icon shows in left corner

        (c)      A new pop up will appear listing "Index Name" and "Field Value".

        (d)      Click the "Save" button

        (e)      Click the "Log Out" icon on far left tool bar

        (f)      Click "OK" when prompted to logout of Application

        (g)      Close Tab

(12)    Return to the main menu to access the next required immunization and repeat the steps above till all records have been uploaded, and all dates and results have been entered.

(13)    Go to "Verify and Edit" and if you cannot view your document and open it here, then it has not been submitted correctly.  Review the steps above.  Reenter the information till it appears on the "Verify or Edit" screen.

(F)    Viewing Immunization Certificate

    (1)    ImmunU will generate a printable Immunization Certificate of all your immunizations required by your rotation sites. This certificate can be used as your proof of immunizations for any educational experience.

    (2)    To print your Immunization Certificate, use Internet Explorer and sign into DOCS

    (3)    Under the My Services tab select Banner Self-Service.

    (4)    Go to Student Information menu, then Student Records menu.

    (5)    At the bottom of the Student Records menu you will find the Immunization Certificate tab. Once you select it and the certificate appears on the screen, use the drop down arrow by the printer on the IE tool bar and pick Print Preview.

    (6)    Once the Print Preview window opens, turn off the header and footer (select the 5th icon from the left on the tool bar).

    (7)    Select Print and you will be able to print the certificate.

(G)    Approval of Documentation within ImmunU:  As you use the system, you will see various responses following review of your records to signify the status of the immunization entry. Definitions of ImmunU responses include:

    (1)    **Opt Out:**  The entry/documentation may include a written note from a medical provider stating the student is not a candidate for the required immunization.

    (2)    **Pending Review:**  Pending review signifies that the entry/documentation has been uploaded successfully and is awaiting review by the Coordinator of Student Health Records. Entries pending review cannot be included in the Immunization Certificate.

    (3)    **Reviewed Complete:**  The entry has been reviewed and confirms the information provided matches the document submitted as proof.

(4)     **Reviewed Incomplete:** The information provided does not match or meet the requirements for a completed entry in ImmunU. Incomplete immunization entries cannot be included in the Immunization Certificate.

(5)     **Further Action Required:** The entry may meet the documentation standards for ImmunU, however results may suggest that further action including testing or treatment may be necessary to meet the NEOMED requirement. Refer to the Immunization Requirement Policy for further explanation of these expectations.

(H)     Records may not be approved for various reasons. Be sure to verify the following:

(1)     Date of vaccine administration or lab test has been entered correctly, including the year.

(2)     Documentation matches the required vaccination or lab.

(3)     Document is signed, dated, and contains the name of the student.

(4)     Result on the document matches the result entered into the ImmunU system.

(5)     Document was properly uploaded and saved (see instructions above)

For more information, email questions to Diane Esola, Coordinator of Student Health Records at immunizations@neomed.edu

## Lockers

All first-year and second-year Medical and pharmacy students have access to a locker, along with third-year pharmacy students. First-year students will receive a key to their locker on the first day of class; however, all other students are required to provide their own locks.

## NEOMED Student Council (NSC)
## 2013-2014 Constitution and Student Organization Policies (See Appendix IX)

## Oliver Ocasek Regional Medical Information Center

(A)     Information for the Oliver Ocasek Medical Library can be found at http://www.NEOMED.edu/library.

(B)     Resources

(1)     Students have access to all of the resources in the library. There is a broad collection of health sciences books, audiovisuals and journals. Many materials are available to students in electronic format.  There is a small collection of popular reading and media.   Additional library resources can be requested from the associated teaching hospitals through NEOLINK, the library's online catalog. The library is a full OhioLINK member.  Materials can be borrowed via OhioLINK form most of the academic institutions in the state.

(C)     OhioLINK Resources

(1)     The Ocasek Medical Library is a full service OhioLINK library. The OhioLINK central catalog contains more than 50 million items representing more than 89 member colleges and universities and includes the State Library of Ohio. The University's affiliates may request items from these libraries and pick them up anywhere in the OhioLINK consortium. Registered library patrons may access OhioLINK from anywhere in the world. OhioLINK offers access to

**132**

many online databases for research including Medline and Pubmed.  OhioLINK also offers electronic access to millions of electronic journal articles.

(D)     Hours

    (1)     Information for the OORMIC hours can be found by clicking on the About Us/Hours tab at http://www.NEOMED.edu/library .

(E)     Food and Drinks

    (1)     Light snacks, and drinks (in sipper containers), are permitted in OORMIC. Students are responsible for cleaning up after themselves.

(F)     Copyright Information

    (1)     All materials copied from texts or journals and all images used for research must conform to the Copyright Compliance Guidelines and the *Expectations for Student Conduct and Professional Commitment.*

    (2)     More information on copyright issues can be found at http://www.neomed.edu/library/copyright

    (3)     More information on the *Expectations for Student Conduct and Professional Commitment* can be found online and within the Student Handbook.

(G)     Copying, Printing and Faxing

    (1)     There are photocopiers, scanners and printers available for student use.  Image pricing is posted near the machines.  Students use their student ID numbers for printing and copying. Faxing is available Monday through Friday from 7:30 a.m. to 4:00 p.m. The cost is $1.00 per page for sending.

(H)     Circulation Services

    (1)     Most books in OORMIC may be checked out for 21 days. Most audiovisuals check out for 7 days. Items may be renewed if there are no holds on the item. Students can renew items online or by calling ext. 6600.

    (2)     Reserve items check out for a period of three hours and cannot be renewed.

    (3)     To help provide equal access to everyone, overdue fines are charged and may vary by material type.

(I)     Board Review Collection

    (1)     There is a growing collection of board review materials and books. The books may be checked out for seven days and renewed if there are no holds on them.

(J)    Reference Services

  (1)    Reference librarians will help students find relevant resources for their information needs. Literature search assistance is available and one-to-one database instruction can be provided. Reference librarians are available to students Monday through Friday, 8:30 a.m. to 4:30 p.m.

(K)    Interlibrary Loan Services

  (1)    Books that are unavailable through OhioLINK institutions and articles that are unavailable locally or through the Electronic Journal  Center  can  be  requested  through  the  Interlibrary  Loan  department.  Requests  can  be  made  via email to ill@neomed.edu or by calling ext. 6593 or 6592.  Loansome Doc service is available to students as well.

(L)    Instruction

  (1)    Students may request instruction on various library resources.  Librarians and library staff provide instruction for individuals, in small groups or within the curriculum.  Training sessions for electronic databases or other resources are also provided.

(M)    Group Study Rooms

  (1)    Group study rooms are available for student use. Groups have priority over individuals for use of these rooms. The study rooms are available on a first-come, first-served basis.  Each library study room is equipped with a DVD player, LCD projector, VCR, white board and computer.

(N)    Quiet Study Area

  (1)    A portion of the library is available for study 24 hours a day.  This area includes group study rooms, study carrels for 52 students, soft seating and a printer.  The area is fully wireless.  For the safety of all students, ID badges are needed to scan into the 24-hour area after the library closes.

  (2)    Library 24/7 Quiet Area - "Standards of Use"
    (a)    Please keep the area QUIET, no talking.
    (b)    Items left UNATTENDED will be moved to the library circulation desk or the security office.
    (c)    Café trays are NOT permitted in the library.
    (d)    When you leave, remove all trash and CLEAN all spills.
    (e)    Supplies must REMAIN in the study rooms.
    (f)    ALL windows must remain uncovered.
    (g)    Study room furnishings must REMAIN in the study rooms.
    (h)    Report damage to the rooms or furnishings to the library staff at: library@neomed.edu.
    (i)    Violation of the aforementioned guidelines may be referred to the Office of Student Affairs as a Professionalism Concern Note (PCN).

(O)    Consortium Library Guidelines

(1)     The following guidelines refer to proper behavior in the University's consortium libraries. Whereas these libraries are used not only by students, but also by faculty, staff and the general public, it is imperative that everyone follows a few simple guidelines to ensure equal and enjoyable access to library materials.

(2)     The lists found below are not all inclusive. Please see individual library policy for additional rules and regulations that may apply.

(3)     General library rules:

   (a)    No food or drinks in the libraries (see library policy for exceptions, such as the use of beverages with lids).

   (b)    No viewing of materials that others might find offensive, and no downloading of these materials for public display (i.e., wallpaper, screen savers, etc.).

   (c)    No moving of hardware or changing computer configurations so that certain individuals have primary use of computer programs or others are locked out.

   (d)    No saving personal files on the hard drive (i.e., games, music files, etc.).

   (e)    Students must wear hospital appropriate attire, their white coats and ID badges while in the hospital libraries.

   (f)    Please print responsibly (i.e., do not use printers for multiple copy duplication) and use hospital copiers for hospital-associated duplication only.

(4)     Points of etiquette that facilitates use of library resources:

   (a)    Try to use the library at the hospital in which you are doing a clinical rotation. For example, do not make a special trip to use the computers at AGMC when you are doing a rotation at Summa.

   (b)    Do not use library study carrels as lockers for storing bags, coats, etc. while you leave the library to take care of other business.

   (c)    Limit your recreational use of the library (e.g., emailing, surfing the net, etc.) to those hours when the library is not busy.

   (d)    Please return all borrowed materials in a timely manner.

(P)    Observation of these guidelines will help ensure that everyone is able to take advantage of library resources to the fullest extent. Library staff and administrators want to help you, and they welcome any suggestions you might have to improve their facilities. Please see your NSC representative, clinical dean or preceptors if you have any questions or concerns about library use.

## Ombuds

***Office of the Ombuds – A confidential "off-the-record" resource to aid in resolving issues, concerns and disputes***

(A)   The Office of the Ombuds is available to listen to your concerns about life at the university, including to discuss interpersonal difficulties, university policies, and conflict resolution techniques. The Office of the Ombuds is a confidential, off-the-record, and neutral campus resource available to all students, faculty, and staff to aid in the effective and timely management of issues, concerns, and disputes, such as:

   (1)   interpersonal conflicts (w/peers, faculty or staff);

   (2)   authorship disputes;

   (3)   disagreement over grades;

   (4)   advising relationships;

   (5)   respect and treatment;

   (6)   interpretation/application of rules;

   (7)   ethical dilemmas; and

   (8)   academic and campus conditions.

(B)   The Office of the Ombuds is an informal resource and does not replace formal channels. The Office of the Ombuds safeguards the identity of visitors as well as all confidential communications. The Ombuds will not disclose confidential information without a visitor's express permission. However, there are three exceptions to confidentiality: 1) when the Ombuds believes that there is an imminent risk of serious harm, and where there is no other reasonable option; 2) when the Ombuds knows that a felony has been or is being committed; and 3) when there is an allegation of sexual violence regarding a student. Any student seeking a confidential resource to discuss concerns related to sexual violence can contact the [Director of Counseling Services](#)**.**

(C)   For more information about the Office of the Ombuds and the Director, Ombuds – Angela Dash, visit the website at: [http://www.neomed.edu/about/office-of-the-ombuds](http://www.neomed.edu/about/office-of-the-ombuds). The Office of the Ombuds is located in Room 107 of the Ralph Regula Conference Center. Visitors/users are encouraged to contact the Ombuds via her confidential and dedicated mobile device at 330.281.0339 to schedule an on-campus or off-campus appointment. Walk-ins are also welcome. **Email and office voice mail are not appropriate for confidential discussions.**

## Safety Intervention Team

(A)   The Safety Intervention Team is a multidisciplinary team representing the NEOMED community constituents and dedicated to the prevention, intervention and education of threats or potential threats to the safety and security of the NEOMED community.

(B)   The Safety Intervention Team meets as needed to discuss issues and concerns of campus safety and potential threats to the security of the campus and its constituents.  The goals are to discuss and centralize reports, both formal and informal, of actions, activities or behaviors that threaten or will potentially threaten the safety of the campus community and to respond through any of the following actions:

**136**

      (1)     Serve as an informational resource or referral body to the University Incident Management Team

      (2)     Develop prevention and educational tools to improve safety and/or respond to the particular situation

      (3)     Recommend revisions to policies and procedures as needed to r address issues involving safety and security better

      (4)     Refer members of the community for appropriate disciplinary action if appropriate

(C)    Team Membership

      (1)     Chief Student Affairs Officer (Chair)
      (2)     Human Resources representative
      (3)     Public Safety representative
      (4)     Health and Wellness representative
      (5)     Faculty Affairs representative
      (6)     Other personnel as needed

(D)    Reporting and Referrals: Reports can be made to any members of the Safety Intervention Team through any of the following methods:

      (1)     Anonymous "Person of Concern" report (also available on the DOCS Safety Tab): This form allows members of the NEOMED community the opportunity to confidentially report a serious concern that could be considered a threat to others or the NEOMED environment. These reports allow the Safety Intervention Team to initiate proper action to insure the safety of the community. Because the form is confidential, NEOMED reminds the community that those who report "persons of concern" should in good faith report real and actual events or issues. Deliberately falsifying such reports will be considered a violation of University policy and could result in disciplinary action.

      (2)     Informal communication to any member of the Safety Intervention Team: any member of the NEOMED community may call, email or speak directly with a member of the team to relay concerns regarding threatening behavior or threats to safety.

(E)    All members of the NEOMED community should be alert to potential safety issues. If such issues are observed, members of the community should report them directly to the Safety Intervention Team. All referrals will be handled confidentially with information released only on a need-to-know basis.

(F)    Defining Threatening or Violent Behavior: Threatening or violent behavior may include but is not limited to:

      (1)     Physically threatening actions or verbal threats to persons such as stalking, hate speech, implicit threats, electronic bullying, yelling, or threatening to strike with body or weapon
      (2)     Specific threats to inflict harm on others
      (3)     Physical assault, with or without weapons
      (4)     Behavior that a reasonable person would interpret as potentially violent
      (5)     Damage to property of others or the university

For additional information about the Safety Intervention Team, contact the Office of Student Affairs.

## Student Affairs

(A)    Student Affairs exists to support the academic and personal success of students at NEOMED through career development, academic support and advising, health and wellness services, and student advocacy and inclusion. An expert staff of student affairs professionals works to promote student-centered learning and support, student identity and personal development, and a philosophy of student engagement in the campus community. In addition, the Chief Student Affairs Officer provides the leadership to and coordination of these various student services aimed at promoting students' rights and responsibilities as well as their personal and professional development.

(B)    Student Affairs advances student learning and contributes to a more powerful educational experience through:

    (1)    Linking student learning opportunities, services and programs so that they can be accessed easily and build on one another, resulting in a robust learning environment;

    (2)    Creating and promoting innovative student life programs and experiences;

    (3)    Promoting an inclusive and culturally competent community;

    (4)    Helping students understand themselves and how they relate to others; developing values, attitudes and behaviors by students for their education and lifelong learning;

    (5)    Serving as a resource for students and faculty in improving learning;

    (6)    Enforcing high standards of student behavior and the expectation that students be responsible for their own personal, professional and academic growth and development; and

    (7)    Providing  assistance regarding career opportunities and advising, residency match, letters of recommendation, academic performance, CAPP, academic advising, student government, student wellness, counseling, student development and leadership, insurance and immunizations, diversity and inclusion, mistreatment and harassment, and general questions or concerns about the learning environment. Listed below are the services Student Affairs provides.

(C)    Academic Support
In order to achieve academic success in professional school, students must adapt academic strategies and self-management skills that differ from what was necessary for undergraduate success.  Academic support assists students through the identification and evolution of current academic practice into a more efficient and effective study process.  In addition, Academic Support staff works in conjunction with the Disabilities and Accommodations Committee to review and register student requests for disability accommodations. Academic Support promotes students' academic success through various services, including:
    (i)   Individual academic strategy consultation and planning
    (ii)  Peer tutoring
    (iii) Identification of University, community, and online academic resources
    (iv) Workshops for graduation requirement step exams
    (v)  Ongoing study skill development workshops

(vi) Pre-Matriculation online programs
(vii) Post-course Focus Groups

(D)   Diversity Affairs
Diversity at NEOMED means valuing community. We accomplish this through a number of ways including a campus-wide philosophy that everyone matters and everyone brings a different perspective and contributions to our community. The Executive Director of Diversity, Equity and Inclusion works collaboratively with campus departments and academicians to increase cultural competencies, improve equity and inclusion, recognize achievement and leadership in diversity education, and encourage global awareness of the world beyond ourselves. The NEOMED Diversity Council works collaboratively with the Executive Director to positively affect change. The "Value Community" initiative recognizes community service, support for diverse issues and needs, the importance of increasing our student, faculty and staff diversity, and the need for greater cultural competencies in health care professionals.

(E)   Student Wellness and Counseling
A successful transition into professional school requires the ability to maintain a healthful balance between one's academic and personal life; however, matriculation into professional school too often leads to the abandonment of healthy practices. The student wellness and counseling program is based on the concept that to practice and promote preventive medicine, students must first understand and integrate wellness practices into their own lives and maintain a healthy mental and physical mind and body. The goals of student wellness and counseling are to:
(1)   Communicate the importance of achieving balance between one's academic and personal life and demonstrate strategies for maintaining this balance throughout professional school and beyond
(2)   Provide private counseling support
(3)   Teach students how to create and maintain personal wellness goals
(4)   Teach students healthy coping strategies
(5)   Promote a healthy and active lifestyle through good nutrition and exercise
(6)   Maintain students' immunization and insurance records for the institution
(7)   Improve student's experience on the NEOMED campus environment by accommodating students who may have a disability

(F)   Career Center
(1)   Career development activities are designed to help students attain the knowledge, skills and attitudes required for making good career decisions, to develop life planning activities which integrate and balance career with family, leisure, friendship and community and to explore and understand various specialties and settings within the medical professions in order to make good residency and career decisions.

(G)   Student Advocacy
The Chief Student Affairs Officer provides leadership and coordination for all efforts pertaining to student affairs and services, and serves as the students' chief representative to the faculty and administration, and as the faculty adviser to the student government.  Advocating for students entails maintaining a student-centered approach to decision making, creation of procedures and policies that provide consistent and fair treatment of students, ensuring student rights are protected while holding students responsible for actions that may be inconsistent with the expectations and policies of the institution. In addition, the Chief Student Affairs Officer also is responsible for placing of senior medical students into residencies, recruitment and for academic promotion administration.

**139**

(H)    Student Conduct And Professional Commitment

(1)    Students at NEOMED are expected to maintain the highest level of conduct in their actions both in and out of the classroom, as well as in activities associated with the institution.  In addition, students in professional education are expected to develop and maintain the ethical and moral values consistent with all social behavior, but especially those values that must be an integral part of the working attitude of professionals in the field of medicine. Further, it is implicit in the very purpose of the University that honesty and integrity be part of a student's behavior throughout his or her education, as well as after formal education is completed. Student conduct violations including unethical behavior of any sort is contrary to the fundamental principles of the profession and represents a deficiency on the part of the student in the medical curriculum.  Such a deficiency may result in adverse action regarding the student's education, including dismissal.

(2)    Each student who is admitted is expected not only to already possess a well-developed concept of conduct, honor and personal integrity but also to maintain it throughout his or her practice. This responsibility encompasses all public, academic and professional development activities of the student, particularly in regard to the handling of privileged information derived from patients and hospital records. Each student shall demonstrate behavior that, by its nature and interpretation, is considered to be appropriate for a professional. Such appropriate behavior includes, but is not limited to, the demonstration of good judgment, personal insight and accountability, responsibility to patients, ability to recognize personal limitations and ability to function under pressure.  Students also must be aware of the social impact of their behavior as a student in a professional program and later as physicians and pharmacists. Participation in the Conduct Code and the Student Honor Code is expected by all students enrolled in the University.  Students annually subscribe in writing to the principles of the code.

(I)    Student Development and Leadership
It is vital that NEOMED students have advanced opportunities to develop leadership skills.  Student development provides student development programs, traditional campus activities, diversity appreciation opportunities and community service to meet the diverse needs of students at the University by creating and communicating a welcoming environment that accepts differences, promoting tolerance and respect for others, and by creating opportunities for students to learn from each other. Students develop through campus community-building activities, leadership development, and psychosocial skill development through services and support of student organizations, leadership programs, community service opportunities and programming activities.

Student Development and Leadership also supports the efforts of our 60 student organizations that represent the vast personal, social, professional and career interests of our diverse student body. Student organizations register annually and provide support for professional development and presentations, guest lectures and educational activities, social and recreational activities, and a myriad of career-minded development.

## Student Health

(A)    Student Health Services

(1)    Axess Pointe Community Health Center in Kent Ohio s available for enrolled students to be seen for minor illnesses. For general information and appointments, call 888-975-9188.

(2)     The Colleges believe that future healthcare providers should model good health practices and exercise preventive care wherever possible. To this end, health history forms are required of entering students so that appropriate follow-up on individual cases can be made. In addition, all students entering the University must receive the required immunizations and prove immunity to chicken pox and Hepatitis B.

## Summer Research Fellowships

(A)     The Office of Research and Sponsored Programs (ORSP), located on the second floor of G-Building on the Rootstown campus, administers the University's Summer Research Fellowship Program.  The mission of this program is to provide the medical and pharmacy students training in rigorous, ethical and empirical research.

(B)     The Colleges' Summer Research Fellowship Program is a mentored research program, offered to currently enrolled medical and pharmacy students at the Colleges.  It is designed to provide intensive training in research procedures and principles on projects in basic and clinical disciplines; to enhance students' research horizons; and to develop scientific presentation and writing skills.  It is offered for an eight-week period, supporting the student with a stipend.  Faculty mentors are located at the Rootstown campus and our clinical sites.  The student will learn the basics of designing a research question, the articulation of a clear hypothesis and the delineation of defined approaches to test the hypothesis.  Students who participate in this program are required to present a poster at the Colleges' Summer Research Fellowship Poster Day; which is held at the end of the summer.

(C)     A Project Catalog which includes a description of all approved projects and application materials is posted in early spring.  Students who are selected for a Colleges' Summer Research Fellowship must complete all applicable training (CTII on-line human subject certification, lab safety, animal care and use, and radiation safety, as applicable) in order to participate in a project.  Students must also be in compliance with the immunization program.

(D)     Students with summer course remediation may have to withdraw from a Summer Research Fellowship and are required to meet with the Chief Student Affairs Officer to discuss the situation.

(E)     Outside fellowships and research summer opportunities can be found on DOCS and are coordinated through the Director of the Career Center in the Office of Student Affairs.

## TECHNOLOGY:

## Academic Technology Services

(A)     Information for Academic Technology Services can be found at
        http://www.neomed.edu/about/administrationandfinance/academictechnologyservices

(B)     This office is the University's' source for development of academic materials including video, CD-ROM, DVD authoring, Web course content and streaming video productions.  Academic Technology oversees the AIMS Learning Management System, which includes student and faculty support.  The staff also provides training and support for the instructional technologies in the classroom and the student response system (clickers).

141

(C)      Contact for Support

    (1)      AIMS Learning Management System Administration and Support
         scombs@neomed.edu

    (2)      Student Response System - Clickers
         kreyna@neomed.edu
         rtn@neomed.edu

    (3)      Lecture hall and classroom technology
         media@neomed.edu

    (4)      DOCS
         Contact the Helpdesk at Ext. 6911 or help@neomed.edu

## Information Technology

(A)      The Colleges' Office of Information Technology (OIT) provides central computing and communications services, planning, policy development and infrastructure support for the College community.

(B)      A student's primary point of contact for technology assistance is the Help Desk, located in C-172.  For students' convenience, students may also contact a representative at (330) 325-6911, or at help@NEOMED.edu.

(C)      Account Passwords

    (1)      Maintenance of data security is important for the entire College community.  Maintaining strong password credentials and keeping them private helps to keep all of our sensitive data secure.  User name and passwords are required for entry into any data sensitive area: email, AIMS, DOCS and Wireless connection.

    (2)      Each student has a responsibility to review and comply with the Policies Regarding Use of Computing and Network Resources outlined in the Student Handbook.

(D)      Password Resets - If a student's account becomes locked, contact the Help Desk.

(E)      Rootstown Campus Help Desk

    (1)      The Help Desk is the initial point of contact for the Information Technology Department. If students suspect their password or any other sensitive data has been compromised or the computer being used becomes infected, contact the Help Desk using the following methods:

        (a)      Email the Help Desk at: help@NEOMED.edu

        (b)      Phone the Help Desk at: 330-325-6911

    (2)     The Help Desk is open Monday through Friday from 8:00 a.m. to 5:00 p.m. on normal business days.

(F)    Email - Students are provided with a NEOMED email account; OIT has partnered with Google to be the provider.  Students may access their email account through DOCS by clicking on the email system shortcut, or by going to http://my.NEOMED.edu to log in to their account.

(G)    Wireless Connectivity

    (1)     The University maintains a private and public wireless solution that is accessible in most areas inside and outside of the College campus.  Students may log in to the secured public wireless network by using their DOCS username and password.

    (2)     To prevent an accidental compromise of system resources or information, all persons attempting to attach to the wireless network are electronically evaluated to ensure that the most up-to-date patches and anti-virus software have been applied to their computer.  If a computer, laptop, or wireless device does not have recent updates, access to the wireless network will be denied until the updates have been applied.

(H)    Free Anti-Virus Software

    (1)     All students are provided one (1) complimentary copy of Sophos Anti-Virus for their personal computer.  The software is available for download under the Student Software channel in DOCS.

## Wasson Center for Clinical Skills Training, Assessment and Scholarship

(A)    The Wasson Center is a self-contained state-of-the-art facility for the assessment, research and teaching of clinical skills and medical simulation. The facility includes:

    (1)     Sixteen fully equipped patient examining rooms with one-way windows for faculty to unobtrusively view interactions between standardized patients and NEOMED students;

    (2)     A pool of more than 400 trained standardized patients and clinical teaching associates to assist teaching and assessing basic clinical skills, clinical reasoning, and interpersonal and communication skills of NEOMED students

    (3)     Computer hardware and software to support management of student progression through examinations and distribution of video recordings;

    (4)     Dual camera, automated video recording capability;

    (5)     Central monitor conference room and separate control room allow simultaneous viewing and monitoring of all examination rooms;

    (6)     Separate orientation and debriefing rooms for students and standardized patients; and

    (7)     A variety of high-fidelity simulation mannequins and task trainers to teach and assess clinical and procedural skills.

(B)     Teaching activities utilize standardized patients, technology and medical simulation to assist in teaching basic interviewing, history taking, procedural and physical examination skills, and communication skills at a variety of levels, including first through fourth year medical and pharmacy students, residents, practicing healthcare professionals and public safety officers.

(C)     The staff at Wasson Center is prepared to assist students.  If students have questions, please call 330-325-6740.

(D)     If students would like to visit the Center before the assessment to familiarize themselves with the surroundings, please call and make an appointment to do so.

**APPENDIX:**

I.      College of Medicine - Absences for Clinical Experiences
II.     College of Pharmacy – Absence Policy (P1-P3 students) and Time Off (P4 students)
III.    College of Pharmacy – ACPE Standards and Pharmacy Student Complaints
IV.     College of Pharmacy – Remediation Information
V.      Longitudinal  Skills Assessment for Medicine and Pharmacy
VI.     Drug Free Schools Act
VII.    Federal Rights and Privacy Act (FERPA)
VIII.   International Travel Policy
IX.     NEOMED Student Council Constitution and Student Organization Policies
X.      Leave of Absence – Additional Information

## I.       College of Medicine: Absences for Clinical Experiences

A.     Attendance is mandatory for all clinical experiences.   Students experiencing either illness, death in the family, or other serious situation, must contact NEOMED immediately either through the clinical site director or Chief Student Affairs Officer.

B.     Absences must be discussed with the course or clinical director and an Absence Request Form must be initiated by the student.  Documentation that corroborates the illness or situation should be included. The form that serves to document the absence must document the details of the absence, dates, and classes or clinical dates missed.

C.     The course or clinical director determines  if the work can be made up, and signs off on the form, and forwards it to Academic Services

D.     Multiple absences during a course or rotation may result in a final grade of incomplete or failure of the course/experience. Students should refer to the course syllabus or equivalent documentation for specific attendance requirements.

E.     Punctuality at all clinical activities is a matter of conduct and professional commitment.  If problems arise over attendance or tardiness during a clinical rotation, students will be directed to meet with the course director.  Student conduct concerns can negatively impact a grade or evaluation and may be referred to the Committee on Academic and Professional Progress or Student Conduct.

F.     Clinical activities are rarely canceled due to inclement weather.  NEOMED closing due to inclement weather pertain to Rootstown campus activities only. All other students are expected to report for clinical rotations as usual unless otherwise notified.

G.     Any planned absences for educational purposes, e.g., a residency interview or a scheduled Step 2 examination, must be documented on an Absence Request Form and approved by the elective director in advance of the time the elective begins. The elective director will decide whether or not to approve the absence. M4 students may not exceed two (2) days off for residency interviews per elective block.

H.     Lengths of absence using the Absence Request Form are limited. Refer to the "Interruptions of Education" section of this handbook for extended absence information.

146

## II.    College of Pharmacy – Absence Policy (P1-P3 students) and Time Off (P4 students)

A.  College of Pharmacy Absence Policy (P1 – P3 Students)

1.  Students may be granted up to five (5) days of absence time, during each year of the P1-P3 years to attend meetings and/or activities that are intended to enhance the student's professional career.
   a.  The decision as to whether or not an activity is eligible is determined by the course director(s).
   b.  If there is disagreement between course directors, the vice dean will make the final decision. Based on the course requirements and schedule, absences may or may not be approved.
   c.  Not more than three consecutive academic days may be taken at any one time.
   d.  Absences cannot be used for any other purposes.
   e.  Students are required to request absences from course directors at least 60 days in advance of the absence.
   f.  No travels plans should be made until final approval by the course director(s) has been granted for any absence.
   g.  Students who obtain absence approval but do not attend the professional meeting will be deemed to be in violation of the *Expectations of Student Conduct and Professional Commitment*.
   h.  Students requesting exceptions to this policy must do so through the College of Pharmacy's vice dean.
   i.  Regardless of the reason for any absence the student is responsible for making up any course work missed during the requested absence.

B.  Time Off During P4 (APPE) Rotations

1.  Due to the intensity of each rotation and the need to achieve rotation objectives, it is advised that students avoid taking time away from their rotations.  Students completing rotations do not follow the P1 – P3 academic calendar for NEOMED and are not allowed vacation time during their rotation schedule.  However, it is recognized that students may need time off from rotations for professional or personal reasons. The following are the approved guidelines regarding absence from rotations:
   a.  **Approvable absences** from rotations are those which the preceptor deems important to the professional development of the student (e.g., residency/job interviews, attendance to a professional meeting) or for a personal illness or a family related emergency.  Absences related to on campus activities such as college committees are approvable at the discretion of the preceptor.  Time off for personal vacations, weddings, honeymoons, family reunions, etc. should not be planned during rotations and therefore will not be approved by the preceptor.
   b.  Students will be allowed no more than **TEN (10) days** of approved absences --including personal illness or emergencies -- from their assigned rotations over the entire ten month APPE program.  The ten days are not meant to be an entitlement and cannot be used or saved for an extended break from rotations including personal or family vacations.  Each student is responsible for assuring that the maximum number of days away from the ten month program is not exceeded.  Exceeding the maximum number of days can result in a student not successfully completing the requirements of the APPE program necessary for graduation.

**147**

c.  Students will be allowed no more than **TWO (2) days** of approved absences during any one month.   Exceptions to this requirement as in the case of residency interviews can occur only if approved by the preceptor and director of Experiential Education **prior to scheduling an interview.**  If additional absences are allowed the preceptor may require the student to work extra time at the site or complete additional activities to insure achievement of rotation objectives.

d.  Students with approved absences are still expected to complete all rotation objectives or responsibilities and must make accommodations to do so.   The preceptor may require the student to make up any absence time from the rotation.

e.  Time off is to be taken only with the **PRIOR** approval of the preceptor at the site.  The student is required to complete the "Request Form" (available in E*Value and AIMS) to facilitate this approval.  This is to be completed a minimum of **FIVE (5) business days** before a planned absence. Completed absence forms must be sent to the director of Experiential Education for review.

f.  Students are granted specific holidays off from rotation (refer to the P4 APPE Academic Schedule for a list of approved student holidays).  Preceptors should allow for the students to be off for these approved holidays.

g.  In the case of personal illness or emergency the student is required to notify the preceptor or his /her designee as soon as possible prior to the scheduled arrival time to the site.  The method of notification (e.g., email, phone call) should be predetermined by the preceptor and communicated to the student at the start of the rotation.  If the student is absent for more than **TWO (2) days** from the rotation due to illness or emergency, the student must notify the director of Experiential Education.  The Request Form must be completed upon the student's return to the rotation.

h.  Time off for religious reasons is allowed in accordance with NEOMED policy. Students requesting time off for this reason are required to receive approval from the director of Experiential Education two (2) months prior to the start of the time off. The student is required to inform the preceptor of these approved absences upon initial notification.   Students will be required to make up any missed time resulting from these types of absences at the discretion of the preceptor.

i.  Unexcused absences include any failure to be present on a scheduled rotation day(s), failure to notify the preceptor of an illness or emergency in a reasonable period of time, or any absence that was not approved by the preceptor.  Unexcused absences will not be tolerated and may jeopardize the student's successful completion of the program.  Any unexcused absence may result in failure of the rotation in which it occurred.  Preceptors should immediately notify the director of Experiential Education if unexcused absences occur.

j.  Requests for time off between rotations for travel to or from a distant rotation are to be arranged only within that rotation at the discretion of the preceptor.  Generally no more than **ONE (1) business day** should be taken for travel.

k.  Any exceptions to the above policy require approval of the director of Experiential Education in cooperation with the preceptor.

C.  Exceptional Circumstances
1.  The dean of pharmacy may approve absences for circumstances that conflict with the above stated policy but are deemed in the best interest of the student.
a.  A formal, written request---including the rationale for the absence---must be submitted to the dean of pharmacy as much in advance of the anticipated absence as possible.

**148**

      b.    On the rare occasion that approval is not sought in advance of the absence, a written request must be submitted within two (2) calendar days of returning to class.

   2.   No more than five (5) days will be approved for exceptional circumstances during an academic year.

## III.   College of Pharmacy - ACPE Standards and Pharmacy Student Complaints

A. The NEOMED College of Pharmacy is committed to a policy of fair treatment of its students in their relationships with students, faculty, staff, and administrators. Students are encouraged to seek an informal resolution of the matter directly with the individual when possible. Students may also seek resolution from their student representatives or the Office of Student Affairs. When a resolution is not feasible, procedures have been established to informally or formally assist the student in registering a complaint. Refer to *Mistreatment and Harassment Procedures* of the Student Handbook.

B. **Complaints Related to Accreditation Standards, Policies or Procedures:**

1. The Accreditation Council for Pharmacy Education (ACPE) accredits Doctor of Pharmacy programs offered by colleges and schools of pharmacy in the United States and selected non-U.S. sites. For a Doctor of Pharmacy program offered by a new college or school of pharmacy, ACPE accreditation generally involves three steps: pre-candidate status, candidate status, and full accreditation status. The NEOMED College of Pharmacy Doctor of Pharmacy program was granted Full accreditation status by the ACPE Board of Directors at its June 2011 meeting.

2. ACPE has an obligation to assure itself that any institution which seeks or holds an accreditation status for its professional program conducts its affairs with honesty and frankness. Complaints from other institutions, students, faculty, or the public against a college or school of pharmacy as related to ACPE standards, policies or procedures or continuing education provider shall be submitted in writing.

C. **Steps to File an ACPE-related Complaint:**

1. Complaints related to the NEOMED College of Pharmacy adherence to the standards, policies or procedures of ACPE must be in writing, provide a detailed description of the complaint and its relation to ACPE standards and/or the ACPE policies and procedures, and must provide direct contact information of the complainant(s). Complaints may either be sent directly to the Chief Student Affairs Officer or to the ACPE office.

2. **Complaints submitted to the Chief Student Affairs Officer**: The student shall have the right to meet with the Chief Student Affairs Officer to discuss the complaint within 15 working days. The Chief Student Affairs Officer will consider the complaint, may discuss it with the appropriate individual(s) or office(s) and may request a meeting with the student. The Chief Student Affairs Officer will respond to the student in writing within 20 working days of receipt of the complaint or the personal meeting, whichever comes later.

3. The Office of Student Affairs and the pharmacy Office of the Dean will maintain a file of all pharmacy accreditation standards complaints for review by ACPE. The file shall include (a) the initial complaint and responses and (b) documentation of procedures used to ensure due process rights of the complainant.

4. **Complaints submitted directly to ACPE**: Complaints must be received within 180 days from the date the complainant knew or should have known of the occurrence of facts related to the complaint. These may be submitted by email at csinfo@acpe-accredit.org  for professional degree programs or ceinfo@acpe-accredit.org for continuing education providers. Refer to the ACPE website for further details on directly submitted complaints (https://www.acpe-accredit.org/students/complaints.asp).

## IV.     College of Pharmacy - Remediation Information

A.  Philosophy:

All students who are admitted to the College of Pharmacy are expected to bring the ability to succeed in the professional pharmacy curriculum. The expectation of the faculty is to teach students in such a manner that all students will learn, comprehend the material and achieve success in a multitude of assessments designed to demonstrate professional competency.

B.  Background:

Courses taught in the professional curriculum are expected to establish high levels of achievement in learning knowledge and practicing skills. The faculty in the College of Pharmacy is charged with providing a high quality education that prepares highly skilled pharmacists who play an essential role in a team-oriented approach to patient care and medication management services. Despite the best efforts of the faculty to create well-taught courses, student learning objectives and well-rounded assessments, some students will fail to achieve competency due to a variety of reasons and circumstances. These students will be identified due to failing marks in either individual assessments or final course grade.

As independent, adult learners, students are responsible for their success and their failure. In the event of failing a non-modular course or not completing a module, a formal remediation process will be established. Students are required to meet with the course director to review and evaluate their performance in order to develop an individualized remediation plan. Failure to complete a module will require a student to remediate and display competence of that specific modular material only. Remediation plans must be designed to afford the best opportunity for student learning and should not be based on convenience and personal schedules.

C.  Failure to Pass a Pharmacotherapeutics Module: The P2 and P3 course sequence of Pharmacotherapeutics and Pharmacy Practice I, II and III is composed of a series of modules. A student who fails to successfully complete a module will not receive a passing grade for the course until the successful remediation of the module is completed. Due to the complexity of the Pharmacotherapeutics modules, each student's remediation plan will be individualized.  Remediation may occur 1) during the first break period following the failed module; 2) during the following block; 3) during summer break; or 4) according to a timeline stipulated in the remediation contract.   If a student fails to successfully complete 2 or more of the modules within a single Pharmacotherapeutics course, the student will be denied remediation, pending CAPP review. If a student cumulatively fails 3 or more modules in the sequence, s/he will be required to undergo CAPP review. Students who fail a module will not be allowed to progress to the next academic year (P3 or P4) until all modules have been successfully remediated.

D.  Failure to Pass a Pharmacist Patient Care Experiences (PPCE) Course: A student who fails to successfully complete a PPCE course will not receive a passing grade for the course until the remediation of the course is complete. Due to the nature of the skills-based activities in the PPCE sequence, each student's remediation plan will be individualized. Remediation may occur 1) during the first break period following the failed course; 2) during the following block (s); 3) during summer break; or 4) according to a timeline stipulated in the remediation contract.

E.  Decision to Remediate: Remediation is a privilege and students are not guaranteed the opportunity to remediate. Student professionalism - for example, attendance in the classroom throughout the course, or lack thereof - may be factored into the decision to offer remediation. If a student fails a course or does not complete a module, the course director and the Associate Dean for Academic Services will review student performance throughout the entire course or module to determine if the student needs to repeat the entire course or module, or alternatively, if the student can successfully rise to the level of expected competence through an intensive, directed review of course material (i.e., remediation). Standards set forth by CAPP will supersede the course director's intention to allow the student to remediate (i.e., a student who rises to the level of meeting with CAPP must first meet with this committee before being allowed to remediate).

F.  Guidelines for Remediation: In the event a course or module is not successfully completed, the respective course director or module leader will determine the process to remediate their course or module. Within the modules of the Pharmacotherapeutics sequence, module leaders will work with the course director to determine optimal remediation expectations. A minimum level of competence will be established.

G.  Guidelines for Passing Remediation: A student who undertakes remediation will be expected to achieve the same high level of expectation as established in the primary course or module. A student may achieve no greater than a passing grade in any remediation process independent of how well they do on the remediation examination. Lastly, a student must complete all P3 course work successfully prior to beginning P4 Advanced Pharmacy Practice Experiences.

## V.    Longitudinal Skills Assessment for Medicine and Pharmacy

A.    The Colleges of Medicine and Pharmacy are unique among schools in their commitment to the structured and integrated longitudinal assessment of students' development of clinical skills. As part of their required curricula, students must complete clinical skills assessments (CSAs) and pharmacy skills assessments (PSAs), respectively, in The Wasson Center for Clinical Skills, Training, Assessment and Scholarship.

    1.    College of Medicine students

        (a)    Medical students will complete a Clinical Skills Assessment I (CSA I) at the end of the first year as part of the formal curriculum.

        (b)    A Clinical Skills Assessment II (CSA II) will be completed at the end of the second year for medical students. This assessment is a one-hour history and physical with a 15-minute write-up and a 15-minute presentation to a physician rater. It is administered to all second-year medical students in the spring semester. The CSA II is an academic matriculation requirement. All medical students must perform satisfactorily in order to advance to the M3 year.

        (c)    Clinical Skills Assessments III (CSA IIIs) will be completed throughout the third year. The CSA III is a formative competency-based assessment that occurs near the conclusion of each clerkship. The CSA III is part of the formal M3 curriculum.

        (d)    A Clinical Skills Assessment IV (CSA IV) will be completed at the start of the fourth year for medical students. This is a comprehensive assessment of a student's clinical skills. Successful completion of the CSA IV is a College of Medicine graduation requirement.

    2.    College of Pharmacy Students

        (a)    Three PSAs are required as part of the Pharmacist Patient Care Experiences (PPCE) sequence in the first year.  PSA1 is completed during PPCE 1 and assesses the student's ability to counsel patients on over-the-counter (OTC) drugs.  PSA2 is completed during PPCE 2 and assesses the students' ability to evaluate and counsel patients on medication regimen adherence.  The third PSA occurs during PPCE 4 and assesses the student's ability to counsel a patient on both OTC and prescription drugs. Students must perform satisfactorily in order to pass the course and advance into the P2 year.

        (b)    PSA4, which is completed in the second year as part of PPCE 7, is an assessment of the student's ability to take a medical history, develop a pharmaceutical care plan, and counsel a patient on their prescription drugs.  Students must perform satisfactorily in order to advance pass the course and advance to the P3 year.

        (c)    PSAs 5 and 6, completed as part of PPCE 8 and 9 in the third year, use increasingly complex patient cases to assess the student's ability to take a medical history, develop a pharmaceutical care plan, present the plan to another healthcare professional or preceptor, and counsel a patient.  Third year students must also complete a practical exam in the Wasson Center using an Objective Structure Clinical Exam (OSCE) format  as part of PPCE 9.  Students must perform satisfactorily on these assessments in order to progress into the fourth year Advanced Pharmacy Practice Experiences.

(d)   Fourth year pharmacy students must complete a practical exam during the Pharmacy Capstone course at the end of the year using an OSCE format to assess general pharmaceutical care skills.

## VI.   Drug Free Schools and Communities Act Amendment of 1989

**The NEOMED Policies on Alcohol/Drug Possession/Distribution/Use on School Property  Drug-Free Schools and Communities Act Amendment of 1989**

20 U.S.C. § 1213

A.   Familiarity with State and Federal Laws

1.   All NEOMED students are expected to be familiar with and to respect the laws of the state and federal government with regard to the use of intoxicating and other mood or consciousness altering substances.

B.   Possession/Use

1.   Possession or use of many of these substances is illegal and a felony conviction of a student may preclude licensure to practice medicine or pharmacy in the State of Ohio and could subject a student to dismissal from the University, and referral for prosecution if appropriate.

C.   Procedure

1.   When the University becomes aware that a student has developed a problem relating to alcohol or other substance abuse, the student will be required to appear before the Committee on Academic and Professional Progress to determine if it is necessary for the student to leave studies and participate in an appropriate rehabilitation program. Failure on the part of the student to complete a mandated rehabilitation program successfully will lead to dismissal from the Colleges. The normal CAPP due process and appeal procedures will apply.

D.   Laws Regulating Possession/Use/Distribution of Alcohol/Drugs

1.   State Laws on Drugs

(a)   Drugs

(i)   Definitions

(a)   "Controlled substance" means a drug, compound, mixture, preparation, or substance included in schedule I, II, III, IV, or V (O.R.C. § 3719.01(D)).

(b)   "Drug of abuse" means any controlled substance as defined in section 3719.01 of the Revised Code, any harmful intoxicant as defined in section 2925.01 of the Revised Code, and any dangerous drug as defined in section 4729.02 of the Revised Code (O.R.C. § 3719.011(A)).

**153**

(c)　"Harmful intoxicant" does not include beer or intoxicating liquor, but means any compound, mixture, preparation, or substance the gas, fumes, or vapor of which when inhaled can induce intoxication, excitement, giddiness, irrational behavior, depression, stupefaction, paralysis, unconsciousness, asphyxiation, or other harmful physiological effects, and includes without limitation any of the following:

(i)　Any volatile organic solvent, plastic cement, model cement, fingernail polish remover, lacquer thinner, cleaning fluid, gasoline, and any other preparation containing a volatile organic solvent;

(ii)　Any aerosol propellant;

(iii)　Any fluorocarbon refrigerant; and

(iv)　Any anesthetic gas (O.R.C. § 2925.01(J)).

(d)　"Dangerous drug" means:

(i)　Any drug which, under the "Federal Food, Drug, and Cosmetic Act," federal narcotic law sections 3715.01 to 3715.72, or Chapter 3719. of the Revised Code, may be dispensed only upon a prescription;

(ii)　Any drug which contains a schedule V controlled substance and which is exempt from Chapter 3719. of the Revised Code, or to which such chapter does not apply; and

(iii)　Any drug intended for administration by injection into the human body other than through a natural orifice of the human body (O.R.C. § 4729.02(D)).

(e)　"Drug dependent person" means any person who, by reason of the use of any drug of abuse, is physically, psychologically, or physically and psychologically dependent upon the use of such drug, to the detriment of his health or welfare (O.R.C. § 3719.011(B)).

(f)　"Possess" or "possession" means having control over a thing or substance but may not be inferred solely from mere access to the thing or substance through ownership or occupation of the premises upon which the thing or substance is found (O.R.C.§ 2925.01(L)).

(g)　"Sale" includes delivery, barter, exchange, transfer, or gift, or offer thereof, and each such transaction made by any person, whether as principal, proprietor, agent, servant, or employee (O.R.C. § 3719.01(EE)).

**154**

*(h)* Misdemeanor means offenses lower than felonies and generally those punishable by fine or imprisonment otherwise than in a penitentiary. Under federal law, and most state laws, any offense other than a felony is classified as a misdemeanor.

*(i)* Felony means a crime of a graver or more serious nature than those designated as misdemeanors.  Under federal law, and many state statutes, any offense punishable by death or imprisonment for a term exceeding one year.

(b)   The following acts are drug offenses:

(i)    Corrupting Another with Drugs (O.R.C. § 2925.02);
(ii)   Trafficking in Drugs (O.R.C. § 2925.03);
(iii)  Drug Abuse (O.R.C. § 2925.11);
(iv)   Possessing Drug Abuse Instruments (O.R.C. § 2925.12);
(v)    Drug Paraphernalia Offenses (O.R.C. § 2925.14);
(vi)   Permitting Drug Abuse (O.R.C. § 2925.13);
(vii)  Abusing Harmful Intoxicants (O.R.C. § 2925.31);
(viii) Trafficking in Harmful Intoxicants (O.R.C. § 2925.32); and
(ix)   Prohibition against Driving While Under the Influence of Alcohol or Drugs or with Certain Concentrations of Alcohol in Bodily Substances; Chemical Analysis (O.R.C. § 4511.19).

(c)   The following acts are alcohol offenses:

(i)    Open Container Prohibited (O.R.C. § 4301.62);
(ii)   Under Age Person Shall Not Purchase Intoxicating Liquor or Beer (O.R.C. § 4301.63);
(iii)  Prohibitions, Minors Under 21 Years (O.R.C. § 4301.632);
(iv)   Misrepresentation to Obtain Alcoholic Beverages for a Minor Prohibited (O.R.C.  § 4301.633);
(v)    Misrepresentation by a Minor Under 21 Years (O.R.C. § 4301.634);
(vi)   Furnishing a False Identification Card (O.R.C. § 4301.636);
(vii)  Prohibition against Consumption in Motor Vehicle (O.R.C. § 4301.64) ;
(viii) Illegal Possession of Intoxicating Liquor Prohibited (O.R.C. § 4301.67);
(ix)   Offenses Involving Underage Persons (O.R.C. § 4301.69);
(x)    Dramshop Law - Owner and Lessee Liable (O.R.C. § 4399.02);
(xi)   Restrictions on Sale of Beer and Liquor (O.R.C. § 4301.22); and
(xii)  Penalties (O.R.C. ' 4301.99).

2.     Federal Laws on Drugs

(a)   Schedule of Controlled Substances (21 U.S.C. § 812).  For content of this schedule, please contact the Office of General Counsel.

(b)   Prohibited Acts (21 U.S.C. § 841);

(c)   Penalty for Simple Possession (21 U.S.C. § 844);

    (d)    Civil Penalty for Possession of Small Amounts of Certain Controlled Substances (21 U.S.C. § 844a);

    (e)    Distribution to Persons Under Age 21 (21 U.S.C. § 845);

    (f)    Distribution or Manufacturing in or Near Schools and Colleges (21 U.S.C. § 845a); and

    (g)    Employment of Persons Under 18 Years of Age (21 U.S.C. § 845b).

E.    Drug and Alcohol Counseling/Treatment/Rehabilitation Program Available to Students

    1.    Intervene Now is available to students who have substance abuse problems. Intervene Now helps recognize substance abuse early and helps prevent damage to the lives of impaired students.  Intervene Now provides support for impaired students through understanding and care. Evaluation and treatment for impaired students is in a confidential and compassionate manner, which allows recovering students to continue their education without stigma or administrative censure.

    2.    Other rehabilitation programs also may be arranged through Student Affairs or the Office of General Counsel.

F.    Health Risks Associated with Use of Illicit Drugs and Abuse of Alcohol

    1.    Drugs

        (a)    A depressant decreases a body function or nerve activity temporarily.

            (i)    Effects on the body:

                (a)    Lack of interest in surroundings;
                (b)    Inability to focus attention on a subject;
                (c)    Lack of motivation to move or talk;
                (d)    Pulse and respiration become slower than usual;
                (e)    Sensory perceptions diminish;
                (f)    Psychic and motor activities decrease;
                (g)    Reflexes become sluggish and eventually disappear; and
                (h)    Depression can progress to drowsiness, stupor, unconsciousness, sleep, coma, respiratory failure and death.

        (b)    Stimulant drugs temporarily increases body function or nerve activity.

            (i)    Effects on the body:

                (a)    Enhance mood;
                (b)    Increase alertness;
                (c)    Provide relief from fatigue;
                (d)    Excitation;
                (e)    Dilated pupils;
                (f)    Increased pulse rate and blood pressure;
                (g)    Insomnia;
                (h)    Loss of appetite; and
                (i)    Repeated administration or large doses may produce: convulsive seizures, alternating with periods of depression that may range from exhaustion to coma.

    2.    **Alcohol**

        (a)    Effects on the body:

**156**

(i)   Lack of coordination;

(ii)  Talkativeness;

(iii) Dulls sensitivity to pain;

(iv)  Aggressiveness and excessive activity;

(v)   Decreases amount of Rapid Eye Movement (REM) while sleeping;

(vi)  Frustrates sexual performance;

(vii) Liver disease (including fatty liver, alcoholic hepatitis and cirrhosis);

(viii) Drowsiness, progressing through stupor and alcoholic coma;

(ix)  Adversely affects ventricle function in heart;

(x)   Slurred speech; and

(xi)  Loss of inhibitions.

## VII.   FERPA and Access to Student Records
*Family Educational Rights and Privacy Act of 1974 and Access to Student Educational Records*

(A)  Each student's education records are kept by the Registrar. Access to student education records, both by the student and others, is governed by guidelines developed to be consistent with the FERPA, as amended. These guidelines follow:

(B)   Definitions

(1)   <u>Directory Information</u> – Information which would not generally be considered harmful or an invasion of privacy if disclosed. This information may be disclosed by the Colleges.

(2)   <u>Education Records</u> – Any record (in handwriting, print, tape, film or other medium) maintained by the Colleges, an employee of the Colleges or an agent of the Colleges that is directly related to a student.  The term "education record" does <u>not</u> include:

(a)   A personal record kept by a faculty or staff member of the Colleges, or agent that meets the following tests:

(i)    It was made as a personal memory aid;

(ii)   It is in the sole possession of the person who made it; and

(iii)  The information contained in it has never been revealed or made available to any other person except the maker's temporary substitute.

(b)   An employment record used only in relation to an individual's employment by the Colleges. However, the records related to a student's employment are education records when:

(i)    The position in which the student is employed depends on his/her status as a student; or

(ii)   The student receives a grade or credit based on his/her performance as an employee.

(c)   Records connected with an individual's application for admission to the Colleges prior to his/her actual attendance as an enrolled student.

(d)    Records that relate to an individual as an alumnus after he/she no longer attends or participates in an educational activity for which the Colleges award a grade or credit.

(e)    Records maintained by NEOMED security unit that were created by the NEOMED security unit for the purpose of law enforcement.

(f)    Records maintained by NEOMED student health services used only for the provision of medical or psychiatric treatment.  These records will not be maintained with education records and the Colleges will enforce the following conditions:

   (i)    No person other  than  the physicians, psychiatrists, psychologists or other recognized professionals  providing  treatment  or  performing  official  duties will  have  access  to information contained in the health records. However, such records may be disclosed without prior consent if the information is necessary to protect the health or safety of the student or other individuals. A report of any such disclosure will be made to the student as soon as possible.

   (ii)    Students may review these records, and they may be reviewed by a physician or other appropriate professional of the student's choice in accordance with the NEOMED Policy on Access to Health Records.

(3)    <u>Personally Identifiable Information</u> – Any data or information that relates a record to a student. This includes the student's name, the name of the student's parents or other family members, the student's address, the student's social security number, any other number or symbol that identifies the student, a list of the student's personal characteristics, other information that, alone or in combination, is linked or linkable to a specific student that would allow a reasonable person in the University community, who does not have personal knowledge of the relevant circumstances, to identify the student with reasonable certainty. Personal Identifier also includes information requested by a person who the Colleges reasonably believes knows the identity of the student to whom the educational record relates.

(4)    <u>Student</u> – Any person who attends or has attended NEOMED and regarding whom the University maintains education records.

(C)    Access Rights

(1)    All students have the right to be provided a copy of the NEOMED Policy regarding privacy rights of students and a list of the types of educational records maintained by the Colleges which are directly related to students, and the limitations on access rights as stated in Section C.

(2)    All currently registered and former students of the Colleges have the right to review and inspect their educations records at the Colleges in accordance with these rules.

   (a)    Official student records are those regularly maintained by the Colleges. These include admissions records once the person is a matriculated student, academic records, and financial records prepared and retained by the registrar. Students who wish to review

**158**

their records should make an appointment in advance with the registrar. Your request will be granted within 45 days.

(3)   All students have the right to obtain copies of their education records only in those situations where failure of the Colleges to provide copies would effectively prevent the student from exercising the right to inspect and review the student's education records.

(4)   All students have the right to a response from the Colleges to any reasonable request for explanations and interpretations concerning the accuracy of their records.

   (a)   Students having questions regarding the content or interpretation of content of their educational records may make an appointment with the registrar to review their records in an attempt to resolve the questions raised.  If the registrar is unable to provide a satisfactory explanation, students will be referred to the individual responsible for submitting the record in question for clarification. If such explanations are still not satisfactory, the procedure described below will be followed.

(5)   All students have the right to a hearing to challenge the factual entries in their education records.

   (a)   Upon the request of the student involved, a hearing shall be conducted within a reasonable time of the request of the student involved. The hearing shall be conducted by the Executive Director of Enrollment Services, or, if the Executive Director of Enrollment Services has a direct interest in the outcome of the hearing, by the vice dean of the respective College.  The student shall be afforded a full and fair opportunity to challenge the accuracy of any factual entries.  The student may be assisted or represented by one or more individuals of the student's choosing and at the student's expense.  The decision, which shall include a summary of the evidence and reasons for said decision, shall be rendered in writing within one week after conclusion of the hearing. It should be emphasized that this hearing will relate only to whether the student's record is inaccurate, misleading or otherwise in violation of the privacy or other rights of the student, with the decision based solely on evidence presented at this hearing. If the hearing is in regard to a grade, the hearing cannot determine whether a higher grade should have been assigned.

   (b)   The Policy of the Colleges for Reviewing and Expunging Records –  If it is determined that the record in question was inaccurate, the University will take appropriate steps to correct the record. If corrective action is indicated by an informal proceeding, a written request from the faculty member in question will be forwarded to the Office of Enrollment Services stating that an error was made in the original record and requesting that an appropriate change be made. The registrar will act accordingly upon receipt of this information. If a formal hearing establishes that the record in question contains incorrect information, such findings will be transmitted to the registrar in writing for appropriate corrective action. The student may submit an explanatory statement to the registrar for inclusion in the student file.

(6)   All students have the right to file complaints with the Family Educational Rights and Privacy Act Office concerning alleged failures by the University to comply with the requirements of the Act.

**159**

(D)     Waiver of Access Rights

   (1)     The University does not require students to waive their right of access to their education
records, nor is a waiver of access rights a condition for admission to or receipt of financial aid
or of any other services or benefits from the University.

   (2)     Under certain circumstances, however, a student may wish to waive his/her right of access to
confidential recommendations and interview reports. A student may do so by signing a waiver
form. In this event, the student will be notified of the names of the persons making such
recommendations or reports, and the recommendations or reports will be used solely for the
purpose for which they are intended. Waiver forms may be obtained from the registrar.

(E)     Limitations on Access Rights

   (1)     FERPA provides for limitations on the right of a student to have access to his/her educational
records. Among the specific exclusions are the following:

      (a)     Financial records of the student's parents and information contained therein.

      (b)     Confidential statements and letters of recommendation placed in a student's file prior
to Jan. 1, 1975, provided they are used for the purpose for which they were
specifically intended.

      (c)     All confidential recommendations or interview reports for which the student has
requested and signed a waiver of his/her right of access and has been given an
opportunity to request to be notified of the names of all persons submitting such
documents. In the absence of the execution of a waiver, a right of access exists to
such documents.

(F)     Others to Whom Access Rights Apply

   (1)     The University is permitted to disclose Personally Identifiable Information from a student's
education record to a person who presents a consent form signed by the student that lists the
specific records to be accessed for review, the reasons for such disclosure and the names of
the parties to whom such records are to be disclosed may have access to the specific records
listed in the consent. In such instances, the student will be given the opportunity to obtain
copies of the records to be released.

   (2)     The University is permitted to disclose Personally Identifiable Information to certain individuals
without the student's consent under the following circumstances:

      (a)     Pursuant to a judicial order or pursuant to a lawfully issued subpoena, any court or
individual may have access to the student record. In such instances, a reasonable
effort will be made to notify the student of the order or subpoena in advance of the
compliance therewith.

      (b)     Pursuant to an ex parte court order under the USA Patriot Act, the Attorney General
may have access to a student record that is relevant to an investigation or prosecution

**160**

of an offense listed in 18 U.S.C. 2332b(g)(5)(B) or an act of domestic or international terrorism stated in 18 U.S. C. 2331.

(c)    Authorized representatives of the following for audit and evaluation of federal and state supported programs: Comptroller General of the United States, the Secretary of Education and administrative head of an education agency, or state educational authorities.

(d)    If the Colleges determine that there is an articulable and significant threat to the health or safety of a student or other individuals, the Colleges may disclose the information from a student's education record to appropriate individuals, including parents, whose knowledge of the information is necessary to protect the health and safety of the student or other individuals.  Under the regulations, the Colleges must consider the totality of the circumstances of a threat to the safety or health of a student or other individuals when determining access to a student's records.  Factors that will be taken into account in evaluating a threat include:  the seriousness of the threat to human health or safety, the need for the record to meet the emergency, whether the person to whom the record would be released is in a position to deal with the emergency, and the extent to which time is of the essence.

(e)    Organizations conducting education-related studies for or on behalf of the Colleges, if such studies will not permit the personal identification of students. These records must carry a disclaimer that they must be destroyed when no longer needed for the studies.

(f)    Accrediting organizations carrying out their accrediting functions.

(g)    State and local officials or authorities to whom information is specifically required to be reported or disclosed pursuant to the Ohio Revised Code adopted prior to Nov. 19, 1974.

(h)    Veterans Administration.

(i)    Information received from a State under the Wetterling Act about a student who is required to register as a sex offender in the State.

(j)    Persons or organizations providing to a student's financial aid, or determining financial aid decisions concerning eligibility, amount, condition and enforcement of terms of said aid.

(k)    Officials of another institution where a student seeks to or intends to enroll for purposes related to the student's enrollment or transfer.

(l)    Parents of a student who have established that student's status as a dependent according to Internal Revenue Code of 1986, Section 152.

(m)    Parents of a student if the disclosure is in connection with the health and safety of the student or other individuals.

       (n)    Parents of a student if the student has violated any Federal, State or local law, or any rule or policy of the Colleges, governing the use or possession of alcohol or a controlled substance.  In order to release this information to a parent of a student, the Colleges must determine that the student has committed a disciplinary violation regarding the use or possession of alcohol or a controlled substance and the student must be under the age of 21 <u>at the time of the disclosure</u>.

(G)    Types of Student Education Records Retained by the Registrar (not all inclusive):

    (1)    Admissions:

        (a)    Application forms;
        (b)    Transcripts;
        (c)    Recommendations;
        (d)    Acceptance letters; and
        (e)    Test Scores.

    (2)    Academic:

        (a)    Registration materials;
        (b)    Transcripts;
        (c)    Remediation statements;
        (d)    Course, clerkship, rotation and other assessments, grades, scores;
        (e)    USMLE scores;
        (f)    Letters of recommendation for electives, etc.;
        (g)    Correspondence and internal communications relating to academic and other matters of concern to the student; and
        (h)    Insurances.

    (3)    Financial:

        (a)    FAFSA and financial aid applications;
        (b)    Documentation of financial aid application information; and
        (c)    Correspondence.

(H)    Public Notice Designating Directory Information

    (1)    The University hereby designates the following categories of student information as public or "Directory Information."  Such information may be disclosed by the Colleges for any purpose, at its discretion.

    (2)    CATEGORY I – Name, address, telephone number, e-mail address, photograph, dates of attendance, class, enrollment status, race/ethnicity, gender and electric personal identifier (ex., user name).

    (3)    CATEGORY II – Previous institution(s) attended, major field of study, awards, honors and degree(s)/diploma(s) conferred (including dates).

(4)     CATEGORY III – Past and present participation in officially recognized activities, date and place of birth, and hometown.

(5)     CATEGORY IV – Names of parent(s), spouse and children.

(6)     Students may withhold disclosure of any category of information under FERPA.  Forms requesting the withholding of "Directory Information" are available in the Office Enrollment Services or on the Enrollment Services website. To withhold disclosure, the appropriate section of the registration form must be completed and received in the student services office by September 1st of each new academic year.  If a student has previously opted-out of disclosing Directory Information, that opt-out request will remain in effect until rescinded in writing to the Colleges by the student.  An opt-out of Directory Information does not prevent the Colleges from identifying a student by name or from disclosing a student's electronic identifier or Colleges' email in class.

(7)     The Colleges assume that failure on the part of any student to specifically request the withholding of categories of "Directory Information" indicates individual approval for disclosure.

(8)     Students must consider very carefully the consequences of any decision to withhold any category of "Directory Information." Should a student decide not to release any or all of this "Directory Information," any future requests for such information from individuals or organizations not affiliated with the Colleges will be refused.  The Colleges will honor a request to withhold any of the categories listed above until the request is rescinded in writing to the Colleges.  The Colleges cannot assume responsibility to contact a student for subsequent permission to release the Directory Information.  The Colleges will honor a former student's opt-out request made while in attendance unless the opt-out response has been rescinded by the former student.  Regardless of the effect upon the student, the Colleges assume no liability for honoring students' instructions that such information be withheld.

(I)   Use of Student Education Records

(1)     The following personnel may have access to student educational records upon a showing of a legitimate educational interest:

(a)     Faculty – this includes PDAT and academic advisors; this does not include lab instructors or technicians;
(b)     Academic administrative officials – including the Dean, and Vice Deans;
(c)     Instructional and administrative staff who review assignment and course grades in order to track students' progress;
(d)     Non-teaching personnel – may have access to file only to extent that they require access to the record for the performance of their duties; and
(e)     Non-employees performing functions of the Colleges – the Colleges periodically use contractors, consultants, volunteers, etc. to perform services that would normally be provided by employees of the Colleges.  These individuals are permitted access to student educational records upon showing that they have a legitimate educational interest.

(2)   Other personnel may be allowed access if they can demonstrate a legitimate need and the inabilities to access the information otherwise.

(J)   Legitimate Educational Interest

(1)   A legitimate educational interest exists when personnel need to know information in order to:

(a)   Perform their job duties which are a service or benefit to the students such as health care, counseling or financial aid;
(b)   Appropriately aid students in their education or development;
(c)   Perform a supervisory or instructional task related to the student's education; and
(d)   Perform an administrative task related to the student.

(2)   In assessing whether or not to provide access to information in the file, the registrar will weigh the benefits of sharing the information against any harm that might occur from nondisclosure.

(K)   Records of Requests for Access and Disclosures Made from Educational Records

(1)   All requests for disclosures of information contained in a student's education record will be submitted to the registrar.

(2)   The registrar will approve or disapprove all such requests for access and disclosures except for requests for directory information. The registrar will maintain a record of these actions.

(3)   This record of requests for and disclosures made from education records will be available only to the registrar or the record custodians, the student, or to the federal, state or local officials for the purpose of auditing or enforcing the conditions for federally-supported educational programs.

(a)   The record will include at least:

(i)   The name of the person or agency that made the request;

(ii)   The interest the person or agency had in the information;

(iii)   The date the person or agency made the request; and

(iv)   Whether the request was granted and, if it was, the date access was permitted or the disclosure was made.

(4)   The Colleges will maintain this record of disclosures as long as it maintains the student's education record.  The Colleges will maintain a record of the disclosures without a separate consent by the student to third parties that are otherwise permitted by law as long as it maintains the student's education record.

(5)   The registrar will stipulate that this information shall not be disclosed to third parties without a separate consent by the student unless otherwise permitted by law.

**164**

(L)     Access to the Policy

     (1)     Free copies will be available to students upon request in the Office of Enrollment Services.

## VIII.  International Travel Policy

(A)  Students participating in international activities/educational experiences sponsored/approved and/or funded by NEOMED must comply with all procedures described in this policy document and the online International Travel Policy and Forms.

(B)  Purpose

    (1)  This policy is implemented in order to uphold the values of safety and education at NEOMED and in order to minimize the liability of the University regarding student international experiences.

    (2)  A student's eligibility to participate in an international experience is conditional upon written approval of the individual international experience by the course director in collaboration with the Office of Academic Services, receipt by the Office of Student Affairs of all documentation as required by the procedures outlined below and verification by the Registrar that the student is in good academic standing as determined by their individual degree program.

(C)  Procedures

    (1)  International Experience Approval by the University

        (a)  The International Experience Committee will include the following members:

            (i)  one faculty member with experience in international travel
            (ii)  one representative from General Counsel
            (iii)  one faculty representative from each College (Medicine, Pharmacy and Graduate Studies)
            (iv)  one  representative from Student Affairs
            (v)  one representative from Academic Services
            (vi)  one representative from Enrollment Services

    (2)  International travel for academic credit and/or funded by NEOMED requires approval from the International Experience Committee.

    (3)  Approval of an international experience for academic credit is the responsibility of the course director.

    (4)  Funding approval for extra-curricular international experiences is the responsibility of the NEOMED Student Council (NSC).

    (5)  The purpose of the International Experience Committee will be to judge the safety of an international experience and approve the experience for University student participation.

    (6)  The International Experience Committee will meet a minimum of three times per academic year, in August, December and April/May.

    (7)  Procedures for Student International Experience Approval

**166**

    *(a)*    All submissions to the Committee must be turned in to the Office of Student Affairs for distribution to the Committee a minimum of two weeks prior to the next Committee meeting.

    *(b)*    Committee meeting dates are posted on the Student Activities Calendar.

(8)    Faculty Responsibility:

    *(a)*    Any University faculty who wishes to organize an international experience that will include University students (for academic credit or extra-curricular activity funded by the University) must submit a written application, for review by the Committee, fulfilling the requirements as outlined in the application available in the Office of Student Affairs. Once a faculty member has received approval for his/her international experience, students who wish to participate in the international experience need not submit individual applications to the Committee for approval (students must still submit all required documents to the Office of Student Affairs as required by these policy procedures).

(9)    Student Responsibility:

    *(a)*    Any student wishing to receive funding for an extra-curricular international experience (research, mission, conference) must adhere to the Procedures for Requesting Student Funding outlined by the NEOMED Student Council.

    *(b)*    If an international experience is currently approved by the Committee through Petition, then the student need not submit individual applications to the Committee for approval (students must still submit all required documents as required by these policy procedures).

    *(c)*    If an international experience is not currently approved, it is the responsibility of the student wishing to participate to submit an application fulfilling the requirements available in the Office of Student Affairs.

(10)    Committee Decision

    *(a)*    If the international experience is approved by the Committee, the submitting student or faculty will be notified of approval status by an official letter from the Office of Student Affairs within five business days after the Committee meeting. Students should not make any travel arrangements prior to receiving written approval from the Committee. Please note that although the student may receive informal communication regarding the status of the international experience acceptance, it is not official until the formal approval letter is received. Letters are sent to the student's NEOMED email address. It is important to remember that a student's eligibility to participate in an international experience is conditional upon both written approval by the Committee of the international experience and receipt by the Office of Student Affairs of all documentation as required by these policy procedures. Furthermore, a student must be in good academic standing as determined by his/her individual degree program.

    *(b)*    If an international experience is denied approval by the Committee, the submitting student or faculty will be notified of international experience denial status by an official letter from the Office of Student Affairs within five business days after the

Committee meeting. The denial letter will include a detailed explanation listing the reasons why the Committee rejected approval of the international experience.

(11)   Application for Academic Credit

    *(a)*   In addition to Committee approval, if a student desires to be eligible to receive academic credit for his/her international experience, the student must submit written approval from the course director to the International Experience Committee. Refer to the complete International Experience Application Form for additional requirements.

(12)   Tracking Students on International Experiences
Responsibility for tracking students who are on International Experiences is as follows:

    *(a)*   M4 Electives – Coordinator, Registration and Enrollment
    *(b)*   P4 APPEs – Director, Experiential Education
    *(c)*   NSC Funded Experiences – NSC Advisor
    *(d)*   Graduate Studies Experiences – College of Graduate Studies

(13)   Student Requirements Needed to Receive Committee Review
The following documents must be submitted to the Office of Student Affairs at least two weeks prior to the scheduled Committee meeting:

    *(a)*   Petition for Implementation of Student International Experience with the following attachments:
        *(i)*   Documentation of approval for academic credit by course director (if applicable)
        *(ii)*   Methods of pre-departure and/or on-site orientation for students
        *(iii)*   Copy of all information provided to the students/participants, including all orientation materials
        *(iv)*   Description of procedures for an emergency evacuation plan
        *(v)*   Documentation of all relevant U.S. State Department information and advisories
        *(vi)*   Documentation of participant requirements and responsibilities
        *(vii)*   Copy of letter accepting student into the international experience (from appropriate official).
        *(viii)*   A completed Risk Assessment Form (See Application)

(14)   Student Requirements after Committee Approval

    *(a)*   The following documents must be submitted to the Office of Student Affairs at least four weeks prior to their scheduled departure date:
        *(i)*   Proof of insurance
        *(ii)*   Minimum required coverage:
        *(iii)*   Medical Expense (accident/sickness)—$100,000 per incident
        *(iv)*   Accidental Death/Dismemberment—$10,000
        *(v)*   Emergency Medical Evacuation—$50,000
        *(vi)*   Repatriation of Remains—$25,000
    *(b)*   The student must purchase coverage from one of the following providers:
        *(i)*   CISI ([www.culturalinsurance.com](www.culturalinsurance.com))
        *(ii)*   HTH Worldwide Insurance Services ([www.hthstudents.com](www.hthstudents.com))

**168**

    *(iii)*   CMI (www.studyabroadinsurance.com)
    *(iv)*   IMG (www.internationalstudentinsurance.com)
*(c)*   Proof of travel health consult, vaccination, and prophylaxis (each as recommended by the Center for Disease Control)
*(d)*   Photocopy of current passport (and proof of visa if applicable)
*(e)*   Photocopy of current U.S. State Department travel advisories (updated from original pre-meeting submission)
*(f)*   Complete travel itinerary (including all transportation details to, from, and during the international experience).
*(g)*   Emergency contact information (for both the international experience site and within the United States)
*(h)*   Proof of registration with the U.S. Department of State (can be done at https://travelregistration.state.gov— print confirmation page)
*(i)*   A signed Waiver and Release Agreement

(15)   Required Actions for Student International Experience Preparation

*(a)*   Gather information concerning any in-country political problems, safety concerns or health hazards by consulting current U.S. State Department announcements and publications, Centers for Disease Control (CDC) information, and the international experience site.
*(b)*   Investigate visa and other entrance requirements that may be enforced in the host country. Adhere to laws of the host country, standards of professional behavior, and standards of conduct determined by the international experience site. Stay current on U.S. Department of State country information and communicate with local site regarding known risks.
*(c)*   Complete orientation for study abroad through self-study or formal preparatory sessions. Such orientation will emphasize knowledge of personal health and safety precautions, universal precautions, infectious disease risks, cultural conditions, personal and professional behavior standards, emergency contact procedures and preparation for medical work (if applicable).

(16)   Office of Student Affairs Responsibility

*(a)*   Travel Warnings and Revocation
    *(i)*   In the event of a U.S. State Department issued Travel Warning for the location of a student's international experience prior to a student's departure, a student's eligibility to travel to the location of the international experience may be revoked at the consideration of the University. In the event a U.S. State Department warning is issued while a student is abroad, determination of the appropriate action will be made on a case-by-case basis, with the University having the authority to require the student to return to the United States.

(17)   Monetary/Property Loss
The University is not responsible for any monetary or property loss incurred by a student at any time during the planning, preparation or participation in an international experience.

(18)   Student Responsibility After Return to the University

**169**

After completion of the international experience, the student must turn in a completed International Experience Evaluation Form to the Office of Student Affairs.  This form does not replace the curricular feedback/evaluation form for curricular activities.

IX.　　**NEOMED Student Council (NSC)**
**2014-15 Constitution and Student Organization Policies**

This document defines a student government for the Northeast Ohio Medical University established to represent equally all Colleges within the University.  This organization will be known as the NEOMED Student Council (NSC).

I.　　<u>Membership</u>
NSC shall be composed of equal voting members representing each College of the University:

A.　　Two representatives from each class of the College of Medicine shall be elected, representing the interest of all students in their respective classes.
B.　　Two representatives from each class of the College of Pharmacy shall be elected, representing the interest of all students in their respective classes.
C.　　One representative of the College of Graduate Studies shall be elected, representing the interest of all students in their respective college.

II.　　<u>Elections</u>
A.　　All representatives will be elected by secret ballot of the members of their own class.

*1.*　　M1/P1:  Nominations for representatives shall be submitted by October 15 and elections held prior to November.  Each student will vote for two nominees from their respective college.  The nominees obtaining the most votes will be the class representatives.  The number of class representatives elected will be determined by the methods outlined in section I. A- B.
*2.*　　M2/P2: Nominations for representatives shall be submitted by May 1 and elections held by May 15.  Each student will vote for two nominees from their respective college.  The nominees obtaining the most votes will be the class representatives.  Unless unable to complete their term, these representative will serve on the council through their 4th year.  The number of class representatives elected will be determined by the methods outlined in section I. A- B.
*3.*　　M3/P3:  In the event that an M3 or P3 election is necessary, nominations for representatives shall be solicited within 2 weeks after the position is vacated.  Each student will vote for two nominees from their respective college.  The nominees obtaining the most votes will be the class representatives.  The number of class representatives elected will be determined by the methods outlined in section I. A- B.
*4.*　　COGS – Nominations for representatives shall be submitted by October 15 and elections held prior to November 1.  Each student will vote for one nominee from their college.  The nominee obtaining the most votes will be the class representative.  The number of class representatives shall be determined by the methods outlined in

**170**

section I.C.

    *5.*    In the event of a tie between two candidates, each will be given the opportunity to address their classmates.  A subsequent re-vote will then be held.

    *6.*    Under no circumstances will absentee ballots be accepted.

B.    Term of office will be as follows:

    *1.*    M1/P1 – seven months (11/1-5/31);

    *2.*    M2/P2 – through graduation

    *3.*    M3/4 and P3/4 – through graduation

    *4.*    COGS– 24 months (11/1-5/31)

C.    Elections will be conducted by the Office of Student Affairs and validated by the NSC advisor.

III.    <u>Officers</u>

Office will carry no additional privilege or vote.

A.    President:  All senior representatives will divide up the twelve month year into four three month terms. The President's responsibilities are to:

    *1.*    Preside over monthly meetings

    *2.*    Review meeting minutes for approval at the following monthly meeting

    *3.*    Act as "voice" of NSC when communicating on behalf of NSC to other University constituents

    *4.*    Lead the annual review of the NSC constitution

B.    Vice President:  All junior NSC representatives will divide up the twelve month year into four three month terms.  The Vice President's responsibilities are to:

    *1.*    Preside over monthly meetings in the absence of the President

    *2.*    Oversee NSC special projects

    *3.*    Track and coordinate monthly meeting responsibilities, including officer and dinner schedule.

    *4.*    Respond to student requests for exceptions to policy or amendments to prior budget approvals.

    *5.*    Other duties as assigned by the President

C.    Treasurer:  The M2 and one P2 representatives will collaborate with the NSC Advisor to keep account of all funds and expenditures of NSC.  The Treasurer's responsibilities are to:

    *1.*    Provide a budget report at the monthly meeting

    *2.*    Track funding approvals during monthly meetings

    *3.*    Send Funding Confirmations for approved events within 1 week after the monthly meeting

D.    Secretary:  The M1 and P1 representatives will share secretarial duties. For the period prior to M1/P1 election, M2 and P2 representatives will assume secretarial duties.  The Secretary's responsibilities are to:

    *1.*    Send meeting confirmation and instructions to individuals scheduled to make budget requests at the monthly meeting

    *2.*    Keep a written account of the proceedings of the NSC and monitor attendance.

    *3.*    Post a draft of the meeting minutes to the NSC "Check I'm Here" portal within one week after the meeting.

        *4.*   Post approved meeting minutes to the NSC "Check I'm Here" portal
        *5.*   Track Research and Conference Travel funding for individual students

IV.    <u>Member Responsibilities</u>
    A.    Communicate with peers on a regular basis regarding class concerns and NSC proceedings and policies
    B.    Communicate class concerns at monthly NSC meetings
    C.    Attend all scheduled monthly class meetings
    D.    Be available via email to answer questions from peers
    E.    Assume individual class responsibilities  as follows:
        *1.*   M4/P4:
            a.   President (As outlined in IIIA)
            b.   The M4 NSC students will serve as their class representatives to the AAMC Organization of Student Representatives (OSR)
        *2.*   M3/P3:
            a.   Vice President (As outlined in IIIB)
            b.   1 P3 student will serve as the COP NSC representative to University Council
            c.   The M3 NSC students will serve as their class representatives to the AAMC Organization of Student Representatives (OSR)
        *3.*   M2/P2/COG:
            a.   Treasurer (As outlined in IIIC)
            b.   Student Leadership Summit and Transitioning Leader workshop presentations
            c.   1 M2 student will serve as the COM NSC representative to University Council
            d.   The M2 NSC students will serve as their class representative to the AAMC Organization of Student Representatives (OSR)
        *4.*   M1/P1:
            a.   Secretary (As outlined in IIID)
            b.   Maintenance of E-building Student Lounge (P1) and refrigerator and microwave located in the Dean's Kitchen
            c.   The M1 NSC students will serve as their class representatives to the AAMC Organization of Student Representatives (OSR)

V.    <u>NSC Responsibilities</u>
    A.    NSC shall meet monthly as follows:

        *1.*   Business will be conducted using the relaxed Robert's Rules of Order.
        *2.*   The meetings will be designated as "Open Forum" and will be open to the entire student body, NEOMED faculty and staff.  Standard agenda items include budget requests, committee reports and class concerns.  New and old business will also be addressed.
        *3.*   Matters of an urgent nature that arise when NSC is not in session which would normally be addressed during "Open Forum," may be conducted electronically.  This discussion will be led by the acting president.

            a.   Notification
               i.   All members of NSC shall be informed of initiation of discussion, a motion, and a second via three separate emails to the group alias [nsc@NEOMED.edu](mailto:nsc@NEOMED.edu)
              ii.   All students shall be notified of this vote via the monthly minutes.  Students

**172**

will be able to access the vote discussion via request to the NSC Advisor.

b. Guidelines
    i.    The forum shall be open to all students to view.
    ii.   Only NSC members will be able to post messages.
    iii.  A motion and second are required to commence voting.  Voting will begin immediately after the motion to call the question has been seconded.  A third email notifying NSC members of the second is required at this time. The voting period shall last five days and if quorum is not met after five days, the motion dies.

B.     The NSC shall serve as the organized intermediary between the student body, faculty and administration.

C.     The NSC shall approve all monies appropriated from the Student Activity Fees.  Records of all Student Activity Fee funds shall be available upon request.

D.     The NSC shall review applicants for Student Trustee positions on the NEOMED Board of Trustees and submit recommendations to the NEOMED BOT secretary for review by the Governor of the State of Ohio.

E.     The NSC will also receive reports from any student sent to local or national meetings on behalf of NEOMED.

F.     The NSC will plan and distribute a calendar of events compiled from student organization contributions and other sources.

G.    The NSC may initiate and conduct its own projects and activities, as it sees fit.

*Amendment of this document requires a 3/4 vote of the NSC.*

*Approval of this document requires a unanimous vote of the NSC.*

## NSC BYLAWS

I.       Duties of NEOMED Student Council

A.     Removal of class representatives from NSC will be the responsibility of NSC members. Replacement will be decided by a new election.

B.     NSC members are required to attend the NSC meeting the first Wednesday of each month at 5:30 p.m., either in person or electronically.

C.     NSC will be responsible for the organization and implementation of elections for student representatives to committees which have no other protocol for determining these positions.

D.     NSC shall hear and address the concerns and wishes of the student body.

E.     Quorum for a meeting shall be a majority of the members of NSC.

F.     All decisions, unless otherwise specified by the constitution, shall be made by a majority vote of all members present.

II.     Student Activity Funds (SAF)

**173**

A.  Student Activity Funds are collected each year as part of student fees.  These funds are public monies and must be used in accordance with NSC guidelines, board policy, and federal and state law.

B.  Student Activity Funds may not be used to benefit individual students, except when compensating one for approved efforts and expenditures on behalf of the students.

C.  Student Activity Funds are divided into five funds, NSC General Fund and four individual class accounts, as indicated in the Policies and Procedures Manual.

D.  Guidelines for the use of NSC and class funds

   *1.* NSC General Fund

   a.  Use of NSC funds may be expended only by majority vote of the NSC.

   b.  Use of NSC funds must contribute to activities open to the entire student body.

   c.  NSC funds not spent by June 30 of each year will be transferred to the NSC General Fund for the following year.

   d.  In the event that the NSC budget is overdrawn, each class will be responsible for one-fourth of the debt, to be taken out of their class funds.

   e.  Restrictions

      i.  Student Activity Funds will not discriminate on the basis of gender, race, or religion.

      ii.  Student Activity Funds will not promote any religion.

      iii.  Student Activity Funds will not be used to influence voting on any political issue or candidate.

      iv.  Student Activity Funds will not be directly donated to a charitable organization.

      v.  Student Activity Funds will not be used to contribute to petty cash funds.

      vi.  Student Activity Funds will not contribute to materials or services which become the property of or benefit an individual student.

      vii.  Student Activity funds will not be used to fund recruitment or election events.

   *2.* Class accounts

   a.  Class funds may be expended only by the class representatives.

   b.  Class funds must benefit an entire class.

   c.  Class funds not spent by June 30 of each year will be transferred to that class' fund for the following year,

   d.  Unused funds of graduating classes will be transferred to the NSC General Fund.

   e.  Restrictions for the use of Class Funds

**174**

i.      Class Funds will not discriminate on the basis of gender, race, or religion

ii.     Class Funds will not promote any religion.

iii.    Class Funds will not be used to influence voting on any political issue or candidate.

iv.     Class Funds will not be used to contribute to petty cash funds.

v.      Class Funds may contribute to materials or services which become the property of or benefit an individual student, as long as each student in the class benefits equally, and a majority of the class is in agreement of the expenditure of the funds.

III.    Budget Allocations of NSC Funds

A.      Priorities for NSC Funding

*1.*    Annual university-wide events.
*2.*    Student Research/Conference Presentations.
*3.*    Student Organizations events with an educational or charitable focus.
*4.*    The above stated priorities are subject to change yearly at the discretion of the NSC

B.      Student Research/Conference Presentations

*1.*    The NSC invites students who are authors or co-authors of research papers or session presenters at professional meetings to submit a budget to offset the cost of presenting their work at a conference.  A maximum of $1000 for research or presentation done, per student during their enrollment period may be allocated with a maximum of $500 per presentation. If more than one student is presenting the same research or project, the allocation will be distributed evenly and the max is $500 per project for the group.
*2.*    Students are expected to attempt to gain funding from other sources.
*3.*    Monies must be requested at the NSC meeting at least two weeks prior to the event. NSC reserves the right to grant all, some, or none of the student's request.
*4.*    If a student's enrollment status changes, funding is subject to review.
*5.*    Students on Leave of Absence from the University are not eligible for funding.
*6.*    A report to the NSC via email to the current president or at a NSC meeting must be made within 30 days of returning from the conference.

C.      Student Organizations

*1.*    To be recognized as a student organization by the NSC, any student group must:

*a.*    Have an approved constitution.
*b.*    Have a faculty/staff advisor.
*c.*    Have active officers including a president and treasurer.
*d.*    Be open to all students of the university in a non-discriminatory manner unless specifically limited by the by-laws of the national organization.

**175**

e.   Have a plan for a non-NSC funded community service project to be completed in the present academic year.

f.   Have a plan for a non-NSC funded fundraiser to be completed in the present academic year.

2.   Responsibilities of student organization officers:

a.   Compile and present a fall and spring budget to NSC for consideration at the August and January meetings respectively.  NSC reserves the right to fund all, some, or none of the requests.  Failure to compile and present a fall and spring budget for consideration may result in the denial of future funding requests.

b.   Have event and travel request forms completed with appropriate signatures and presented by a representative at a NSC meeting at least two weeks prior to the event.

(1)   Event and travel request forms must be completed in full and include learning outcomes, itemized budget, date, time and speaker information.

(2)   In the event that a faculty advisor is unable to sign the appropriate form, the faculty advisor may email nsc@neomed.edu from their NEOMED email address that he/she approves the activity by 5:00pm on Tuesday prior to the NSC meeting.  Absence of an advisor's signature on a hard copy request form may result in lack of funding for requested event at the discretion of NSC.

(3)   The organization's president signature is required on the budget request form and will not be accepted electronically.

c.   Inform the NSC advisor of their event or travel request and be placed on the NSC meeting agenda by 5:00p.m. on the Friday immediately preceding the NSC meeting.

d.   Seek approval from NSC for any changes in the budget.

e.   Money allocated for a specific event may only be used on that event. If the event is canceled or under spent, any monies paid towards the event must be returned to the Student Activity Fund.

f.   Organizations must attempt to gain funding from other sources and will be expected to utilize organization funds collected through fundraising and other activities to support their activities.

g.   As part of the budgeting process, student organizations must provide a summary of how they plan to use their own funds each semester. NSC will look at these summaries and the balance in the student organization's account when determining how much funding to allot to an event.

h.   Student organizations are prohibited from maintaining bank accounts outside the NEOMED accounting office.

i.   A report to NSC via email to the current president or at an NSC meeting must be made within 30 days of any funded event or conference.

3.   Student Organization Events:

a. There is no limit to the number of events a student organization can hold per year, however, In order to ensure equitable distribution of Student Activities funds, funding for student organization events is limited as follows:
   i. *NEOMED Chapters of National Organizations - $1,500 per year*
   ii. *Student Interest Groups - $1,000 per year*
   iii. *Social/Recreational/Charitable Groups - $500 per year*
   iv. *Request for exceptions to these limits will be made on a case by case basis*

b. Student Organization events that require the purchase of tickets must meet the following parameters:

   i. *No more than $5.00 of each student ticket price for charity events funded either in part or fully by NSC may be directed to charity. Additional income raised from ticket sales must cover the cost of the event. (Exception: Charity Ball). Tickets must state in writing the monetary portion donated to charity.*
   ii. *Non-Student Ticket prices (Faculty, staff, community members) to student events which are funded either in part or fully by NSC may be set at any amount deemed reasonable by the student organization operating the event.*
   iii. *Other items received, such as T-shirts must be sold separately from tickets.*

c. Registration and Event Attendance Policy

   i. *Any event funded in whole or in part by Student Activities Funds must require that participants register to attend the event through "Check I'm Here".*
   ii. *The Student Organization officers are responsible for monitoring and tracking attendance at events for which registration is required*
   iii. *Students who register for an NSC funded event are expected to attend the event or cancel their registration at least 24 hours prior to the beginning of the event if they are unable to attend.*
   iv. *Any student who registers for an event and fails to attend or cancels less than 24 hours before the start of the event 3 or more times in an academic year will receive written notice that they are in violation of the registration and attendance requirement and are ineligible to receive funding for research or conference travel or from attendance at future student organization events.*

4. Community service

   a. In order to receiving funds from the NSC, each organization is required to engage in a non-NSC funded community service project to be completed during the same academic year in which funds are requested.
   b. A community service project must have both leadership involvement and membership involvement.  Significant membership is strongly encouraged, and repeated lack of involvement could result in curtailing future funding.

**177**

    *c.*      A complete community service attendance log, detailing membership involvement and activity, must be submitted electronically following the event.

    *d.*      Organizations must submit their community service report electronically by May 31 of the academic year, or may forfeit their rights to NSC funding the following year until it has been completed.

    *5.*      Fundraiser

        *a.*      Each organization planning on approaching the NSC for funding must hold at least one fundraiser or collect dues from their members per academic year.

        *b.*      Each organization must use a portion of their private funds to contribute to the overall cost of at least one of their events for the NSC to consider them eligible for funding of that event or future events.

        *c.*      Fundraising activities must follow University Policy as outlined in the NEOMED Student Organization Fund-Raising Policy.

        *d.*      Raffles of any kind are a violation of Ohio gaming laws, therefore, student organizations are prohibited from holding raffles as a fundraiser.

        *e.*      Student organizations are not charitable organizations, nor are they tax exempt under federal law. Being a recognized student group within the University does not accord a student organization to use the University or the NEOMED Foundation's federal tax-exempt status in any way.

        *f.*      Student organizations are prohibited from applying for 501(c)(3) status.

## NSC POLICIES AND PROCEDURES

I.   <u>NSC Duties</u>

   A.  Removal and Replacement of Representative

     *1.*  Any NSC representative can resign the office if unable to complete the term.

     *2.*  Any NSC representative can be removed from office by a 3/4 vote of the NSC.

     *3.*  A replacement for a NSC representative will be chosen when necessary by repeating the nomination and election process at the time a representative resigns or is relieved of duties.

   B.  Attendance

     *1.*  NSC representatives are required to attend the NSC meeting each month.

     *2.*  NSC will allow for limited absences, but representatives are responsible for notifying the NSC advisor and presiding president prior to the expected absence.   Acknowledgment must be made by the NSC advisor or the presiding president.

     *3.*  Any NSC representative who incurs more than 2 absences within a calendar year is subject to discussion by the NSC.

     *4.*  NSC representatives will be notified by the secretary of NSC after missing one unexcused meeting.

    *5.* Any NSC representative who misses two meetings without notifying the NSC advisor in a calendar year may be removed and replaced.  No vote of the NSC is required.

II.  <u>Student Activity Fund Allocations by NSC</u>

  A.  Division of Student Activity Funds

      *1.* Student Activity Funds are divided into five funds:  the NSC General Fund and four individual class accounts. The Student Activity Funds of all Colleges for a graduation year will contribute to one shared NSC Class Fund.

      *2.* No more than 30% of the Student Activity Fund shall comprise the total of the four combined medical and pharmacy class funds for any given academic year.

  B.  NSC General Fund Distribution

      *1.* Student Organizations are required to compile and present a fall and spring budget at the August and January NSC meetings respectively.

      *2.* Funding for student organization events is limited as follows:
        a.  NEOMED Chapters of National Organizations - $1,500 per year
        b.  Student Interest Groups - $1,000 per year
        c.  Social/Recreational/Charitable Groups - $500 per year

      *3.* In addition, each organization must submit an Event Request at an NSC meeting at least two weeks prior to each activity.

        a.  Event Requests allow organizations to be more exact in their estimates of expenses when it is not feasible to present an estimate in the annual budget.

        b.  Event Requests are used by NSC to assure proper use of General Funds.

        c.  Event Requests will be reviewed by the NSC after each activity to be certain that all requirements have been met before reimbursement of receipts.

      *4.* NSC has the following guidelines for travel expenses deemed integral to activities funded:

        a.  Travel by car; funded expenses include gasoline and parking with appropriate receipts as documentation.

        b.  Travel by airline

        c.  Hotel accommodations

        d.  Conference registration

        e.  Expenses **not** funded include  food while at conferences, organizational mailings or

advertisements

    f.   Other expenses may be funded at the discretion of the NSC

5.  Student organizations are not permitted to sign service contracts on behalf of the University.  All service contracts must be submitted to the Office of Student Affairs for approval.

6.  When planning on campus events, student organizations are encouraged to utilize meeting rooms that do not require a rental fee (for example, Great Hall instead of University Hall)

7.  Organizations may not substitute funds for activities other than those originally approved.  Such actions require approval of NSC in advance.

8.  Funds are reimbursed after submission of receipts.  It is necessary for student organizations to follow strict protocol in order to assure payment of funds approved by the NSC.

9.  Request for reimbursement must be received by the Office of Student Affairs within 30 days after the event or last date of travel.

10. Tax exemption forms shall be obtained by the student organization from the NSC Advisor prior to making any purchases.  NSC will not reimburse for taxes paid.

III.  <u>Damages</u>

  A.  The NSC may recognize partial responsibility for damages caused by students at NEOMED with the following exceptions:

    1.  Expected wear and tear or depreciation.

    2.  Damage by the elements.

    3.  Damage by elements beyond reasonable control of the NSC.

    4.  Damage to items covered by breakage deposits (e.g., bone boxes, microscopes).

    5.  Damages (other than the above) for which an individual student (or students) is responsible.

      a.  Any student(s) implicated in causing damages at NEOMED will be referred to the Conduct Council.  Decisions of the Conduct Council will be reported to the Chief Student Affairs Officer, who will then notify the NSC of these decisions.

      b.  The student reporting (or causing) the damage is encouraged to report to NSC, who will refer the incident in writing to the Conduct Council.

  B.  Due Process Regarding Damages

    1.  The NSC recognizes partial responsibility for some aspects of damages caused by students at NEOMED and will take each matter under discussion with respect to the financial responsibility

**180**

of the parties involved.

2.  In the event that persons are implicated in such damages, they shall meet with the NSC, the Conduct Council, or the Chief Student Affairs Officer.

3.  Due process will be granted.

   a.  Notification of the charge.

   b.  Right to be heard.

   c.  Right to examine witnesses and provide evidence in defense.

   d.  Right to counsel.

## IV. <u>GENERAL GUIDELINES FOR STUDENT ORGANIZATIONS</u>

I.  To be recognized as a student organization by the NEOMED Student Council, any student group must:
   A.  Register the organization on the "Check I'm Here" portal.
   B.  Have an approved constitution.
   C.  Have a faculty or staff advisor.
   D.  Have active officers including a president and a treasurer.
   E.  Be open to all students in a non-discriminatory manner.
   F.  Have a plan for a non-NSC funded community service project.
   G.  Have a plan for a non-NSC funded fundraiser.
   H.  Use a portion of organization funds towards at least one event per academic year.

II.  Responsibilities of student organization officers include:
   A.  Monitoring the allocated funds and accounting for all expenditures.
   B.  Compiling and presenting a fall and spring budget to NSC for consideration at the August and January meetings respectively.  NSC reserves the right to fund all, some, or none of the amounts requested.
   C.  Appropriately completing and submitting a request for funding at an NSC meeting at least two weeks prior to the event.
   D.  Ensure that a request to be placed on the NSC meeting agenda is made 5:00 p.m. on the Friday immediately preceding the NSC meeting.
   E.  Seeking approval from the NSC for any changes in the budget.
   F.  Seeking other sources for funding.
   G.  Providing a report of any funded event or conference to the NSC within 30 days of the event.

III.  Organizations may not substitute funds for activities other than those originally approved.  Such actions require the approval of NSC <u>in advance</u>.

IV.  NSC will <u>not</u> be responsible for debts incurred by the organization over the amount allocated or for items or events for which funding was not previously approved.

V.   Student Activity Funds are public monies and must be used in accordance with NSC guidelines, university policy, and federal and state laws.

VI.  NSC will use discretion when funding events that do not have an immediate educational or charitable focus.

VII. Use of NSC funds must benefit the **entire student body**.  All events funded by the NSC must be open to <u>all</u> NEOMED students regardless of membership in the organization.  Each event must be appropriately publicized and announced to all students in writing in advance.

VIII. Use of General Funds will <u>**not**</u>:
A.   Discriminate in any legally impermissible manner.
B.   Be used to influence voting on any political issue or candidate.
C.   Be used for direct donation to organizations or charities.
D.   Be used to contribute to petty cash funds.
E.   Contribute to materials or services which become the property of or benefit an individual student.

IX.  Alcoholic beverages are not permitted at NSC funded events.

X.   Organizations are responsible for providing the Office of Student Affairs with information describing their organization for publication to the NEOMED website and intranet.

XI.  FAILURE TO COMPLY WITH THE ABOVE GUIDELINES WILL RESULT IN PARTIAL OR TOTAL LOSS OF PRESENT AND/OR FUTURE FUNDING BY THE NEOMED STUDENT COUNCIL.

## X.    Leave of Absence – Additional Information

(1)    All student requests for a leave of absence of any type must be approved by the CAPP Phase 2 Committee.  A leave of absence may be requested for any of the following reasons: academic enrichment, CAPP mandate (to address academic or professional performance issues), personal hardship, or medical emergency. When the CAPP Committee approves a request for a leave of absence, the Office of Enrollment Services notifies the student that the request has been approved and informs the student of the timetable for requesting either a return to the curriculum or an extension of the leave. The student is responsible for keeping the Office of Enrollment Services apprised of where and how the student may be contacted during the leave period.

(2)    If a leave of absence is granted by the CAPP Phase 2 Committee, the student must request to return to the curriculum no later than February 1 of the next academic year, or at a specific time stipulated by the CAPP Phase 2 Committee.  In addition, the student must provide evidence of having met any terms and conditions for the leave of absence that were specified by the CAPP Phase 2 Committee (for example, documentation of treatment for a medical condition).  Students who are granted a leave of absence must also:

    (a)    Provide an updated local and/or permanent address to the Office of Enrollment Services
    (b)    Pay any outstanding library obligations
    (c)    Undergo a financial aid exit interview with a financial aid officer
    (d)    Confirm that any outstanding balances on the student account have been paid in full
    (e)    Review the terms and conditions of the student health insurance plan with a university official to determine if it applies during the period for which leave is granted

(3)    Should a student fail to request a return or extension by the required deadline, he or she is contacted to discuss the student's intent to return. If the failure to submit a request was an unintentional oversight, the student is given another opportunity to submit the petition to return or to extend the leave period.  If the student does not respond to multiple efforts at contact by telephone, regular mail, or electronic mail, a final notification is sent to the last mailing address provided by the student, indicating that the CAPP committee will make a final determination of the student's academic standing (which may include dismissal) at its next meeting.

## XI.     CAPP Procedures – Additional Information

(1)     Review of student progress by the Committee on Academic and Professional Progress (CAPP) is triggered following notification of (1) an academic failure, (2) graduation requirement failure or (3) professionalism concern.  Such notification may come from the Office of Enrollment Services, the Chief Student Affairs Officer, or the Dean or his/her designee.

(2)     **Timely notice:** The student is sent a CAPP invitation letter immediately and informed of the following information:

(a)     Specific events that triggered the CAPP review

(b)     Date, time and location of the CAPP meeting to discuss the student's status

(c)     The opportunity to review his/her student file in the Office of Enrollment Services

(d)     The need to confirm receipt of the invitation and to confirm attendance at the CAPP meeting through the Chief Student Affairs Officer

(e)     The availability of the Chief Student Affairs Officer to discuss the procedures and possible sanctions, and to answer any questions in order to adequately prepare for the meeting

(f)     Instructions to complete and submit the Student Interview Form that becomes part of the student file

(g)     Instructions for the student to prepare a verbal explanation of his/her situation for the CAPP meeting

(h)     The opportunity to have an advisor of his/her choice present at the meeting who is given an opportunity to speak on the student's behalf

(i)     The letter also reminds the student of the availability of the Director of Student Wellness and Counseling in Student Affairs to assist with the stress of the situation, and encourages the student to review the section of the Student Handbook describing the CAPP process.

(3)     **Access to evidence on which action will be based:**  The invitation letter from CAPP provides the specific circumstances that led to the decision to review the student's performance.

(4)     **Opportunity to respond:**

(a)     Any student receiving such a letter is required to meet personally with the Chief Student Affairs Officer who advises the student regarding the protocol for the CAPP meeting.  The student is also required to contact the Chief Student Affairs Officer to confirm receipt of the letter, confirm attendance at the CAPP meeting, and schedule a meeting with the officer to review his or her performance as well as CAPP procedures and expectations.

(b)     During this meeting, the student is informed that he or she may have an advisor (not a family member or attorney) present at the CAPP meeting.

**184**

(c)  The Student Interview Form completed by the student requires a narrative explanation about the reasons for the student's performance and the student's recommendations for how to resolve such issues.

(d)  The meeting with the CAPP Committee also provides the student with an opportunity to speak to the full committee to discuss performance issues in detail.

(5)  **Opportunity to appeal an adverse decision:** When the student meets with the Chief Student Affairs Officer before the CAPP meeting, he or she is informed of all potential actions that could be taken by the committee.  The student is also informed of the appeal process to be followed should the CAPP Committee recommend dismissal.  CAPP decisions are conveyed to the student within 24 hours after the CAPP meeting by the Chief Student Affairs Officer. Formal written notification of the decision is sent promptly by the Office of Enrollment services. For cases of dismissal, the timeline for appealing the decision is also included in the notification.

(6)  **CAPP Executive Review**

(a)  The sole purpose of the CAPP Executive Review Committee is to consider appeals from students who were recommended for dismissal by the CAPP Phase 2 Committee. Such appeals require presentation of "significant and compelling new information that was not available for presentation to the CAPP 2 Committee, or evidence of a defect or irregularity in the CAPP 2 Committee proceeding.

(b)  The appeal process begins when a student is informed of the CAPP 2 decision to recommend dismissal. If the student wishes to appeal, he or she must submit a completed Petition for Executive Review form by noon on the fourth working day following the date of written notification of the decision to dismiss. Failure to respond by that deadline is considered a waiver of the right to appeal, and the decision becomes final.

(c)  The Petition for Executive Review form requests the student to document any procedural error(s) or new information that will form the basis of the appeal. The Executive Review Committee is obliged to conduct the appeal within ten working days of receipt of the Petition for Executive Review form.

(d)  As is the case when a student is invited to meet with the CAPP 2 Committee, the student has the right to be accompanied at the appeal hearing by an advisor of the student's choosing, who may be a member of the faculty, staff or student body, but may not be a blood relative or attorney. The student has the opportunity to present and elaborate on the information outlined in the Petition for Executive Review. The Executive Review Committee will also have access to the original Phase 2 Committee recommendation, the official student file and any other information relevant to the appeal.

(e)  The student must be informed in writing of the Executive Review Committee's decision within seven working days of the meeting. If the Executive Review Committee denies the appeal, the original decision to dismiss becomes final and is not subject to further appeal.  If the appeal is upheld, the decision is referred back to the CAPP Phase 2 Committee for reconsideration.

**185**

## XI.    TB SKIN TEST (PPD METHOD) POLICY/PROCEDURE

All NEOMED students must show proof of being free from active tuberculosis infection annually. This can be done by having a TB skin test administered with 0.1 ml of purified protein derivative and read by healthcare personnel within 48-72 hours. All TST results must be reported within the ImmunU online tracking system in millimeters of induration. Interpretations of "positive" or "negative" are not acceptable.

There must be less than 10mm of induration to be considered negative and meet the requirement for yearly TB testing. If a student is actively receiving treatment for TB, an order from a provider stating such needs to be on file. Other acceptable methods to meet this requirement include a negative serum Interferon Gamma Release Assay (IGRA) such as Quantiferon or T-Spot. Annual chest X-rays can be completed for patients with previously-confirmed tuberculosis screen. This order needs to state if the student is cleared for patient care experiences, when future testing will take place and which method is preferred for future testing.

If a TB skin test is read with an induration 10 mm and over the student must obtain clearance from a qualified healthcare professional as described below.  An induration of 5mm or over is required for students with any of the following conditions (immune-compromised including HIV-infected, an organ transplant patient, or recent contact with a TB patient). The University will provide contact information for an Infectious Disease (ID) Specialist. They may also see their own provider or the health department for follow up. The student must either have further testing performed with written documentation that indicates no active TB or treatment plan, or must be under the care of a provider for treatment.  The provider must provide written documentation to the Coordinator of Student Health Records that the student is clear of active infection before he/she can return to patient care activities.

Positive results will be forwarded to ID. and/or the provider of choice, as well as the NEOMED Associate Dean of Curriculum for the respective college. Information may be shared with Student Health and Immunization Steering Committee.

In order to record the immunization history, all yearly test results must be entered into IMMUNU immunization tracking system in Banner.

Students who do not complete the TB skin test requirements will be removed from clinical experiences. Students who test positive for TB will be removed from clinical experiences pending further evaluation.

**TB PROCESS SUMMARY**
**TESTING OPTIONS:**
1. TB skin test w/reading within 48-72 hrs.
2. Interferon Gamma Release Assay (IGRA)
   a. Quantiferon
   b. T-Spot
**POSITIVE RESULTS:**
1. Referral Options:
   a. ID Specialist
   b. Personal Health Care Provider
   c. Health Department
2. Notification to the NEOMED Associate Dean of Curriculum for the respective college
3. Additional testing/follow-up
   a. Written clearance that student is free from active TB
   b. Treatment by medical provider and confirmation that the student is safe for community experience (letter or report required)

* If you believe you have been exposed to TB, refer to the Exposure Policy for guidelines.

**187**

## XII.   INFLUENZA VACCINE
(For students with primary enrollment in the Colleges of Medicine and Pharmacy)

**Rationale:**
NEOMED is dedicated to having all students protected from seasonal strains of influenza.  By doing so, we are protecting the health of our students and the health of the community they serve. NEOMED will provide multiple opportunities for students to obtain influenza vaccination in the fall.

All NEOMED students from the Colleges of Medicine and Pharmacy must be vaccinated annually with the current vaccine formulation.  Students solely enrolled in the College of Graduate Studies may participate in the vaccination opportunities offered within NEOMED but are not required to be vaccinated for the flu. Students on a leave of absence must have a documented flu vaccine upon return to the curriculum.

**Deadline:**
The deadline for influenza vaccination is October 15 in order to ensure a prompt, successful delivery within the peak administration months and so that students are vaccinated in preparation for their experiential education. Failure to comply will result in removal from clinical experiences and sites following written electronic notification from the Office of Student Affairs.  Return to sites may be considered once compliance is fully met. NEOMED is not responsible for the academic repercussions of missed clinical time due to non-compliance with the Influenza Policy.

**Process:**
1.  Receive your Influenza Vaccine
    a.  Designated Influenza  Administration Point at NEOMED (annual; fall)
    b.  Private Medical Providers
    c.  Clinical Sites where assigned, if available
    d.  Community Centers/ Health Departments
    e.  Opt out/Ineligible *
        (i)  Sites will be notified of opt-out students and may be expected to abide by policies and procedures of each individual site (including wearing a mask)
2.  Secure Documentation of Vaccination
    a.  Request and save your documentation
    b.  Upload your documentation onto your computer
    c.  Upload documentation into ImmunU
3.  Documentation Must Include
    a.  Student's Name
    b.  Date of Vaccination Administration
    c.  Signature of Administrator/Medical Provider
    d.  Type of Vaccine
4.  Approval
    a.  Document must be validated by the Coordinator of Student Health Records in order to be in compliance
5.  Failure to comply
    a.  Notification of non-compliance with the clinical site
    b.  Possible removal from clinical site/experience
    c.  Possible referral for action following multiple failures to comply

**\*Note:** If a student is not a candidate for vaccination due to allergies, religious conviction, or health status, he/she must procure signed documentation of such from a treating physician which should be uploaded into

ImmunU.  It is within the discretion of the individual clinical sites whether to permit participation at the site or require the student to wear a mask.

**Notification:**

The order of notification will be as follows:

1. Email warning to student from Student Affairs regarding non-compliance just BEFORE the deadline.
2. Email to student from Student Affairs regarding non-compliance AFTER the deadline and copy to Academic Services.
3. Email to clinical site regarding non-compliant students AFTER the deadline with instructions for removal of student from the clinical site.

**For more information about the Influenza Policy and Procedure email immunizations@neomed.edu or contact the Coordinator of Student Health Records at 330.325.6757.**