# NEOMED EXPECTATIONS OF STUDENT CONDUCT AND PROFESSIONAL COMMITMENT *2015-16*

*Northeast Ohio Medical University (NEOMED) students are expected to read, understand, sign and abide by the "Expectations of Student Conduct and Professional Commitment" while enrolled and involved in NEOMED, its partner institutions and hospitals, and NEOMED-sponsored activities. Failure to do so may result in referral and review by either the Committee on Academic and Professional Progress (CAPP) or Student Conduct procedures. Student conduct or professional behavior concerns should be reported by faculty, staff or students using the "Professionalism Concern Notes" available through the Office of Student Affairs and online.*

## I. STUDENT CONDUCT CODE

The Student Conduct Code definitions apply to all students enrolled at NEOMED for behavior on, or affecting, the campus. All students are responsible for knowing, understanding and abiding by all university rules and regulations outlined within the Student Conduct Code and its definitions listed here. Violations of the Student Conduct Code may result in disciplinary action and subsequent sanctions which may include, but are not limited to probation, suspension, dismissal, or other sanctions addressing the behavioral issue. The current Student Conduct Code is available in the NEOMED Student Handbook.

**Definitions of Student Misconduct:**

A. <u>Academic misconduct</u>, including, but not limited to:
   1. Cheating (use of unauthorized assistance, submitting substantially the same work that has been submitted for another course, use of a prohibited source, inappropriate acquisition or distribution of academic materials or engaging in any behavior specifically prohibited by a faculty member).
   2. Plagiarism (intentional or unintentional representation of ideas or works of another author as a student's own without properly citing the source or the use of materials prepared by another person; violations of copyright laws).
   3. Falsifying or manufacturing scientific or educational data.
   4. Misrepresentation of oneself or of another in an academic setting including, but not limited to, the use or possession of another's clicker, sharing of computer password, or taking exams for another student.

B. <u>Behavioral misconduct</u>, including, but not limited to:
   1. Willful failure to comply with directions of University officials, faculty members, law enforcement officers or emergency personnel.
   2. Behavior that disrupts or obstructs teaching, research, administration, disciplinary proceedings, or other University activities.
   3. Willfully, recklessly, or knowingly engaging in conduct that violates any University policy, rules, or regulation (for more information go to the NEOMED Student Handbook online).
   4. Failure to immediately report any and all infractions of the law to the University, including traffic citations, criminal charges, and the like. This includes the failure to comply with University policies on Criminal Background Checks and Toxicology Screening.
   5. Failure to report violations of the Student Conduct Code.
   6. Knowingly furnishing false or misleading information to University officials including but not limited to forgery, alteration, or misuse of any University document, record, or I.D.
   7. Abuse of computer facilities and resources including but not limited to unauthorized entry into a file, unauthorized transfer of a file, use of another individual's identification or password, use of computing facilities and resources to interfere with the work of another student, faculty member or University official, to send obscene or abusive messages, or to interfere with normal operation of the University computing system.
   8. Unauthorized use of an electronic or other device to make or disseminate an audio or video recording of any person without his or her prior knowledge or consent.
   9. Use of any personal electronic device during academic sessions for purposes other than current content learning. All electronic devices are to be silenced during educational sessions.
   10. Disclosure of confidential or private patient information in an unethical or inappropriate manner.
   11. Photography or video recording of any human donor specimens is strictly prohibited.

**190**

12. Improper use of social media including bullying toward another or the posting of indecent or derogatory photographs, links, or comments directed toward another, particularly using the University email system.
13. Failure to notify appropriate individuals of tardiness or absence in the case of an emergency. Absences must be cleared by the course director, site director or preceptor and do not relieve students of their responsibilities for materials covered or assignments or time missed from clinical experiences.
14. Failure to wear appropriate business professional attire in academic and clinical settings.
15. Failure to exemplify those professional commitments to which students should aspire.

C. <u>Criminal misconduct</u>, including the attempt or completion of any of the following offense, irrespective of whether the matter is prosecuted:
   1. Engaging in or threatening physical abuse, verbal abuse, threats, intimidation, harassment, coercion, and/or other conduct which intentionally or recklessly threatens or endangers the health, welfare or safety of any person.
   2. Sexual misconduct including, but not limited to, sexual assault, stalking, dating violence, domestic violence or any other non-consensual sexual contact, unwelcome sexual advances, or requests for sexual favors.
   3. Disorderly, disruptive, lewd or indecent conduct.
   4. Theft or attempted theft, or willfully, recklessly, or negligently destroying damaging, injuring, or using property of NEOMED or another person without the consent of the owner.
   5. Use, possession, manufacture, cultivation, distribution, or facilitating the distribution of marijuana or any narcotic, hallucinogenic, or other controlled substances. This includes, but is not limited to, the receipt of a positive result on the mandatory Toxicology Screen.
   6. Use, possession, manufacture or distribution of alcoholic beverages, or public intoxication in a manner prohibited by law.
   7. Unlawful or unauthorized possession of firearms, fireworks, explosives, other weapons, or dangerous chemicals or using any such item, even if lawfully possessed, in a manner that harms, threatens or causes fear to others.
   8. Commission of any felony or misdemeanor under applicable federal, state or municipal law.

## II. PROFESSIONAL COMMITMENTS TO WHICH STUDENTS SHOULD ASPIRE

NEOMED students are expected to abide by the Professional Commitments during their tenure including their undergraduate experiences at partner universities and in clinical settings.

Professionalism in the health professions requires that health care professionals serve the interests of the patient above their own. This highest level of professional behavior compels students at the Northeast Ohio Medical University to aspire to altruism, accountability, excellence, duty, service, honor, integrity, and respect for others throughout their studies, their clinical experiences, and their professional careers. Within each of the following professional expectations are examples of behaviors by which NEOMED students are expected to aspire during their professional training in the academic and clinical settings.

1. **Altruism:** the essence of professionalism that maintains that the best interest of patients, not self-interest is the rule.
   - Demonstrate humility. Each student is the sum of not only his or her own work, but also the teaching, lessons, encouragement and giving of others.
   - Assist other medical, pharmacy and health professional students in need.
   - Contribute a positive image of the health professions.
   - Relate to others in a caring, empathic manner and strive to prevent and relieve human suffering.

2. **Accountability**: required at all levels including accountability to the individual patient for fulfilling the implied contract governing the health care professionals/patient relationship; to society for addressing public health needs; and to the profession for adhering to the highest level of ethical precepts.
   - Read, understand, and abide by the Student Handbook, particularly as it relates to expectations of student conduct, academic performance, and professional expectations.
   - Participate in and assume an appropriate and equitable share of responsibilities among peers and colleagues including group work duties.

**191**

- Be present, punctual and prepared in all mandatory activities at the University and at clinical sites.

3. **Excellence:** to reach excellence requires a conscientious effort to exceed ordinary expectations and to make a commitment to life-long learning.
   - Demonstrate the principles of NEOMED's Six C's: Competence, Communication, Caring, Curiosity, Character and Community.
   - Present oneself in a professional manner with respect to dress, hygiene, body language, composure and gesture.
   - Self-assess personal challenges and developmental needs and seek support and assistance to improve future performance.

4. **Duty:** every health care professional in training or in the field accepts a commitment to service as a personal and professional goal. This requires availability and responsiveness, accepting inconvenience to meet the needs of the patient, sometimes enduring unavoidable risk to oneself when a patient's welfare is at stake, advocating for the best possible care regardless of ability to pay and the willingness to accept active roles in professional associations, and to volunteer one's skills and expertise for the welfare of the community.
   - Participate in and contribute to improving public health care within the local and global community.
   - Champion the needs and health issues of those who may be unable to speak on their own behalf to improve social sustainability.
   - Assume leadership opportunities within out-of-classroom organizations, professional groups, and informal groups devoted toward addressing health care.

5. **Honor and Integrity:** to regard the highest standard of behavior and to refuse to violate the personal and professional codes of the profession require honor and integrity which imply fairness, truthfulness, keeping one's word, meeting commitments, and being straightforward. Recognizing any conflicts of interest and avoiding situations that make personal gain more important than the best interest of the patient is the goal.
   - Safeguard patient confidences and privacy whether through written, verbal, electronic, or social media sharing.
   - Deal with confidential information with discretion and appropriateness.

6. **Respect for Others**: respect for others including patients, their families, faculty and staff, and other health care professionals is the essence of humanism and is central to valuing others. Respecting others means valuing the diversity of backgrounds, opinions, and talents that individuals contribute to the community and is a fundamental requirement for valuing others.
   - Act appropriately and respectfully in all verbal and nonverbal interactions with patients, standardized patients, residents, peers, hospital personnel, faculty and staff.
   - Respect and promote diversity and convey a sense of belonging, respect and value for all persons.
   - Nurture and allow free and open discourse, listen to new ideas, and value diverse perspectives and talents.

*Our thanks to the American Board of Internal Medicine for these six definitions of professionalism as developed in the Project Professionalism document which has been expanded to include all health professions and various examples of professional expectations at the Northeast Ohio Medical University.*

**Signature of the "Expectations of Student Conduct and Professional Commitment" constitutes an understanding of these expectations and an agreement to abide by the expectations herein.**

Julian Endres
*Student Name (Print Clearly)*

☒ M1  o P1  o M2  o P2  o M3  o P3  o M4  o P4  o Grad

_____     8/31/2015
*Student Signature*                  *Date*

**192**