IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **J. ENDRES** | : | **Case No. 5:17-cv-2408** |
| **Plaintiff** | : | **Judge Lioi** |
| v. | : | **Magistrate Judge Limbert** |
| **NORTHEAST OHIO MEDICAL UNIVERSITY, et al** | : | |
| **Defendants** | : | |

### AFFIDAVIT OF HEIDI TERRY

**County of Portage**

**State of Ohio**

Heidi Terry, having been first duly sworn, states and affirms as follows:

1. I am the Executive Director of the Northeast Ohio Medical University's ("NEOMED") Office of Enrollment Services and Registrar. I have personal knowledge of the matters set out in this affidavit.

2. I am one of the custodians of NEOMED's records.

3. I hereby certify that:

    A. NEOMED is a State University of the State of Ohio. It is a public office for purposes of Ohio Rev. Code §149.011(A) and hence is subject to Ohio's public records laws. The documents copied as pages 190 through 249 of this "Appendix to Motion to Dismiss" ("the Appendix Documents") are records of NEOMED for purposes of Ohio Rev. Code §149.43(A)(1).

    B. The originals of Appendix Documents were filed with NEOMED and are retained by NEOMED pursuant to Ohio Rev. Code chapter 149 and NEOMED's records retention schedule. The Appendix Documents are true, complete, and accurate copies of the originals.

1

4. The originals of the Appendix Documents:

    A. Were created near or at the time of the matters they describe by persons with knowledge of those matters.

    B. Were created and are maintained pursuant to NEOMED's regular practice of recording the matters described in the Appendix Documents.

    C. Were kept in the course of NEOMED's regularly conducted activities.

    D. Set out NEOMED's activities.

    E. Set out NEOMED's activities in the execution of its duties under Ohio Rev. Code §§ 3350.10 through 3355.14 and Ohio Admin. Code Chapter 3349-1.

FURTHER AFFIANT SAYETH NAUGHT

_____
Heidi Terry

Sworn to before me and subscribed before me this 22nd day of February, 2018.

_____
Notary Public

Attorney Amy Furey-Ligar
Resident Summit County
Notary Public, State of Ohio
My Commission Has No Expiration Date
Sec 147.03 RC

2

253