# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION (AKRON)

| | | |
|---|---|---|
| J. ENDRES, | : | **Civ. No. 5:17−cv−02408−SL** |
| Plaintiff, | : | JUDGE LIOI |
| v. | : | MAGISTRATE JUDGE LIMBERT |
| NORTHEAST OHIO MEDICAL UNIVERSITY, *et al.,* | : | |
| Defendants. | : | |

### JOINT MOTION TO SUBSTITUTE AND SEAL DOCKET ENTRY NO. 25

Pursuant to the Court's Order granting the parties' Joint Motion to Seal (Doc. No. 46), Defendants re-filed the Appendix to the Motion to Dismiss (originally filed as Doc. No. 25) in a manner that allows the Clerk to seal the record (now filed as Doc. No. 47). The documents from the newly-filed Appendix that correspond to the original request for sealing are Exhibits 3-11, PageID##: 1308-1364.  For the reasons stated in the Joint Motion to Seal Personal Education and Medical Records (Doc. No. 45), the parties respectfully request an order removing Doc. No. 25a from the public record, substituting Doc. No. 47, and sealing Doc. Nos. 47-3 through 47-11, PageID##: 1308-1364.

Dated:  July 7, 2020

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General

| | |
|---|---|
| */s/ Tracy L. Turner* | */s/ Todd R. Marti – per email authorization* |
| TRACY L. TURNER (0069927) | TODD R. MARTI (0019280) |
| Rosenberg & Ball Co., LPA | Principal Assistant Attorney General |
| 205 South Prospect Street | RORY P. CALLAHAN (0072021) |
| Granville, Ohio 43023 | Principal Assistant Attorney General |
| 614-657-3454 (direct) | Education Section |
| 888-680-6796 (general) | 30 East Broad Street, 16th Floor |
| 866-498-0811 (fax) | Columbus, OH  43215 |
| | (614) 644- 7250 - Telephone |
| | (614) 644-7634 – Facsimile |
| | Todd.marti@ohioattorneygeneral.gov |
| *Counsel for Plaintiff* | Rory.callahan@ohioattorneygeneral.gov |
| | *Counsel for Defendants* |

## CERTIFICATE OF SERVICE

The foregoing *Joint Motion to Seal Appendix* was filed through the Court's Electronic Filing System on the 7th day of July, 2020. All parties will be notified of this filing through the Court's Electronic Filing System.

/s/     Tracy L. Turner