# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| J. ENDRES, | ) | CASE NO. 5:17-cv-2408 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| NORTHEAST OHIO MEDICAL UNIVERSITY, et al., | ) ) | |
| | ) | |
| DEFENDANTS. | ) | |

Before the Court is the parties' re-filed joint motion to seal certain parts of the record in this case. (Doc. No. 48.) For good cause shown, the motion is granted and the Clerk is directed to seal the following documents forthwith:

Doc. No. 25 (substituted by Doc. No. 47), and

Doc. Nos. 47-3 through 47-11 (inclusive).

**IT IS SO ORDERED**.

Dated: July 10, 2020

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**